# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/481,904 | 05/24/2022 | 11342998 | RAMO0002US1C1X | 6961 |

107456        7590        05/04/2022
Artegis Law Group, LLP
John Carey
7710 Cherry Park Drive Suite T #104
Houston, TX 77095

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Yossef EHRLICHMAN, Nazareth Ilit, ISRAEL;
Ofer AMRANI, Tel Aviv, ISRAEL;
Shlomo RUSCHIN, Herzliya, ISRAEL;

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Ramot at Tel-Aviv University Ltd., Tel-Aviv, ISRAEL;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

| **Issue Classification** | **Application/Control No.** 17/481,904 | **Applicant(s)/Patent Under Reexamination** EHRLICHMAN et al. |
|---|---|---|
| | **Examiner** JEAN B JEANGLAUDE | **Art Unit** 2845 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| H04B | 10 | | 516 | F | 2013-01-01 |
| G02F | 1 | | 0121 | I | 2013-01-01 |
| G02F | 7 | | 00 | I | 2013-01-01 |
| G02F | 1 | | 225 | I | 2013-01-01 |
| H04B | 10 | | 505 | I | 2013-01-01 |
| H04B | 10 | | 25891 | I | 2020-05-01 |
| H04B | 10 | | 2575 | I | 2013-01-01 |
| H04B | 10 | | 556 | I | 2013-01-01 |
| H03M | 1 | | 70 | I | 2013-01-01 |
| H04B | 10 | | 541 | I | 2013-01-01 |
| H03M | 1 | | 002 | I | 2013-01-01 |
| H04B | 10 | | 5055 | A | 2013-01-01 |
| G02F | 1 | | 015 | A | 2013-01-01 |
| G02F | 2203 | | 19 | A | 2013-01-01 |
| G02F | 1 | | 212 | A | 2021-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 63 | |
| /JEAN B JEANGLAUDE/ Primary Examiner, Art Unit 2845 | 14 February 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20220214

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/481,904 | EHRLICHMAN et al. |
| | Examiner | Art Unit |
| | JEAN B JEANGLAUDE | 2845 |

| INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|
| CLAIMED | | | |
| H03M | 3 | / | 00 |

| NON-CLAIMED | | |
|---|---|---|
| | | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 341 | 143 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 341 | 144 | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 63 | |
| /JEAN B JEANGLAUDE/ Primary Examiner, Art Unit 2845 | 14 February 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/481,904 | EHRLICHMAN et al. |
| | **Examiner** | **Art Unit** |
| | JEAN B JEANGLAUDE | 2845 |

☑ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | | 28 | | 37 | | 46 | | 55 | | |
| | 2 | | 11 | | 20 | | 29 | | 38 | | 47 | | 56 | | |
| | 3 | | 12 | | 21 | | 30 | | 39 | | 48 | | 57 | | |
| | 4 | | 13 | | 22 | | 31 | | 40 | | 49 | | 58 | | |
| | 5 | | 14 | | 23 | | 32 | | 41 | | 50 | | 59 | | |
| | 6 | | 15 | | 24 | | 33 | | 42 | | 51 | | 60 | | |
| | 7 | | 16 | | 25 | | 34 | | 43 | | 52 | | 61 | | |
| | 8 | | 17 | | 26 | | 35 | | 44 | | 53 | | 62 | | |
| | 9 | | 18 | | 27 | | 36 | | 45 | | 54 | | 63 | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 63 | |
| /JEAN B JEANGLAUDE/<br>Primary Examiner, Art Unit 2845 | 14 February 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

**IN THE CLAIMS:**

The following listing of claims will replace all prior listings of claims submitted in the Application.

1.      (Currently Amended)      A̲n̲ optical modulation system, the system comprising:

an input for a plurality of N digital input data bits;

an input optical signal;

a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and

wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;

wherein the input optical signal is modulated based on the plurality of voltage values;

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding d̲i̲g̲i̲t̲a̲l̲ output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

2.     (Original)     The optical modulation system of claim 1:

wherein, within the digital-to-digital mapping, for a third subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the third subset, decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the fourth subset, increase.

3.     (Original)     The optical modulation system of claim 1, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

4.     (Original)     The optical modulation system of claim 1, wherein one or more electrodes of the modulator are driven based on the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

5.     (Original)     The optical modulation system of claim 1, wherein one or more electrodes of the modulator are driven directly responsive to the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

6.    (Original)    The optical modulation system of claim 1, wherein the modulator comprises a plurality of waveguide branches that are enabled to modulate the input optical signal, and wherein a first set of the plurality of voltage values drives a first of the plurality of waveguide branches, a second set of the plurality of voltage values drives a second of the plurality of waveguide branches, and wherein outputs of the first and second waveguide branches are joined to provide at least part of the one or more modulated optical signal outputs.

7.    (Original)    The optical modulation system of claim 1, wherein the modulating comprises one of phase modulation, amplitude modulation, or phase and amplitude modulation.

8.    (Original)    The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in intensity responsive to the input.

9.    (Original)    The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

10.    (Original)    The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

11.    (Currently Amended)    The optical modulation system of claim 1, wherein the ~~optical~~ modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

12.    (Currently Amended)    The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs are corrected for non-linearities due to non-linear characteristics of the ~~optical~~ modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

13.    (Currently Amended)    The optical modulation system of claim 1, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the ~~optical~~ modulator.

14.    (Previously Presented)    The optical modulation system of claim 1, wherein at least some of the first subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously.

15.    (Original)    The optical modulation system of claim 1, wherein the input optical signal is provided by an optical signal source.

16.    (Currently Amended)    A<u>n</u> optical modulation system, the system comprising:

an input for a plurality of N digital input data bits;

an input optical signal;

a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and

wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits associated with a plurality of voltage values;

wherein the input optical signal is modulated based on the plurality of voltage values;

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding <u>digital</u> output values from a set of possible digital output values;

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

wherein, within the digital-to-digital mapping, for a first subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively decreasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively decreasing digital input values in the second subset, increase.

17.    (Original)    The optical modulation system of claim 16:

wherein, within the digital-to-digital mapping, for a third subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively increasing digital input values in the third subset decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively increasing digital input values in the fourth subset, increase.

18.    (Original)    The optical modulation system of claim 16, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

19.     (Original)     The optical modulation system of claim 16, wherein one or more electrodes of the modulator are driven based on the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

20.     (Original)     The optical modulation system of claim 16, wherein one or more electrodes of the modulator are driven directly responsive to the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

21.     (Original)     The optical modulation system of claim 16, wherein the modulator comprises a plurality of waveguide branches that are enabled to modulate the input optical signal, and wherein a first set of voltage values modulates the input optical signal associated with a first of the plurality of waveguide branches, a second set of voltage values modulates the input optical signal associated with a second of the plurality of waveguide branches, and wherein outputs of the first and second of the plurality of waveguide branches are joined to provide at least part of the one or more modulated optical signal outputs.

22.     (Original)     The optical modulation system of claim 21, wherein a phase of the input optical signal associated with each waveguide branch is modulated by the respective set of voltage values applied to one or more electrodes of the waveguide branch.

23.     (Original)     The optical modulation system of claim 16, wherein the modulating comprises one of phase modulation, amplitude modulation, or phase and amplitude modulation.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

24.     (Original)     The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in intensity responsive to the input.

25.     (Original)     The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

26.     (Original)     The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

27.     (Original)     The optical modulation system of claim 16, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

28.     (Original)     The optical modulation system of claim 16, wherein one or more modulated optical signal outputs are corrected for non-linearities due to non-linear characteristics of the optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

29.     (Original)     The optical modulation system of claim 16, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

30.     (Previously Presented)     The optical modulation system of claim 16, wherein at least some of the first subset of successively decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

31.    (Currently Amended)      The optical modulation system of claim 16, wherein the input optical signal is provided by [[the]] an optical signal source.

32.    (Original)      An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

an input optical signal;

an electrically controllable electro-optic modulator comprising a plurality of waveguide branches, each waveguide branch configured to receive the input optical signal;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the M output bits are from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

wherein the input optical signal received by each of the waveguide branches of the modulator is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; wherein an output of the modulator combines the modulated optical signals corresponding to the plurality of waveguide branches to generate a modulated output signal varying in one or more of intensity, amplitude, and phase responsive to the input digital data word; and

wherein the modulated optical signal is transmitted as a portion of the modulated output optical stream.

33.    (Original)      The optical modulation system of claim 32, wherein the N bits of the N bit digital input data word are mapped to M output bits based on a digital-to-digital mapping that comprises, for each digital input from a set of

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

possible digital inputs, a corresponding output from a set of possible digital outputs;

wherein, for a first subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the first subset, decrease; and

wherein, for a second subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the second subset, increase.

34.    (Previously Presented)    The optical modulation system of claim 33, wherein at least some of the first subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

35.    (Original)    The optical modulation system of claim 32, wherein the digital-to-digital mapping further comprises, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the third subset, remain the same.

36.    (Original)    The optical modulation system of claim 32, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

37.    (Original)    The optical modulation system of claim 32, wherein the modulated output optical stream is one of phase modulated, amplitude modulated, or phase and amplitude modulated output.

38.    (Original)    The optical modulation system of claim 32, wherein the modulated output optical stream varies in intensity responsive to the input.

39.    (Original)    The optical modulation system of claim 32, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

40.    (Original)    The optical modulation system of claim 32, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

41.    (Original)    The optical modulation system of claim 32, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

42.    (Original)    The optical modulation system of claim 32, wherein the modulated output optical stream is corrected for non-linearities due to non-linear characteristics of the optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

43.    (Original)    The optical modulation system of claim 32, wherein, for a given digital input, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

44.    (Currently Amended)    The optical modulation system of claim 32, wherein the input optical signal is provided by [[the]] an optical signal source.

45.    (Original)    An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

one or more electro-absorption signal generation devices, each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

wherein each of the optical signal output generated by the electro-absorption signal generation device is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; and

an output configured to combine the modulated optical signals from the one or more electro-absorption signal generation devices to generate a modulated output signal varying in intensity responsive to the input digital data word.

46.    (Original)    The optical modulation system of claim 45, wherein the N bits of the N bit digital input data word are mapped to the set of M output bits based on a digital-to-digital mapping that comprises, for each digital input from a set of possible digital inputs, a corresponding output from a set of possible digital outputs;

wherein, for a first subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the first subset, decrease; and

Page 12

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

wherein, for a second subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the second subset, increase.

47.    (Previously Presented)    The optical modulation system of claim 46, wherein at least some of the first subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

48.    (Original)    The optical modulation system of claim 45, wherein the digital-to-digital mapping further comprises, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the third subset, remain the same.

49.    (Original)    The optical modulation system of claim 45, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of an optical modulator.

50.    (Original)    The optical modulation system of claim 49, wherein the optical modulator comprises one or more electro-absorption based modulators.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

51.    (Original)    The optical modulation system of claim 45, wherein the modulated output optical stream is one of phase modulated, amplitude modulated, or phase and amplitude modulated output.

52.    (Original)    The optical modulation system of claim 45, wherein the modulated output optical stream varies in intensity responsive to the input.

53.    (Original)    The optical modulation system of claim 45, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

54.    (Original)    The optical modulation system of claim 45, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

55.    (Original)    The optical modulation system of claim 45, wherein the modulated output optical stream is corrected for non-linearities due to non-linear characteristics of an optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

56.    (Original)    The optical modulation system of claim 45, wherein, for a given digital input, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of an optical modulator.

57.    (Currently Amended)    The optical modulation system of claim 45, wherein the input digital data word ~~optical signal~~ is provided by a ~~the optical~~ signal source.

58.    (Currently Amended)    A<u>n</u> optical modulation system, the system comprising:
    an input for a plurality of N digital input data bits;
    an input optical signal;

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits;

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of M corresponding <u>digital</u> output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase; and

wherein the optical modulation system further comprises a modulator for modulating the input optical signal responsively to the M digital output data bits, to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers.

59.    (Previously Presented)    The optical modulation system of claim 58:

wherein, within the digital-to-digital mapping, for a third subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the third subset decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

of digital outputs corresponding respectively to the successively decreasing digital input values in the fourth subset increase.

60.    (Previously Presented)    The optical modulation system of claim 58, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

61.    (Previously Presented)    The optical modulation system of claim 58, where in the modulator comprises one or more branches that receive the input optical signal.

62.    (Previously Presented)    The optical modulation system of claim 58, wherein modulating the input optical signal responsively to the M digital output data bits outputs a modulation of the input optical signal that is one or a combination of: a pulse modulated: an amplitude modulated: or a phase modulated output signal.

63.    (Previously Presented)    The optical modulation system of claim 58, wherein at least some of the first subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/481,904 | 09/22/2021 | | 2920 | RAMO0002US1C1X | 57 | 4 |

**CONFIRMATION NO. 6961**

107456
Artegis Law Group, LLP
John Carey
7710 Cherry Park Drive Suite T #104
Houston, TX 77095

**FILING RECEIPT**


OC00000012878568?

Date Mailed: 10/01/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
    Yossef EHRLICHMAN, Nazareth Ilit, ISRAEL;
    Ofer AMRANI, Tel Aviv, ISRAEL;
    Shlomo RUSCHIN, Herzliya, ISRAEL;

**Applicant(s)**
    Ramot at Tel-Aviv University Ltd., Tel-Aviv, ISRAEL;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
    This application is a CON of 16/532,567 08/06/2019 PAT 11133872
    which is a CON of 16/386,391 04/17/2019 PAT 10461866
    which is a CON of 16/234,635 12/28/2018 PAT 10270535
    which is a CON of 15/298,373 10/20/2016 PAT 10205527
    which is a CON of 14/922,165 10/25/2015 PAT 9479191
    which is a CON of 14/662,343 03/19/2015 PAT 9203425
    which is a CON of 14/325,486 07/08/2014 PAT 9031417
    which is a CON of 13/280,371 10/25/2011 PAT 8797198
    which is a CON of 12/636,805 12/14/2009 PAT 8044835
    which is a CIP of PCT/IL2008/000805 06/12/2008
    which claims benefit of 60/943,559 06/13/2007

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.

*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 09/29/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/481,904**

**Projected Publication Date:** To Be Determined - pending completion of Corrected Papers

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign

patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

RAMO0002US1C1X

ABSTRACT

In a system for converting digital data into a modulated optical signal, an electrically controllable device having M actuating electrodes provides and optical signal that is modulated in response to binary voltages applied to the actuating electrodes. A digital-to-digital converter provides a mapping of input data words to binary actuation vectors for M bits and supplies the binary actuation vectors as M bits of binary actuation voltages to the M actuating electrodes, where M is larger than the number of bits in each input data word. The digital-to-digital converter maps each digital input data word to a binary actuation vector by selecting a binary actuation vector from a subset of binary actuation vectors available to represent each of the input data words.



FIG. 1



FIG. 2A
(PRIOR ART)

FIG. 2B

FIG. 2C



FIG. 3A

FIG. 3B

FIG. 5

| | N=4 | | | N=8 | | | |
|---|---|---|---|---|---|---|---|
| | U | O | | U | O | | |
| | M=4,5 | M=4 | M=5 | M=8,10 | M=8 | M=9 | M=10 |
| | 0.5 | 0.4073 | 0.4957 | 0.5 | 0.3871 | 0.5001 | 0.5 |
| | 0.25 | 0.2443 | 0.2451 | 0.25 | 0.2243 | 0.25 | 0.2501 |
| | 0.125 | 0.1596 | 0.1304 | 0.125 | 0.1311 | 0.125 | 0.1249 |
| | 0.0625 | 0.0989 | 0.0527 | 0.0625 | 0.0799 | 0.0625 | 0.0625 |
| | 0.0313 | | 0.038 | 0.0312 | 0.0527 | 0.0313 | 0.0312 |
| | | | | 0.0156 | 0.0385 | 0.0155 | 0.0156 |
| | | | | 0.0078 | 0.0312 | 0.0078 | 0.0079 |
| | | | | 0.0039 | 0.0275 | 0.0038 | 0.004 |
| | | | | 0.002 | | 0.002 | 0.0019 |
| | | | | 0.001 | | | 0.001 |
| | M=4: 0.9375 | M=4: 0.9011 | M=5: 0.9619 | M=8: 0.9961 | M=8: 0.9723 | M=9: 0.998 | M=10: 0.9991 |
| | M=5: 0.9688 | | | M=9: 0.9988 | | | |
| | | | | M=10: 0.9991 | | | |

FIG. 4

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |



FIG. 6A
(PRIOR ART)

FIG. 6B

FIG. 6C



FIG. 7A



FIG. 7B

7/13



FIG. 8



FIG. 9



FIG. 10

10/13





FIG. 12A

64-QAM

FIG. 12B

256-QAM

12/13



FIG. 13A

FIG. 13B

13/13



FIG. 14 (PRIOR ART)

RAM00002US1C1X

## APPLICATION FOR PATENT

Inventors:     Yossef EHRLICHMAN, Ofer AMRANI and Shlomo RUSCHIN

Title:          LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

## RELATED APPLICATIONS

This application is a continuation of U.S. Patent Application No. 16/386,391, filed April 17, 2019, which is a continuation of U.S. Patent Application No. 16/234,635 filed on December 28, 2018, now U.S. Patent No. 10,270,535, which is a continuation of U.S. Patent Application No. 15/298,373 filed on October 20, 2016, now U.S. Patent No. 10,205,527, which is a continuation of U.S. Patent Application No. 14/922,165 filed on October 25, 2015, now U.S. Patent No. 9,479,191, which is a continuation of U.S. Patent Application No. 14/662,343 filed on March 19, 2015, now U.S. Patent No. 9,203,425, which is a continuation of U.S. Patent Application No. 14/325,486 filed on July 8, 2014, now U.S. Patent No. 9,031,417, which is a continuation of U.S. Patent Application No. 13/280,371 filed on October 25, 2011, now U.S. Patent No. 8,797,198, which is a continuation of U.S. Patent Application No. 12/636,805, filed on December 14, 2009, now U.S. Patent No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on June 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on June 13, 2007.

The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to optical modulators and, in particular, it concerns a linearized optical digital-to-analog modulator.

There is a tangible need for high-performance and large bandwidth digital to analog signal conversion. Furthermore, as the RF and digital domains converge, entirely new solutions will be needed to enable multi-GHz mixed-signal systems.

1

RAMO0002US1C1X

Probably the most prominent area to benefit is the wireless communication industry. The ever increasing thirst for bandwidth will require data converters to deliver greatly increased performance. For example, analog signals are transmitted in cable television (CATV) via optical fibers and the demand for increasing bandwidth is driving 5 technology to speed-up the processing of signals as well as the transmission. High performance digital to analog conversion is also required to address the growing demands of wireless carriers for supporting the heavy traffic expected in the base station. Additional specific areas to benefit include: the defense and government industries that concentrate on deploying multi-function, dynamically reconfigurable 10 systems (RADAR, electronic warfare, and surveillance applications); medical imaging; and hyper/super-computer communications.

One of the most widely deployed devices for analog optics modulation is the Mach-Zehnder Interferometer modulator (MZI). For binary digital signals, it is today the preferred device for long-haul fiber-optic communication, leading to chirp-free 15 pulses which can reach hundreds of kilometers in optical fibers without the need for regeneration. For analog applications, however, a serious problem is encountered due to the inherent non-linear response of the modulator. Specifically, since the modulating voltage via the electro-optic effect controls the optical phase delay in a basically linear fashion and the attenuation varies as the cosine of the phase difference 20 between the two branches of the device, a linear variation in phase difference and thus in applied voltage results in a cosine-shaped output variation, as seen in the pattern of points in Figure 2A. The common solutions for this problem are either the biasing of the device to a quasi linear regime coupled with reducing the modulation range to reduce distortion, or use of an analog pre-distortion circuit to feed the modulator. 25 Since in practically all present systems signals are processed digitally, a multi-bit Digital-to-Analog Converter (DAC) device is needed with fast processing capabilities.

A DAC based on a multi-electrode MZI modulator concept was proposed many years ago by Papuchon et al. and is described in US Patent No. 4,288,785. In that device, the electrodes' sectioning length followed a conventional power-of-two 30 digital sequence, which did not solve the non-linearity problem, and thus suffered from severe limitation in the dynamic range, and subsequently the attainable resolution. More recently, much more complex devices have been presented to cope with these problems: Yacoubian et al. ("*Digital-to-analog conversion using*

2

RAMO0092US1C1X

*electrooptic modulators*," IEEE Photonics Technology Letters, vol. 15, pp. 117–119, Jan. 2003), proposed the employment of one MZI modulator for each and every bit. A recently reported design by Leven et al. ("*A 12.5 gsamples/s optical digital-to-analog converter with 3.8 effective bits*," Lasers and Electro-Optics Society, 2004. LEOS
5    2004. The 17th Annual Meeting of the IEEE, vol. 1, pp. 270–271, Nov. 2004), also the subject of US Patent No. 7,061,414 entitled "Optical Digital-To-Analog Converter" to YK Chen et al., employs a single modulator for every 2 bits and is highly nonlinear; it yields only 3.8 effective bits for a 6 bit design.

There is therefore a need for a digital to analog converter which would offer
10    improved linearity of response without sacrificing efficiency or dynamic range.


## SUMMARY OF THE INVENTION

The present invention is a linearized optical digital-to-analog modulator.

According to the teachings of the present invention there is provided, a modulator device for converting digital data into analog modulation of the power of
15    an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where $M \geq N$; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to
20    the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuating device includes a digital-to-digital converter.
25    According to a further feature of the present invention, the modulator is a modulated semiconductor light generating device. According to an alternative feature of the present invention, the modulator is an electro-absorption modulator. According to yet a further alternative, the modulator is a Mach-Zehnder modulator.

According to a further feature of the present invention, in the case of a Mach-
30    Zehnder modulator, the modulator includes M actuating electrodes on each of two waveguide branches of the modulator. In certain preferred cases, M is greater than N.

3

RAMO0092US1C1X

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal according to a QAM (Quadrature Amplitude Modulation) modulation scheme with at
5    least 16 constellation points.

According to a further feature of the present invention, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal to a minimum amplitude for a return-to-zero signal between successive input data words.

10    According to a further feature of the present invention, the modulator has a maximum dynamic range, and wherein the electrode actuating device is configured to actuate the actuating electrodes so as to generate modulation of the optical signal spanning a majority of the dynamic range.

According to a further feature of the present invention, the electrode actuating
15    device is configured to apply one of two common actuating voltages to the actuating electrodes.

According to a further feature of the present invention, the actuating electrodes have differing effective areas. According to one set of applications, the differing effective areas form a set, members of the set being interrelated approximately by
20    factors of two. In other preferred cases, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, the modulator has a non-linear response, and the electrode actuating device is configured to actuate the actuating electrodes so as to generate an improved approximation to a linear
25    modulation of the optical signal as a function of the input data word.

According to a further feature of the present invention, there is also provided an optical to electrical converter deployed so as to generate an electrical signal as a function of intensity of the modulated optical signal.

There is also provided according to a further feature of the present invention,
30    an apparatus comprising a digital-to-analog converter, the converter comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where $M \geq N$; and (c) an electrode actuating device

4

RAMO0002US1C1X

associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

5    There is also provided according to the teachings of the present invention, a method for converting a digital data input word of N bits into an analog signal comprising: (a) processing the digital data input word to generate an electrode actuation vector of M values where $M \geq N$; and (b) applying M voltage values corresponding to the actuation vector values to M actuating electrodes of an electrically controllable modulator for modulating the intensity of an optical signal, wherein at least one value of the actuation vector varies as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuation vector is a binary vector, and wherein the M voltage values are selected from two voltage levels according to the M binary values.

According to a further feature of the present invention, the processing is performed by a digital-to-digital converter.

According to a further feature of the present invention, an electrical output is generated as a function of the intensity of the modulated optical signal.

20    There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) a semiconductor light generating device for generating an optical signal of variable intensity, the semiconductor light generating device including M actuating electrodes where $M \geq N$; and (c) an electrode actuating device associated with the electronic input and the semiconductor light generating device, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, thereby generating an output intensity corresponding substantially to the input data word.

30    According to a further feature of the present invention, the actuating electrodes have differing effective areas.

RAMO0002US1C1X

According to a further feature of the present invention, the differing effective areas form a set, members of the set being interrelated approximately by factors of two.

According to a further feature of the present invention, the differing effective areas form a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, M=N.

According to a further feature of the present invention, the semiconductor light generating device is a semiconductor laser.

According to a further feature of the present invention, the semiconductor laser further includes a threshold electrode configured to provide a threshold actuation current.

According to a further feature of the present invention, the semiconductor light generating device is a light emitting diode.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where $M \geq N$; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the actuating electrodes have differing effective areas, the differing effective areas forming a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

At this point, it will be useful to define various terminology as used herein in the description and claims. The terms "digital" and "analog" are used in their normal senses as common in the field. Specifically, "digital" refers to a form of data where values are stored or processed numerically, typically broken up into bits of a binary number for machine processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

6

RAM00092US1C1X

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present invention is a non-trivial converter

5    in which there is typically not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

The term "binary" is used to refer to values, voltages or other parameters which assume one or other of only two possible values, and modes of operation which use such parameters. In this context, voltage levels are referred to as "common" to a

10    number of electrodes if activation of the electrodes is performed by switching connection of each of the electrodes between the voltage values in question.

The term "electrode" is used to refer to the electrical connections of an optical modulator device through which the device is controlled. In the case of an electrode which applies an electric field to affect the optical properties of an adjacent material,

15    reference is made to an "effective area" which is used as an indication of the relative influence of the electrode compared to that of other electrodes on the optical properties of the underlying waveguide if actuated by a similar voltage. In many cases, the actuating electrodes are all of the same effective width, for example where they overlie a long narrow waveguide. The "effective area" may then be referred to as

20    an "effective length", corresponding to the length of waveguide overlaid by the corresponding electrode and related to the "effective area" by a constant scaling factor. This scaling factor will vary according to variations in shape, width, waveguide properties or other design parameters. Any part of the electrode not overlying the active part of the modulator device or otherwise ineffective for

25    generating modulation of an optical signal is not included in the "effective area".

The term "modulator" is used to refer to any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified.

30    The term "optical power" is used to refer to the quantitative manifestation of the analog optical signal.

7

RAMO0092US1C1X

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. 1 is a schematic representation of a modulator device, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical or electrical signal;

FIG. 2A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing four electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 2B is a graph showing an intensity output generated according to an implementation of the present invention employing a full-range Mach-Zehnder modulator with four electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 2C is a graph similar to Figure 2B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 3A is a graph showing the intensity output achieved by the modulator of the present invention implemented with five actuating electrodes for a four bit input word, where the five electrodes have lengths interrelated by factors of two;

FIG. 3B is a graph similar to Figure 3A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 4 is a table illustrating a digital-to-digital converter input and output where the input corresponds to the input data word and the output corresponds to the electrode actuation pattern for generating the outputs of Figures 2B and 2C;

FIG. 5 is a table illustrating unoptimized and optimized normalized electrode lengths for cases on input words of 4 and 8 bits and numbers of electrodes of 4, 5, 8, 9 and 10;

FIG. 6A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing eight electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

8

RAM0O0092US1C1X

FIG. 6B is a graph showing an intensity output generated according to an implementation of the present invention employing a Mach-Zehnder modulator with eight electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

5      FIG. 6C is a graph similar to Figure 6B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 7A is a graph showing the intensity output achieved by the modulator of the present invention implemented with nine actuating electrodes for an eight bit input

10     word, where the nine electrodes have lengths interrelated by factors of two;

FIG. 7B is a graph similar to Figure 7A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 8 is a schematic representation of an alternative implementation of the

15     present invention based upon an electro-absorption modulator (EAM);

FIG. 9 is a schematic representation of yet another alternative implementation of the present invention based upon a semiconductor laser;

FIG. 10 is a schematic representation of a modulator device, similar to the device of Figure 1, implemented as a 16-QAM modulator;

20     FIG. 11A is a constellation diagram for the device of Figure 10 illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

FIG. 11B is a graph showing the symbol error rate performance for the devices of Figures 12A implemented with different numbers of electrodes;

25     FIGS. 12A and 12B are simplified constellation diagrams showing only closest matching points for implementation of a 64-QAM using two sets of 7 electrodes and a 256-QAM using two sets of 10 electrodes, respectively;

FIGS. 13A and 13B are graphs showing the symbol error rate performance for the devices of Figures 12A and 12B, respectively; and

30     FIG. 14 is a schematic representation of a prior art Mach-Zehnder modulator configured as a DAC.

9

RAMO0002US1C1X

DESCRIPTION OF SPECIFIC EMBODIMENTS OF THE INVENTION

      The present invention is a modulator device for converting digital data into analog modulation of an optical signal.

      The principles and operation of modulator devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

      Referring now to the drawings, Figure 1 shows schematically a modulator device, generally designated 10, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical signal. Generally speaking, modulator device 10 has an electronic input 12 for receiving an input data word $D$ of N bits and an electrically controllable modulator 14 for modulating the intensity of an optical signal represented by arrow 16. Modulator 14 includes M actuating electrodes 18 where M $\geq$ N. Modulator device 10 also includes an electrode actuating device 20 responsive to the input data word $D$ to supply an actuating voltage to the actuating electrodes 18. It is a particular feature of a first aspect of the present invention that electrode actuating device 20 actuates at least one of actuating electrodes 18 as a function of values of more than one bit of the input data word $D$. In other words, at least one of the electrodes is actuated in a manner differing from a simple one-to-one mapping of data bits to electrode voltage, thereby providing freedom to choose the electrode actuation pattern which best approximates a desired ideal output for the given input. According to a second complementary, or alternative, aspect of the present invention, the effective areas of actuating electrodes are optimized so that at least some of the electrode effective areas differ from a simple factor-of-two series.

      The basic operation of a first preferred implementation of modulator device 10 will be understood with reference to Figures 2A and 2B. Figure 2A shows the output intensity values which would be obtained by supplying a voltage sufficient to generate full dynamic range modulation to a set of four electrodes according to a direct mapping of each bit of a 4-bit input data word to a corresponding electrode. The full range of input values 0000 through 1111 and the corresponding output intensities have been normalized to the range 0-1. The marked deviation from linearity in the form of a cosine variation is clearly visible. In contrast, Figure 2B shows the output intensity using the same four electrodes after the input data has been mapped

10

RAM00002US1C1X

according to the teachings of the present invention to a pattern of electrode actuation approximating more closely to a linear response. In other words, for each input value, the output value from Figure 2A most closely approximating the corresponding theoretical linear response is determined, and the corresponding pattern of electrode

5  actuation is applied. By way of example, in Figure 2A, it will be noted that output point **22** corresponding to an input of 0011 is higher than desired for the ideal linear response. The outputs generated by electrode actuation patterns corresponding to value 0100 (point **24**) is closer to the required value, and 0101 (point **26**) is even closer. An output pattern of 0101 is thus chosen to correspond to an input of 0011.

10  The overall result is an output which much more closely approximates to a linear response as shown.

Most preferably, electrode actuating device **20** includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ

15  the present invention in high frequency systems. Electronic input **12** may be simply the input pins of digital-to-digital converter **20**. Figure 4 illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of Figure 2B. A digital-to-digital converter suitable for implementing the various embodiments of the present invention may readily be implemented using

20  commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

The first implementation described thus far features N=M=4 with lengths of the electrodes retaining the conventional ratios of factors of two and employing simple on-off level voltage switching of a common actuating voltage to all currently

25  actuated actuating electrodes. While such an implementation offers markedly improved linearity of response compared to the unmodified response of Figure 2A, it should be noted that the output intensity is not uniquely defined for each input value. Where uniqueness of the output values is required, or where a higher degree of linearity is needed, further modification may be required. Various forms of further

30  modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

11

RAMO0002US1C1X

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

An alternative preferred option for modifying the output to achieve a better approximation to a linear output is modification of the electrode lengths relative to the factor of two series assumed above. A non-limiting example of an approach for determining preferred electrode proportions will be presented below in the context of a Mach-Zehnder modulator. A corresponding practical example of electrode length values for N=M=4 is shown in the second column of Figure 5. Figure 2C illustrates the intensity output employing electrodes with lengths in the proportions listed. A comparison of the root-mean-square error from linearity for Figures 2B and 2C shows that the adjustment of electrode lengths results in an additional slight improvement to linearity.

A further option for modifying the performance of modulator device **10** is the addition of one or more additional electrodes, i.e., M>N. This provides an additional degree of freedom for correcting non-linearity of the response. In the case of unmodified electrode dimensions related by factors of two, each additional electrode is typically half the dimension of the previously smallest electrode. Where the electrode dimensions are further modified, the additional electrode dimension is preferably included within an optimization process in order to determine a preferred dimension for the additional electrode(s) along with the other electrodes. Figures 3A and 3B show outputs from the device of the present invention for an example of N=4 and M=5, with and without modification of the electrode dimensions, respectively. The electrode lengths are shown for the unmodified series in the first column of Figure 5 and for the optimized length electrodes in the third column of Figure 5.

Parenthetically, although the present invention is described herein in the context of a preferred example of linearization of a modulator device which inherently has a non-linear response, the principles of the present invention may equally be applied to any case where a natural response of a modulator provides a first function and a desired response is a different second function which may be linear or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response

12

RAMO0002US1C1X

curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

Clearly, the present invention is not limited to applications with 4-bit data input, and can be implemented with substantially any number of data bits commensurable with other limitations of the system, such as signal-to-noise requirements. By way of example, Figures 6A-6C, 7A and 7B illustrate a number of implementations with 8-bit input data words. Specifically, for purpose of reference, Figure 6A shows the unmodified output of an 8-bit arrangement where each data bit is applied directly to a corresponding electrode, again showing the underlying cosine response of the modulator. Figure 6B illustrates the output of an implementation according to the teachings of the present invention with N=M=8 and standard lengths of electrodes interrelated by factors of 2, as in the fourth column of Figure 5. Figure 6C shows output for a similar device where the electrode lengths have been modified according to the values shown in the fifth column of Figure 5. Figures 7A and 7B show the output of similar devices for N=8 but with an extra electrode, i.e., M=9. In the case of Figure 7A, the device has unmodified electrode lengths as shown in the fourth column of Figure 5, while in the device of Figure 7B, the electrode lengths are modified according to the proportions shown in the sixth column of Figure 5.


Example I – Mach-Zehnder Modulator

By way of example, there will now be presented a theoretical treatment of one particularly preferred example of modulator device 10 implemented using a Mach-Zehnder modulator, also referred to as a Mach-Zehnder Interferometer or "MZI". This theoretical treatment is presented to facilitate an understanding of the present invention and as a suggested technique for calculating certain parameters. However, it should be noted that the invention as described above has been found to be effective, independent of the accuracy or otherwise of this theoretical treatment.

The Mach-Zehnder modulator is an active integrated waveguide device consisting of a higher index guide region that splits into two paths which are combined again after a certain distance. Each of these paths is referred to as a *leg* or *branch*. When used as a switch, the MZI may be turned "off" by raising or lowering the index of refraction in one of the legs. This is achieved by employing the electro-optic effect to produce a

13

RAMO0092US1C1X

180-degree change in phase by means of optical-path length. Intermediate optical attenuation levels can be obtained by inducing changes other than 180 degrees.

In the case described above of Figure 1, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The
5    input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes as this realization is equipped with a single excess electrode. According to one option, if an electrical rather than optical output is desired, the optical signal at the output is detected and converted to an electrical (analog) signal.

10    It should be noted that, in the context of a MZI, it is common to split the electrodes to act in an opposite manner on the two legs of the device, for example, one side raising and the other lowering the refractive index of the material, thereby reducing the actuation voltage required. In such cases, the value $M$ is the number of actuating electrodes on each of the two waveguide branches of the modulator.

15    *Mathematical Description*

The properties of the MZI may be described mathematically as follows. Let $l$ denote a vector of electrode lengths. The number of elements in $l$ is $M$. Also let $V$ denote a corresponding vector (of length $M$) of electrode control-voltages. When applying a voltage $V_j$ only to electrode $e_j$, whose length is $l_j$, the phase of light
20    propagating in the modulating leg, shifts by $\pi \dfrac{V_j l_j}{v_\pi l_\pi}$, where $V_\pi \cdot l_\pi$ corresponds to the voltage-length product leading to a $\pi$ shift in the phase. It is used as a merit figure of the MZI modulator. We define new normalized electrode length by:

$$L_j = \frac{l_j}{l_\pi} \tag{1}$$

25    Gathering the total contribution from all electrodes, the following transmission function of the MZI is obtained:

$$T(\mathbf{V}, \mathbf{L}) = \cos^2\left(\frac{\pi}{2} \frac{\mathbf{V}\mathbf{L}^T}{v_\pi}\right), \tag{2}$$

14

RAMO0092US1C1X

5     where the superscript $T$ denotes transposition. The contribution from each electrode $e_j$, $j = 1, 2, \ldots M$, to the total phase shift, is permitted by applying some non-zero voltage $V_j = v$. We chose to work with binary values for all electrode voltages, $V_j = 0, v$, a clearly desirable requirement which, moreover, makes the design simpler as discussed next. Note that by setting the lower voltage to a value

10    greater than zero, the maximum output level of the MZI is decreased thus reducing the dynamic range. Let $\mathbf{D_i}$ denote a digital binary input vector of length $N$, where $i = 1, \ldots, 2^N$. For each digital vector $\mathbf{D_i}$, the DDC component in Figure 1 produces a corresponding binary vector $\mathbf{B_i}$ of length $M$. $\mathbf{B_i}$ multiplied by $v$, represents the actual (internal) vector of voltages controlling the $M$ electrodes. When

15    multiplying a real number, $\mathbf{B_i}$ should be interpreted as binary vector whose elements are the real numbers $\{0,1\}$. With respect to (2), this means that when $V_j = v$, then $B_{ij} = 1$, and when $V_j = 0$, $B_{ij} = 0$; $B_{ij}$ being the $j$-th element of the control vector $\mathbf{B_i}$. At this time we define $\mathbf{B}$ to be a matrix of size $2^N \times M$ whose rows consist of the set of binary control vectors $\mathbf{B_i}$, each of length $M$.

20    Hence, (2) can be rewritten as

$$T(\mathbf{B_i}, \mathbf{L}) = \cos^2\left[\frac{\pi}{2}\frac{v}{v_\pi}\sum_{j=1}^{M} B_{ij}L_j\right] \qquad (3)$$

      Without loss of generality $v = v_\pi$ will be assumed henceforth. (Preferably $V_j = v_\pi$ to ensure full coverage of the modulating range and efficient use of the input optical power.) When the number of electrodes equals the number of data bits, i.e.

25    when $M = N$, an implementation in a standard approach according to the system of Figure 10 while trying to exploit the dynamic range of the transfer function (3) to its fullest results in high nonlinearity errors. This is demonstrated in Figure 2A for

15

RAMO0092US1C1X

5    $M = N = 4$. For this demonstration it is assumed that an unoptimized straightforward selection is made, where $\mathbf{B}$ is the set of all 16 binary 4-tuples, i.e. $\mathbf{B}^T = \{0000,\ldots,1111\}$ and $\mathbf{L}$ is taken as $\{0.5, 0.25, 0.125, 0.0625\}$. In the next section, one suggested approach to optimizing $\mathbf{L}$ and $\mathbf{B}$ will be proposed.

*Optimization of B and L*

10    In order to improve the linearity as well as the dynamic range of the conversion process, we propose that the lengths of the elements of $\mathbf{L}$ and the control vectors $\mathbf{B}$ be optimized. As described above, it is possible to optimize one or both of $\mathbf{B}$ and $\mathbf{L}$. In practice, optimization of $\mathbf{L}$ alone may provide a non-monotonic variation of output together with some improvement in linearity and dynamic range. This may

15    be sufficient for applications in which the non-linearity is relatively small, such as the semiconductor laser embodiments to be discussed below. For more significantly non-linear devices, the options of optimized $\mathbf{B}$ with unoptimized $\mathbf{L}$, and optimized $\mathbf{B}$ and $\mathbf{L}$ are typically more suitable.

We consider these options separately since their implementation require

20    different hardware. An unoptimized set of electrode lengths $\mathbf{L}$ consists of $L_j = 2^{-j}$, with $j = 1\ldots M$. An unoptimized matrix $\mathbf{B}$ will consist of all $2^N$ binary $N$-tuples. In that case, with a slight abuse of notations we have that $\mathbf{B}_i = \mathbf{D}_i$; $i = 0,1,2,\ldots 2^N - 1$. Hence, designs with optimized $\mathbf{B}$ require Digital-to-Digital conversion while designs with optimized $\mathbf{L}$ only do not. Whenever

25    $\mathbf{B}$ is optimized, and for any number of electrodes $M$; $M \geq N$, it is understood that a binary input data vector $\mathbf{D}_i$ has to be mapped to a control vector $\mathbf{B}_i$, yet $\mathbf{B}_i \neq \mathbf{D}_i$. The DDC, implemented as all-electronic, shall perform this mapping operation.

As the optimization criterion we shall use the root mean square error (RMSE)

30    between an ideal output, represented by a straight line, and the converter output. Let

16

RAMO0092US1C1X

5    $U_i = \frac{i}{2^N}$ denote the ideal analog value required for representing the digital input $\mathbf{D_i}$. The RMSE is defined as follows:

$$g(\mathbf{B},\mathbf{L}) = \sqrt{\frac{1}{2^N} \sum_{i=1}^{2^N} \left[ U_i - \cos^2\left( \frac{\pi}{2} \sum_{j=1}^{M} B_{ij}L_j \right) \right]^2} \quad (4)$$

The optimization problem can now be formulated as minimizing the values of $g(\mathbf{B},\mathbf{L})$ for all possible values of the matrix $\mathbf{B}$ and the vector $\mathbf{L}$.

10    Note that this optimum solution is aimed at minimizing the average (squared) deviation between the desired output and the converter output. Clearly, this is only one non-limiting example, and various other linearity measures may equally be used. Similarly, as mentioned earlier, the desired output response function itself may take any desired form, and for each function, a suitable optimization criterion must be

15    selected.

Approaching (4) as a global optimization problem with an order of $O(2^N \times M)$ variables, is quite involved, especially since the variables are of mixed type, $\mathbf{B}$ is binary while $\mathbf{L}$ is real. (It is related to a nonlinear mixed integer zero-one optimization problem.) It is therefore typically preferred to employ a

20    near-optimum two-step approach. First, $\mathbf{B}$ is determined assuming an unoptimized set of electrodes $\mathbf{L}$, $L_j = 2^{-j}$, with $j = 1...M$. The obtained matrix is denoted by $\hat{\mathbf{B}}$. Then, given $\hat{\mathbf{B}}$, $\mathbf{L}$ is obtained such that (4) is minimized.

If $\mathbf{L}$ is an unoptimized set of electrodes, $L_j = 2^{-j}$. Then, the output of the converter as given by (3) is a function of the control $\mathbf{B_i}$ only. Since one aims at

25    obtaining a straight line, whose quantized values are given by $U_i$, then it is not difficult to verify that the best approximated selection of $\hat{\mathbf{B}_i}$ is given by

17

RAMO0092US1C1X

$$\hat{\mathbf{B}}_i = Dec2Bin_M \left( \frac{2}{\pi} \arccos \left( \sqrt{U_i} \right) \right), \tag{5}$$

where the function $Dec2Bin_M(x)$ maps a real value $x$, $0 < x \le 1$, to its closest $M$-bit binary representation. Note that this, in effect quantization, process may result in several input data vectors having the same analog representation. In applications in which this duplicate representation is considered problematic, it is effectively mitigated by choosing $M > N$.

Given $\hat{\mathbf{B}}$, we proceed to optimize $\mathbf{L}$. Assuming there exists a set of electrodes $\mathbf{L}$ such that

$$\cos^2 \left( \frac{\pi}{2} \sum_{j=1}^{M} \hat{B}_{ij} L_j \right) \approx U_i; \; \forall i,$$

then as an alternative to (4), we may define an equivalent cost function, which is easier to handle mathematically:

18

RAMO0092US1C1X

$$h(\mathbf{L}) = \left\{ \sum_{i=1}^{2^N} \left[ \frac{2}{\pi} \arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right]^2 \right\}. \qquad (6)$$

To minimize this cost function, one needs to differentiate $h(\mathbf{L})$ with respect to $\mathbf{L}$ and equate to 0:

$$\frac{\partial h}{\partial L_k} = 2 \left\{ \sum_{i=1}^{2^N} \hat{B}_{ik} \left[ \frac{2}{\pi} \arccos\left(\sqrt{U_i}\right) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right] \right\} = 0; \ \forall k. \qquad (7)$$

The following equation (more precisely set of equations) is obtained

$$\sum_{i=1}^{2^N} \sum_{j=1}^{M} \hat{B}_{ik} \hat{B}_{ij} L_j = \sum_{i=1}^{2^N} \hat{B}_{ik} \frac{2}{\pi} \arccos\left(\sqrt{U_i}\right), \qquad (8)$$

where $k = 1, 2 \ldots M$. In matrix notation the set of equation translates to a simple expression

$$\mathbf{L} = (\hat{\mathbf{B}}^T \hat{\mathbf{B}})^{-1} \frac{2}{\pi} \left[ \arccos\left(\sqrt{\mathbf{U}}\right) \hat{\mathbf{B}} \right]^T, \qquad (9)$$

where $\sqrt{\mathbf{U}}$ amounts to a component-wise square root. The solution above grants us an optimized vector of lengths $\mathbf{L}$.

Example II - Electro-Absorption Modulator

As mentioned earlier, the present invention is not limited to implementations based on Mach-Zehnder modulators, and can be implemented using any device which modulates light intensity as a function of applied voltage. By way of one additional non-limiting implementation, Figure 8 shows an analogous implementation of the present invention using an electro-absorption modulator.

19

RAMO0002US1C1X

5      An electro-absorption modulator (EAM) is a semiconductor device which allows control of the intensity of a laser beam via an electric voltage. Its operational principle is typically based on the *Franz-Keldysh effect*, i.e., a change of the absorption spectrum caused by an applied electric field, which usually does not involve the excitation of carriers by the electric field.

10     By realizing N or more electrodes we can use the EAM as a high speed electro-optical Digital-to-Analog converter, in a similar fashion as we used the MZI. As in modulator device **10** described above, this device includes an electronic input **12** for receiving an input data word $D$ of N bits and an electrically controllable modulator **14** with $M$ electrodes for modulating the intensity of an optical signal

15     represented by arrow **16**. An electrode actuating device **20** is responsive to the input data word $D$ to supply an actuating voltage to the actuating electrodes **18**.

       Here too, to mitigate the non-linear behavior of the device, electrode actuating device **20** serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each

20     input value. The particular mapping varies according to the response characteristic of the particular modulator, but the principles of operation are fully analogous to those described above in the context of the Mach-Zehnder modulator implementation.

Example III – Modulated Light Generation Device

       The present invention is applicable also to other devices where digital

25     information carried by voltage or current is translated into analog optical signals in the form of optical power. This includes also light generation devices like Light Emitting Diodes (LED) or semiconductor lasers. By way of illustration, Figure 9 shows a semiconductor laser implementation of the present invention.

       Specifically, Figure 9 shows a semiconductor laser DAC device, generally

30     designated **40**, constructed and operative according to the teachings of the present invention. The actuating electrode, typically implemented as a single contiguous electrode, is here subdivided into a threshold electrode **42** and M actuating electrodes **18**. The threshold electrode **42** is typically needed to reach a minimum activation current below which no significant output is generated. Actuating electrodes **18** are

35     actuated as a function of the data bits of a digital input **12**, in this case a 4-bit data

20

RAMO0002US1C1X

5    word, to generate an analog optical signal output of intensity representing the digital
input.

In the particularly simple implementation illustrated here, neither **L** nor **B** is
optimized. In other words, each actuating electrode **18** is part of a set interrelated with
effective areas in 2:1 relation, and each electrode is actuated as a function of

10   corresponding single bit of the input data word. The actuating current is typically
roughly proportional to the area of electrodes actuated. This case is in itself believed
to be patentable, and is thought to be of practical importance. Optionally, a closer
approximation to a linear response can be achieved by modifying **L** (electrode
proportions) and/or **B** (by including a DDC, not shown), all according to the

15   principles discussed in detail above.

It will be appreciated that a similar device may be implemented using other
semiconductor light generating devices, such as LEDs. Depending upon the details of
the device used, threshold electrode **42** may not be necessary. This and any other
necessary device-specific modifications will be self-evident to one ordinarily skilled

20   in the art.


Example IV – QAM Transmitter


Although described above in the context of devices for intensity/amplitude
modulation, it should be noted that various embodiments of the present invention are
also effective for modifying the phase of an optical signal, and can therefore be used

25   as highly compact and simple QAM (Quadrature Amplitude Modulation) modulators
or transmitters.
Specifically, referring back to Figure 1, it will be noted that, by configuring the
digital-to-digital converter DDC **20** to apply different actuation patterns to the
electrodes on the two branches of the Mach Zehnder Modulator (MZM), modulation

30   of the output signal phase can be achieved. Such an implementation will now be
described with specific reference to Figures 10-13B.

Turning now to Figure 10, there is shown a modulator device, generally
designated **100**, implemented as a QAM modulator. Modulator device **100** is
essentially similar to the device of Figure 1, but has been relabeled to convey more

35   clearly its function. Specifically, modulator device **100** has a first plurality $M_1$ of

21

RAMO0092US1C1X

5     actuating electrodes **18a** deployed in operative relation to a first waveguide branch of the modulator and a second plurality $M_2$ of actuating electrodes **18b** deployed in operative relation to a second waveguide branch of the modulator. In this case, $M_1 = M_2 = 5$, giving a total number of actuating electrodes $M = 10$. The electrode actuating device is here shown as two distinct digital-to-digital converters **20a** and

10   **20b**, which are configured to actuate the first and second pluralities of actuating electrodes **18a** and **18b** in response to a given input data word $D_i$ so as to additionally modulate the phase of the optical signal. Clearly, digital-to-digital converters **20a** and **20b** can alternatively be combined into a single DDC with $M = 10$ outputs with suitable connections to the actuating electrodes on both branches of the waveguide.

15     It will be appreciated that modulator device **100** can serve as an optical 16-QAM transmitter based on a single multi-electrode MZM (ME-MZM). Each electrode is divided into 5 segments, separately driven by two voltage signals, 0 and $V$ representing binary 0 and 1, respectively. The center electrode is a common ground for the active electrode segments. The role of the modulator is to generate a desired

20   $M$-QAM constellation which is composed of complex optical field values. The modulator is expected to generate $2^M$ signals:

$$s_i = r_i e^{j\theta_i}, \quad r_i > 0, \quad 0 \le \theta_i \le 2\pi, \quad i = 1,...,2^M, \qquad (10)$$

22

RAMO0092US1C1X

5          In our example of a 16-QAM with two sets of 5 electrodes, as an input, the

QAM transmitter accepts an electrical 4-bit digital input word, denoted $\mathbf{D_i}$. The

input word is mapped by two Digital-to-Digital Converters (DDC) onto each of the 10

(electrode) segments, whose lengths are the vectors $\mathbf{L}^{1,2}$. Each DDC outputs a 5-bit

word, denoted as $\mathbf{B_i^1}$ and $\mathbf{B_i^2}$. The output of transmitter can be written as :

10

$$E_{out,i} = \frac{1}{\sqrt{2}} E_{in} \exp\left[ j2\pi \sum_j^{N_1} B_{ij}^1 L_j^1 \right] + \frac{1}{\sqrt{2}} E_{in} \exp\left[ -j2\pi \sum_j^{N_2} B_{ij}^2 L_j^2 \right]$$

(11)

where $E_{in}$ the optical field amplitude entering the modulator and $N_1, N_2$ are the

number of segments on each arm. The elements $L_j^{1,2} \in \mathbf{L}^{1,2}$ represent normalized

15   electrode lengths on each arm. The two-level $B_{ij}^{1,2}$ coefficients are elements of the

matrices $\mathbf{B_i^{1,2}}$ and represent whether voltage $v$ was applied to the $j$-th segment, on

the respective arm. The index $j$ enumerates the electrodes, $j = \{ 1 \dots N_{1,2} \}$ on

each arm. The summation is normalized to span $0 \leq \sum_j^N B_{ij}^{1,2} L_j \leq 1$, such that

each arm induces a phaseshift of $0 \leq \Delta\varphi \leq 2\pi$.

20   The application of the electrical signals is preferably directly upon the modulator

without any mediating circuits, referred to herein as *"Direct Digital Driving"*. The

modulator can be regarded as a 2D Digital-to-Analog (D/A) converter, that converts a

digital word into an optical vector signal.

        The design of the transmitter involves the setting of electrode lengths, $\mathbf{L}^{1,2}$

25   and DDC mappings, $\mathbf{B_i^{1,2}}$, that will generate all the required signals given in

Eq. (10). An effective combination of the electrode lengths and digital

23

RAMO0092US1C1X

5    mappings may be derived either by analytical methods or numerically. A simple numerical derivation will now be presented.

A ME-MZM with $N_{1,2}$ electrode segments on each arm is capable of generating $2^{(N_1+N_2)}$ signals. Thus, by choosing carefully the electrode lengths, and assuming the number of segments sufficient to generate at least $2^{(N_1+N_2)} > M$

10    different signals, all the required signals described by Eq. (10) can be picked out of the generated signals pool.

As an example, Figure 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool

15    As an example, Figure 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool which was generated with $[5,5]$ electrodes. The best matched signals at the pool are marked in figure. It can be seen that there is a good match between the ideal and the best matched generated constellations.

20    Table 1 compares between an ideal 16-QAM constellation and a generated constellation with different combinations of number of electrodes each arm. It presents the symbol minimum distance and the root mean square error. The latter provides a measure of agreement between the ideal and the generated constellations. Configurations with $[2,2]$, $[2,3]$ and $[3,3]$ electrodes provide less than 16

25    different signals (minimum distance of 0) and therefore cannot be used for generation of 16-QAM.

**Table 1**

| $N_1, N_2$ | Ideal | 4,2 | 4,3 | 4,4 | 4,5 | 5,5 | 5,6 | 6,6 |
|---|---|---|---|---|---|---|---|---|
| Minimum Distance | 2 | 1.66 | 1.66 | 1.66 | 1.30 | 1.83 | 1.67 | 1.67 |
| RMSE | 0 | 4.64 | 4.64 | 4.53 | 4.42 | 4.64 | 4.52 | 4.57 |

Figure 11B presents the Symbol Error Rate (SER) performance for a range of Signal to Noise Ratios (SNR) for an Additive White Gaussian Noise (AWGN)

24

RAM00092US1C1X

5     channel. It can be seen that when using $[6,6]$ electrodes, the performance graph closely matches that of ideal 16-QAM constellation. Using a higher number of electrodes can lower the SER ever further toward the ideal curve. SER performance can be slightly improved by further tuning the decoding hypothesis testing at the receiver side to the generated constellation.

10     The electrode lengths used for the generation of Figure 11B follow a binary sequences, $L^{j,0} = 2^{-j}$. Tweaking the electrode lengths has small impact on the modulator performance. In Eq. (11), we assumed driving signals of $0$ and $2V_\pi$. The high driving signal can be lowered by extending the total electrode length twice its size. The opposite signs in the exponents in the two terms of Eq. (11) are already

15 implemented by the geometry of the electrode disposition of Figure 10, when the signs of the voltages applied are the same, since then the electric fields have opposite directions. Other electrode dispositions exist for different cuts of the electro-optic crystals, and the appropriate way of applying the voltage with the right signs should be clear to a person skilled in the art.

20     Referring now to Figures 12A-13B, it will be appreciated that the proposed modulator is capable of generating high order QAM constellations. Figure 12A depicts the ideal 64-QAM constellation together with one generated using a $[7,7]$ electrodes modulator, while Figure 12B shows an ideal 256-QAM constellation together with the one generated using a $[10,10]$ electrodes modulator. It can be seen

25 that there is a good match between the ideal and the generated constellations. Figures 13A and 13B show the Symbol Error Rate performance for the generated constellations of Figures 12A and 12B, respectively.

    A simple implementation of this embodiment described thus far generates Non-Return-to-Zero (NRZ) signals. NRZ permits constant intensity for similar

30 consecutive bits, and is thus more susceptible to Inter-Symbol-Interference and other nonlinear propagation distortions. Return-to-Zero (RZ) format is a pulsed modulation where the signal "returns to zero" after every bit. This format provides better performance than NRZ, but usually requires additional hardware, such as a pulse carver. A transmitter based on the modulator of an embodiment of the invention can

35 readily be extended to produce RZ pulses with minimal if any additional hardware. By adding an RZ control line to the DDC, as shown in Figure 10, which serves as a

RAMO0002US1C1X

5      trigger determining whether the output optical amplitude should be zero or other, the whole modulator will be capable of generating RZ signals. When the added control line is high, the DDC will map the electrode actuation pattern to the pattern corresponding to the middle point of the constellation, which is zero.

For the constellation presented in Figure 10, $B_1 = [00010]$ and $B_2 = [01110]$

10     will output zero (or minimum) power because it will generate a phase difference of $\pi$ between the two arms of the MZM.

While the present invention has been presented as a digital-to-analog optical modulator, it should be noted that each embodiment of the invention may be modified

15     to provide analog electrical output by use of an optical-to-electrical (O/E) converter. This option is illustrated in Figure 1 as optional O/E converter **30**. If the O/E converter itself has a non-linear response function, the present invention may advantageously be used to optimize the system parameters to linearize the electrical output rather than the (intermediate) optical output. Analogously, any nonlinearity

20     induced by the optical medium used for transmitting the signal (e.g. optical fiber) can be compensated for by using O/E converter **30** as a linearizing device.

The present invention is applicable to substantially all applications requiring a DAC with optical or electrical output. Examples of particular interest include, but are not limited to, wireless communications systems, fiber-optic communication systems,

25     cellular telephone networks, cable television, military applications, medical applications and hyper/super computer communications.

It will be appreciated that the above descriptions are intended only to serve as examples, and that many other embodiments are possible within the scope of the present invention as defined in the appended claims.

30     All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference. In addition, citation or identification of any reference in this application

35     shall not be construed as an admission that such reference is available as prior art to the present invention. To the extent that section headings are used, they should not be

26

RAMO0092US1C1X

5    construed as necessarily limiting. In addition, any priority document(s) of this application is/are hereby incorporated herein by reference in its/their entirety.

Patent
App. No.: Filed herewith
Attorney Docket No.: RAMO0002US1C1X

**IN THE SPECIFICATION:**

Please replace the first paragraph with the following paragrah:

RELATED APPLICATIONS

This application is a continuation of U.S. Patent Application No. 16/532,567 filed on August 6, 2019, which is a continuation of U.S. Patent Application No. 16/386,391, filed April 17, 2019, now U.S. Patent No. 10,461,866, which is a continuation of U.S. Patent Application No. 16/234,635 filed on December 28, 2018, now U.S. Patent No. 10,270,535, which is a continuation of U.S. Patent Application No. 15/298,373 filed on October 20, 2016, now U.S. Patent No. 10,205,527, which is a continuation of U.S. Patent Application No. 14/922,165 filed on October 25, 2015, now U.S. Patent No. 9,479,191, which is a continuation of U.S. Patent Application No. 14/662,343 filed on March 19, 2015, now U.S. Patent No. 9,203,425, which is a continuation of U.S. Patent Application No. 14/325,486 filed on July 8, 2014, now U.S. Patent No. 9,031,417, which is a continuation of U.S. Patent Application No. 13/280,371 filed on October 25, 2011, now U.S. Patent No. 8,797,198, which is a continuation of U.S. Patent Application No. 12/636,805, filed on December 14, 2009, now U.S. Patent No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on June 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on June 13, 2007. The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

2

Patent
App. No.: Filed herewith
Attorney Docket No.: RAMO0002US1C1X

## REMARKS

Applicant requests that the Examiner enter the amendment to the specification set forth herein prior to examining the Application. Applicant submits that no new matter has been added by any of the amendments.

If the Examiner has any questions, please contact the Applicants' undersigned representative at the number provided below.

Respectfully submitted,

/Sarah Mirza/
Sarah Mirza
Registration No. 74866
ARTEGIS LAW GROUP, L.L.P.
710 Lakeway Drive, Suite 120
Sunnyvale CA, 94085
Telephone:  (408) 715-3261
Facsimile:   (408) 715-1201
Attorney for Applicant(s)

3

# EXHIBIT B

US010033465B2

(12) **United States Patent**

Ehrlichman et al.

(10) Patent No.: **US 10,033,465 B2**

(45) **Date of Patent:** **Jul. 24, 2018**

(54) **LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR**

(71) Applicant: **Ramot at Tel-Aviv University Ltd.,** Tel-Aviv (IL)

(72) Inventors: **Yossef Ehrlichman**, Nazareth Ilit (IL); **Ofer Amrani**, Tel Aviv (IL); **Shlomo Ruschin**, Herzliya (IL)

(73) Assignee: **Ramot at Tel-Aviv University Ltd.,** Tel-Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/298,327**

(22) Filed: **Oct. 20, 2016**

(65) **Prior Publication Data**

US 2017/0294968 A1    Oct. 12, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/922,165, filed on Oct. 25, 2015, now Pat. No. 9,479,191, which is a (Continued)

(51) **Int. Cl.**
**H03M 1/20** (2006.01)
**H04B 10/516** (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **H04B 10/516** (2013.01); **H03M 1/002** (2013.01); **H04B 10/2504** (2013.01)

(58) **Field of Classification Search**
CPC ...... H03M 1/70; H04B 10/541; H04B 10/516
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,288,785 A    9/1981    Papuchon et al.
4,613,204 A    9/1986    Verber et al.
(Continued)

FOREIGN PATENT DOCUMENTS

DE    602005000276    5/2007
EP    0020216    12/1980
(Continued)

OTHER PUBLICATIONS

Applicant-Initiated Interview Summary dated Jul. 29, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.
(Continued)

*Primary Examiner* — Jean B Jeanglaude

(57) **ABSTRACT**

A system for converting digital data into a modulated optical signal, comprises an electrically controllable device having M actuating electrodes. The device provides an optical signal that is modulated in response to binary voltages applied to the actuating electrodes. The system also comprises a digital-to-digital converter that provides a mapping of input data words to binary actuation vectors of M bits and supplies the binary actuation vectors as M bits of binary actuation voltages to the M actuating electrodes, where M is larger than the number of bits in each input data word. The digital-to-digital converter is enabled to map each digital input data word to a binary actuation vector by selecting a binary actuation vector from a subset of binary actuation vectors available to represent each of the input data words.

**13 Claims, 13 Drawing Sheets**



## US 10,033,465 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/662,343, filed on Mar. 19, 2015, now Pat. No. 9,203,425, which is a continuation of application No. 14/325,486, filed on Jul. 8, 2014, now Pat. No. 9,031,417, which is a continuation of application No. 13/280,371, filed on Oct. 25, 2011, now Pat. No. 8,797,198, which is a continuation of application No. 12/636,805, filed on Dec. 14, 2009, now Pat. No. 8,044,835, which is a continuation-in-part of application No. PCT/IL2008/000805, filed on Jun. 12, 2008.

(60) Provisional application No. 60/943,559, filed on Jun. 13, 2007.

(51) **Int. Cl.**
  **H03M 1/00** (2006.01)
  **H04B 10/25** (2013.01)

(58) **Field of Classification Search**
  USPC ................. 341/131; 356/464; 398/115, 186
  See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,137,359 A | 8/1992 | Steele | |
| 5,543,952 A | 8/1996 | Yonenaga et al. | |
| 5,694,504 A | 12/1997 | Yu et al. | |
| 5,724,178 A | 3/1998 | Grandpierre et al. | |
| 5,917,638 A | 6/1999 | Franck et al. | |
| 6,760,111 B1 * | 7/2004 | Mark | G01C 19/726 356/464 |
| 6,781,537 B1 | 8/2004 | Taraschuk et al. | |
| 6,781,741 B2 * | 8/2004 | Uesaka | G02F 1/225 359/237 |
| 7,061,414 B2 | 6/2006 | Chen et al. | |
| 7,203,552 B2 | 4/2007 | Solomon | |
| 7,212,292 B2 | 5/2007 | Van Brockl et al. | |
| 7,403,711 B2 | 7/2008 | Chen et al. | |
| 7,483,597 B2 | 1/2009 | Shastri et al. | |
| 7,536,112 B2 | 5/2009 | Yonenaga et al. | |
| 7,792,398 B2 | 9/2010 | Tanaka et al. | |
| 7,978,390 B2 | 7/2011 | Kikuchi | |
| 8,044,835 B2 | 10/2011 | Ehrlichman et al. | |
| 9,031,417 B2 | 5/2015 | Ehrlichman et al. | |
| 9,203,425 B2 | 12/2015 | Ehrlichman et al. | |
| 2004/0213170 A1 | 10/2004 | Bremer | |
| 2007/0212076 A1 | 9/2007 | Roberts et al. | |
| 2010/0156679 A1 | 6/2010 | Ehrlichman et al. | |
| 2014/0321857 A1 | 10/2014 | Ehrlichman et al. | |
| 2015/0194982 A1 | 7/2015 | Ehrlichman et al. | |
| 2016/0043732 A1 | 2/2016 | Ehrlichman et al. | |
| 2017/0302291 A1 | 10/2017 | Ehrlichman et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0957596 | 11/1999 |
| EP | 1036302 | 9/2000 |
| EP | 2896993 | 7/2015 |
| WO | WO 2004/074914 | 9/2004 |
| WO | WO 2008/152642 | 12/2008 |

#### OTHER PUBLICATIONS

Brief Communication Oral Proceedings on Sep. 18, 2014 dated Aug. 25, 2014 From the European Patent Office Re. Application No. 08763563.7.

Brief Communication: Oral Proceedings on Sep. 18, 2014 dated Aug. 25, 2014 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Jul. 12, 2013 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Apr. 26, 2010 From the European Patent Office Re. Application No. 08763563.7.
European Search Report and the European Search Opinion dated Apr. 9, 2015 From the European Patent Office Re. Application No. 15157901.8.
International Preliminary Report on Patentability dated Dec. 7, 2009 From the International Bureau of WIPO Re. Application No. PCT/IL2008/000805.
International Search Report and the Written Opinion dated Nov. 3, 2008 From the International Searching Authority Re. Application No. PCT/IL2008/000805.
Official Action dated Nov. 4, 2013 From the US Patent and Trademark Office Re. U.S. Appl. No. 13/280,371.
Official Action dated Dec. 14, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/922,165.
Official Action dated Feb. 16, 2011 From the US Patent and Trademark Office Re. U.S. Appl. No. 12/636,805.
Official Action dated May 22, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.
Official Action dated Oct. 24, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (18 pages).
Official Action dated Oct. 30, 2014 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/325,486.
Provision of the Minutes in Accordance With Rule 124(4) EPC dated Sep. 30, 2014 From the European Patent Office Re. Application No. 08763563.7.
Summons to Attend Oral Proceedings Pursuant to Rule 115(1) EPC dated Apr. 28, 2014 From the European Patent Office Re. Application No. 08763563.7.
Ehrlichman et al. "Generation of M-Ary Signals Using a Single Mach Zehnder Interferometer", SPIE Digital Library, 7218, Integrated Optics: Devices, Materials, and Technologies XIII, 72180L, 5 Pages, Feb. 9, 2009.
Ehrlichman et al. "Generation of M-Ary Signals Using a Single MZI", School of Electrical Engineering Tel Aviv University, Israel,: 14 Pages, Presented at Photonics West 2009.
Ehrlichman et al. "Improved Digital-to-Analog Conversion Using Multi-Electrode Mach-Zehnder Interferometer", Journal of Lightwave Technology, 26(21): 3567-3575, Nov. 1, 2008.
Ehrlichman et al. "Multi-Electrode Approach for Interfacing Optical Computing Devices", School of Electrical Engineering Tel Aviv University, Israel, p.1-25, Published in Vienna, Austria, Aug. 28, 2008.
Leven et al. "A 12.5 GSample/s Optical Digital-to-Analog Converter With 3.8 Effective Bits", The 17th Annual Meeting of the IEEE, Lasers and Electro-Optics Society 2004, LEOS 2004, 1: 270-271, Nov. 2004.
Vawter et al. "Digital Optical Phase Control in Ridge-Waveguide Phase Modulators", IEEE Photonics Technology Letters, XP000362933, 5(3): 313-315, Mar. 1, 1993.
Wang et al. "Research on the Modulation Phase Distortion Error Character of Y Wave-Guide in Fiber Optic Gyroscope", Proceedings of the 2008 International Symposium on Intelligent Information Technology Applications Workshop, IITAW '08, Shanghai, China, Dec. 21-22, 2008, p. 847-850, Dec. 21, 2008.
Yacoubian et al. "Digital-to-Analog Conversion Using Electrooptic Modulators", IEEE Photonics Technology Letters, 15(1): 117-119, Jan. 2003.
Zumbahlen "Basic Linear Design: Digital-to-Analog Converter Architectures: Intentionally Nonlinear DACs", Analog Devices Ltd., Section 6.1: 6.37-6.39, 2007.
Official Action Dated Jun. 7, 2018 From the US Patent and Trademark Office U.S. Appl. No. 15/298,373. (10 pages).

* cited by examiner



FIG. 1



FIG. 2A
(PRIOR ART)

FIG. 2B

FIG. 2C



FIG. 3A

FIG. 3B

FIG. 5

| N=4 | | | N=8 | | | |
| U | O | | U | O | | |
| M=4-5 | M=4 | M=5 | M=8-10 | M=8 | M=9 | M=10 |
|---|---|---|---|---|---|---|
| 0.5 | 0.4073 | 0.4957 | 0.5 | 0.3871 | 0.5001 | 0.5 |
| 0.25 | 0.2443 | 0.2451 | 0.25 | 0.2243 | 0.25 | 0.2501 |
| 0.125 | 0.1506 | 0.1304 | 0.125 | 0.1311 | 0.125 | 0.1249 |
| 0.0625 | 0.0989 | 0.0527 | 0.0625 | 0.0799 | 0.0625 | 0.0625 |
| 0.0313 | | 0.038 | 0.0313 | 0.0527 | 0.0313 | 0.0312 |
| | | | 0.0156 | 0.0385 | 0.0155 | 0.0156 |
| | | | 0.0078 | 0.0312 | 0.0078 | 0.0009 |
| | | | 0.0039 | 0.0275 | 0.0038 | 0.004 |
| | | | 0.002 | | 0.002 | 0.0019 |
| | | | 0.001 | | | 0.001 |
| M=4: 0.9375; M=5: 0.9688 | 0.9011 | 0.9619 | M=8: 0.9961; M=9: 0.9981; M=10: 0.9991 | 0.9723 | 0.998 | 0.9991 |

FIG. 4

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |



FIG. 6A
(PRIOR ART)

FIG. 6B

FIG. 6C



FIG. 7A

FIG. 7B



FIG. 8



FIG. 9



FIG. 10





FIG. 12B

FIG. 12A





FIG. 14 (PRIOR ART)

US 10,033,465 B2

**1**

## LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

### RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/922,165 filed on Oct. 25, 2015, which is a continuation of U.S. patent application Ser. No. 14/662,343 filed on Mar. 19, 2015, now U.S. Pat. No. 9,203,425, which is a continuation of U.S. patent application Ser. No. 14/325, 486 filed on Jul. 8, 2014, now U.S. Pat. No. 9,031,417, which is a continuation of U.S. patent application Ser. No. 13/280,371 filed on Oct. 25, 2011, now U.S. Pat. No. 8,797,198, which is a continuation of U.S. patent application Ser. No. 12/636,805, filed on Dec. 14, 2009, now U.S. Pat. No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on Jun. 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on Jun. 13, 2007.

The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

### FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to optical modulators and, in particular, it concerns a linearized optical digital-to-analog modulator.

There is a tangible need for high-performance and large bandwidth digital to analog signal conversion. Furthermore, as the RF and digital domains converge, entirely new solutions will be needed to enable multi-GHz mixed-signal systems. Probably the most prominent area to benefit is the wireless communication industry. The ever increasing thirst for bandwidth will require data converters to deliver greatly increased performance. For example, analog signals are transmitted in cable television (CATV) via optical fibers and the demand for increasing bandwidth is driving technology to speed-up the processing of signals as well as the transmission. High performance digital to analog conversion is also required to address the growing demands of wireless carriers for supporting the heavy traffic expected in the base station. Additional specific areas to benefit include: the defense and government industries that concentrate on deploying multi-function, dynamically reconfigurable systems (RADAR, electronic warfare, and surveillance applications); medical imaging; and hyper/super-computer communications.

One of the most widely deployed devices for analog optics modulation is the Mach-Zehnder Interferometer modulator (MZI). For binary digital signals, it is today the preferred device for long-haul fiber-optic communication, leading to chirp-free pulses which can reach hundreds of kilometers in optical fibers without the need for regeneration. For analog applications, however, a serious problem is encountered due to the inherent non-linear response of the modulator. Specifically, since the modulating voltage via the electro-optic effect controls the optical phase delay in a basically linear fashion and the attenuation varies as the cosine of the phase difference between the two branches of the device, a linear variation in phase difference and thus in applied voltage results in a cosine-shaped output variation, as seen in the pattern of points in FIG. **2**A. The common solutions for this problem are either the biasing of the device to a quasi linear regime coupled with reducing the modulation range to reduce distortion, or use of an analog

**2**

pre-distortion circuit to feed the modulator. Since in practically all present systems signals are processed digitally, a multi-bit Digital-to-Analog Converter (DAC) device is needed with fast processing capabilities.

A DAC based on a multi-electrode MZI modulator concept was proposed many years ago by Papuchon et al. and is described in U.S. Pat. No. 4,288,785. In that device, the electrodes' sectioning length followed a conventional power-of-two digital sequence, which did not solve the non-linearity problem, and thus suffered from severe limitation in the dynamic range, and subsequently the attainable resolution. More recently, much more complex devices have been presented to cope with these problems: Yacoubian et al. ("*Digital-to-analog conversion using electrooptic modulators*," IEEE Photonics Technology Letters, vol. 15, pp. 117-119, January 2003), proposed the employment of one MZI modulator for each and every bit. A recently reported design by Leven et al. ("*A 12.5 gsamples/s optical digital-to-analog converter with 3.8 effective bits*," Lasers and Electro-Optics Society, 2004. LEOS 2004. The 17th Annual Meeting of the IEEE, vol. 1, pp. 270-271, November 2004), also the subject of U.S. Pat. No. 7,061,414 entitled "Optical Digital-To-Analog Converter" to Y K Chen et al., employs a single modulator for every 2 bits and is highly nonlinear; it yields only 3.8 effective bits for a 6 bit design.

There is therefore a need for a digital to analog converter which would offer improved linearity of response without sacrificing efficiency or dynamic range.

### SUMMARY OF THE INVENTION

The present invention is a linearized optical digital-to-analog modulator.

According to the teachings of the present invention there is provided, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuating device includes a digital-to-digital converter.

According to a further feature of the present invention, the modulator is a modulated semiconductor light generating device. According to an alternative feature of the present invention, the modulator is an electro-absorption modulator. According to yet a further alternative, the modulator is a Mach-Zehnder modulator.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the modulator includes M actuating electrodes on each of two waveguide branches of the modulator. In certain preferred cases, M is greater than N.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the

3

optical signal according to a QAM (Quadrature Amplitude Modulation) modulation scheme with at least 16 constellation points.

According to a further feature of the present invention, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal to a minimum amplitude for a return-to-zero signal between successive input data words.

According to a further feature of the present invention, the modulator has a maximum dynamic range, and wherein the electrode actuating device is configured to actuate the actuating electrodes so as to generate a modulation of the optical signal spanning a majority of the dynamic range.

According to a further feature of the present invention, the electrode actuating device is configured to apply one of two common actuating voltages to the actuating electrodes.

According to a further feature of the present invention, the actuating electrodes have differing effective areas. According to one set of applications, the differing effective areas form a set, members of the set being interrelated approximately by factors of two. In other preferred cases, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, the modulator has a non-linear response, and the electrode actuating device is configured to actuate the actuating electrodes so as to generate an improved approximation to a linear modulation of the optical signal as a function of the input data word.

According to a further feature of the present invention, there is also provided an optical to electrical converter deployed so as to generate an electrical signal as a function of intensity of the modulated optical signal.

There is also provided according to a further feature of the present invention, an apparatus comprising a digital-to-analog converter, the converter comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

There is also provided according to the teachings of the present invention, a method for converting a digital data input word of N bits into an analog signal comprising: (a) processing the digital data input word to generate an electrode actuation vector of M values where M≥N; and (b) applying M voltage values corresponding to the actuation vector values to M actuating electrodes of an electrically controllable modulator for modulating the intensity of an optical signal, wherein at least one value of the actuation vector varies as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuation vector is a binary vector, and wherein the M voltage values are selected from two voltage levels according to the M binary values.

According to a further feature of the present invention, the processing is performed by a digital-to-digital converter.

According to a further feature of the present invention, an electrical output is generated as a function of the intensity of the modulated optical signal.

4

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) a semiconductor light generating device for generating an optical signal of variable intensity, the semiconductor light generating device including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the semiconductor light generating device, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, thereby generating an output intensity corresponding substantially to the input data word.

According to a further feature of the present invention, the actuating electrodes have differing effective areas.

According to a further feature of the present invention, the differing effective areas form a set, members of the set being interrelated approximately by factors of two.

According to a further feature of the present invention, the differing effective areas form a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, M=N.

According to a further feature of the present invention, the semiconductor light generating device is a semiconductor laser.

According to a further feature of the present invention, the semiconductor laser further includes a threshold electrode configured to provide a threshold actuation current.

According to a further feature of the present invention, the semiconductor light generating device is a light emitting diode.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the actuating electrodes have differing effective areas, the differing effective areas forming a set, the set including at least one area which is not interrelated to others of the set by factors of two.

At this point, it will be useful to define various terminology as used herein in the description and claims. The terms "digital" and "analog" are used in their normal senses as common in the field. Specifically, "digital" refers to a form of data where values are stored or processed numerically, typically broken up into bits of a binary number for machine processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present invention is a non-trivial converter in which there is typi-

US 10,033,465 B2

5

cally not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

The term "binary" is used to refer to values, voltages or other parameters which assume one or other of only two possible values, and modes of operation which use such parameters. In this context, voltage levels are referred to as "common" to a number of electrodes if activation of the electrodes is performed by switching connection of each of the electrodes between the voltage values in question.

The term "electrode" is used to refer to the electrical connections of an optical modulator device through which the device is controlled. In the case of an electrode which applies an electric field to affect the optical properties of an adjacent material, reference is made to an "effective area" which is used as an indication of the relative influence of the electrode compared to that of other electrodes on the optical properties of the underlying waveguide if actuated by a similar voltage. In many cases, the actuating electrodes are all of the same effective width, for example where they overlie a long narrow waveguide. The "effective area" may then be referred to as an "effective length", corresponding to the length of waveguide overlaid by the corresponding electrode and related to the "effective area" by a constant scaling factor. This scaling factor will vary according to variations in shape, width, waveguide properties or other design parameters. Any part of the electrode not overlying the active part of the modulator device or otherwise ineffective for generating modulation of an optical signal is not included in the "effective area".

The term "modulator" is used to refer to any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified.

The term "optical power" is used to refer to the quantitative manifestation of the analog optical signal.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. 1 is a schematic representation of a modulator device, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical or electrical signal;

FIG. 2A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing four electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 2B is a graph showing an intensity output generated according to an implementation of the present invention employing a full-range Mach-Zehnder modulator with four electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 2C is a graph similar to FIG. 2B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 3A is a graph showing the intensity output achieved by the modulator of the present invention implemented with five actuating electrodes for a four bit input word, where the five electrodes have lengths interrelated by factors of two;

6

FIG. 3B is a graph similar to FIG. 3A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 4 is a table illustrating a digital-to-digital converter input and output where the input corresponds to the input data word and the output corresponds to the electrode actuation pattern for generating the outputs of FIGS. 2B and 2C;

FIG. 5 is a table illustrating unoptimized and optimized normalized electrode lengths for cases on input words of 4 and 8 bits and numbers of electrodes of 4, 5, 8, 9 and 10;

FIG. 6A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing eight electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 6B is a graph showing an intensity output generated according to an implementation of the present invention employing a Mach-Zehnder modulator with eight electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 6C is a graph similar to FIG. 6B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 7A is a graph showing the intensity output achieved by the modulator of the present invention implemented with nine actuating electrodes for an eight bit input word, where the nine electrodes have lengths interrelated by factors of two;

FIG. 7B is a graph similar to FIG. 7A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 8 is a schematic representation of an alternative implementation of the present invention based upon an electro-absorption modulator (EAM);

FIG. 9 is a schematic representation of yet another alternative implementation of the present invention based upon a semiconductor laser;

FIG. 10 is a schematic representation of a modulator device, similar to the device of FIG. 1, implemented as a 16-QAM modulator;

FIG. 11A is a constellation diagram for the device of FIG. 10 illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

FIG. 11B is a graph showing the symbol error rate performance for the devices of FIG. 12A implemented with different numbers of electrodes;

FIGS. 12A and 12B are simplified constellation diagrams showing only closest matching points for implementation of a 64-QAM using two sets of 7 electrodes and a 256-QAM using two sets of 10 electrodes, respectively;

FIGS. 13A and 13B are graphs showing the symbol error rate performance for the devices of FIGS. 12A and 12B, respectively; and

FIG. 14 is a schematic representation of a prior art Mach-Zehnder modulator configured as a DAC.

### DESCRIPTION OF SPECIFIC EMBODIMENTS OF THE INVENTION

The present invention is a modulator device for converting digital data into analog modulation of an optical signal.

US 10,033,465 B2

7

The principles and operation of modulator devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

Referring now to the drawings, FIG. **1** shows schematically a modulator device, generally designated **10**, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical signal. Generally speaking, modulator device **10** has an electronic input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** for modulating the intensity of an optical signal represented by arrow **16**. Modulator **14** includes M actuating electrodes **18** where M≥N. Modulator device **10** also includes an electrode actuating device **20** responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**. It is a particular feature of a first aspect of the present invention that electrode actuating device **20** actuates at least one of actuating electrodes **18** as a function of values of more than one bit of the input data word D. In other words, at least one of the electrodes is actuated in a manner differing from a simple one-to-one mapping of data bits to electrode voltage, thereby providing freedom to choose the electrode actuation pattern which best approximates a desired ideal output for the given input. According to a second complementary, or alternative, aspect of the present invention, the effective areas of actuating electrodes are optimized so that at least some of the electrode effective areas differ from a simple factor-of-two series.

The basic operation of a first preferred implementation of modulator device **10** will be understood with reference to FIGS. **2**A and **2**B. FIG. **2**A shows the output intensity values which would be obtained by supplying a voltage sufficient to generate full dynamic range modulation to a set of four electrodes according to a direct mapping of each bit of a 4-bit input data word to a corresponding electrode. The full range of input values 0000 through 1111 and the corresponding output intensities have been normalized to the range 0-1. The marked deviation from linearity in the form of a cosine variation is clearly visible. In contrast, FIG. **2**B shows the output intensity using the same four electrodes after the input data has been mapped according to the teachings of the present invention to a pattern of electrode actuation approximating more closely to a linear response. In other words, for each input value, the output value from FIG. **2**A most closely approximating the corresponding theoretical linear response is determined, and the corresponding pattern of electrode actuation is applied. By way of example, in FIG. **2**A, it will be noted that output point **22** corresponding to an input of 0011 is higher than desired for the ideal linear response. The outputs generated by electrode actuation patterns corresponding to value 0100 (point **24**) is closer to the required value, and 0101 (point **26**) is even closer. An output pattern of 0101 is thus chosen to correspond to an input of 0011. The overall result is an output which much more closely approximates to a linear response as shown.

Most preferably, electrode actuating device **20** includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ the present invention in high frequency systems. Electronic input **12** may be simply the input pins of digital-to-digital converter **20**. FIG. **4** illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of FIG. **2**B. A digital-to-digital converter suitable for implementing the various embodiments of the

8

present invention may readily be implemented using commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

The first implementation described thus far features N=M=4 with lengths of the electrodes retaining the conventional ratios of factors of two and employing simple on-off level voltage switching of a common actuating voltage to all currently actuated actuating electrodes. While such an implementation offers markedly improved linearity of response compared to the unmodified response of FIG. **2**A, it should be noted that the output intensity is not uniquely defined for each input value. Where uniqueness of the output values is required, or where a higher degree of linearity is needed, further modification may be required. Various forms of further modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between distinct voltage levels.

An alternative preferred option for modifying the output to achieve a better approximation to a linear output is modification of the electrode lengths relative to the factor of two series assumed above. A non-limiting example of an approach for determining preferred electrode proportions will be presented below in the context of a Mach-Zehnder modulator. A corresponding practical example of electrode length values for N=M=4 is shown in the second column of FIG. **5**. FIG. **2**C illustrates the intensity output employing electrodes with lengths in the proportions listed. A comparison of the root-mean-square error from linearity for FIGS. **2**B and **2**C shows that the adjustment of electrode lengths results in an additional slight improvement to linearity.

A further option for modifying the performance of modulator device **10** is the addition of one or more additional electrodes, i.e., M>N. This provides an additional degree of freedom for correcting non-linearity of the response. In the case of unmodified electrode dimensions related by factors of two, each additional electrode is typically half the dimension of the previously smallest electrode. Where the electrode dimensions are further modified, the additional electrode dimension is preferably included within an optimization process in order to determine a preferred dimension for the additional electrode(s) along with the other electrodes. FIGS. **3**A and **3**B show outputs from the device of the present invention for an example of N=4 and M=5, with and without modification of the electrode dimensions, respectively. The electrode lengths are shown for the unmodified series in the first column of FIG. **5** and for the optimized length electrodes in the third column of FIG. **5**.

Parenthetically, although the present invention is described herein in the context of a preferred example of linearization of a modulator device which inherently has a non-linear response, the principles of the present invention may equally be applied to any case where a natural response of a modulator provides a first function and a desired response is a different second function which may be linear or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

9

Clearly, the present invention is not limited to applications with 4-bit data input, and can be implemented with substantially any number of data bits commensurable with other limitations of the system, such as signal-to-noise requirements. By way of example, FIGS. **6A-6C**, **7A** and **7B** illustrate a number of implementations with 8-bit input data words. Specifically, for purpose of reference, FIG. **6A** shows the unmodified output of an 8-bit arrangement where each data bit is applied directly to a corresponding electrode, again showing the underlying cosine response of the modulator. FIG. **6B** illustrates the output of an implementation according to the teachings of the present invention with N=M=8 and standard lengths of electrodes interrelated by factors of 2, as in the fourth column of FIG. **5**. FIG. **6C** shows output for a similar device where the electrode lengths have been modified according to the values shown in the fifth column of FIG. **5**. FIGS. **7A** and **7B** show the output of similar devices for N=8 but with an extra electrode, i.e., M=9. In the case of FIG. **7A**, the device has unmodified electrode lengths as shown in the fourth column of FIG. **5**, while in the device of FIG. **7B**, the electrode lengths are modified according to the proportions shown in the sixth column of FIG. **5**.

### Example I—Mach-Zehnder Modulator

By way of example, there will now be presented a theoretical treatment of one particularly preferred example of modulator device **10** implemented using a Mach-Zehnder modulator, also referred to as a Mach-Zehnder Interferometer or "MZI". This theoretical treatment is presented to facilitate an understanding of the present invention and as a suggested technique for calculating certain parameters. However, it should be noted that the invention as described above has been found to be effective, independent of the accuracy or otherwise of this theoretical treatment.

The Mach-Zehnder modulator is an active integrated waveguide device consisting of a higher index guide region that splits into two paths which are combined again after a certain distance. Each of these paths is referred to as a leg or branch. When used as a switch, the MZI may be turned "off" by raising or lowering the index of refraction in one of the legs. This is achieved by employing the electro-optic effect to produce a 180-degree change in phase by means of optical-path length. Intermediate optical attenuation levels can be obtained by inducing changes other than 180 degrees.

In the case described above of FIG. **1**, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes as this realization is equipped with a single excess electrode. According to one option, if an electrical rather than optical output is desired, the optical signal at the output is detected and converted to an electrical (analog) signal.

It should be noted that, in the context of a MZI, it is common to split the electrodes to act in an opposite manner on the two legs of the device, for example, one side raising and the other lowering the refractive index of the material, thereby reducing the actuation voltage required. In such cases, the value M is the number of actuating electrodes on each of the two waveguide branches of the modulator.

**Mathematical Description**

The properties of the MZI may be described mathematically as follows. Let I denote a vector of electrode lengths. The number of elements in I is M. Also let V denote a

10

corresponding vector (of length M) of electrode control-voltages. When applying a voltage $V_j$ only to electrode $e_j$, whose length is $l_j$, the phase of light propagating in the modulating leg, shifts by

$$\pi \frac{V_j \cdot l_j}{v_\pi \cdot l_\pi},$$

where $V_\pi \cdot l_\pi$ corresponds to the voltage-length product leading to a $\pi$ shift in the phase. It is used as a merit figure of the MZI modulator. We define new normalized electrode length by:

$$L_j = \frac{l_j}{l_\pi} \qquad (1)$$

Gathering the total contribution from all electrodes, the following transmission function of the MZI is obtained:

$$T(V, L) = \cos^2\left(\frac{\pi}{2} - \frac{V \cdot L^T}{v_\pi}\right). \qquad (2)$$

where the superscript T denotes transposition. The contribution from each electrode $e_j$, j=1, 2, . . . M, to the total phase shift, is permitted by applying some non-zero voltage $V_j$=v. We chose to work with binary values for all electrode voltages, $V_j$=0, v, a clearly desirable requirement which, moreover, makes the design simpler as discussed next. Note that by setting the lower voltage to a value greater than zero, the maximum output level of the MZI is decreased thus reducing the dynamic range. Let $D_i$ denote a digital binary input vector of length N, where i=1, . . . , $2^N$. For each digital vector $D_i$, the DDC component in FIG. **1** produces a corresponding binary vector $B_i$, of length M. $B_i$ multiplied by v, represents the actual (internal) vector of voltages controlling the M electrodes. When multiplying a real number, $B_i$ should be interpreted as binary vector whose elements are the real numbers {0,1}. With respect to (2), this means that when $V_j$=v, then $B_{ij}$=1, $V_j$=0. $B_{ij}$=0; $B_{ij}$ being the j-th element of the control vector $B_i$. At this time we define B to be a matrix of size $2^N \times M$ whose rows consist of the set of binary control vectors $B_i$, each of length M. Hence, (2) can be rewritten as

$$T(B_i, L) = \cos^2\left(\frac{\pi}{2} \frac{v}{v_\pi} \sum_{j=1}^{M} B_{ij} L_j\right) \qquad (3)$$

Without loss of generality V=$V_\pi$ will be assumed henceforth. (Preferably $V_j$=$v_\pi$ to ensure full coverage of the modulating range and efficient use of the input optical power.) When the number of electrodes equals the number of data bits, i.e. when M=N, an implementation in a standard approach according to the system of FIG. **10** while trying to exploit the dynamic range of the transfer function (3) to its fullest results in high nonlinearity errors. This is demonstrated in FIG. **2A** for M=N=4. For this demonstration it is assumed that an unoptimized straightforward selection is made, where B is the set of all 16 binary 4-tuples, i.e. $B^T$={0000, . . . , 1111} and L is taken as {0.5, 0.25, 0.125,

US 10,033,465 B2

11

0.0625}. In the next section, one suggested approach to optimizing L and B will be proposed.

Optimization of B and L

In order to improve the linearity as well as the dynamic range of the conversion process, we propose that the lengths of the elements of L and the control vectors B be optimized. As described above, it is possible to optimize one or both of B and L. In practice, optimization of L alone may provide a non-monotonic variation of output together with some improvement in linearity and dynamic range. This may be sufficient for applications in which the non-linearity is relatively small, such as the semiconductor laser embodiments to be discussed below. For more significantly non-linear devices, the options of optimized B with unoptimized L, and optimized B and L are typically more suitable.

We consider these options separately since their implementation require different hardware. An unoptimized set of electrode lengths L consists of

$L_j = 2^{-j}$, with $j=1 \ldots$ M. An unoptimized matrix B will consist of $2^N$ all binary N-tuples. In that case, with a slight abuse of notations we have that $B_i = D_i$; $i=0, 1, 2, \ldots 2^N-1$. Hence, designs with optimized B require Digital-to-Digital conversion while designs with optimized L only do not. Whenever B is optimized, and for any number of electrodes M; M≥N, it is understood that a binary input data vector $D_i$ has to be mapped to a control vector $B_i$, yet $B_i \neq D_i$. The DDC, implemented as all-electronic, shall perform this mapping operation.

As the optimization criterion we shall use the root mean square error (RMSE) between an ideal output, represented by a straight line, and the converter output. Let

$$U_i = \frac{i}{2^N}$$

denote the ideal analog value required for representing the digital input $D_i$. The RMSE is defined as follows:

$$g(B, L) = \sqrt{\frac{1}{2^N} \sum_{i=1}^{2^N} \left[ U_i - \cos^2\left(\frac{\pi}{2} \sum_{j=1}^{M} B_{ij} L_j\right) \right]^2} \qquad (4)$$

The optimization problem can now be formulated as minimizing the values of g(B,L) for all possible values of the matrix B and the vector L.

Note that this optimum solution is aimed at minimizing the average (squared) deviation between the desired output and the converter output. Clearly, this is only one non-limiting example, and various other linearity measures may equally be used. Similarly, as mentioned earlier, the desired output response function itself may take any desired form, and for each function, a suitable optimization criterion must be selected.

Approaching (4) as a global optimization problem with an order of $O(2^N \times M)$ variables, is quite involved, especially since the variables are of mixed type, B is binary while L is real. (It is related to a nonlinear mixed integer zero-one optimization problem.) It is therefore typically preferred to employ a near-optimum two-step approach. First, B is determined assuming an unoptimized set of electrodes L, $L_j = 2^{-j}$, with $j=1 \ldots$ M. The obtained matrix is denoted by $\hat{B}$. Then, given $\hat{B}$, L is obtained such that (4) is minimized.

12

If L is an unoptimized set of electrodes, $L_j = 2^{-j}$. Then, the output of the converter as given by (3) is a function of the control $B_i$ only. Since one aims at obtaining a straight line, whose quantized values are given by $U_i$ then it is not difficult to verify that the best approximated selection of $\hat{B}_i$ is given by

$$B_i = Dec2Bin_M\left(\frac{2}{\pi}\arccos(\sqrt{U_i})\right), \qquad (5)$$

where the function $Dec2Bin_M(x)$ maps a real value x, $0 < x \le 1$, to its closest M-bit binary representation. Note that this, in effect quantization, process may result in several input data vectors having the same analog representation. In applications in which this duplicate representation is considered problematic, it is effectively mitigated by choosing M>N.

Given $\hat{B}$, we proceed to optimize L. Assuming there exists a set of electrodes L such that

$$\cos^2\left(\frac{\pi}{2} \sum_{j=1}^{M} \hat{B}_{ij} L_j\right) \approx U_i; \forall i,$$

then as an alternative to (4), we may define an equivalent cost function, which is easier to handle mathematically:

$$h(L) = \left\{ \sum_{i=1}^{2^N} \left[ \frac{2}{\pi}\arccos(\sqrt{U_i}) - \sum_{j=1}^{M} B_{ij} L_j \right]^2 \right\}. \qquad (6)$$

To minimize this cost function, one needs to differentiate h(L) with respect to L and equate to 0:

$$\frac{\partial h}{\partial L_k} = 2\left\{ \sum_{i=1}^{2^N} \hat{B}_{ik} \left[ \frac{2}{\pi}\arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right] \right\} = 0; \qquad (7)$$

$$\forall k.$$

The following equation (more precisely set of equations) is obtained

$$\sum_{i=1}^{2^N} \sum_{j=1}^{M} \hat{B}_{ik} \hat{B}_{ij} L_j = \sum_{i=1}^{2^N} \hat{B}_{ik} \frac{2}{\pi}\arccos(\sqrt{U_i}), \qquad (8)$$

where k=1, 2 . . . M. In matrix notation the set of equation translates to a simple expression

$$L = (\hat{B}^T \hat{B})^{-1} \frac{2}{\pi} [\arccos(\sqrt{U}) \hat{B}]^T, \qquad (9)$$

where $\sqrt{U}$ amounts to a component-wise square root. The solution above grants us an optimized vector of lengths L.

Example II—Electro-Absorption Modulator

As mentioned earlier, the present invention is not limited to implementations based on Mach-Zehnder modulators,

US 10,033,465 B2

13

and can be implemented using any device which modulates light intensity as a function of applied voltage. By way of one additional non-limiting implementation, FIG. **8** shows an analogous implementation of the present invention using an electro-absorption modulator.

An electro-absorption modulator (EAM) is a semiconductor device which allows control of the intensity of a laser beam via an electric voltage. Its operational principle is typically based on the Franz-Keldysh effect, i.e., a change of the absorption spectrum caused by an applied electric field, which usually does not involve the excitation of carriers by the electric field.

By realizing N or more electrodes we can use the EAM as a high speed electro-optical Digital-to-Analog converter, in a similar fashion as we used the MZI. As in modulator device **10** described above, this device includes an electronic input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** with M electrodes for modulating the intensity of an optical signal represented by arrow **16**. An electrode actuating device **20** is responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**.

Here too, to mitigate the non-linear behavior of the device, electrode actuating device **20** serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each input value. The particular mapping varies according to the response characteristic of the particular modulator, but the principles of operation are fully analogous to those described above in the context of the Mach-Zehnder modulator implementation.

### Example III—Modulated Light Generation Device

The present invention is applicable also to other devices where digital information carried by voltage or current is translated into analog optical signals in the form of optical power. This includes also light generation devices like Light Emitting Diodes (LED) or semiconductor lasers. By way of illustration, FIG. **9** shows a semiconductor laser implementation of the present invention.

Specifically, FIG. **9** shows a semiconductor laser DAC device, generally designated **40**, constructed and operative according to the teachings of the present invention. The actuating electrode, typically implemented as a single contiguous electrode, is here subdivided into a threshold electrode **42** and M actuating electrodes **18**. The threshold electrode **42** is typically needed to reach a minimum activation current below which no significant output is generated. Actuating electrodes **18** are actuated as a function of the data bits of a digital input **12**, in this case a 4-bit data word, to generate an analog optical signal output of intensity representing the digital input.

In the particularly simple implementation illustrated here, neither L nor B is optimized. In other words, each actuating electrode **18** is part of a set interrelated with effective areas in 2:1 relation, and each electrode is actuated as a function of corresponding single bit of the input data word. The actuating current is typically roughly proportional to the area of electrodes actuated. This case is in itself believed to be patentable, and is thought to be of practical importance. Optionally, a closer approximation to a linear response can be achieved by modifying L (electrode proportions) and/or B (by including a DDC, not shown), all according to the principles discussed in detail above.

It will be appreciated that a similar device may be implemented using other semiconductor light generating

14

devices, such as LEDs. Depending upon the details of the device used, threshold electrode **42** may not be necessary. This and any other necessary device-specific modifications will be self-evident to one ordinarily skilled in the art.

### Example IV—QAM Transmitter

Although described above in the context of devices for intensity/amplitude modulation, it should be noted that various embodiments of the present invention are also effective for modifying the phase of an optical signal, and can therefore be used as highly compact and simple QAM (Quadrature Amplitude Modulation) modulators or transmitters.

Specifically, referring back to FIG. **1**, it will be noted that, by configuring the digital-to-digital converter DDC **20** to apply different actuation patterns to the electrodes on the two branches of the Mach Zehnder Modulator (MZM), modulation of the output signal phase can be achieved. Such an implementation will now be described with specific reference to FIGS. **10**-**13**B.

Turning now to FIG. **10**, there is shown a modulator device, generally designated **100**, implemented as a QAM modulator. Modulator device **100** is essentially similar to the device of FIG. **1**, but has been relabeled to convey more clearly its function. Specifically, modulator device **100** has a first plurality $M_1$ of actuating electrodes **18***a* deployed in operative relation to a first waveguide branch of the modulator and a second plurality $M_2$ of actuating electrodes **18***b* deployed in operative relation to a second waveguide branch of the modulator. In this case, $M_1$=$M_2$=5. giving a total number of actuating electrodes M=10. The electrode actuating device is here shown as two distinct digital-to-digital converters **20***a* and **20***b*, which are configured to actuate the first and second pluralities of actuating electrodes **18***a* and **18***b* in response to a given input data word $D_i$ so as to additionally modulate the phase of the optical signal. Clearly, digital-to-digital converters **20***a* and **20***b* can alternatively be combined into a single DDC with M=10 outputs with suitable connections to the actuating electrodes on both branches of the waveguide.

It will be appreciated that modulator device **100** can serve as an optical 16-QAM transmitter based on a single multi-electrode MZM (ME-MZM). Each electrode is divided into 5 segments, separately driven by two voltage signals, 0 and V representing binary 0 and 1, respectively. The center electrode is a common ground for the active electrode segments. The role of the modulator is to generate a desired M-QAM constellation which is composed of complex optical field values. The modulator is expected to generate $2^M$ signals:

$$s_i = r_i e^{i\theta_i}, r_i > 0, 0 \le \theta_i \le 2\pi, i = 1, \ldots, 2^M, \tag{10}$$

In our example of a 16-QAM with two sets of 5 electrodes, as an input, the QAM transmitter accepts an electrical 4-bit digital imput word, denoted $D_i$. The input word is mapped by two Digital-to-Digital Converters (DDC) onto each of the 10 (electrode) segments, whose lengths are the vectors $L^{1,2}$. Each DDC outputs a 5-bit word, denoted as $B_j^1$ and $B_j^2$. The output of transmitter can be written as:

$$E_{out,i} = \frac{1}{\sqrt{2}} E_{in} \exp\left\{ j2\pi \sum_j^{N_1} B_{ij}^1 L_j^1 \right\} + \frac{1}{\sqrt{2}} E_{in} \exp\left\{ -j2\pi \sum_j^{N_2} B_{ij}^2 L_j^2 \right\} \tag{11}$$

US 10,033,465 B2

15

where $E_{in}$ the optical field amplitude entering the modulator and $N_1$, $N_2$ are the number of segments on each arm. The elements $L_j^{1,2} \in L^{1,2}$ represent normalized electrode lengths on each arm. The two-level $B_{ij}^{1,2}$ coefficients are elements of the matrices $B_i^{1,2}$ and represent whether voltage v was applied to the j-th segment, on the respective arm. The index j enumerates the electrodes, j={1 . . . $N_{1,2}$} on each arm. The summation is normalized to span $0 \le \sum_j^N B_{ij}^{1,2}L_j \le 1$, such that each arm induces a phaseshift of $0 \le \Delta \varphi \le 2\pi$.

The application of the electrical signals is preferably directly upon the modulator without any mediating circuits, referred to herein as "Direct Digital Driving". The modulator can be regarded as a 2D Digital-to-Analog (D/A) converter, that converts a digital word into an optical vector signal.

The design of the transmitter involves the setting of electrode lengths, $L^{1,2}$ and DDC mappings, $B_i^{1,2}$, that will generate all the required signals given in Eq. (10). An effective combination of the electrode lengths and digital mappings may be derived either by analytical methods or numerically. A simple numerical derivation will now be presented.

A ME-MZM with $N_{1,2}$ electrode segments on each arm is capable of generating $2^{(N_1+N_2)}$ signals. Thus, by choosing carefully the electrode lengths, and assuming the number of segments sufficient to generate at least $2^{(N_1+N_2)} > M$ different signals, all the required signals described by Eq. (10) can be picked out of the generated signals pool.

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool which was generated with {5,5} electrodes. The best matched signals at the pool are marked in figure. It can be seen that there is a good match between the ideal and the best matched generated constellations.

Table 1 compares between an ideal 16-QAM constellation and a generated constellation with different combinations of number of electrodes each arm. It presents the symbol minimum distance and the root mean square error. The latter provides a measure of agreement between the ideal and the generated constellations. Configurations with {2,2}, {2,3} and {3,3} electrodes provide less than 16 different signals (minimum distance of 0) and therefore cannot be used for generation of 16-QAM.

TABLE 1

| $N_1$, $N_2$ | Ideal | 4, 2 | 4, 3 | 4, 4 | 4, 5 | 5, 5 | 5, 6 | 6, 6 |
|---|---|---|---|---|---|---|---|---|
| Minimum Distance | 2 | 1.66 | 1.66 | 1.66 | 1.30 | 1.83 | 1.67 | 1.67 |
| RMSE | 0 | 4.64 | 4.64 | 4.53 | 4.42 | 4.64 | 4.52 | 4.57 |

FIG. 11B presents the Symbol Error Rate (SER) performance for a range of Signal to Noise Ratios (SNR) for an Additive White Gaussian Noise (AWGN) channel. It can be seen that when using {6,6} electrodes, the performance graph closely matches that of ideal 16-QAM constellation. Using a higher number of electrodes can lower the SER ever further toward the ideal curve. SER performance can be slightly improved by further tuning the decoding hypothesis testing at the receiver side to the generated constellation.

The electrode lengths used for the generation of FIG. 11B follow a binary sequences, $L^{1,2}=2^{-j}$. Tweaking the electrode lengths has small impact on the modulator performance. In

16

Eq. (11), we assumed driving signals of 0 and $2V_\pi$. The high driving signal can be lowered by extending the total electrode length twice its size. The opposite signs in the exponents in the two terms of Eq. (11) are already implemented by the geometry of the electrode disposition of FIG. 10, when the signs of the voltages applied are the same, since then the electric fields have opposite directions. Other electrode dispositions exist for different cuts of the electro-optic crystals, and the appropriate way of applying the voltage with the right signs should be clear to a person skilled in the art.

Referring now to FIGS. 12A-13B, it will be appreciated that the proposed modulator is capable of generating high order QAM constellations. FIG. 12A depicts the ideal 64-QAM constellation together with one generated using a {7,7} electrodes modulator, while FIG. 12B shows an ideal 256-QAM constellation together with the one generated using a {10,10} electrodes modulator. It can be seen that there is a good match between the ideal and the generated constellations. FIGS. 13A and 13B show the Symbol Error Rate performance for the generated constellations of FIGS. 12A and 12B, respectively.

A simple implementation of this embodiment described thus far generates Non-Return-to-Zero (NRZ) signals. NRZ permits constant intensity for similar consecutive bits, and is thus more susceptible to Inter-Symbol-Interference and other nonlinear propagation distortions. Return-to-Zero (RZ) format is a pulsed modulation where the signal "returns to zero" after every bit. This format provides better performance than NRZ, but usually requires additional hardware, such as a pulse carver. A transmitter based on the modulator of an embodiment of the invention can readily be extended to produce RZ pulses with minimal if any additional hardware. By adding an RZ control line to the DDC, as shown in FIG. 10, which serves as a trigger determining whether the output optical amplitude should be zero or other, the whole modulator will be capable of generating RZ signals. When the added control line is high, the DDC will map the electrode actuation pattern to the pattern corresponding to the middle point of the constellation, which is zero.

For the constellation presented in FIG. 10, $B_1$={00010} and $B_2$={01110} will output zero (or minimum) power because it will generate a phase difference of $\pi$ between the two arms of the MZM.

While the present invention has been presented as a digital-to-analog optical modulator, it should be noted that each embodiment of the invention may be modified to provide analog electrical output by use of an optical-to-electrical (OLE) converter. This option is illustrated in FIG. 1 as optional OLE converter 30. If the OLE converter itself has a non-linear response function, the present invention may advantageously be used to optimize the system parameters to linearize the electrical output rather than the (intermediate) optical output. Analogously, any nonlinearity induced by the optical medium used for transmitting the signal (e.g. optical fiber) can be compensated for by using OLE converter 30 as a linearizing device.

The present invention is applicable to substantially all applications requiring a DAC with optical or electrical output. Examples of particular interest include, but are not limited to, wireless communications systems, fiber-optic communication systems, cellular telephone networks, cable television, military applications, medical applications and hyper/super computer communications.

It will be appreciated that the above descriptions are intended only to serve as examples, and that many other

US 10,033,465 B2

17

embodiments are possible within the scope of the present invention as defined in the appended claims.

What is claimed is:

**1**. A method for converting digital electrical data into modulated optical streams, said method comprising

inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;

mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;

driving at least M electrodes of the optical modulator, enabled to pulse modulate at least an input optical stream, responsively to the M voltage values, to provide at least a pulse modulated output optical stream.

**2**. The method of claim **1**, wherein the M electrodes are distributed over a plurality of waveguide branches of the optical modulator and are enabled to modulate unmodulated optical input streams coupled to the waveguide branches.

**3**. A method of modulating and transmitting at least an optical signal over at least an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M≥N and N>1;

coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling pulse modulation of the unmodulated optical signal, thereby generating a pulse modulated optical signal;

transmitting the pulse modulated optical signals over at least an optical fiber.

**4**. A method for converting digital electrical data into modulated optical streams, said method comprising

inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;

mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;

driving at least M electrodes of the optical modulator, enabled to modulate by QAM at least an input optical stream, responsively to the M voltage values, to provide at least a QAM modulated output optical stream.

**5**. The method of claim **4**, wherein the M electrodes are distributed over a plurality of waveguide branches of the optical modulator and are enabled to modulate unmodulated optical input streams coupled to the waveguide branches.

**6**. A method for converting N bits of digital data into to at least a modulated optical stream and transmitting at least the modulated optical stream, the method comprising:

inputting the N bits of digital data input in parallel into an optical modulator where N>1;

converting the N bits of digital data input to a vector of M voltage values, where M≥N;

inputting at least an unmodulated optical input stream into the optical modulator;

driving M electrodes that are enabled to pulse modulate at least the unmodulated optical input stream to generate at least a pulse modulated optical output stream responsive to the M voltage values; and

transmitting at least the pulse modulated optical output stream over at least an optical fiber.

**7**. The methods of claim **6**, wherein the M electrodes are distributed over a plurality of waveguide branches and are enabled to modulate at least the unmodulated optical input stream coupled to the waveguide branches.

18

**8**. The method of claim **6**, wherein each electrode of the M electrodes modulates at least the unmodulated optical input stream responsive to a single voltage value of the M voltage values.

**9**. A method of modulating one or more unmodulated optical signals according to one or more predetermined QAM constellations in response to N bits of parallel digital data input, and transmitting the one or more QAM modulated optical signals over one or more optical fibers, the method comprising:

inputting the N bits of digital data input into an optical modulator within a module also containing at least a light source, wherein the optical modulator comprises a plurality of waveguide branches for receiving one or more unmodulated optical signals and outputting one or more modulated optical signals;

converting the N bits of digital data input to M voltages, where M≥N and N>1 drive;

coupling the M drive voltages to the one or more unmodulated optical signals, using M actuating electrodes, said coupling causing modulation of the one or more unmodulated optical signals, wherein the optical modulator outputs one or more QAM modulated optical signals; and

transmitting the one or more QAM modulated optical signals over one or more optical fibers.

**10**. A method for converting N bits of digital data input to at least a modulated optical stream and transmitting at least the modulated optical stream, the method comprising:

inputting the N bits of digital data input in parallel into an optical modulator where N>1;

converting the N bits of digital data input to a vector of M voltage values, where M≥N;

inputting at least an unmodulated optical input stream into the optical modulator;

driving M electrodes that are enabled to modulate by QAM at least the unmodulated optical input stream to generate at least a QAM modulated optical output stream responsive to the M voltage values; and

transmitting at least the QAM modulated optical output stream over at least an optical fiber.

**11**. The methods of claim **10**, wherein the M electrodes are distributed over a plurality of waveguide branches and are enabled to modulate at least the unmodulated optical input stream coupled to the waveguide branches.

**12**. The method of claim **10**, wherein each electrode of the M electrodes modulates at least the unmodulated optical input stream responsive to a single voltage value of the M voltage values.

**13**. A method of modulating and transmitting at least an optical signal over at least an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M≥N and N>1;

coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling modulation of the unmodulated optical signal by QAM, thereby generating a QAM modulated optical signal;

transmitting the QAM modulated optical signals over at least an optical fiber.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.         : 10,033,465 B2                                    Page 1 of 1
APPLICATION NO.   : 15/298327
DATED              : July 24, 2018
INVENTOR(S)        : Yossef Ehrlichman et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In Claim 9, Column 18, at Lines 18-19:
"converting the N bits of digital data input to M voltages, where $M \geq N$ and $N > 1$ drive;"
Should be changed to:
-- converting the N bits of digital data input to M drive voltages, where $M \geq N$ and $N > 1$; --

Signed and Sealed this
Fourth Day of September, 2018

Andrei Iancu
*Director of the United States Patent and Trademark Office*

EXHIBIT C

US010270535B1

## (12) United States Patent
### Ehrlichman et al.

(10) Patent No.: **US 10,270,535 B1**

(45) Date of Patent: **\*Apr. 23, 2019**

(54) **LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR**

(71) Applicant: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Yossef Ehrlichman**, Nazareth Ilit (IL); **Ofer Amrani**, Tel Aviv (IL); **Shlomo Ruschin**, Herzliya (IL)

(73) Assignee: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/234,635**

(22) Filed: **Dec. 28, 2018**

### Related U.S. Application Data

(63) Continuation of application No. 15/298,373, filed on Oct. 20, 2016, now Pat. No. 10,205,527, which is a (Continued)

(51) **Int. Cl.**
　　*H03M 1/00*　　　(2006.01)
　　*H04B 10/516*　　(2013.01)
　　　　(Continued)

(52) **U.S. Cl.**
　　CPC .......... *H04B 10/516* (2013.01); *G02F 1/0121* (2013.01); *G02F 1/225* (2013.01);
　　　　(Continued)

(58) **Field of Classification Search**
　　CPC ...... H03M 1/70; H03M 1/002; H04B 10/516; H04B 10/541; H04B 10/505;
　　　　(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,288,785 A | 9/1981 | Papuchon et al. |
| 4,613,204 A | 9/1986 | Verber et al. |
| (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 602005000276 | 5/2007 |
| EP | 0020216 | 12/1980 |
| (Continued) | | |

OTHER PUBLICATIONS

Applicant-Initiated Interview Summary dated Jul. 29, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343. (Continued)

*Primary Examiner* — Jean B Jeanglaude

(57) **ABSTRACT**

A system for converting digital data into a modulated optical signal, comprises an electrically controllable device having M actuating electrodes. The device provides an optical signal that is modulated in response to binary voltages applied to the actuating electrodes. The system also comprises a digital-to-digital converter that provides a mapping of input data words to binary actuation vectors of M bits and supplies the binary actuation vectors as M bits of binary actuation voltages to the M actuating electrodes, where M is larger than the number of bits in each input data word. The digital-to-digital converter is enabled to map each digital input data word to a binary actuation vector by selecting a binary actuation vector from a subset of binary actuation vectors available to represent each of the input data words.

**2 Claims, 13 Drawing Sheets**



## US 10,270,535 B1

Page 2

### Related U.S. Application Data

continuation of application No. 14/922,165, filed on Oct. 25, 2015, now Pat. No. 9,479,191, which is a continuation of application No. 14/662,343, filed on Mar. 19, 2015, now Pat. No. 9,203,425, which is a continuation of application No. 14/325,486, filed on Jul. 8, 2014, now Pat. No. 9,031,417, which is a continuation of application No. 13/280,371, filed on Oct. 25, 2011, now Pat. No. 8,797,198, which is a continuation of application No. 12/636,805, filed on Dec. 14, 2009, now Pat. No. 8,044,835, which is a continuation-in-part of application No. PCT/IL2008/000805, filed on Jun. 12, 2008.

(60) Provisional application No. 60/943,559, filed on Jun. 13, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *H04B 10/50* | (2013.01) |
| *G02F 1/225* | (2006.01) |
| *G02F 7/00* | (2006.01) |
| *H04B 10/556* | (2013.01) |
| *H04B 10/54* | (2013.01) |
| *H04B 10/2575* | (2013.01) |
| *H04B 10/25* | (2013.01) |
| *H03M 1/70* | (2006.01) |
| *G02F 1/01* | (2006.01) |
| *G02F 1/015* | (2006.01) |
| *G02F 1/21* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *G02F 7/00* (2013.01); *H03M 1/002* (2013.01); *H03M 1/70* (2013.01); *H04B 10/2504* (2013.01); *H04B 10/2575* (2013.01); *H04B 10/505* (2013.01); *H04B 10/541* (2013.01); *H04B 10/556* (2013.01); *G02F 1/015* (2013.01); *G02F 2001/212* (2013.01); *G02F 2203/19* (2013.01); *H04B 10/5055* (2013.01)

(58) **Field of Classification Search**
CPC ............ H04B 10/2504; H04B 10/2575; H04B 10/556; H04B 10/5055; G02F 1/225; G02F 1/0121; G02F 7/00; G02F 1/015; G02F 2203/19; G02F 2001/212
USPC .................................. 341/131, 137, 143, 155
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,137,359 A | 8/1992 | Steele | |
| 5,543,952 A | 8/1996 | Yonenaga et al. | |
| 5,694,504 A | 12/1997 | Yu et al. | |
| 5,724,178 A | 3/1998 | Grandpierre et al. | |
| 5,917,638 A | 6/1999 | Franck et al. | |
| 6,760,111 B1 | 7/2004 | Mark et al. | |
| 6,781,537 B1 | 8/2004 | Taraschuk et al. | |
| 6,781,741 B2 | 8/2004 | Uesaka | |
| 7,061,414 B2 | 6/2006 | Chen et al. | |
| 7,203,552 B2 | 4/2007 | Solomon | |
| 7,212,292 B2 | 5/2007 | Van Brocklin et al. | |
| 7,403,711 B2 | 7/2008 | Chen et al. | |
| 7,483,597 B2 | 1/2009 | Shastri et al. | |
| 7,536,112 B2 | 5/2009 | Yonenaga et al. | |
| 7,792,398 B2 | 9/2010 | Tanaka et al. | |
| 7,873,284 B2 * | 1/2011 | Chen ................... | H04B 10/505 398/183 |
| 7,978,390 B2 | 7/2011 | Kikuchi | |
| 8,044,835 B2 | 10/2011 | Ehrlichman et al. | |

| | | | |
|---|---|---|---|
| 9,031,417 B2 | 5/2015 | Ehrlichman et al. | |
| 9,203,425 B2 | 12/2015 | Ehrlichman et al. | |
| 9,991,966 B1 * | 6/2018 | Celo ................... | G02B 6/29343 |
| 10,033,465 B2 * | 7/2018 | Ehrlichman .......... | G02F 1/0121 |
| 10,205,527 B2 * | 2/2019 | Ehrlichman .......... | G02F 1/0121 |
| 2003/0076570 A1 * | 4/2003 | Schemmann .......... | H04B 10/61 398/202 |
| 2004/0208614 A1 | 10/2004 | Price | |
| 2004/0213170 A1 | 10/2004 | Bremer | |
| 2005/0238367 A1 * | 10/2005 | Chen ................... | H04B 10/505 398/188 |
| 2007/0212076 A1 | 9/2007 | Roberts et al. | |
| 2010/0156679 A1 | 6/2010 | Ehrlichman et al. | |
| 2012/0301149 A1 | 11/2012 | Pinguet et al. | |
| 2014/0321857 A1 | 10/2014 | Ehrlichman et al. | |
| 2015/0194982 A1 | 7/2015 | Ehrlichman et al. | |
| 2016/0043732 A1 | 2/2016 | Ehrlichman et al. | |
| 2017/0294968 A1 | 10/2017 | Ehrlichman et al. | |
| 2017/0302291 A1 | 10/2017 | Ehrlichman et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0957596 | 11/1999 |
| EP | 1036302 | 9/2000 |
| EP | 2896993 | 7/2015 |
| WO | WO 2004/074914 | 9/2004 |
| WO | WO 2008/152642 | 12/2008 |

#### OTHER PUBLICATIONS

Brief Communication Oral Proceedings on Sep. 18, 2014 Dated Aug. 25, 2014 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC Dated Jul. 12, 2013 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC Dated Apr. 25, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).
Communication Pursuant to Article 94(3) EPC Dated Apr. 26, 2010 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC Dated Jul. 30, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).
European Search Report and the European Search Opinion dated Apr. 9, 2015 From the European Patent Office Re. Application No. 15157901.8.
International Preliminary Report on Patentability dated Dec. 7, 2009 From the International Bureau of WIPO Re. Application No. PCT/IL2008/000805.
International Search Report and the Written Opinion dated Nov. 3, 2008 From the International Searching Authority Re. Application No. PCT/IL2008/000805.
Official Action dated Nov. 4, 2013 From the US Patent and Trademark Office Re. U.S. Appl. No. 13/280,371.
Official Action dated Jun. 7, 2018 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (10 pages).
Official Action dated Aug. 14, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,327. (12 Pages).
Official Action dated Dec. 14, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/922,165.
Official Action dated Feb. 16, 2011 From the US Patent and Trademark Office Re. U.S. Appl. No. 12/636,805.
Official Action dated May 22, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.
Official Action dated Oct. 24, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (18 pages).
Official Action dated Oct. 30, 2014 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/325,486.
Provision of the Minutes in Accordance With Rule 124(4) EPC Dated Sep. 30, 2014 From the European Patent Office Re. Application No. 08763563.7.
Summons to Attend Oral Proceedings Pursuant to Rule 115(1) EPC Dated Apr. 28, 2014 From the European Patent Office Re. Application No. 08763563.7.

**US 10,270,535 B1**

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

Ehrlichman et al. "Generation of M-Ary Signals Using a Single Mach Zehnder Interfrometer", SPIE Digital Library, 7218, Integrated Optics: Devices, Materials, and Technologies XIII, 72180L, 5 Pages, Feb. 9, 2009.
Ehrlichman et al. "Generation of M-Ary Signals Using a Single MZI", School of Electrical Engineering Tel Aviv University, Israel,: 14 Pages, Presented at Photonics West 2009.
Ehrlichman et al. "Improved Digital-to-Analog Conversion Using Multi-Electrode Mach-Zehnder Interferometer", Journal of Lightwave Technology, 26(21): 3567-3575, Nov. 1, 2008.
Ehrlichman et al. "Multi-Electrode Approach for Interfacing Optical Computing Devices", School of Electrical Engineering Tel Aviv University, Israel, p. 1-25, Published in Vienna, Austria, Aug. 28, 2008.
Leven et al. "A 12.5 GSample/s Optical Digital-to-Analog Converter With 3.8 Effective Bits", The 17th Annual Meeting of the IEEE, Lasers and Electro-Optics Society 2004, LEOS 2004, 1: 270-271, Nov. 2004.
Vawter et al. "Digital Optical Phase Control in Ridge-Waveguide Phase Modulators", IEEE Photonics Technology Letters, XP000362933, 5(3): 313-315, Mar. 1, 1993.
Wang et al. "Research on the Modulation Phase Distortion Error Character of Y Wave-Guide in Fiber Optic Gyroscope", Proceedings of the 2008 International Symposium on Intelligent Information Technology Applications Workshop, IITAW '08, Shanghai, China, Dec. 21-22, 2008, p. 847-850, Dec. 21, 2008.
Yacoubian et al. "Digital-to-Analog Conversion Using Electrooptic Modulators", IEEE Photonics Technology Letters, 15(1): 117-119, Jan. 2003.
Zumbahlen "Basic Linear Design: Digital-to-Analog Converter Architectures: Intentionally Nonlinear DACs", Analog Devices Ltd., Section 6.1: 6.37-6.39, 2007.


* cited by examiner



FIG. 1



FIG. 2A
(PRIOR ART)

FIG. 2B

FIG. 2C



FIG. 3A

FIG. 3B

FIG. 5

| N=4 U (M=4-5) | N=4 O (M=4) | N=4 O (M=5) | N=8 U (M=8-10) | N=8 O (M=8) | N=8 O (M=9) | N=8 O (M=10) |
|---|---|---|---|---|---|---|
| 0.5 | 0.4073 | 0.4957 | 0.5 | 0.3871 | 0.5001 | 0.5 |
| 0.25 | 0.2443 | 0.2451 | 0.25 | 0.2243 | 0.25 | 0.2501 |
| 0.125 | 0.1506 | 0.1304 | 0.125 | 0.1311 | 0.125 | 0.1249 |
| 0.0625 | 0.0989 | 0.0527 | 0.0625 | 0.0799 | 0.0625 | 0.0625 |
| 0.0313 | | 0.038 | 0.0313 | 0.0527 | 0.0313 | 0.0312 |
| | | | 0.0156 | 0.0385 | 0.0155 | 0.0156 |
| | | | 0.0078 | 0.0312 | 0.0078 | 0.0079 |
| | | | 0.0039 | 0.0275 | 0.0038 | 0.004 |
| | | | 0.002 | | 0.002 | 0.0019 |
| | | | 0.001 | | | 0.001 |

N=4 U: M=4: 0.9375; M=5: 0.9688
N=4 O: M=4: 0.9011; M=5: 0.9619
N=8 U: M=8: 0.9961; M=9: 0.9981; M=10: 0.9991
N=8 O: M=8: 0.9723; M=9: 0.998; M=10: 0.9991

FIG. 4

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |



FIG. 6A
(PRIOR ART)

FIG. 6B

FIG. 6C



FIG. 7A

FIG. 7B



FIG. 8



FIG. 9



FIG. 10





FIG. 12B

FIG. 12A





FIG. 14 (PRIOR ART)

US 10,270,535 B1

1

# LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/298,373 filed on Oct. 20, 2016, which is a continuation of U.S. patent application Ser. No. 14/922,165 filed on Oct. 25, 2015, now U.S. Pat. No. 9,479,191, which is a continuation of U.S. patent application Ser. No. 14/662, 343 filed on Mar. 19, 2015, now U.S. Pat. No. 9,203,425, which is a continuation of U.S. patent application Ser. No. 14/325,486 filed on Jul. 8, 2014, now U.S. Pat. No. 9,031, 417, which is a continuation of U.S. patent application Ser. No. 13/280,371 filed on Oct. 25, 2011, now U.S. Pat. No. 8,797,198, which is a continuation of U.S. patent application Ser. No. 12/636,805, filed on Dec. 14, 2009, now U.S. Pat. No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on Jun. 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on Jun. 13, 2007.

The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to optical modulators and, in particular, it concerns a linearized optical digital-to-analog modulator.

There is a tangible need for high-performance and large bandwidth digital to analog signal conversion. Furthermore, as the RF and digital domains converge, entirely new solutions will be needed to enable multi-GHz mixed-signal systems. Probably the most prominent area to benefit is the wireless communication industry. The ever increasing thirst for bandwidth will require data converters to deliver greatly increased performance. For example, analog signals are transmitted in cable television (CATV) via optical fibers and the demand for increasing bandwidth is driving technology to speed-up the processing of signals as well as the transmission. High performance digital to analog conversion is also required to address the growing demands of wireless carriers for supporting the heavy traffic expected in the base station. Additional specific areas to benefit include: the defense and government industries that concentrate on deploying multi-function, dynamically reconfigurable systems (RADAR, electronic warfare, and surveillance applications); medical imaging; and hyper/super-computer communications.

One of the most widely deployed devices for analog optics modulation is the Mach-Zehnder Interferometer modulator (MZI). For binary digital signals, it is today the preferred device for long-haul fiber-optic communication, leading to chirp-free pulses which can reach hundreds of kilometers in optical fibers without the need for regeneration. For analog applications, however, a serious problem is encountered due to the inherent non-linear response of the modulator. Specifically, since the modulating voltage via the electro-optic effect controls the optical phase delay in a basically linear fashion and the attenuation varies as the cosine of the phase difference between the two branches of the device, a linear variation in phase difference and thus in applied voltage results in a cosine-shaped output variation, as seen in the pattern of points in FIG. 2A. The common solutions for this problem are either the biasing of the device

2

to a quasi linear regime coupled with reducing the modulation range to reduce distortion, or use of an analog pre-distortion circuit to feed the modulator. Since in practically all present systems signals are processed digitally, a multi-bit Digital-to-Analog Converter (DAC) device is needed with fast processing capabilities.

A DAC based on a multi-electrode MZI modulator concept was proposed many years ago by Papuchon et al. and is described in U.S. Pat. No. 4,288,785. In that device, the electrodes' sectioning length followed a conventional power-of-two digital sequence, which did not solve the non-linearity problem, and thus suffered from severe limitation in the dynamic range, and subsequently the attainable resolution. More recently, much more complex devices have been presented to cope with these problems: Yacoubian et al. ("Digital-to-analog conversion using electrooptic modulators," IEEE Photonics Technology Letters, vol. 15, pp. 117-119, January 2003), proposed the employment of one MZI modulator for each and every bit. A recently reported design by Leven et al. ("*A 12.5 gsamples/s optical digital-to-analog converter with 3.8 effective bits*," Lasers and Electro-Optics Society, 2004. LEOS 2004. The 17th Annual Meeting of the IEEE, vol. 1, pp. 269-271, November 2004), also the subject of U.S. Pat. No. 7,061,414 entitled "Optical Digital-To-Analog Converter" to Y K Chen et al., employs a single modulator for every 2 bits and is highly nonlinear; it yields only 3.8 effective bits for a 6 bit design.

There is therefore a need for a digital to analog converter which would offer improved linearity of response without sacrificing efficiency or dynamic range.

## SUMMARY OF THE INVENTION

The present invention is a linearized optical digital-to-analog modulator.

According to the teachings of the present invention there is provided, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuating device includes a digital-to-digital converter.

According to a further feature of the present invention, the modulator is a modulated semiconductor light generating device. According to an alternative feature of the present invention, the modulator is an electro-absorption modulator. According to yet a further alternative, the modulator is a Mach-Zehnder modulator.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the modulator includes M actuating electrodes on each of two waveguide branches of the modulator. In certain preferred cases, M is greater than N.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the

US 10,270,535 B1

3

optical signal according to a QAM (Quadrature Amplitude Modulation) modulation scheme with at least 16 constellation points.

According to a further feature of the present invention, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal to a minimum amplitude for a return-to-zero signal between successive input data words.

According to a further feature of the present invention, the modulator has a maximum dynamic range, and wherein the electrode actuating device is configured to actuate the actuating electrodes so as to generate an output of the optical signal spanning a majority of the dynamic range.

According to a further feature of the present invention, the electrode actuating device is configured to apply one of two common actuating voltages to the actuating electrodes.

According to a further feature of the present invention, the actuating electrodes have differing effective areas. According to one set of applications, the differing effective areas form a set, members of the set being interrelated approximately by factors of two. In other preferred cases, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, the modulator has a non-linear response, and the electrode actuating device is configured to actuate the actuating electrodes so as to generate an improved approximation to a linear modulation of the optical signal as a function of the input data word.

According to a further feature of the present invention, there is also provided an optical to electrical converter deployed so as to generate an electrical signal as a function of intensity of the modulated optical signal.

There is also provided according to a further feature of the present invention, an apparatus comprising a digital-to-analog converter, the converter comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

There is also provided according to the teachings of the present invention, a method for converting a digital data input word of N bits into an analog signal comprising: (a) processing the digital data input word to generate an electrode actuation vector of M values where M N; and (b) applying M voltage values corresponding to the actuation vector values to M actuating electrodes of an electrically controllable modulator for modulating the intensity of an optical signal, wherein at least one value of the actuation vector varies as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuation vector is a binary vector, and wherein the M voltage values are selected from two voltage levels according to the M binary values.

According to a further feature of the present invention, the processing is performed by a digital-to-digital converter.

According to a further feature of the present invention, an electrical output is generated as a function of the intensity of the modulated optical signal.

4

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) a semiconductor light generating device for generating an optical signal of variable intensity, the semiconductor light generating device including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the semiconductor light generating device, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, thereby generating an output intensity corresponding substantially to the input data word.

According to a further feature of the present invention, the actuating electrodes have differing effective areas.

According to a further feature of the present invention, the differing effective areas form a set, members of the set being interrelated approximately by factors of two.

According to a further feature of the present invention, the differing effective areas form a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, M=N.

According to a further feature of the present invention, the semiconductor light generating device is a semiconductor laser.

According to a further feature of the present invention, the semiconductor laser further includes a threshold electrode configured to provide a threshold actuation current.

According to a further feature of the present invention, the semiconductor light generating device is a light emitting diode.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the actuating electrodes have differing effective areas, the differing effective areas forming a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

At this point, it will be useful to define various terminology as used herein in the description and claims. The terms "digital" and "analog" are used in their normal senses as common in the field. Specifically, "digital" refers to a form of data where values are stored or processed numerically, typically broken up into bits of a binary number for machine processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present invention is a non-trivial converter in which there is typi-

US 10,270,535 B1

5

cally not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

The term "binary" is used to refer to values, voltages or other parameters which assume one or other of only two possible values, and modes of operation which use such parameters. In this context, voltage levels are referred to as "common" to a number of electrodes if activation of the electrodes is performed by switching connection of each of the electrodes between the voltage values in question.

The term "electrode" is used to refer to the electrical connections of an optical modulator device through which the device is controlled. In the case of an electrode which applies an electric field to affect the optical properties of an adjacent material, reference is made to an "effective area" which is used as an indication of the relative influence of the electrode compared to that of other electrodes on the optical properties of the underlying waveguide if actuated by a similar voltage. In many cases, the actuating electrodes are all of the same effective width, for example where they overlie a long narrow waveguide. The "effective area" may then be referred to as an "effective length", corresponding to the length of waveguide overlaid by the corresponding electrode and related to the "effective area" by a constant scaling factor. This scaling factor will vary according to variations in shape, width, waveguide properties or other design parameters. Any part of the electrode not overlying the active part of the modulator device or otherwise ineffective for generating modulation of an optical signal is not included in the "effective area".

The term "modulator" is used to refer to any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified.

The term "optical power" is used to refer to the quantitative manifestation of the analog optical signal.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. **1** is a schematic representation of a modulator device, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical or electrical signal;

FIG. **2A** is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing four electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. **2B** is a graph showing an intensity output generated according to an implementation of the present invention employing a full-range Mach-Zehnder modulator with four electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. **2C** is a graph similar to FIG. **2B** showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. **3A** is a graph showing the intensity output achieved by the modulator of the present invention implemented with five actuating electrodes for a four bit input word, where the five electrodes have lengths interrelated by factors of two;

6

FIG. **3B** is a graph similar to FIG. **3A** showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. **4** is a table illustrating a digital-to-digital converter input and output where the input corresponds to the input data word and the output corresponds to the electrode actuation pattern for generating the outputs of FIGS. **2B** and **2C**;

FIG. **5** is a table illustrating unoptimized and optimized normalized electrode lengths for cases on input words of 4 and 8 bits and numbers of electrodes of 4, 5, 8, 9 and 10;

FIG. **6A** is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing eight electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. **6B** is a graph showing an intensity output generated according to an implementation of the present invention employing a Mach-Zehnder modulator with eight electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. **6C** is a graph similar to FIG. **6B** showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. **7A** is a graph showing the intensity output achieved by the modulator of the present invention implemented with nine actuating electrodes for an eight bit input word, where the nine electrodes have lengths interrelated by factors of two;

FIG. **7B** is a graph similar to FIG. **7A** showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. **8** is a schematic representation of an alternative implementation of the present invention based upon an electro-absorption modulator (EAM);

FIG. **9** is a schematic representation of yet another alternative implementation of the present invention based upon a semiconductor laser;

FIG. **10** is a schematic representation of a modulator device, similar to the device of FIG. **1**, implemented as a 16-QAM modulator;

FIG. **11A** is a constellation diagram for the device of FIG. **10** illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

FIG. **11B** is a graph showing the symbol error rate performance for the devices of FIG. **12A** implemented with different numbers of electrodes;

FIGS. **12A** and **12B** are simplified constellation diagrams showing only closest matching points for implementation of a 64-QAM using two sets of 7 electrodes and a 256-QAM using two sets of 10 electrodes, respectively;

FIGS. **13A** and **13B** are graphs showing the symbol error rate performance for the devices of FIGS. **12A** and **12B**, respectively; and

FIG. **14** is a schematic representation of a prior art Mach-Zehnder modulator configured as a DAC.

### DESCRIPTION OF SPECIFIC EMBODIMENTS OF THE INVENTION

The present invention is a modulator device for converting digital data into analog modulation of an optical signal.

US 10,270,535 B1

7

The principles and operation of modulator devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

Referring now to the drawings, FIG. **1** shows schematically a modulator device, generally designated **10**, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical signal. Generally speaking, modulator device **10** has an electronic input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** for modulating the intensity of an optical signal represented by arrow **16**. Modulator **14** includes M actuating electrodes **18** where M≥N. Modulator device **10** also includes an electrode actuating device **20** responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**. It is a particular feature of a first aspect of the present invention that electrode actuating device **20** actuates at least one of actuating electrodes **18** as a function of values of more than one bit of the input data word D. In other words, at least one of the electrodes is actuated in a manner differing from a simple one-to-one mapping of data bits to electrode voltage, thereby providing freedom to choose the electrode actuation pattern which best approximates a desired ideal output for the given input. According to a second complementary, or alternative, aspect of the present invention, the effective areas of actuating electrodes are optimized so that at least some of the electrode effective areas differ from a simple factor-of-two series.

The basic operation of a first preferred implementation of modulator device **10** will be understood with reference to FIGS. **2**A and **2**B. FIG. **2**A shows the output intensity values which would be obtained by supplying a voltage sufficient to generate full dynamic range modulation to a set of four electrodes according to a direct mapping of each bit of a 4-bit input data word to a corresponding electrode. The full range of input values 0000 through 1111 and the corresponding output intensities have been normalized to the range 0-1. The marked deviation from linearity in the form of a cosine variation is clearly visible. In contrast, FIG. **2**B shows the output intensity using the same four electrodes after the input data has been mapped according to the teachings of the present invention to a pattern of electrode actuation approximating more closely to a linear response. In other words, for each input value, the output value from FIG. **2**A most closely approximating the corresponding theoretical linear response is determined, and the corresponding pattern of electrode actuation is applied. By way of example, in FIG. **2**A, it will be noted that output point **22** corresponding to an input of 0011 is higher than desired for the ideal linear response. The outputs generated by electrode actuation patterns corresponding to value 0100 (point **24**) is closer to the required value, and 0101 (point **26**) is even closer. An output pattern of 0101 is thus chosen to correspond to an input of 0011. The overall result is an output which much more closely approximates to a linear response as shown.

Most preferably, electrode actuating device **20** includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ the present invention in high frequency systems. Electronic input **12** may be simply the input pins of digital-to-digital converter **20**. FIG. **4** illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of FIG. **2**B. A digital-to-digital converter suitable for implementing the various embodiments of the

8

present invention may readily be implemented using commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

The first implementation described thus far features N=M=4 with lengths of the electrodes retaining the conventional ratios of factors of two and employing simple on-off level voltage switching of a common actuating voltage to all currently actuated actuating electrodes. While such an implementation offers markedly improved linearity of response compared to the unmodified response of FIG. **2**A, it should be noted that the output intensity is not uniquely defined for each input value. Where uniqueness of the output values is required, or where a higher degree of linearity is needed, further modification may be required. Various forms of further modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

An alternative preferred option for modifying the output to achieve a better approximation to a linear output is modification of the electrode lengths relative to the factor of two series assumed above. A non-limiting example of an approach for determining preferred electrode proportions will be presented below in the context of a Mach-Zehnder modulator. A corresponding practical example of electrode length values for N=M=4 is shown in the second column of FIG. **5**. FIG. **2**C illustrates the intensity output employing electrodes with lengths in the proportions listed. A comparison of the root-mean-square error from linearity for FIGS. **2**B and **2**C shows that the adjustment of electrode lengths results in an additional slight improvement to linearity.

A further option for modifying the performance of modulator device **10** is the addition of one or more additional electrodes, i.e., M>N. This provides an additional degree of freedom for correcting non-linearity of the response. In the case of unmodified electrode dimensions related by factors of two, each additional electrode is typically half the dimension of the previously smallest electrode. Where the electrode dimensions are further modified, the additional electrode dimension is preferably included within an optimization process in order to determine a preferred dimension for the additional electrode(s) along with the other electrodes. FIGS. **3**A and **3**B show outputs from the device of the present invention for an example of N=4 and M=5, with and without modification of the electrode dimensions, respectively. The electrode lengths are shown for the unmodified series in the first column of FIG. **5** and for the optimized length electrodes in the third column of FIG. **5**.

Parenthetically, although the present invention is described herein in the context of a preferred example of linearization of a modulator device which inherently has a non-linear response, the principles of the present invention may equally be applied to any case where a natural response of a modulator provides a first function and a desired response is a different second function which may be linear or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

US 10,270,535 B1

9

Clearly, the present invention is not limited to applications with 4-bit data input, and can be implemented with substantially any number of data bits commensurate with other limitations of the system, such as signal-to-noise requirements. By way of example, FIGS. **6A**-**6C**, **7A** and **7B** illustrate a number of implementations with 8-bit input data words. Specifically, for purpose of reference, FIG. **6A** shows the unmodified output of an 8-bit arrangement where each data bit is applied directly to a corresponding electrode, again showing the underlying cosine response of the modulator. FIG. **6B** illustrates the output of an implementation according to the teachings of the present invention with N=M=8 and standard lengths of electrodes interrelated by factors of 2, as in the fourth column of FIG. **5**. FIG. **6C** shows output for a similar device where the electrode lengths have been modified according to the values shown in the fifth column of FIG. **5**. FIGS. **7A** and **7B** show the output of similar devices for N=8 but with an extra electrode, i.e., M=9. In the case of FIG. **7A**, the device has unmodified electrode lengths as shown in the fourth column of FIG. **5**, while in the device of FIG. **7B**, the electrode lengths are modified according to the proportions shown in the sixth column of FIG. **5**.

### Example I—Mach-Zehnder Modulator

By way of example, there will now be presented a theoretical treatment of one particularly preferred example of modulator device **10** implemented using a Mach-Zehnder modulator, also referred to as a Mach-Zehnder Interferometer or "MZI". This theoretical treatment is presented to facilitate an understanding of the present invention and as a suggested technique for calculating certain parameters. However, it should be noted that the invention as described above has been found to be effective, independent of the accuracy or otherwise of this theoretical treatment. The Mach-Zehnder modulator is an active integrated waveguide device consisting of a higher index guide region that splits into two paths which are combined again after a certain distance. Each of these paths is referred to as a leg or branch. When used as a switch, the MZI may be turned "off" by raising or lowering the index of refraction in one of the legs. This is achieved by employing the electro-optic effect to produce a 180-degree change in phase by means of optical-path length. Intermediate optical attenuation levels can be obtained by inducing changes other than 180 degrees.

In the case described above of FIG. **1**, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes as this realization is equipped with a single excess electrode. According to one option, if an electrical rather than optical output is desired, the optical signal at the output is detected and converted to an electrical (analog) signal.

It should be noted that, in the context of a MZI, it is common to split the electrodes to act in an opposite manner on the two legs of the device, for example, one side raising and the other lowering the refractive index of the material, thereby reducing the actuation voltage required. In such cases, the value M is the number of actuating electrodes on each of the two waveguide branches of the modulator.

Mathematical Description

The properties of the MZI may be described mathematically as follows. Let l denote a vector of electrode lengths. The number of elements in l is M. Also let V denote a

10

corresponding vector (of length M) of electrode control-voltages. When applying a voltage $V_j$ only to electrode $e_j$, whose length is $l_j$, the phase of light propagating in the modulating leg, shifts by

$$\pi \frac{V_j \cdot l_j}{v_\pi \cdot l_\pi},$$

where $v_\pi \cdot l_\pi$ corresponds to the voltage-length product leading to a $\pi$ shift in the phase. It is used as a merit figure of the MZI modulator. We define new normalized electrode length by:

$$L_j = \frac{l_j}{l_\pi} \qquad (1)$$

Gathering the total contribution from all electrodes, the following transmission function of the MZI is obtained:

$$T(V, L) = \cos^2\left(\frac{\pi}{2} \frac{V \cdot L^T}{v_\pi}\right), \qquad (2)$$

where the superscript T denotes transposition. The contribution from each electrode $e_j$, j=1, 2, . . . M, to the total phase shift, is permitted by applying some non-zero voltage $V_j=v$. We chose to work with binary values for all electrode voltages, $V_j=0$, v, a clearly desirable requirement which, moreover, makes the design simpler as discussed next. Note that by setting the lower voltage to a value greater than zero, the maximum output level of the MZI is decreased thus reducing the dynamic range. Let $D_i$ denote a digital binary input vector of length N, where i=1, . . . , $2^N$. For each digital vector $D_i$, the DDC component in FIG. **1** produces a corresponding binary vector $B_i$, of length M. $B_i$ multiplied by v, represents the actual (internal) vector of voltages controlling the M electrodes. When multiplying a real number, $B_i$ should be interpreted as binary vector whose elements are the real numbers {0,1}. With respect to (2), this means that when $V_j=v$, then $B_{ij}=1$, and when $V_j=0$, $B_{ij}=0$; $B_{ij}$ being the j-th element of the control vector $B_i$. At this time we define B to be a matrix of size $2^N \times M$ whose rows consist of the set of binary control vectors $B_i$, each of length M. Hence, (2) can be rewritten as

$$T(B_i, L) = \cos^2\left(\frac{\pi}{2} \frac{v}{v_\pi} \sum_{j=1}^{M} B_{ij} L_j\right) \qquad (3)$$

Without loss of generality $v=v_\pi$ will be assumed henceforth. (Preferably $v_j=v_\pi$ to ensure full coverage of the modulating range and efficient use of the input optical power.) When the number of electrodes equals the number of data bits, i.e. when M=N, an implementation in a standard approach according to the system of FIG. **10** while trying to exploit the dynamic range of the transfer function (3) to its fullest results in high nonlinearity errors. This is demonstrated in FIG. **2A** for M=N=4. For this demonstration it is assumed that an unoptimized straightforward selection is made, where B is the set of all 16 binary 4-tuples, i.e. $B^T=\{0000, . . . , 1111\}$ and L is taken as {0.5, 0.25, 0.125,

US 10,270,535 B1

**11**

0.0625}. In the next section, one suggested approach to optimizing L and B will be proposed.

Optimization of B and L

In order to improve the linearity as well as the dynamic range of the conversion process, we propose that the lengths of the elements of L and the control vectors B be optimized. As described above, it is possible to optimize one or both of B and L. In practice, optimization of L alone may provide a non-monotonic variation of output together with some improvement in linearity and dynamic range. This may be sufficient for applications in which the non-linearity is relatively small, such as the semiconductor laser embodiments to be discussed below. For more significantly non-linear devices, the options of optimized B with unoptimized L, and optimized B and L are typically more suitable.

We consider these options separately since their implementation require different hardware. An unoptimized set of electrode lengths L consists of

$L_j=2^{-j}$, with $j=1 \ldots M$. An unoptimized matrix B will consist of all $2^N$ binary N-tuples. In that case, with a slight abuse of notations we have that $B_i=D_i$; $i=0, 1, 2, \ldots 2^N-1$. Hence, designs with optimized B require Digital-to-Digital conversion while designs with optimized L only do not. Whenever B is optimized, and for any number of electrodes M; M≥N, it is understood that a binary input data vector $D_i$ has to be mapped to a control vector $B_i$, yet $B_i \ne D_i$. The DDC, implemented as all-electronic, shall perform this mapping operation.

As the optimization criterion we shall use the root mean square error (RMSE) between an ideal output, represented by a straight line, and the converter output. Let

$$U_i = \frac{i}{2^N}$$

denote the ideal analog value required for representing the digital input $D_i$. The RMSE is defined as follows:

$$g(B, L) = \sqrt{\frac{1}{2^N}\sum_{i=1}^{2^N}\left[U_i - \cos^2\left(\frac{\pi}{2}\sum_{j=1}^{M} B_{ij}L_j\right)\right]^2} \qquad (4)$$

The optimization problem can now be formulated as minimizing the values of g(B,L) for all possible values of the matrix B and the vector L.

Note that this optimum solution is aimed at minimizing the average (squared) deviation between the desired output and the converter output. Clearly, this is only one non-limiting example, and various other linearity measures may equally be used. Similarly, as mentioned earlier, the desired output response function itself may take any desired form, and for each function, a suitable optimization criterion must be selected.

Approaching (4) as a global optimization problem with an order of $O(2^N \times M)$ variables, is quite involved, especially since the variables are of mixed type, B is binary while L is real. (It is related to a nonlinear mixed integer zero-one optimization problem.) It is therefore typically preferred to employ a near-optimum two-step approach. First, B is determined assuming an unoptimized set of electrodes L, $L_j=2^{-j}$, with $j=1 \ldots M$. The obtained matrix is denoted by $\hat{B}$. Then, given $\hat{B}$, L is obtained such that (4) is minimized.

**12**

If L is an unoptimized set of electrodes, $L_j=2^{-j}$. Then, the output of the converter as given by (3) is a function of the control $B_i$ only. Since one aims at obtaining a straight line, whose quantized values are given by $U_i$, then it is not difficult to verify that the best approximated selection of $\hat{B}_i$ is given by

$$\hat{B}_i = Dec2Bin_M\left(\frac{2}{\pi}\arccos(\sqrt{U_i})\right), \qquad (5)$$

where the function $Dec2Bin_M(x)$ maps a real value x, 0<x<1, to its closest M-bit binary representation. Note that this, in effect quantization, process may result in several input data vectors having the same analog representation. In applications in which this duplicate representation is considered problematic, it is effectively mitigated by choosing M>N.

Given $\hat{B}$, we proceed to optimize L. Assuming there exists a set of electrodes L such that

$$\cos^2\left(\frac{\pi}{2}\sum_{j=1}^{M} \hat{B}_{ij}L_j\right) \approx U_i; \forall i,$$

then as an alternative to (4), we may define an equivalent cost function, which is easier to handle mathematically:

$$h(L) = \left\{\sum_{i=1}^{2^N}\left[\frac{2}{\pi}\arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij}L_j\right]^2\right\}. \qquad (6)$$

To minimize this cost function, one needs to differentiate h(L) with respect to L and equate to 0:

$$\frac{\partial h}{\partial L_k} = 2\left\{\sum_{i=1}^{2^N} \hat{B}_{ik}\left[\frac{2}{\pi}\arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij}L_j\right]\right\} = 0; \forall k. \qquad (7)$$

The following equation (more precisely set of equations) is obtained

$$\sum_{i=1}^{2^N}\sum_{j=1}^{M} \hat{B}_{ik}\hat{B}_{ij}L_j = \sum_{i=1}^{2^N} \hat{B}_{ik}\frac{2}{\pi}\arccos(\sqrt{U_i}), \qquad (8)$$

where k=1, 2 . . . M. In matrix notation the set of equation translates to a simple expression

$$L = (\hat{B}^T\hat{B})^{-1}\frac{2}{\pi}\left[\arccos(\sqrt{U})\hat{B}\right]^T, \qquad (9)$$

where $\sqrt{U}$ amounts to a component-wise square root. The solution above grants us an optimized vector of lengths L.

Example II—Electro-Absorption Modulator

As mentioned earlier, the present invention is not limited to implementations based on Mach-Zehnder modulators,

US 10,270,535 B1

13

and can be implemented using any device which modulates light intensity as a function of applied voltage, FIG. **8** shows an analogous implementation of the present invention using an electro-absorption modulator.

An electro-absorption modulator (EAM) is a semiconductor device which allows control of the intensity of a laser beam via an electric voltage. Its operational principle is typically based on the Franz-Keldysh effect, i.e., a change of the absorption spectrum caused by an applied electric field, which usually does not involve the excitation of carriers by the electric field.

By realizing N or more electrodes we can use the EAM as a high speed electro-optical Digital-to-Analog converter, in a similar fashion as we used the MZI. As in modulator device **10** described above, this device includes an electronic input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** with M electrodes for modulating the intensity of an optical signal represented by arrow **16**. An electrode actuating device **20** is responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**.

Here too, to mitigate the non-linear behavior of the device, electrode actuating device **20** serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each input value. The particular mapping varies according to the response characteristic of the particular modulator, but the principles of operation are fully analogous to those described above in the context of the Mach-Zehnder modulator implementation.

### Example III—Modulated Light Generation Device

The present invention is applicable also to other devices where digital information carried by voltage or current is translated into analog optical signals in the form of optical power. This includes also light generation devices like Light Emitting Diodes (LED) or semiconductor lasers. By way of illustration, FIG. **9** shows a semiconductor laser implementation of the present invention.

Specifically, FIG. **9** shows a semiconductor laser DAC device, generally designated **40**, constructed and operative according to the teachings of the present invention. The actuating electrode, typically implemented as a single contiguous electrode, is here subdivided into a threshold electrode **42** and M actuating electrodes **18**. The threshold electrode **42** is typically needed to reach a minimum activation current below which no significant output is generated. Actuating electrodes **18** are actuated as a function of the data bits of a digital input **12**, in this case a 4-bit data word, to generate an analog optical signal output of intensity representing the digital input.

In the particularly simple implementation illustrated here, neither L nor B is optimized. In other words, each actuating electrode **18** is part of a set interrelated with effective areas in 2:1 relation, and each electrode is actuated as a function of corresponding single bit of the input data word. The actuating current is typically roughly proportional to the area of electrodes actuated. This case is in itself believed to be patentable, and is thought to be of practical importance. Optionally, a closer approximation to a linear response can be achieved by modifying L (electrode proportions) and/or B (by including a DDC, not shown), all according to the principles discussed in detail above.

It will be appreciated that a similar device may be implemented using other semiconductor light generating

14

devices, such as LEDs. Depending upon the details of the device used, threshold electrode **42** may not be necessary. This and any other necessary device-specific modifications will be self-evident to one ordinarily skilled in the art.

### Example IV—QAM Transmitter

Although described above in the context of devices for intensity/amplitude modulation, it should be noted that various embodiments of the present invention are also effective for modifying the phase of an optical signal, and can therefore be used as highly compact and simple QAM (Quadrature Amplitude Modulation) modulators or transmitters.

Specifically, referring back to FIG. **1**, it will be noted that, by configuring the digital-to-digital converter DDC **20** to apply different actuation patterns to the electrodes on the two branches of the Mach Zehnder Modulator (MZM), modulation of the output signal phase can be achieved. Such an implementation will now be described with specific reference to FIGS. **10-13**B.

Turning now to FIG. **10**, there is shown a modulator device, generally designated **100**, implemented as a QAM modulator. Modulator device **100** is essentially similar to the device of FIG. **1**, but has been relabeled to convey more clearly its function. Specifically, modulator device **100** has a first plurality $M_1$ of actuating electrodes **18**a deployed in operative relation to a first waveguide branch of the modulator and a second plurality $M_2$ of actuating electrodes **18**b deployed in operative relation to a second waveguide branch of the modulator. In this case, $M_1=M_2=5$. giving a total number of actuating electrodes M=10. The electrode actuating device is here shown as two distinct digital-to-digital converters **20**a and **20**b, which are configured to actuate the first and second pluralities of actuating electrodes **18**a and **18**b in response to a given input data word $D_1$ so as to additionally modulate the phase of the optical signal. Clearly, digital-to-digital converters **20**a and **20**b can alternatively be combined into a single DDC with M=10 outputs with suitable connections to the actuating electrodes on both branches of the waveguide.

It will be appreciated that modulator device **100** can serve as an optical 16-QAM transmitter based on a single multi-electrode MZM (ME-MZM). Each electrode is divided into 5 segments, separately driven by two voltage signals, 0 and V representing binary 0 and 1, respectively. The center electrode is a common ground for the active electrode segments. The role of the modulator is to generate a desired M-QAM constellation which is composed of complex optical field values. The modulator is expected to generate $2^M$ signals:

$$s_i = r_i e^{i\theta_i}, \ r_i > 0, \ 0 \leq \theta_i \leq 2\pi, \ i = 1, \ldots, 2^M, \tag{10}$$

In our example of a 16-QAM with two sets of 5 electrodes, as an input, the QAM transmitter accepts an electrical 4-bit digital input word, denoted $D_i$. The input word is mapped by two Digital-to-Digital Converters (DDC) onto each of the 10 (electrode) segments, whose lengths are the vectors $L^{1,2}$. Each DDC outputs a 5-bit word, denoted as $B_i^1$ and $B_i^2$. The output of transmitter can be written as:

$$E_{out,i} = \frac{1}{\sqrt{2}} E_{in} \exp\left\{ j2\pi \sum_j^{N_1} B_{ij}^1 L_j^1 \right\} + \frac{1}{\sqrt{2}} E_{in} \exp\left\{ -j2\pi \sum_j^{N_2} B_{ij}^2 L_j^2 \right\} \tag{11}$$

US 10,270,535 B1

15

where $E_{in}$ the optical field amplitude entering the modulator and $N_1$, $N_2$ are the number of segments on each arm. The elements $L_j^{1,2} \in L^{1,2}$ represent normalized electrode lengths on each arm. The two-level $B_{ij}^{1,2}$ coefficients are elements of the matrices $B_j^{1,2}$ and represent whether voltage v was applied to the j-th segment, on the respective arm. The index j enumerates the electrodes, $j=\{1 \ldots N_{1,2}\}$ on each arm. The summation is normalized to span

$$0 \le \sum_j^N B_{ij}^{1,2} L_j \le 1,$$

such that each arm induces a phaseshift of $0 \le \Delta\varphi \le 2\pi$.

The application of the electrical signals is preferably directly upon the modulator without any mediating circuits, referred to herein as "Direct Digital Driving". The modulator can be regarded as a 2D Digital-to-Analog (D/A) converter, that converts a digital word into an optical vector signal.

The design of the transmitter involves the setting of electrode lengths, $L^{1,2}$ and DDC mappings, $B_j^{1,2}$, that will generate all the required signals given in Eq. (10). An effective combination of the electrode lengths and digital mappings may be derived either by analytical methods or numerically. A simple numerical derivation will now be presented.

A ME-MZM with $N_{1,2}$ electrode segments on each arm is capable of generating $2^{(N_1+N_2)}$ signals. Thus, by choosing carefully the electrode lengths, and assuming the number of segments sufficient to generate at least $2^{(N_1+N_2)} > M$ different signals, all the required signals described by Eq. (10) can be picked out of the generated signals pool.

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool which was generated with $\{5,5\}$ electrodes. The best matched signals at the pool are marked in figure. It can be seen that there is a good match between the ideal and the best matched generated constellations.

Table 1 compares between an ideal 16-QAM constellation and a generated constellation with different combinations of number of electrodes each arm. It presents the symbol minimum distance and the root mean square error. The latter provides a measure of agreement between the ideal and the generated constellations. Configurations with $\{2,2\}$, $\{2,3\}$ and $\{3,3\}$ electrodes provide less than 16 different signals (minimum distance of 0) and therefore cannot be used for generation of 16-QAM.

TABLE 1

| $N_1, N_2$ | Ideal | 4,2 | 4,3 | 4,4 | 4,5 | 5,5 | 5,6 | 6,6 |
|---|---|---|---|---|---|---|---|---|
| Minimum Distance | 2 | 1.66 | 1.66 | 1.66 | 1.30 | 1.83 | 1.67 | 1.67 |
| RMSE | 0 | 4.64 | 4.64 | 4.53 | 4.42 | 4.64 | 4.52 | 4.57 |

FIG. 11B presents the Symbol Error Rate (SER) performance for a range of Signal to Noise Ratios (SNR) for an Additive White Gaussian Noise (AWGN) channel. It can be seen that when using $\{6,6\}$ electrodes, the performance graph closely matches that of ideal 16-QAM constellation. Using a higher number of electrodes can lower the SER ever

16

further toward the ideal curve. SER performance can be slightly improved by further tuning the decoding hypothesis testing at the receiver side to the generated constellation.

The electrode lengths used for the generation of FIG. 11B follow a binary sequences, $L^{1,2} = 2^{-j}$. Tweaking the electrode lengths has small impact on the modulator performance. In Eq. (11), we assumed driving signals of 0 and $2V_\pi$. The high driving signal can be lowered by extending the total electrode length twice its size. The opposite signs in the exponents in the two terms of Eq. (11) are already implemented by the geometry of the electrode disposition of FIG. 10, when the signs of the voltages applied are the same, since then the electric fields have opposite directions. Other electrode dispositions exist for different cuts of the electro-optic crystals, and the appropriate way of applying the voltage with the right signs should be clear to a person skilled in the art.

Referring now to FIGS. 12A-13B, it will be appreciated that the proposed modulator is capable of generating high order QAM constellations. FIG. 12A depicts the ideal 64-QAM constellation together with one generated using a $\{7,7\}$ electrodes modulator, while FIG. 12B shows an ideal 256-QAM constellation together with the one generated using a $\{10,10\}$ electrodes modulator. It can be seen that there is a good match between the ideal and the generated constellations. FIGS. 13A and 13B show the Symbol Error Rate performance for the generated constellations of FIGS. 12A and 12B, respectively.

A simple implementation of this embodiment described thus far generates Non-Return-to-Zero (NRZ) signals. NRZ permits constant intensity for similar consecutive bits, and is thus more susceptible to Inter-Symbol-Interference and other nonlinear propagation distortions. Return-to-Zero (RZ) format is a pulsed modulation where the signal "returns to zero" after every bit. This format provides better performance than NRZ, but usually requires additional hardware, such as a pulse carver. A transmitter based on the modulator of an embodiment of the invention can readily be extended to produce RZ pulses with minimal if any additional hardware. By adding an RZ control line to the DDC, as shown in FIG. 10, which serves as a trigger determining whether the output optical amplitude should be zero or other, the whole modulator will be capable of generating RZ signals. When the added control line is high, the DDC will map the electrode actuation pattern to the pattern corresponding to the middle point of the constellation, which is zero.

For the constellation presented in FIG. 10, $B_1 = \{00010\}$ and $B_2 = \{01110\}$ will output zero (or minimum) power because it will generate a phase difference of $\pi$ between the two arms of the MZM.

While the present invention has been presented as a digital-to-analog optical modulator, it should be noted that each embodiment of the invention may be modified to provide analog electrical output by use of an optical-to-electrical (OLE) converter. This option is illustrated in FIG. 1 as optional OLE converter 30. If the OLE converter itself has a non-linear response function, the present invention may advantageously be used to optimize the system parameters to linearize the electrical output rather than the (intermediate) optical output. Analogously, any nonlinearity induced by the optical medium used for transmitting the signal (e.g. optical fiber) can be compensated for by using OLE converter 30 as a linearizing device.

The present invention is applicable to substantially all applications requiring a DAC with optical or electrical output. Examples of particular interest include, but are not limited to, wireless communications systems, fiber-optic

US 10,270,535 B1

**17**

communication systems, cellular telephone networks, cable television, military applications, medical applications and hyper/super computer communications.

It will be appreciated that the above descriptions are intended only to serve as examples, and that many other embodiments are possible within the scope of the present invention as defined in the appended claims.

What is claimed is:

**1**. A method of modulating and transmitting an optical signal over an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M>N and N>1; coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling pulse modulation of the unmodulated optical signal, thereby generating a pulse modulated optical signal; and

**18**

transmitting the pulse modulated optical signals over an optical fiber.

**2**. A method of modulating and transmitting an optical signal over an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M>N and N>1; coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling modulation of the unmodulated optical signal by QAM, thereby generating a QAM modulated optical signal; and

transmitting the QAM modulated optical signal over an optical fiber.

\* \* \* \* \*

# EXHIBIT D

US010461866B2

(12) **United States Patent**
Ehrlichman et al.

(10) Patent No.: **US 10,461,866 B2**
(45) Date of Patent: **\*Oct. 29, 2019**

(54) **LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR**

(71) Applicant: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Yossef Ehrlichman**, Nazareth Ilit (IL); **Ofer Amrani**, Tel Aviv (IL); **Shlomo Ruschin**, Herzliya (IL)

(73) Assignee: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/386,391**

(22) Filed: **Apr. 17, 2019**

(65) **Prior Publication Data**

US 2019/0273561 A1     Sep. 5, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/234,635, filed on Dec. 28, 2018, now Pat. No. 10,270,535, which is a (Continued)

(51) **Int. Cl.**
**H03M 1/00**     (2006.01)
**H04B 10/516**     (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... **H04B 10/516** (2013.01); **G02F 1/0121** (2013.01); **G02F 1/225** (2013.01)
(Continued)

(58) **Field of Classification Search**
CPC .......................... H04B 10/516; H04B 10/556; H04B 10/2575; H04B 10/2504; H04B 10/505;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,288,785 A     9/1981 Papuchon et al.
4,613,204 A     9/1986 Verber et al.
(Continued)

FOREIGN PATENT DOCUMENTS

DE     602005000276     5/2007
EP     0020216     12/1980
(Continued)

OTHER PUBLICATIONS

Applicant-Initiated Interview Summary dated Jul. 29, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.
(Continued)

*Primary Examiner* — Jean B Jeanglaude

(57) **ABSTRACT**

In a modulation system that modulates and transmits an optical signal over at least one optical fiber in response to an input digital data word of N bits, there is an input enabled for receiving the digital data word; an electrically controllable modulator having one or more waveguide branches, where each branch receives an input of an unmodulated optical signal; and a digital to digital converter enabled for converting the N bits to a digital drive vector corresponding to M drive voltage values, where M>N and N>1. The electrically controllable modulator couples the drive voltage values to the unmodulated optical signal(s). The coupling enables pulse modulation of the unmodulated optical signal(s) thereby generating pulse modulated optical signal(s). The electrically controllable modulator outputs the pulse modulated optical signal(s) to one or more outputs that are enabled for transmitting the pulse modulated optical signal(s) over at least one optical fiber.

**24 Claims, 13 Drawing Sheets**



**US 10,461,866 B2**

Page 2

## Related U.S. Application Data

continuation of application No. 15/298,373, filed on Oct. 20, 2016, now Pat. No. 10,205,527, which is a continuation of application No. 14/922,165, filed on Oct. 25, 2015, now Pat. No. 9,479,191, which is a continuation of application No. 14/662,343, filed on Mar. 19, 2015, now Pat. No. 9,203,425, which is a continuation of application No. 14/325,486, filed on Jul. 8, 2014, now Pat. No. 9,031,417, which is a continuation of application No. 13/280,371, filed on Oct. 25, 2011, now Pat. No. 8,797,198, which is a continuation of application No. 12/636,805, filed on Dec. 14, 2009, now Pat. No. 8,044,835, which is a continuation-in-part of application No. PCT/IL2008/000805, filed on Jun. 12, 2008.

(60) Provisional application No. 60/943,559, filed on Jun. 13, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| G02F 7/00 | (2006.01) |
| G02F 1/225 | (2006.01) |
| H04B 10/54 | (2013.01) |
| H04B 10/50 | (2013.01) |
| H04B 10/25 | (2013.01) |
| H03M 1/70 | (2006.01) |
| H04B 10/2575 | (2013.01) |
| G02F 1/01 | (2006.01) |
| H04B 10/556 | (2013.01) |
| G02F 1/015 | (2006.01) |
| G02F 1/21 | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *G02F 7/00* (2013.01); *H03M 1/002* (2013.01); *H03M 1/70* (2013.01); *H04B 10/2504* (2013.01); *H04B 10/2575* (2013.01); *H04B 10/505* (2013.01); *H04B 10/541* (2013.01); *H04B 10/556* (2013.01); *G02F 1/015* (2013.01); *G02F 2001/212* (2013.01); *G02F 2203/19* (2013.01); *H04B 10/5055* (2013.01)

(58) **Field of Classification Search**
CPC . H04B 10/541; H04B 10/5055; G02F 1/0121; G02F 1/225; G02F 7/00; G02F 1/015; G02F 2203/19; G02F 2001/212; H03M 1/70; H03M 1/002
USPC ................................................. 341/137, 143
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,137,359 | A | 8/1992 | Steele | |
| 5,543,952 | A | 8/1996 | Yonenaga et al. | |
| 5,694,504 | A | 12/1997 | Yu et al. | |
| 5,724,178 | A | 3/1998 | Grandpierre et al. | |
| 5,917,638 | A | 6/1999 | Franck et al. | |
| 6,760,111 | B1 | 7/2004 | Mark et al. | |
| 6,781,537 | B1 | 8/2004 | Taraschuk et al. | |
| 6,781,741 | B2 | 8/2004 | Uesaka | |
| 7,061,414 | B2 | 6/2006 | Chen et al. | |
| 7,146,109 | B2 * | 12/2006 | Chen .................... | H04B 10/505 398/183 |
| 7,203,552 | B2 | 4/2007 | Solomon | |
| 7,212,292 | B2 | 5/2007 | Van Brockl et al. | |
| 7,403,711 | B2 | 7/2008 | Chen et al. | |
| 7,483,597 | B2 | 1/2009 | Shastri et al. | |
| 7,536,112 | B2 | 5/2009 | Yonenaga et al. | |
| 7,792,398 | B2 | 9/2010 | Tanaka et al. | |
| 7,873,284 | B2 | 1/2011 | Chen et al. | |
| 7,978,390 | B2 | 7/2011 | Kikuchi | |
| 8,044,835 | B2 | 10/2011 | Ehrlichman et al. | |
| 9,031,417 | B2 | 5/2015 | Ehrlichman et al. | |
| 9,203,425 | B2 | 12/2015 | Ehrlichman et al. | |
| 9,490,902 | B2 * | 11/2016 | Goodwill ............. | H04B 10/506 |
| 9,991,966 | B1 | 6/2018 | Celo et al. | |
| 10,033,465 | B2 | 7/2018 | Ehrlichman et al. | |
| 10,205,527 | B2 | 2/2019 | Ehrlichman et al. | |
| 2003/0076570 | A1 | 4/2003 | Schemmann et al. | |
| 2004/0208614 | A1 | 10/2004 | Price | |
| 2004/0213170 | A1 | 10/2004 | Bremer | |
| 2005/0238367 | A1 | 10/2005 | Chen et al. | |
| 2007/0212076 | A1 | 9/2007 | Roberts et al. | |
| 2010/0156679 | A1 | 6/2010 | Ehrlichman et al. | |
| 2012/0213531 | A1 * | 8/2012 | Nazarathy ............. | H03M 1/145 398/202 |
| 2012/0301149 | A1 | 11/2012 | Pinguet et al. | |
| 2014/0321857 | A1 | 10/2014 | Ehrlichman et al. | |
| 2015/0194982 | A1 | 7/2015 | Ehrlichman et al. | |
| 2016/0043732 | A1 | 2/2016 | Ehrlichman et al. | |
| 2016/0269121 | A1 * | 9/2016 | Lee ...................... | H04B 10/541 |
| 2017/0294968 | A1 | 10/2017 | Ehrlichman et al. | |
| 2017/0302291 | A1 | 10/2017 | Ehrlichman et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0957596 | 11/1999 |
| EP | 1036302 | 9/2000 |
| EP | 2896993 | 7/2015 |
| WO | WO 2004/074914 | 9/2004 |
| WO | WO 2008/152642 | 12/2008 |

### OTHER PUBLICATIONS

Brief Communication: Oral Proceedings on Sep. 18, 2014 dated Aug. 25, 2014 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Jul. 12, 2013 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Apr. 25, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).
Communication Pursuant to Article 94(3) EPC dated Apr. 26, 2010 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Jul. 30, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).
European Search Report and the European Search Opinion dated Apr. 9, 2015 From the European Patent Office Re. Application No. 15157901.8.
International Preliminary Report on Patentability dated Dec. 7, 2009 From the International Bureau of WIPO Re. Application No. PCT/IL2008/000805.
International Search Report and the Written Opinion dated Nov. 3, 2008 From the International Searching Authority Re. Application No. PCT/IL2008/000805.
Notice of Allowance dated Mar. 18, 2019 From the US Patent and Trademark Office Re. U.S. Appl. No. 16/234,635. (8 pages).
Official Action dated Nov. 4, 2013 From the US Patent and Trademark Office Re. U.S. Appl. No. 13/280,371.
Official Action dated Jun. 7, 2018 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (10 pages).
Official Action dated Aug. 14, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,327. (12 Pages).
Official Action dated Dec. 14, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/922,165.
Official Action dated Feb. 16, 2011 From the US Patent and Trademark Office Re. U.S. Appl. No. 12/636,805.
Official Action dated May 22, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.
Official Action dated Oct. 24, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (18 pages).

**US 10,461,866 B2**

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Official Action dated Oct. 30, 2014 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/325,486.

Provision of the Minutes in Accordance With Rule 124(4) EPC Dated Sep. 30, 2014 From the European Patent Office Re. Application No. 08763563.7.

Summons to Attend Oral Proceedings Pursuant to Rule 115(1) EPC dated Apr. 28, 2014 From the European Patent Office Re. Application No. 08763563.7.

Ehrlichman et al. "Generation of M-Ary Signals Using a Single Mach Zehnder Interfrometer", SPIE Digital Library, 7218, Integrated Optics: Devices, Materials, and Technologies XIII, 72180L, 5 Pages, Feb. 9, 2009.

Ehrlichman et al. "Generation of M-Ary Signals Using a Single MZI", School of Electrical Engineering Tel Aviv University, Israel,: 14 Pages, Presented at Photonics West 2009.

Ehrlichman et al. "Improved Digital-to-Analog Conversion Using Multi-Electrode Mach-Zehnder Interferometer", Journal of Lightwave Technology, 26(21): 3567-3575, Nov. 1, 2008.

Ehrlichman et al. "Multi-Electrode Approach for Interfacing Optical Computing Devices", School of Electrical Engineering Tel Aviv University, Israel, p. 1-25, Published in Vienna, Austria, Aug. 28, 2008.

Leven et al. "A 12.5 GSample/s Optical Digital-to-Analog Converter With 3.8 Effective Bits", The 17th Annual Meeting of the IEEE, Lasers and Electro-Optics Society 2004, LEOS 2004, 1: 270-271, Nov. 2004.

Vawter et al. "Digital Optical Phase Control in Ridge-Waveguide Phase Modulators", IEEE Photonics Technology Letters, XP000362933, 5(3): 313-315, Mar. 1, 1993.

Wang et al. "Research on the Modulation Phase Distortion Error Character of Y Wave-Guide in Fiber Optic Gyroscope", Proceedings of the 2008 International Symposium on Intelligent Information Technology Applications Workshop, IITAW '08, Shanghai, China, Dec. 21-22, 2008, p. 847-850, Dec. 21, 2008.

Yacoubian et al. "Digital-to-Analog Conversion Using Electrooptic Modulators", IEEE Photonics Technology Letters, 15(1): 117-119, Jan. 2003.

Zumbahlen "Basic Linear Design: Digital-to-Analog Converter Architectures: Intentionally Nonlinear DACs", Analog Devices Ltd., Section 6.1: 6.37-6.39, 2007.

Communication Pursuant to Article 94(3) EPC dated Aug. 2, 2017 From the European Patent Office Re. Application No. 15157901.8.

* cited by examiner



FIG. 1



FIG. 2A
(PRIOR ART)

FIG. 2B

FIG. 2C



FIG. 3A

FIG. 3B

FIG. 5

| | N=4 | | | N=8 | | | |
|---|---|---|---|---|---|---|---|
| | U | O | | U | O | | |
| | M=4-5 | M=4 | M=5 | M=8-10 | M=8 | M=9 | M=10 |
| | 0.5 | 0.4073 | 0.4957 | 0.5 | 0.3871 | 0.5001 | 0.5 |
| | 0.25 | 0.2443 | 0.2451 | 0.25 | 0.2243 | 0.25 | 0.2501 |
| | 0.125 | 0.1506 | 0.1304 | 0.125 | 0.1311 | 0.125 | 0.1249 |
| | 0.0625 | 0.0989 | 0.0527 | 0.0625 | 0.0799 | 0.0625 | 0.0625 |
| | 0.0313 | | 0.038 | 0.0313 | 0.0527 | 0.0313 | 0.0312 |
| | | | | 0.0156 | 0.0385 | 0.0155 | 0.0156 |
| | | | | 0.0078 | 0.0312 | 0.0078 | 0.0079 |
| | | | | 0.0039 | 0.0275 | 0.0038 | 0.004 |
| | | | | 0.002 | | 0.002 | 0.0019 |
| | | | | 0.001 | | | 0.001 |
| | M=4: 0.9375 M=5: 0.9688 | 0.9011 | 0.9619 | M=8: 0.9961 M=9: 0.9981 M=10: 0.9991 | 0.9723 | 0.998 | 0.9991 |

FIG. 4

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |





FIG. 7A

FIG. 7B



FIG. 8



FIG. 9



FIG. 10









FIG. 14 (PRIOR ART)

US 10,461,866 B2

1

# LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/234,635 filed on Dec. 28, 2018, which is a continuation of U.S. patent application Ser. No. 15/298,373 filed on Oct. 20, 2016, now U.S. Pat. No. 10,205,527, which is a continuation of U.S. patent application Ser. No. 14/922, 165 filed on Oct. 25, 2015, now U.S. Pat. No. 9,479,191, which is a continuation of U.S. patent application Ser. No. 14/662,343 filed on Mar. 19, 2015, now U.S. Pat. No. 9,203,425, which is a continuation of U.S. patent application Ser. No. 14/325,486 filed on Jul. 8, 2014, now U.S. Pat. No. 9,031,417, which is a continuation of U.S. patent application Ser. No. 13/280,371 filed on Oct. 25, 2011, now U.S. Pat. No. 8,797,198, which is a continuation of U.S. patent application Ser. No. 12/636,805, filed on Dec. 14, 2009, now U.S. Pat. No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on Jun. 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on Jun. 13, 2007.

The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to optical modulators and, in particular, it concerns a linearized optical digital-to-analog modulator.

There is a tangible need for high-performance and large bandwidth digital to analog signal conversion. Furthermore, as the RF and digital domains converge, entirely new solutions will be needed to enable multi-GHz mixed-signal systems. Probably the most prominent area to benefit is the wireless communication industry. The ever increasing thirst for bandwidth will require data converters to deliver greatly increased performance. For example, analog signals are transmitted in cable television (CATV) via optical fibers and the demand for increasing bandwidth is driving technology to speed-up the processing of signals as well as the transmission. High performance digital to analog conversion is also required to address the growing demands of wireless carriers for supporting the heavy traffic expected in the base station. Additional specific areas to benefit include: the defense and government industries that concentrate on deploying multi-function, dynamically reconfigurable systems (RADAR, electronic warfare, and surveillance applications); medical imaging; and hyper/super-computer communications.

One of the most widely deployed devices for analog optics modulation is the Mach-Zehnder Interferometer modulator (MZI). For binary digital signals, it is today the preferred device for long-haul fiber-optic communication, leading to chirp-free pulses which can reach hundreds of kilometers in optical fibers without the need for regeneration. For analog applications, however, a serious problem is encountered due to the inherent non-linear response of the modulator. Specifically, since the modulating voltage via the electro-optic effect controls the optical phase delay in a basically linear fashion and the attenuation varies as the cosine of the phase difference between the two branches of the device, a linear variation in phase difference and thus in applied voltage results in a cosine-shaped output variation,

2

as seen in the pattern of points in FIG. 2A. The common solutions for this problem are either the biasing of the device to a quasi linear regime coupled with reducing the modulation range to reduce distortion, or use of an analog pre-distortion circuit to feed the modulator. Since in practically all present systems signals are processed digitally, a multi-bit Digital-to-Analog Converter (DAC) device is needed with fast processing capabilities.

A DAC based on a multi-electrode MZI modulator concept was proposed many years ago by Papuchon et al. and is described in U.S. Pat. No. 4,288,785. In that device, the electrodes' sectioning length followed a conventional power-of-two digital sequence, which did not solve the non-linearity problem, and thus suffered from severe limitation in the dynamic range, and subsequently the attainable resolution. More recently, much more complex devices have been presented to cope with these problems: Yacoubian et al. ("*Digital-to-analog conversion using electrooptic modulators*," IEEE Photonics Technology Letters, vol. 15, pp. 117-119, January 2003), proposed the employment of one MZI modulator for each and every bit. A recently reported design by Leven et al. ("*A 12.5 gsamples/s optical digital-to-analog converter with 3.8 effective bits*," Lasers and Electro-Optics Society, 2004. LEOS 2004. The 17th Annual Meeting of the IEEE, vol. 1, pp. 270-271, November 2004), also the subject of U.S. Pat. No. 7,061,414 entitled "Optical Digital-To-Analog Converter" to Y K Chen et al., employs a single modulator for every 2 bits and is highly nonlinear; it yields only 3.8 effective bits for a 6 bit design.

There is therefore a need for a digital to analog converter which would offer improved linearity of response without sacrificing efficiency or dynamic range.

## SUMMARY OF THE INVENTION

The present invention is a linearized optical digital-to-analog modulator.

According to the teachings of the present invention there is provided, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuating device includes a digital-to-digital converter.

According to a further feature of the present invention, the modulator is a modulated semiconductor light generating device. According to an alternative feature of the present invention, the modulator is an electro-absorption modulator. According to yet a further alternative, the modulator is a Mach-Zehnder modulator.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the modulator includes M actuating electrodes on each of two waveguide branches of the modulator. In certain preferred cases, M is greater than N.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the electrode actu-

ating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal according to a QAM (Quadrature Amplitude Modulation) modulation scheme with at least 16 constellation points.

According to a further feature of the present invention, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal to a minimum amplitude for a return-to-zero signal between successive input data words.

According to a further feature of the present invention, the modulator has a maximum dynamic range, and wherein the electrode actuating device is configured to actuate the actuating electrodes so as to generate modulation of the optical signal spanning a majority of the dynamic range.

According to a further feature of the present invention, the electrode actuating device is configured to apply one of two common actuating voltages to the actuating electrodes.

According to a further feature of the present invention, the actuating electrodes have differing effective areas. According to one set of applications, the differing effective areas form a set, members of the set being interrelated approximately by factors of two. In other preferred cases, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, the modulator has a non-linear response, and the electrode actuating device is configured to actuate the actuating electrodes so as to generate an improved approximation to a linear modulation of the optical signal as a function of the input data word.

According to a further feature of the present invention, there is also provided an optical to electrical converter deployed so as to generate an electrical signal as a function of intensity of the modulated optical signal.

There is also provided according to a further feature of the present invention, an apparatus comprising a digital-to-analog converter, the converter comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

There is also provided according to the teachings of the present invention, a method for converting a digital data input word of N bits into an analog signal comprising: (a) processing the digital data input word to generate an electrode actuation vector of M values where M≥N; and (b) applying M voltage values corresponding to the actuation vector values to M actuating electrodes of an electrically controllable modulator for modulating the intensity of an optical signal, wherein at least one value of the actuation vector varies as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuation vector is a binary vector, and wherein the M voltage values are selected from two voltage levels according to the M binary values.

According to a further feature of the present invention, the processing is performed by a digital-to-digital converter.

According to a further feature of the present invention, an electrical output is generated as a function of the intensity of the modulated optical signal.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) a semiconductor light generating device for generating an optical signal of variable intensity, the semiconductor light generating device including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the semiconductor light generating device, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, thereby generating an output intensity corresponding substantially to the input data word.

According to a further feature of the present invention, the actuating electrodes have differing effective areas.

According to a further feature of the present invention, the differing effective areas form a set, members of the set being interrelated approximately by factors of two.

According to a further feature of the present invention, the differing effective areas form a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, M=N.

According to a further feature of the present invention, the semiconductor light generating device is a semiconductor laser.

According to a further feature of the present invention, the semiconductor laser further includes a threshold electrode configured to provide a threshold actuation current.

According to a further feature of the present invention, the semiconductor light generating device is a light emitting diode.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M≥N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the actuating electrodes have differing effective areas, the differing effective areas forming a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

At this point, it will be useful to define various terminology as used herein in the description and claims. The terms "digital" and "analog" are used in their normal senses as common in the field. Specifically, "digital" refers to a form of data where values are stored or processed numerically, typically broken up into bits of a binary number for machine processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present

US 10,461,866 B2

5

invention is a non-trivial converter in which there is typically not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

The term "binary" is used to refer to values, voltages or other parameters which assume one or other of only two possible values, and modes of operation which use such parameters. In this context, voltage levels are referred to as "common" to a number of electrodes if activation of the electrodes is performed by switching connection of each of the electrodes between the voltage values in question.

The term "electrode" is used to refer to the electrical connections of an optical modulator device through which the device is controlled. In the case of an electrode which applies an electric field to affect the optical properties of an adjacent material, reference is made to an "effective area" which is used as an indication of the relative influence of the electrode compared to that of other electrodes on the optical properties of the underlying waveguide if actuated by a similar voltage. In many cases, the actuating electrodes are all of the same effective width, for example where they overlie a long narrow waveguide. The "effective area" may then be referred to as an "effective length", corresponding to the length of waveguide overlaid by the corresponding electrode and related to the "effective area" by a constant scaling factor. This scaling factor will vary according to variations in shape, width, waveguide properties or other design parameters. Any part of the electrode not overlying the active part of the modulator device or otherwise ineffective for generating modulation of an optical signal is not included in the "effective area".

The term "modulator" is used to refer to any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified.

The term "optical power" is used to refer to the quantitative manifestation of the analog optical signal.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. 1 is a schematic representation of a modulator device, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical or electrical signal;

FIG. 2A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing four electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 2B is a graph showing an intensity output generated according to an implementation of the present invention employing a full-range Mach-Zehnder modulator with four electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 2C is a graph similar to FIG. 2B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 3A is a graph showing the intensity output achieved by the modulator of the present invention implemented with

6

five actuating electrodes for a four bit input word, where the five electrodes have lengths interrelated by factors of two;

FIG. 3B is a graph similar to FIG. 3A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 4 is a table illustrating a digital-to-digital converter input and output where the input corresponds to the input data word and the output corresponds to the electrode actuation pattern for generating the outputs of FIGS. 2B and 2C;

FIG. 5 is a table illustrating unoptimized and optimized normalized electrode lengths for cases on input words of 4 and 8 bits and numbers of electrodes of 4, 5, 8, 9 and 10;

FIG. 6A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing eight electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 6B is a graph showing an intensity output generated according to an implementation of the present invention employing a Mach-Zehnder modulator with eight electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 6C is a graph similar to FIG. 6B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 7A is a graph showing the intensity output achieved by the modulator of the present invention implemented with nine actuating electrodes for an eight bit input word, where the nine electrodes have lengths interrelated by factors of two;

FIG. 7B is a graph similar to FIG. 7A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 8 is a schematic representation of an alternative implementation of the present invention based upon an electro-absorption modulator (EAM);

FIG. 9 is a schematic representation of yet another alternative implementation of the present invention based upon a semiconductor laser;

FIG. 10 is a schematic representation of a modulator device, similar to the device of FIG. 1, implemented as a 16-QAM modulator;

FIG. 11A is a constellation diagram for the device of FIG. 10 illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

FIG. 11B is a graph showing the symbol error rate performance for the devices of FIG. 12A implemented with different numbers of electrodes;

FIGS. 12A and 12B are simplified constellation diagrams showing only closest matching points for implementation of a 64-QAM using two sets of 7 electrodes and a 256-QAM using two sets of 10 electrodes, respectively;

FIGS. 13A and 13B are graphs showing the symbol error rate performance for the devices of FIGS. 12A and 12B, respectively; and

FIG. 14 is a schematic representation of a prior art Mach-Zehnder modulator configured as a DAC.

DESCRIPTION OF SPECIFIC EMBODIMENTS
OF THE INVENTION

The present invention is a modulator device for converting digital data into analog modulation of an optical signal.

US 10,461,866 B2

7

The principles and operation of modulator devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

Referring now to the drawings, FIG. 1 shows schematically a modulator device, generally designated 10, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical signal. Generally speaking, modulator device 10 has an electronic input 12 for receiving an input data word D of N bits and an electrically controllable modulator 14 for modulating the intensity of an optical signal represented by arrow 16. Modulator 14 includes M actuating electrodes 18 where M≥N. Modulator device 10 also includes an electrode actuating device 20 responsive to the input data word D to supply an actuating voltage to the actuating electrodes 18. It is a particular feature of a first aspect of the present invention that electrode actuating device 20 actuates at least one of actuating electrodes 18 as a function of values of more than one bit of the input data word D. In other words, at least one of the electrodes is actuated in a manner differing from a simple one-to-one mapping of data bits to electrode voltage, thereby providing freedom to choose the electrode actuation pattern which best approximates a desired ideal output for the given input. According to a second complementary, or alternative, aspect of the present invention, the effective areas of actuating electrodes are optimized so that at least some of the electrode effective areas differ from a simple factor-of-two series.

The basic operation of a first preferred implementation of modulator device 10 will be understood with reference to FIGS. 2A and 2B. FIG. 2A shows the output intensity values which would be obtained by supplying a voltage sufficient to generate full dynamic range modulation to a set of four electrodes according to a direct mapping of each bit of a 4-bit input data word to a corresponding electrode. The full range of input values 0000 through 1111 and the corresponding output intensities have been normalized to the range 0-1. The marked deviation from linearity in the form of a cosine variation is clearly visible. In contrast, FIG. 2B shows the output intensity using the same four electrodes after the input data has been mapped according to the teachings of the present invention to a pattern of electrode actuation approximating more closely to a linear response. In other words, for each input value, the output value from FIG. 2A most closely approximating the corresponding theoretical linear response is determined, and the corresponding pattern of electrode actuation is applied. By way of example, in FIG. 2A, it will be noted that output point 22 corresponding to an input of 0011 is higher than desired for the ideal linear response. The outputs generated by electrode actuation patterns corresponding to value 0100 (point 24) is closer to the required value, and 0101 (point 26) is even closer. An output pattern of 0101 is thus chosen to correspond to an input of 0011. The overall result is an output which much more closely approximates to a linear response as shown.

Most preferably, electrode actuating device 20 includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ the present invention in high frequency systems. Electronic input 12 may be simply the input pins of digital-to-digital converter 20. FIG. 4 illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of FIG. 2B. A digital-to-digital converter suitable for implementing the various embodiments of the

8

present invention may readily be implemented using commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

The first implementation described thus far features N=M=4 with lengths of the electrodes retaining the conventional ratios of factors of two and employing simple on-off level voltage switching of a common actuating voltage to all currently actuated actuating electrodes. While such an implementation offers markedly improved linearity of response compared to the unmodified response of FIG. 2A, it should be noted that the output intensity is not uniquely defined for each input value. Where uniqueness of the output values is required, or where a higher degree of linearity is needed, further modification may be required. Various forms of further modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between distinct voltage levels.

An alternative preferred option for modifying the output to achieve a better approximation to a linear output is modification of the electrode lengths relative to the factor of two series assumed above. A non-limiting example of an approach for determining preferred electrode proportions will be presented below in the context of a Mach-Zehnder modulator. A corresponding practical example of electrode length values for N=M=4 is shown in the second column of FIG. 5. FIG. 2C illustrates the intensity output employing electrodes with lengths in the proportions listed. A comparison of the root-mean-square error from linearity for FIGS. 2B and 2C shows that the adjustment of electrode lengths results in an additional slight improvement to linearity.

A further option for modifying the performance of modulator device 10 is the addition of one or more additional electrodes, i.e., M>N. This provides an additional degree of freedom for correcting non-linearity of the response. In the case of unmodified electrode dimensions related by factors of two, each additional electrode is typically half the dimension of the previously smallest electrode. Where the electrode dimensions are further modified, the additional electrode dimension is preferably included within an optimization process in order to determine a preferred dimension for the additional electrode(s) along with the other electrodes. FIGS. 3A and 3B show outputs from the device of the present invention for an example of N=4 and M=5, with and without modification of the electrode dimensions, respectively. The electrode lengths are shown for the unmodified series in the first column of FIG. 5 and for the optimized length electrodes in the third column of FIG. 5.

Parenthetically, although the present invention is described herein in the context of a preferred example of linearization of a modulator device which inherently has a non-linear response, the principles of the present invention may equally be applied to any case where a natural response of a modulator provides a first function and a desired response is a different second function which may be linear or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

US 10,461,866 B2

9 10

Clearly, the present invention is not limited to applications with 4-bit data input, and can be implemented with substantially any number of data bits commensurable with other limitations of the system, such as signal-to-noise requirements. By way of example, FIGS. **6A**-**6C**, **7A** and **7B** illustrate a number of implementations with 8-bit input data words. Specifically, for purpose of reference, FIG. **6A** shows the unmodified output of an 8-bit arrangement where each data bit is applied directly to a corresponding electrode, again showing the underlying cosine response of the modulator. FIG. **6B** illustrates the output of an implementation according to the teachings of the present invention with N=M=8 and standard lengths of electrodes interrelated by factors of 2, as in the fourth column of FIG. **5**. FIG. **6C** shows output for a similar device where the electrode lengths have been modified according to the values shown in the fifth column of FIG. **5**. FIGS. 7A and 7B show the output of similar devices for N=8 but with an extra electrode, i.e., M=9. In the case of FIG. **7A**, the device has unmodified electrode lengths as shown in the fourth column of FIG. **5**, while in the device of FIG. **7B**, the electrode lengths are modified according to the proportions shown in the sixth column of FIG. **5**.

Example I—Mach-Zehnder Modulator

By way of example, there will now be presented a theoretical treatment of one particularly preferred example of modulator device **10** implemented using a Mach-Zehnder modulator, also referred to as a Mach-Zehnder Interferometer or "MZI". This theoretical treatment is presented to facilitate an understanding of the present invention and as a suggested technique for calculating certain parameters. However, it should be noted that the invention as described above has been found to be effective, independent of the accuracy or otherwise of this theoretical treatment.

The Mach-Zehnder modulator is an active integrated waveguide device consisting of a higher index guide region that splits into two paths which are combined again after a certain distance. Each of these paths is referred to as a leg or branch. When used as a switch, the MZI may be turned "off" by raising or lowering the index of refraction in one of the legs. This is achieved by employing the electro-optic effect to produce a 180-degree change in phase by means of optical-path length. Intermediate optical attenuation levels can be obtained by inducing changes other than 180 degrees.

In the case described above of FIG. **1**, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes as this realization is equipped with a single excess electrode. According to one option, if an electrical rather than optical output is desired, the optical signal at the output is detected and converted to an electrical (analog) signal.

It should be noted that, in the context of a MZI, it is common to split the electrodes to act in an opposite manner on the two legs of the device, for example, one side raising and the other lowering the refractive index of the material, thereby reducing the actuation voltage required. In such cases, the value M is the number of actuating electrodes on each of the two waveguide branches of the modulator.
Mathematical Description

The properties of the MZI may be described mathematically as follows. Let l denote a vector of electrode lengths. The number of elements in l is M. Also let V denote a

corresponding vector (of length M) of electrode control-voltages. When applying a voltage $V_j$ only to electrode $e_j$, whose length is $l_j$, the phase of light propagating in the modulating leg, shifts by

$$\pi \frac{V_j \cdot l_j}{v_\pi \cdot l_\pi},$$

where $V_\pi \cdot l_\pi$ corresponds to the voltage-length product leading to a $\pi$ shift in the phase. It is used as a merit figure of the MZI modulator. We define new normalized electrode length by:

$$L_j = \frac{l_j}{l_\pi} \qquad (1)$$

Gathering the total contribution from all electrodes, the following transmission function of the MZI is obtained:

$$T(V, L) = \cos^2\left(\frac{\pi}{2} \frac{V \cdot L^T}{v_\pi}\right), \qquad (2)$$

where the superscript T denotes transposition. The contribution from each electrode $e_j$, j=1, 2, . . . M, to the total phase shift, is permitted by applying some non-zero voltage $V_j$=v. We chose to work with binary values for all electrode voltages, $V_j$=0,v, a clearly desirable requirement which, moreover, makes the design simpler as discussed next. Note that by setting the lower voltage to a value greater than zero, the maximum output level of the MZI is decreased thus reducing the dynamic range. Let $D_i$ denote a digital binary input vector of length N, where i=1, . . . , $2^N$. For each digital vector $D_i$, the DDC component in FIG. **1** produces a corresponding binary vector $B_i$, of length M. $B_i$ multiplied by v, represents the actual (internal) vector of voltages controlling the M electrodes. When multiplying a real number, $B_i$ should be interpreted as binary vector whose elements are the real numbers $\{0,1\}$. With respect to (2), this means that when $V_j$=v, then $B_{ij}$=1, and when $V_j$=0, $B_{ij}$=0; $B_{ij}$ being the j-th element of the control vector $B_i$. At this time we define B to be a matrix of size $2^N \times M$ whose rows consist of the set of binary control vectors $B_i$, each of length M. Hence, (2) can be rewritten as

$$T(B_i, L) = \cos^2\left(\frac{\pi}{2} \frac{v}{v_\pi} \sum_{j=1}^{M} B_{ij} L_j\right) \qquad (3)$$

Without loss of generality v=$v_\pi$ will be assumed henceforth. (Preferably $V_j$=$v_\pi$ to ensure full coverage of the modulating range and efficient use of the input optical power.) When the number of electrodes equals the number of data bits, i.e. when M=N, an implementation in a standard approach according to the system of FIG. **10** while trying to exploit the dynamic range of the transfer function (3) to its fullest results in high nonlinearity errors. This is demonstrated in FIG. **2A** for M=N=4. For this demonstration it is assumed that an unoptimized straightforward selection is made, where B is the set of all 16 binary 4-tuples, i.e. $B^T$={0000, . . . , 1111} and L is taken as {0.5,0.25,0.125,

US 10,461,866 B2

11

0.0625}. In the next section, one suggested approach to optimizing L and B will be proposed.

Optimization of B and L

In order to improve the linearity as well as the dynamic range of the conversion process, we propose that the lengths of the elements of L and the control vectors B be optimized. As described above, it is possible to optimize one or both of B and L. In practice, optimization of L alone may provide a non-monotonic variation of output together with some improvement in linearity and dynamic range. This may be sufficient for applications in which the non-linearity is relatively small, such as the semiconductor laser embodiments to be discussed below. For more significantly non-linear devices, the options of optimized B with unoptimized L, and optimized B and L are typically more suitable.

We consider these options separately since their implementation require different hardware. An unoptimized set of electrode lengths L consists of $L_j = 2^{-j}$, with $j=1 \ldots M$. An unoptimized matrix B will consist of all $2^N$ binary N-tuples. In that case, with a slight abuse of notations we have that $B_i = D_i$; $i=0, 1, 2, \ldots 2^N-1$. Hence, designs with optimized B require Digital-to-Digital conversion while designs with optimized L only do not. Whenever B is optimized, and for any number of electrodes M; $M \geq N$, it is understood that a binary input data vector $D_i$ has to be mapped to a control vector $B_i$, yet $B_i \neq D_i$. The DDC, implemented as all-electronic, shall perform this mapping operation.

As the optimization criterion we shall use the root mean square error (RMSE) between an ideal output, represented by a straight line, and the converter output. Let

$$U_i = \frac{i}{2^N}$$

denote the ideal analog value required for representing the digital input $D_i$. The RMSE is defined as follows:

$$g(B, L) = \sqrt{\frac{1}{2^N} \sum_{i=1}^{2^N} \left[ U_i - \cos^2\left(\frac{\pi}{2} \sum_{j=1}^{M} B_{ij} L_j\right) \right]^2} \tag{4}$$

The optimization problem can now be formulated as minimizing the values of g(B,L) for all possible values of the matrix B and the vector L.

Note that this optimum solution is aimed at minimizing the average (squared) deviation between the desired output and the converter output. Clearly, this is only one non-limiting example, and various other linearity measures may equally be used. Similarly, as mentioned earlier, the desired output response function itself may take any desired form, and for each function, a suitable optimization criterion must be selected.

Approaching (4) as a global optimization problem with an order of $O(2^N \times M)$ variables, is quite involved, especially since the variables are of mixed type, B is binary while L is real. (It is related to a nonlinear mixed integer zero-one optimization problem.) It is therefore typically preferred to employ a near-optimum two-step approach. First, B is determined assuming an unoptimized set of electrodes L, $L_j = 2^{-j}$, with $j=1 \ldots M$. The obtained matrix is denoted by $\hat{B}$. Then, given $\hat{B}$, L is obtained such that (4) is minimized.

If L is an unoptimized set of electrodes, $L_j = 2^{-j}$. Then, the output of the converter as given by (3) is a function of the

12

control $B_i$ only. Since one aims at obtaining a straight line, whose quantized values are given by $U_i$, then it is not difficult to verify that the best approximated selection of $\hat{B}_i$ is given by

$$\hat{B}_i = Dec2Bin_M\left(\frac{2}{\pi} \arccos\left(\sqrt{U_i}\right)\right), \tag{5}$$

where the function $Dec2Bin_M(x)$ maps a real value x, $0<x\leq 1$, to its closest M-bit binary representation. Note that this, in effect quantization, process may result in several input data vectors having the same analog representation. In applications in which this duplicate representation is considered problematic, it is effectively mitigated by choosing M>N.

Given $\hat{B}$, we proceed to optimize L. Assuming there exists a set of electrodes L such that

$$\cos^2\left(\frac{\pi}{2} \sum_{j=1}^{M} \hat{B}_{ij} L_j\right) \approx U_i; \forall i,$$

then as an alternative to (4), we may define an equivalent cost function, which is easier to handle mathematically:

$$h(L) = \left\{ \sum_{i=1}^{2^N} \left[ \frac{2}{\pi} \arccos\left(\sqrt{U_i}\right) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right]^2 \right\}. \tag{6}$$

To minimize this cost function, one needs to differentiate h(L) with respect to L and equate to 0:

$$\frac{\partial h}{\partial L_k} = 2\left\{ \sum_{i=1}^{2^N} \hat{B}_{ik}\left[ \frac{2}{\pi} \arccos\left(\sqrt{U_i}\right) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right] \right\} = 0; \forall k. \tag{7}$$

The following equation (more precisely set of equations) is obtained

$$\sum_{i=1}^{2^N} \sum_{j=1}^{M} \hat{B}_{ik} \hat{B}_{ij} L_j = \sum_{i=1}^{2^N} \hat{B}_{ik} \frac{2}{\pi} \arccos\left(\sqrt{U_i}\right), \tag{8}$$

where $k=1, 2 \ldots M$. In matrix notation the set of equation translates to a simple expression

$$L = \left(\hat{B}^T \hat{B}\right)^{-1} \frac{2}{\pi} \left[\arccos\left(\sqrt{U}\right)\hat{B}\right]^T, \tag{9}$$

where $\sqrt{U}$ amounts to a component-wise square root. The solution above grants us an optimized vector of lengths L.

Example II—Electro-Absorption Modulator

As mentioned earlier, the present invention is not limited to implementations based on Mach-Zehnder modulators, and can be implemented using any device which modulates light intensity as a function of applied voltage. By way of

US 10,461,866 B2

13

one additional non-limiting implementation, FIG. **8** shows an analogous implementation of the present invention using an electro-absorption modulator.

An electro-absorption modulator (EAM) is a semiconductor device which allows control of the intensity of a laser beam via an electric voltage. Its operational principle is typically based on the Franz-Keldysh effect, i.e., a change of the absorption spectrum caused by an applied electric field, which usually does not involve the excitation of carriers by the electric field.

By realizing N or more electrodes we can use the EAM as a high speed electro-optical Digital-to-Analog converter, in a similar fashion as we used the MZI. As in modulator device **10** described above, this device includes an electrical input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** with M electrodes for modulating the intensity of an optical signal represented by arrow **16**. An electrode actuating device **20** is responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**.

Here too, to mitigate the non-linear behavior of the device, electrode actuating device **20** serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each input value. The particular mapping varies according to the response characteristic of the particular modulator, but the principles of operation are fully analogous to those described above in the context of the Mach-Zehnder modulator implementation.

### Example III—Modulated Light Generation Device

The present invention is applicable also to other devices where digital information carried by voltage or current is translated into analog optical signals in the form of optical power. This includes also light generation devices like Light Emitting Diodes (LED) or semiconductor lasers. By way of illustration, FIG. **9** shows a semiconductor laser implementation of the present invention.

Specifically, FIG. **9** shows a semiconductor laser DAC device, generally designated **40**, constructed and operative according to the teachings of the present invention. The actuating electrode, typically implemented as a single contiguous electrode, is here subdivided into a threshold electrode **42** and M actuating electrodes **18**. The threshold electrode **42** is typically needed to reach a minimum activation current below which no significant output is generated. Actuating electrodes **18** are actuated as a function of the data bits of a digital input **12**, in this case a 4-bit data word, to generate an analog optical signal output of intensity representing the digital input.

In the particularly simple implementation illustrated here, neither L nor B is optimized. In other words, each actuating electrode **18** is part of a set interrelated with effective areas in 2:1 relation, and each electrode is actuated as a function of corresponding single bit of the input data word. The actuating current is typically roughly proportional to the area of electrodes actuated. This case is in itself believed to be patentable, and is thought to be of practical importance. Optionally, a closer approximation to a linear response can be achieved by modifying L (electrode proportions) and/or B (by including a DDC, not shown), all according to the principles discussed in detail above.

It will be appreciated that a similar device may be implemented using other semiconductor light generating devices, such as LEDs. Depending upon the details of the device used, threshold electrode **42** may not be necessary.

14

This and any other necessary device-specific modifications will be self-evident to one ordinarily skilled in the art.

### Example IV—QAM Transmitter

Although described above in the context of devices for intensity/amplitude modulation, it should be noted that various embodiments of the present invention are also effective for modifying the phase of an optical signal, and can therefore be used as highly compact and simple QAM (Quadrature Amplitude Modulation) modulators or transmitters.

Specifically, referring back to FIG. **1**, it will be noted that, by configuring the digital-to-digital converter DDC **20** to apply different actuation patterns to the electrodes on the two branches of the Mach Zehnder Modulator (MZM), modulation of the output signal phase can be achieved. Such an implementation will now be described with specific reference to FIGS. **10**-**13**B.

Turning now to FIG. **10**, there is shown a modulator device, generally designated **100**, implemented as a QAM modulator. Modulator device **100** is essentially similar to the device of FIG. **1**, but has been relabeled to convey more clearly its function. Specifically, modulator device **100** has a first plurality $M_1$ of actuating electrodes **18**a deployed in operative relation to a first waveguide branch of the modulator and a second plurality $M_2$ of actuating electrodes **18**b deployed in operative relation to a second waveguide branch of the modulator. In this case, $M_1=M_2=5$. giving a total number of actuating electrodes M=10. The electrode actuating device is here shown as two distinct digital-to-digital converters **20**a and **20**b, which are configured to actuate the first and second pluralities of actuating electrodes **18**a and **18**b in response to a given input data word $D_i$ so as to additionally modulate the phase of the optical signal. Clearly, digital-to-digital converters **20**a and **20**b can alternatively be combined into a single DDC with M=10 outputs with suitable connections to the actuating electrodes on both branches of the waveguide.

It will be appreciated that modulator device **100** can serve as an optical 16-QAM transmitter based on a single multi-electrode MZM (ME-MZM). Each electrode is divided into 5 segments, separately driven by two voltage signals, 0 and V representing binary 0 and 1, respectively. The center electrode is a common ground for the active electrode segments. The role of the modulator is to generate a desired M-QAM constellation which is composed of complex optical field values. The modulator is expected to generate $2^M$ signals:

$$s_i = r_i e^{i\theta_i}, \; r_i > 0, \; 0 \le \theta_i \le 2\pi, \; i = 1, \ldots, 2^M, \qquad (10)$$

In our example of a 16-QAM with two sets 5 electrodes, as an input, the QAM transmitter accepts an electrical 4-bit digital input word, denoted $D_i$. The input word is mapped by two Digital-to-Digital Converters (DDC) onto each of the 10 (electrode) segments, whose lengths are the vectors $L^{1,2}$. Each DDC outputs a 5-bit word, denoted as $B_i^1$ and $B_i^2$. The output of transmitter can be written as:

$$E_{out,i} = \frac{1}{\sqrt{2}} E_{in} \exp\left\{ j2\pi \sum_j^{N_1} B_{ij}^1 L_j^1 \right\} + \frac{1}{\sqrt{2}} E_{in} \exp\left\{ -j2\pi \sum_j^{N_2} B_{ij}^2 L_j^2 \right\} \qquad (11)$$

where $E_{in}$ the optical field amplitude entering the modulator and $N_1$, $N_2$ are the number of segments on each arm. The elements $L_j^{1,2} \in L^{1,2}$ represent normalized electrode lengths

US 10,461,866 B2

15                                                                                                    16

on each arm. The two-level $B_{ij}^{1,2}$ coefficients are elements of the matrices $B_i^{1,2}$ and represent whether voltage v was applied to the j-th segment, on the respective arm. The index j enumerates the electrodes, $j=\{1, \ldots N_{1,2}\}$ on each arm. The summation is normalized to span $0 \leq \Sigma_j^N B_{ij}^{1,2} L_j \leq 1$, such that each arm induces a phaseshift of $0 \leq \Delta \varphi \leq 2\pi$.

The application of the electrical signals is preferably directly upon the modulator without any mediating circuits, referred to herein as "Direct Digital Driving". The modulator can be regarded as a 2D Digital-to-Analog (D/A) converter, that converts a digital word into an optical vector signal.

The design of the transmitter involves the setting of electrode lengths, $L^{1,2}$ and DDC mappings, $B_i^{1,2}$, that will generate all the required signals given in Eq. (10). An effective combination of the electrode lengths and digital mappings may be derived either by analytical methods or numerically. A simple numerical derivation will now be presented.

A ME-MZM with $N_{1,2}$ electrode segments on each arm is capable of generating $2^{(N_1+N_2)}$ signals. Thus, by choosing carefully the electrode lengths, and assuming the number of segments sufficient to generate at least $2^{(N_1+N_2)}>M$ different signals, all the required signals described by Eq. (10) can be picked out of the generated signals pool.

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool which was generated with {5,5} electrodes. The best matched signals at the pool are marked in figure. It can be seen that there is a good match between the ideal and the best matched generated constellations.

Table 1 compares between an ideal 16-QAM constellation and a generated constellation with different combinations of number of electrodes each arm. It presents the symbol minimum distance and the root mean square error. The latter provides a measure of agreement between the ideal and the generated constellations. Configurations with {2,2}, {2,3} and {3,3} electrodes provide less than 16 different signals (minimum distance of 0) and therefore cannot be used for generation of 16-QAM.

TABLE 1

| $N_1, N_2$ | Ideal | 4, 2 | 4, 3 | 4, 4 | 4, 5 | 5, 5 | 5, 6 | 6, 6 |
|---|---|---|---|---|---|---|---|---|
| Minimum Distance | 2 | 1.66 | 1.66 | 1.66 | 1.30 | 1.83 | 1.67 | 1.67 |
| RMSE | 0 | 4.64 | 4.64 | 4.53 | 4.42 | 4.64 | 4.52 | 4.57 |

FIG. 11B presents the Symbol Error Rate (SER) performance for a range of Signal to Noise Ratios (SNR) for an Additive White Gaussian Noise (AWGN) channel. It can be seen that when using {6,6} electrodes, the performance graph closely matches that of ideal 16-QAM constellation. Using a higher number of electrodes can lower the SER ever further toward the ideal curve. SER performance can be slightly improved by further tuning the decoding hypothesis testing at the receiver side to the generated constellation.

The electrode lengths used for the generation of FIG. 11B follow a binary sequences, $L^{1,2}=2^{-j}$. Tweaking the electrode lengths has small impact on the modulator performance. In Eq. (11), we assumed driving signals of 0 and $2V_\pi$. The high driving signal can be lowered by extending the total electrode length twice its size. The opposite signs in the expo-

nents in the two terms of Eq. (11) are already implemented by the geometry of the electrode disposition of FIG. 10, when the signs of the voltages applied are the same, since then the electric fields have opposite directions. Other electrode dispositions exist for different cuts of the electro-optic crystals, and the appropriate way of applying the voltage with the right signs should be clear to a person skilled in the art.

Referring now to FIGS. 12A-13B, it will be appreciated that the proposed modulator is capable of generating high order QAM constellations. FIG. 12A depicts the ideal 64-QAM constellation together with one generated using a {7,7} electrodes modulator, while FIG. 12B shows an ideal 256-QAM constellation together with the one generated using a {10,10} electrodes modulator. It can be seen that there is a good match between the ideal and the generated constellations. FIGS. 13A and 13B show the Symbol Error Rate performance for the generated constellations of FIGS. 12A and 12B, respectively.

A simple implementation of this embodiment described thus far generates Non-Return-to-Zero (NRZ) signals. NRZ permits constant intensity for similar consecutive bits, and is thus more susceptible to Inter-Symbol-Interference and other nonlinear propagation distortions. Return-to-Zero (RZ) format is a pulsed modulation where the signal "returns to zero" after every bit. This format provides better performance than NRZ, but usually requires additional hardware, such as a pulse carver. A transmitter based on the modulator of an embodiment of the invention can readily be extended to produce RZ pulses with minimal if any additional hardware. By adding an RZ control line to the DDC, as shown in FIG. 10, which serves as a trigger determining whether the output optical amplitude should be zero or other, the whole modulator will be capable of generating RZ signals. When the added control line is high, the DDC will map the electrode actuation pattern to the pattern corresponding to the middle point of the constellation, which is zero.

For the constellation presented in FIG. 10, $B_1=\{00010\}$ and $B_2=\{01110\}$ will output zero (or minimum) power because it will generate a phase difference of $\pi$ between the two arms of the MZM.

While the present invention has been presented as a digital-to-analog optical modulator, it should be noted that each embodiment of the invention may be modified to provide analog electrical output by use of an optical-to-electrical (OLE) converter. This option is illustrated in FIG. 1 as optional OLE converter 30. If the OLE converter itself has a non-linear response function, the present invention may advantageously be used to optimize the system parameters to linearize the electrical output rather than the (intermediate) optical output. Analogously, any nonlinearity induced by the optical medium used for transmitting the signal (e.g. optical fiber) can be compensated for by using OLE converter 30 as a linearizing device.

The present invention is applicable to substantially all applications requiring a DAC with optical or electrical output. Examples of particular interest include, but are not limited to, wireless communications systems, fiber-optic communication systems, cellular telephone networks, cable television, military applications, medical applications and hyper/super computer communications.

It will be appreciated that the above descriptions are intended only to serve as examples, and that many other embodiments are possible within the scope of the present invention as defined in the appended claims.

All publications, patents and patent applications mentioned in this specification are herein incorporated in their

17
18

entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference. In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention. To the extent that section headings are used, they should not be construed as necessarily limiting. In addition, any priority document(s) of this application is/are hereby incorporated herein by reference in its/their entirety.

What is claimed is:

**1**. A modulation system for modulating and transmitting an optical signal over at least one optical fiber in response to an input digital data word of N bits, the modulation system comprising:

an input enabled for receiving the digital data word into the modulation system;

an electrically controllable modulator having one or more waveguide branches, where each branch receives an input of an unmodulated optical signal;

a digital to digital converter enabled for converting the N bits of the input digital data word to a digital drive vector corresponding to M drive voltage values, where M>N and N>1;

the electrically controllable modulator further enabled for coupling the drive voltage values corresponding to the digital drive vector to the unmodulated optical signal (s), said coupling enabling pulse modulation of the unmodulated optical signal(s), thereby generating pulse modulated optical signal(s), and outputting said pulse modulated optical signal(s) to one or more outputs;

the one or more outputs enabled for transmitting the pulse modulated optical signal(s) over at least one optical fiber.

**2**. The modulation system of claim **1**, wherein the digital to digital converter is enabled to process a set of digital input values to a set of digital output values, where the input and output values are non-identical.

**3**. The modulation system of claim **1**, wherein the digital drive vector corresponding to M drive voltage values coupled to the electrically controllable modulator enables generation of a modulation of the unmodulated optical signal spanning a dynamic range of the electrically controllable modulator.

**4**. The modulation system of claim **1**, wherein the digital to digital converter is enabled to supply the digital drive vector such that the electrically controllable modulator is enabled to generate a modulation of the unmodulated optical signal that meets a required functional relationship to the input data word, wherein the electrically controllable modulator generates an optical signal that corrects for non-linearities of the characteristics of the electrically controllable modulator and outputs an improved linear approximation of the optical signal as a function of the input data word.

**5**. The modulation system of claim **1**, wherein the digital to digital converter is enabled to supply the digital drive vector such that the electrically controllable modulator modulates the optical signal with an altered linearity, contrast or intensity of the optical signal as a function of the input data word by using multiple voltage values coupled to the electrically controlled modulator.

**6**. The modulation system of claim **5**, wherein the drive vector is supplied such that the electrically controlled modulator is enabled to generate the modulated optical signal

approximating a required response curve to correct errors of linearity, contrast or resolution.

**7**. A method for converting digital electrical data into one or more modulated optical streams using a modulation system, said method comprising:

inputting into a digital to digital converter coupled to an electrically controllable optical modulator N bits of a digital data word, N being larger than 1;

using the digital to digital converter for mapping a set of N input values corresponding to the N bits of digital data word to a digital drive vector corresponding to M drive voltage values where M is larger than N;

coupling the drive voltage values corresponding to the digital drive vector to the electrically controllable optical modulator, enabled to modulate by pulse modulation one or more unmodulated input optical signals, responsively to the drive voltage values, to provide one or more pulse modulated output optical signals.

**8**. The method of claim **7**, wherein the digital to digital converter processes a set of digital input values to a set of digital output values, where the input and output values are non-identical.

**9**. The method of claim **7**, wherein mapping the set of N input values to the digital drive vector corresponding to M drive voltage values and coupling the drive voltage values to the electrically controllable optical modulator generates a modulation of the unmodulated optical signal(s) spanning a dynamic range of the electrically controllable optical modulator.

**10**. The method of claim **7**, wherein the coupling of the drive voltage values to the electrically controllable optical modulator further enables generating a modulation of the unmodulated optical signal(s) meeting a required functional relationship to the input data word, wherein the modulation of the unmodulated optical signal(s) meeting a required functional relationship to the input data word corrects for non-linearities of the characteristics of the electrically controllable optical modulator and outputs an improved linear approximation of the optical signal as a function of the input data word.

**11**. The method of claim **7**, wherein coupling of the drive voltage values to the electrically controllable optical modulator further enables modulating the unmodulated optical signal(s) with an altered linearity, contrast or intensity of the optical signal as a function of the input data word by using multiple voltage values coupled to the electrically controlled modulator.

**12**. The method of claim **11**, wherein the electrically controllable optical modulator generates the one or more modulated optical signal(s) approximating a desired response curve to correct errors of linearity, contrast or resolution of the electrically controllable optical modulator.

**13**. A modulation system for modulating and transmitting an optical signal over at least one optical fiber in response to an input digital data word of N bits, the modulation system comprising:

an input enabled for receiving the digital data word into the modulation system;

an electrically controllable modulator having one or more waveguide branches, where each branch receives an input of an unmodulated optical signal;

a digital to digital converter enabled for converting the N bits of the input digital data word to a digital drive vector corresponding to M drive voltage values, where M=N and N>1;

the electrically controllable modulator further enabled for coupling the drive voltage values to the unmodulated

US 10,461,866 B2

19

optical signal(s), said coupling enabling pulse modulation of the unmodulated optical signal(s), thereby generating pulse modulated optical signal(s), and outputting said pulse modulated optical signal(s) to one or more outputs; the one or more outputs enabled for transmitting the pulse modulated optical signal(s) over at least one optical fiber.

**14**. The modulation system of claim **13**, wherein the digital to digital converter is enabled to process a set of digital input values to a set of digital output values, where the input and output values are non-identical.

**15**. The modulation system of claim **13**, wherein the digital drive vector corresponding to M drive voltage values coupled to the electrically controllable modulator enables generation of a modulation of the unmodulated optical signal spanning a dynamic range of the electrically controllable modulator.

**16**. The modulation system of claim **13**, wherein the digital to digital converter is enabled to supply the digital drive vector such that the electrically controllable modulator is enabled to generate a modulation of the unmodulated optical signal that meets a required functional relationship to the input data word, wherein the electrically controllable modulator generates an optical signal that corrects for non-linearities of the characteristics of the electrically controllable modulator and outputs an improved linear approximation of the optical signal as a function of the input data word.

**17**. The modulation system of claim **13**, wherein the digital to digital converter is enabled to supply the digital drive vector such that the electrically controllable modulator modulates the unmodulated optical signal with an altered linearity, contrast or intensity of the optical signal as a function of the input data word by using multiple voltage values coupled to the electrically controlled modulator.

**18**. The modulation system of claim **17**, wherein the drive vector is supplied such that the electrically controlled modulator is enabled to generate the one or more modulated optical signal(s) approximating a desired response curve to correct errors of linearity, contrast or resolution.

**19**. A method for converting digital electrical data into one or more modulated optical streams using a modulation system, said method comprising:

inputting into a digital to digital converter coupled to an electrically controllable optical modulator N bits of a digital data word, N being larger than 1;

20

using the digital to digital converter for mapping a set of N input values corresponding to the N bits of digital data word to a digital drive vector corresponding to M drive voltage values where M=N;

coupling the drive voltage values corresponding to the digital drive vector to the electrically controllable optical modulator, enabled to modulate by pulse modulation one or more unmodulated input optical signals, responsively to the drive voltage values, to provide one or more pulse modulated output optical signals.

**20**. The method of claim **19**, wherein the digital to digital converter processes a set of digital input values to a set of digital output values, where the input and output values are non-identical.

**21**. The method of claim **19**, wherein mapping the set of N input values to the digital drive vector corresponding to M drive voltage values and coupling the drive voltage values to the electrically controllable optical modulator enables generating a modulation of the unmodulated optical signal(s) spanning a dynamic range of the electrically controllable optical modulator.

**22**. The method of claim **19**, wherein coupling the drive voltage values to the electrically controllable optical modulator enables generating of a modulation of the unmodulated optical signal meeting a desired functional relationship to the input data word, wherein the modulation of the unmodulated optical signal meeting a desired functional relationship to the input data word corrects for non-linearities of the characteristics of the electrically controllable optical modulator and outputs an improved linear approximation of the optical signal as a function of the input data word.

**23**. The method of claim **19**, wherein mapping the input data word by the digital to digital converter generates the digital drive vector corresponding to M drive voltage values and coupling the drive voltage values to the electrically controllable optical modulator modulates the unmodulated optical signal with an altered linearity, contrast or intensity of the optical signal(s) as a function of the input data word by using multiple voltage values coupled to the electrically controllable modulator.

**24**. The method of claim **23**, wherein the electrically controllable optical modulator generates the one or more modulated optical output signal(s) approximating a desired response curve to correct errors of linearity, contrast or resolution of the electrically controllable optical modulator.

* * * * *

# EXHIBIT E

US011133872B2

(12) **United States Patent**
Ehrlichman et al.

(10) Patent No.: **US 11,133,872 B2**
(45) Date of Patent: **Sep. 28, 2021**

(54) **LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR**

(71) Applicant: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

(72) Inventors: **Yossef Ehrlichman**, Nazareth Ilit (IL); **Ofer Amrani**, Tel Aviv (IL); **Shlomo Ruschin**, Herzliya (IL)

(73) Assignee: **Ramot at Tel-Aviv University Ltd.**, Tel-Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/532,567**

(22) Filed: **Aug. 6, 2019**

(65) **Prior Publication Data**
US 2019/0363798 A1    Nov. 28, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/386,391, filed on Apr. 17, 2019, now Pat. No. 10,461,866, which is a
(Continued)

(51) **Int. Cl.**
*H03M 3/00*      (2006.01)
*H04B 10/516*      (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *H04B 10/516* (2013.01); *G02F 1/0121* (2013.01); *G02F 1/225* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .............. H04B 10/516; H04B 10/2575; H04B 10/2504; H04B 10/556; H04B 10/505;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,288,785 A | 9/1981 | Papuchon et al. |
| 4,613,204 A | 9/1986 | Verber et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 602005000276 | 5/2007 |
| EP | 0020216 | 12/1980 |

(Continued)

OTHER PUBLICATIONS

International Search Report dated May 24, 2019 From the International Searching Authority Re. Application No. PCT/KR2019/001610. (3 Pages).
(Continued)

*Primary Examiner* — Jean B Jeanglaude
(74) *Attorney, Agent, or Firm* — Artegis Law Group, LLP

(57) **ABSTRACT**

In a system for converting digital data into a modulated optical signal, an electrically controllable device having M actuating electrodes provides an optical signal that is modulated in response to binary voltages applied to the actuating electrodes. A digital-to-digital converter provides a mapping of input data words to binary actuation vectors of M bits and supplies the binary actuation vectors as M bits of binary actuation voltages to the M actuating electrodes, where M is larger than the number of bits in each input data word. The digital-to-digital converter maps each digital input data word to a binary actuation vector by selecting a binary actuation vector from a subset of binary actuation vectors available to represent each of the input data words.

**30 Claims, 13 Drawing Sheets**



## US 11,133,872 B2

Page 2

### Related U.S. Application Data

continuation of application No. 16/234,635, filed on Dec. 28, 2018, now Pat. No. 10,270,535, which is a continuation of application No. 15/298,373, filed on Oct. 20, 2016, now Pat. No. 10,205,527, which is a continuation of application No. 14/922,165, filed on Oct. 25, 2015, now Pat. No. 9,479,191, which is a continuation of application No. 14/662,343, filed on Mar. 19, 2015, now Pat. No. 9,203,425, which is a continuation of application No. 14/325,486, filed on Jul. 8, 2014, now Pat. No. 9,031,417, which is a continuation of application No. 13/280,371, filed on Oct. 25, 2011, now Pat. No. 8,797,198, which is a continuation of application No. 12/636,805, filed on Dec. 14, 2009, now Pat. No. 8,044,835, which is a continuation-in-part of application No. PCT/IL2008/000805, filed on Jun. 12, 2008.

(60) Provisional application No. 60/943,559, filed on Jun. 13, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *G02F 1/01* | (2006.01) |
| *G02F 7/00* | (2006.01) |
| *G02F 1/225* | (2006.01) |
| *H04B 10/50* | (2013.01) |
| *H04B 10/25* | (2013.01) |
| *H04B 10/2575* | (2013.01) |
| *H04B 10/556* | (2013.01) |
| *H03M 1/70* | (2006.01) |
| *H04B 10/54* | (2013.01) |
| *H03M 1/00* | (2006.01) |
| *G02F 1/015* | (2006.01) |
| *G02F 1/21* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *G02F 7/00* (2013.01); *H03M 1/002* (2013.01); *H03M 1/70* (2013.01); *H04B 10/2575* (2013.01); *H04B 10/25891* (2020.05); *H04B 10/505* (2013.01); *H04B 10/541* (2013.01); *H04B 10/556* (2013.01); *G02F 1/015* (2013.01); *G02F 1/212* (2021.01); *G02F 2203/19* (2013.01); *H04B 10/5055* (2013.01)

(58) **Field of Classification Search**
CPC ..... H04B 10/541; H04B 10/5055; G02F 7/00; G02F 1/225; G02F 1/0121; G02F 2001/212; G02F 2203/19; G02F 1/015; H03M 1/002; H03M 1/70
USPC .............................................. 341/143, 137
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,649,505 A | | 3/1987 | Zinser, Jr. et al. |
| 5,137,359 A | | 8/1992 | Steele |
| 5,418,976 A | * | 5/1995 | Iida ..................... G06F 9/3879 712/38 |
| 5,543,952 A | | 8/1996 | Yonenaga et al. |
| 5,625,722 A | * | 4/1997 | Froberg .............. H04B 10/505 341/68 |
| 5,694,504 A | | 12/1997 | Yu et al. |
| 5,724,178 A | | 3/1998 | Grandpierre et al. |
| 5,917,638 A | | 6/1999 | Franck et al. |
| 6,760,111 B1 | | 7/2004 | Mark et al. |
| 6,781,537 B1 | | 8/2004 | Taraschuk et al. |
| 6,781,741 B2 | | 8/2004 | Uesaka |
| 7,061,414 B2 | | 6/2006 | Chen et al. |

| | | | |
|---|---|---|---|
| 7,146,109 B2 | | 12/2006 | Chen et al. |
| 7,167,651 B2 | * | 1/2007 | Shpantzer ........... H04B 10/2543 398/152 |
| 7,203,552 B2 | | 4/2007 | Solomon |
| 7,212,292 B2 | | 5/2007 | Van Brocklin et al. |
| 7,277,603 B1 | * | 10/2007 | Roberts ................. G02F 1/0121 385/1 |
| 7,308,210 B2 | * | 12/2007 | Khayim ............... H04B 10/505 398/198 |
| 7,403,711 B2 | | 7/2008 | Chen et al. |
| 7,483,597 B2 | | 1/2009 | Shastri et al. |
| 7,536,112 B2 | | 5/2009 | Yonenaga et al. |
| 7,609,935 B2 | * | 10/2009 | Burchfiel ............ H04B 10/505 385/147 |
| 7,792,398 B2 | | 9/2010 | Tanaka et al. |
| 7,873,284 B2 | | 1/2011 | Chen et al. |
| 7,978,390 B2 | | 7/2011 | Kikuchi |
| 8,044,835 B2 | | 10/2011 | Ehrlichman et al. |
| 8,797,198 B2 | * | 8/2014 | Ehrlichman .......... G02F 1/0121 341/137 |
| 9,031,417 B2 | | 5/2015 | Ehrlichman et al. |
| 9,203,425 B2 | | 12/2015 | Ehrlichman et al. |
| 9,490,902 B2 | | 11/2016 | Goodwill |
| 9,991,966 B1 | | 6/2018 | Celo et al. |
| 10,033,465 B2 | | 7/2018 | Ehrlichman et al. |
| 10,205,527 B2 | | 2/2019 | Ehrlichman et al. |
| 10,270,535 B1 | * | 4/2019 | Ehrlichman ......... H04B 10/541 |
| 10,461,866 B2 | * | 10/2019 | Ehrlichman ............. G02F 7/00 |
| 10,635,535 B2 | * | 4/2020 | Cha ..................... G11C 11/4093 |
| 2003/0076570 A1 | | 4/2003 | Schemmann et al. |
| 2004/0208614 A1 | | 10/2004 | Price |
| 2004/0213170 A1 | | 10/2004 | Bremer |
| 2005/0238367 A1 | | 10/2005 | Chen et al. |
| 2007/0212076 A1 | | 9/2007 | Roberts et al. |
| 2008/0018513 A1 | * | 1/2008 | Frazier ...................... G02F 7/00 341/144 |
| 2008/0187015 A1 | | 8/2008 | Yoshikawa et al. |
| 2010/0156679 A1 | * | 6/2010 | Ehrlichman .......... G02F 1/0121 341/50 |
| 2012/0081245 A1 | * | 4/2012 | Ehrlichman .......... G02F 1/0121 341/137 |
| 2012/0213531 A1 | | 8/2012 | Nazarathy et al. |
| 2012/0301149 A1 | | 11/2012 | Pinguet et al. |
| 2014/0321857 A1 | | 10/2014 | Ehrlichman et al. |
| 2015/0194982 A1 | | 7/2015 | Ehrlichman et al. |
| 2016/0043732 A1 | * | 2/2016 | Ehrlichman .......... G02F 1/0121 341/137 |
| 2016/0269121 A1 | | 9/2016 | Lee et al. |
| 2017/0294968 A1 | | 10/2017 | Ehrlichman et al. |
| 2017/0302291 A1 | | 10/2017 | Ehrlichman et al. |
| 2019/0273561 A1 | | 9/2019 | Ehrlichman et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0957596 | 11/1999 |
| EP | 1036302 | 9/2000 |
| EP | 2896993 | 7/2015 |
| JP | 2012-114185 | 6/2012 |
| KR | 10-2004-0054217 | 6/2004 |
| KR | 10-1086788 | 11/2011 |
| KR | 10-1818725 | 1/2018 |
| KR | 10-2018-0015630 | 2/2018 |
| WO | WO 2004/074914 | 9/2004 |
| WO | WO 2008/152642 | 12/2008 |
| WO | WO 2016/198282 | 12/2016 |

#### OTHER PUBLICATIONS

Applicant-Initiated Interview Summary Dated Jul. 29, 2015 From the US Patent and Tradmark Office Re. U.S. Appl. No. 14/662,343.
Applicant-Initiated Interview Summary Dated Jul. 29, 2015 From the US Patent and Tradmark Office Re. U.S. Appl. No. 14/662,343.
Brief Communication Oral Proceedings on Sep. 18, 2014 dated Aug. 25, 2014 From the European Patent Office Re. Application No. 08763563.7.
Communication Pursuant to Article 94(3) EPC dated Jul. 12, 2013 From the European Patent Office Re. Application No. 08763563.7.

## US 11,133,872 B2

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

Communication Pursuant to Article 94(3) EPC dated Apr. 25, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).

Communication Pursuant to Article 94(3) EPC dated Apr. 26, 2010 From the European Patent Office Re. Application No. 08763563.7.

Communication Pursuant to Article 94(3) EPC dated Jul. 30, 2018 From the European Patent Office Re. Application No. 15157901.8. (4 Pages).

European Search Report and the European Search Opinion dated Apr. 9, 2015 From the European Patent Office Re. Application No. 15157901.8.

Ex Parte Quayle OA Dated Jul. 22, 2019 From the US Patent and Trademark Office Re. U.S. Appl. No. 16/386,391. (10 pages).

International Preliminary Report on Patentability dated Dec. 7, 2009 From the International Bureau of WIPO Re. Application No. PCT/IL2008/000805.

International Search Report and the Written Opinion dated Nov. 3, 2008 From the International Searching Authority Re. Application No. PCT/IL2008/000805.

Notice of Allowance dated Mar. 18, 2019 From the US Patent and Trademark Office Re. U.S. Appl. No. 16/234,635. (8 pages).

Official Action dated Nov. 4, 2013 From the US Patent and Trademark Office Re. U.S. Appl. No. 13/280,371.

Official Action dated Jun. 7, 2018 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (10 pages).

Official Action dated Aug. 14, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,327. (12 pages).

Official Action dated Dec. 14, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/922,165.

Official Action dated Feb. 16, 2011 From the US Patent and Trademark Office Re. U.S. Appl. No. 12/636,805.

Official Action dated May 22, 2015 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/662,343.

Official Action dated Oct. 24, 2017 From the US Patent and Trademark Office Re. U.S. Appl. No. 15/298,373. (18 pages).

Official Action dated Oct. 30, 2014 From the US Patent and Trademark Office Re. U.S. Appl. No. 14/325,486.

Provision of A Copy of the Minutes in Accordance With Rule 124(4) EPC dated Sep. 30, 2014 From the European Patent Office Re. Application No. 08763563.7.

Summons to Attend Oral Proceedings Pursuant to Rule 115(1) EPC dated Apr. 28, 2014 From the European Patent Office Re. Application No. 08763563.7.

Ehrlichman et al. "Generation of M-Ary Signals Using A Single Mach Zehnder Interferometer", SPIE Digital Library, 7218, Integrated Optics: Devices, Materials, and Technologies XIII, 72180L, 5 Pages, Feb. 9, 2009.

Ehrlichman et al. "Generation of M-Ary Signals Using a Single MZI", School of Electrical Engineering Tel Aviv University, Israel,: 14 Pages, Presented at Photonics West 2009.

Ehrlichman et al. "Improved Digital-to-Analog Conversion Using Multi-Electrode Mach-Zehnder Interferometer", Journal of Lightwave Technology, 26(21): 3567-3575, Nov. 1, 2008.

Ehrlichman et al. "Multi-Electrode Approach for Interfacing Optical Computing Devices", School of Electrical Engineering Tel Aviv University, Israel, p. 1-25, Published in Vienna, Austria, Aug. 28, 2008.

Leven et al. "A 12.5 GSample/s Optical Digital-to-Analog Converter With 3.8 Effective Bits", The 17th Annual Meeting of the IEEE, Lasers and Electro-Optics Society 2004, LEOS 2004, 1: 270-271, Nov. 2004.

Vawter et al. "Digital Optical Phase Control in Ridge-Waveguide Phase Modulators", IEEE Photonics Technology Letters, XP000362933, 5(3): 313-315, Mar. 1, 1993.

Wang et al. "Research on the Modulation Phase Distortion Error Character of Y Wave-Guide in Fiber Optic Gyroscope", Proceedings of the 2008 International Symposium on Intelligent Information Technology Applications Workshop, IITAW '08, Shanghai, China, Dec. 21-22, 2008, p. 847-850, Dec. 21, 2008.

Yacoubian et al. "Digital-to-Analog Conversion Using Electrooptic Modulators", IEEE Photonics Technology Letters, 15(1): 117-119, Jan. 2003.

Zumbahlen "Basic Linear Design: Digital-to-Analog Converter Architectures: Intentionally Nonlinear DACs", Analog Devices Ltd., Section 6.1: 6.37-6.39, 2007.

U.S. Appl. No. 60/943,559, filed May 16, 2008, Ehrlichman.

Complaint for Patent Infringement Dated Jun. 12, 2019 in the US District Court for the Eastern District of Texas Marshall Division, Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc. (28 pages).

Curriculum Vitae of Professor Daniel J. Blumenthal, 43 P.

Declaration of Daniel Blumenthal Dated Nov. 4, 2019 Under 37 C.F.R. § 1.68 in Support of Petition for Inter Partes Review (U.S. Pat. No. 10,270,535). (134 pages).

Declaration of Daniel Blumenthal Dated Nov. 4, 2019 Under 37 C.F.R. § 1.68 in Support of Petition for Inter Partes Review for U.S. Pat. No. 10,033,465. (135 Pages).

Declaration of Daniel Blumenthal Dated Jan. 30, 2020 Under 37 C.F.R. § 1.68 in Support of Petition for Inter Partes Review for U.S. Pat. No. 10,461,866. (138 Pages).

Declaration of Ingrid Hsieh-Yee, PHD, Dated Oct. 31, 2019 Under 37 C.F.R. § 1.68 in Support of Petition for Inter Partes Review (U.S. Pat. No. 10,033,465 and U.S. Pat. No. 10,270,535). (83 Pages).

File History for U.S. Appl. No. 12/636,805 (U.S. Pat. No. 8,044,835). (292 Pages).

File History for U.S. Appl. No. 14/662,343 (U.S. Pat. No. 9,203,425). (470 Pages).

File History for U.S. Appl. No. 16/386,391 (U.S. Pat. No. 10,461,866). (421 Pages).

Petition for Inter Partes Review Under 35. U.S.C. § 312 and 37 C.F.R. § 42.104—IPR2020-00122 Dated Nov. 5, 2019 Before the Patent and Appeal Board of the US Patent and Trademark Office Re. U.S. Pat. No. 10,033,465. (84 Pages).

Petition for Inter Partes Review Under 35. U.S.C. § 312 and 37 C.F.R. § 42.104—IPR2020-00123 Dated Nov. 5, 2019 Before the Patent and Appeal Board of the US Patent and Trademark Office Re. U.S. Pat. No. 10,270,535. (82 Pages).

Petition for Inter Partes Review Under 35. U.S.C. § 312 and 37 C.F.R. § 42.104—IPR2020-00484 Jan. 31, 2020 Before the Patent Trial and Appeal Board of the US Patent and Trademark Office Re. U.S. Pat. No. 10,461,866. (80 Pages).

Prosecution History for U.S. Appl. No. 16/234,635 (U.S. Pat. No. 10,270,535). (325 Pages).

Prosecution History of U.S. Appl. No. 15/298,327 (U.S. Pat. No. 10,033,465). (380 Pages).

Ackerman et al. "Bias Controllers for External Modulators in Fiber-Optic Systems", Lightwave, 18(5): 1-15, May 1, 2001.

Agrawal "Optical Transmitters: Semiconductor Lasers", Fiber-Optic Communication Systems, 3rd Ed., Chaps.3, 4, 8, 2002.

Bridges et al. "Distortion in Linearized Electrooptic Modulators", IEEE Transactions on on Microwave Theory and Techniques, 43(9): 2184-2197, Sep. 1995.

Gnauck et al. "Comparison of Direct and External Modulation for CATV Lightwave Transmission at 1•5 mu m Wavelenght", Electronics Letters, 28(20): 1875-1876, Sep. 24, 1992.

Ho "Phase-Modulated Optical Communication Systems", Springer Science & Business Media, p. 2-4, 10, 14, 22, 40-41, 303-316, 430, 2005.

IEEE "The Authoritative Dictionary of IEEE Standards Terms", The Institute of Electrical and Electronics Engineering, IEEE, Standards Information Network, 7th Edition, 11 pages, 2000.

Kaminow et al. Optical Fiber Telecommunications, B: Systems and Networks, Chap.2 ff: 27, 34, 43, 2008.

Saleh et al. Fundamentals of Photonics, John Wiley & Sons, p. 65-67, 240, 261, 273, 531-536, 616, 1994.

Order Granting Request for Ex Parte Reexamination Dated Jul. 20, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,527. (25 Pages).

Claim Construction Memorandum Opinion and Order Dated May 15, 2020 Submitted to the US Patent and Trademark Office Re. Request for Ex Parte Reexamination U.S. Pat. No. 10,033,465. (33 pages).

# US 11,133,872 B2

Page 4

(56)        **References Cited**

OTHER PUBLICATIONS

Decision Denying Institution of Inter Partes Review 35 U.S.C. § 314 Dated May 15, 2020 for IPR2020-00122. (26 pages).

Decision Denying Institution of Inter Partes Review 35 U.S.C. § 314 Dated May 15, 2020 for IPR2020-00123. (26 pages).

Ex Parte Reexamination Interview Summary—Pilot Program for Waiver of Patent Owner's Statement Dated Jun. 18, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,527. (3 Pages).

Ex Parte Reexamination Interview Summary—Pilot Program for Waiver of Patent Owner's Statement Dated Jun. 18, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,528. (3 Pages).

Ex Parte Reexamination Interview Summary—Pilot Program for Waiver of Patent Owner's Statement Dated Jun. 25, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,526 (3 Pages).

File History for U.S. Appl. No. 13/280,371 (U.S. Pat. No. 8,979,198). (374 Pages).

File History for U.S. Appl. No. 14/325,486 (U.S. Pat. No. 9,031,417). (427 Pages) Part I.

File History for U.S. Appl. No. 14/325,486 (U.S. Pat. No. 9,031,417). (427 Pages) Part II.

File History for U.S. Appl. No. 14/922,165 (U.S. Pat. No. 9,479,191). (333 Pages).

File History for U.S. Appl. No. 15/298,373 (U.S. Pat. No. 10,205,527). (390 Pages) Part I.

File History for U.S. Appl. No. 15/298,373 (U.S. Pat. No. 10,205,527). (390 Pages) Part II.

Notice of Assignment of Reexamination Request dated Jun. 11, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,527. (1 Page).

Notice of Assignment of Reexamination Request dated Jun. 12, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,528. (1 Page).

Notice of Assignment of Reexamination Request dated Jun. 17, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,526. (1 Page).

Notice of Reexamination Request Filing Date (Third Party Requester) Dated Jun. 17, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,526. (1 Page).

Notice of Reexamination Request Filing Dated (Third Party Requester) Dated Jun. 11, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,527. (1 Page).

Notice of Reexamination Request Filing Dated (Third Party Requester) Dated Jun. 12, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,528. (1 Page).

Order Granting Request for Ex Parte Reexamination Dated Jul. 10, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,526. (15 Pages).

Order Granting Request for Ex Parte Reexamination Dated Jun. 25, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,528. (37 Pages).

Request for Ex Parte Reexamination Dated Jun. 9, 2020 Submitted to the US Patent and Trademark Office Re. U.S. Pat. No. 10,033,465. (76 Pages).

Request for Ex Parte Reexamination Dated Jun. 9, 2020 Submitted to the US Patent and Trademark Office Re. Patent No. 10,270,535. (76 Pages).

Request for Ex Parte Reexamination Dated Jun. 9, 2020 Submitted to the US Patent and Trademark Office Re. U.S. Pat. No. 10,461,866. (71 Pages).

Decision Denying Institution of Inter Partes Review Under 35. U.S.C. § 314—IPR2020-00484 Dated Aug. 18, 2020 Before the Patent Trial and Appeal Board of the US Patent and Trademark Office Re. U.S. Pat. No. 10,461,866. (21 Pages).

Office Action in Ex Parte Reexamination dated Oct. 13, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,528. (51 Page).

Claim Construction Order Dated May 15, 2020 from the US District Court for the Eastern District of Texas Marshall Division Re. Case No. 2:19-cv-00225-JRG. (33 pages).

Decision Denying Institution of Inter Partes Review 35 U.S.C. § 314 Dated Aug. 18, 2020 for IPR2020-00484. (22 pages).

Declaration of Gerard P. Grenier Dated Jul. 31, 2020 Submitted to the US District Court for the Eastern District of Texas Marshall Division Re. Case No. 2:19-cv-00225-JRG. (54 Pages).

Ex Parte Reexamination Official Action Dated Nov. 27, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,527. (26 Pages).

Ex-Parte Reexamination Interview Summary Dated Nov. 18, 2020 from the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,608. (3 pages).

File History for U.S. Reexamination 90/014,526 (U.S. Pat. No. 10,461,866). (468 Pages).

File History for U.S. Reexamination 90/014,527 (U.S. Pat. No. 10,270,535). (387 Pages).

Notice of Assignment of Reexamination Request dated Nov. 18, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,608. (1 Page).

Notice of Reexamination Request Filing Date (Third Party Requester) Dated Nov. 18, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,608. (1 Page).

Patent Owner's Preliminary Sur-Reply Dated Jun. 12, 2020 Submitted to the US Patent and Trademark Office Re. Case TPR2020-0484 (U.S. Pat. No. 10,461,866). (7 pages).

Office Action in Ex Parte Reexamination dated Oct. 20, 2020 From the US Patent and Trademark Office Re. U.S. Appl. No. 90/014,526. (17 Page).

* cited by examiner



FIG. 1



FIG. 2A
(PRIOR ART)

FIG. 2B

FIG. 2C



FIG. 3A

FIG. 3B

FIG. 5

| | N=4 | | | N=8 | | | |
| | U | O | | U | O | | |
| | M=4-5 | M=4 | M=5 | M=8-10 | M=8 | M=9 | M=10 |
|---|---|---|---|---|---|---|---|
| | 0.5 | 0.4073 | 0.4957 | 0.5 | 0.3871 | 0.5001 | 0.5 |
| | 0.25 | 0.2443 | 0.2451 | 0.25 | 0.2243 | 0.25 | 0.2501 |
| | 0.125 | 0.1506 | 0.1304 | 0.125 | 0.1311 | 0.125 | 0.1249 |
| | 0.0625 | 0.0989 | 0.0527 | 0.0625 | 0.0799 | 0.0625 | 0.0625 |
| | 0.0313 | | 0.038 | 0.0313 | 0.0527 | 0.0313 | 0.0312 |
| | | | | 0.0156 | 0.0385 | 0.0155 | 0.0156 |
| | | | | 0.0078 | 0.0312 | 0.0078 | 0.0079 |
| | | | | 0.0039 | 0.0275 | 0.0038 | 0.004 |
| | | | | 0.002 | | 0.002 | 0.0019 |
| | | | | 0.001 | | | 0.001 |
| | M=4: 0.9375 M=5: 0.9688 | 0.9011 | 0.9619 | M=8: 0.9961 M=9: 0.9981 M=10: 0.9991 | 0.9723 | 0.998 | 0.9991 |

FIG. 4

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |



FIG. 6A
(PRIOR ART)

FIG. 6B

FIG. 6C



FIG. 7A

FIG. 7B



FIG. 8



FIG. 9



FIG. 10









FIG. 14 (PRIOR ART)

US 11,133,872 B2

1

# LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/386,391, filed Apr. 17, 2019, which is a continuation of U.S. patent application Ser. No. 16/234,635 filed on Dec. 28, 2018, now U.S. Pat. No. 10,270,535, which is a continuation of U.S. patent application Ser. No. 15/298,373 filed on Oct. 20, 2016, now U.S. Pat. No. 10,205,527, which is a continuation of U.S. patent application Ser. No. 14/922,165 filed on Oct. 25, 2015, now U.S. Pat. No. 9,479,191, which is a continuation of U.S. patent application Ser. No. 14/662,343 filed on Mar. 19, 2015, now U.S. Pat. No. 9,203,425, which is a continuation of U.S. patent application Ser. No. 14/325,486 filed on Jul. 8, 2014, now U.S. Pat. No. 9,031,417, which is a continuation of U.S. patent application Ser. No. 13/280,371 filed on Oct. 25, 2011, now U.S. Pat. No. 8,797,198, which is a continuation of U.S. patent application Ser. No. 12/636,805, filed on Dec. 14, 2009, now U.S. Pat. No. 8,044,835, which is a continuation-in-part of PCT Patent Application No. PCT/IL2008/000805 filed on Jun. 12, 2008, which claims the benefit of priority of U.S. Provisional Patent Application No. 60/943,559 filed on Jun. 13, 2007.

The contents of the above applications are all incorporated by reference as if fully set forth herein in their entirety.

## FIELD AND BACKGROUND OF THE INVENTION

The present invention relates to optical modulators and in particular, it concerns a linearized optical digital-to-analog modulator.

There is a tangible need for high-performance and large bandwidth digital to analog signal conversion. Furthermore, as the RF and digital domains converge, entirely new solutions will be needed to enable multi-GHz mixed-signal systems. Probably the most prominent area to benefit is the wireless communication industry. The ever increasing thirst for bandwidth will require data converters to deliver greatly increased performance. For example, analog signals are transmitted in cable television (CATV) via optical fibers and the demand for increasing bandwidth is driving technology to speed-up the processing of signals as well as the transmission. High performance digital to analog conversion is also required to address the growing demands of wireless carriers for supporting the heavy traffic expected in the base station. Additional specific areas to benefit include: the defense and government industries that concentrate on deploying multi-function, dynamically reconfigurable systems (RADAR, electronic warfare, and surveillance applications); medical imaging; and hyper/super-computer communications.

One of the most widely deployed devices for analog optics modulation is the Mach-Zehnder Interferometer modulator (MZI). For binary digital signals, it is today the preferred device for long-haul fiber-optic communication, leading to chirp-free pulses which can reach hundreds of kilometers in optical fibers without the need for regeneration. For analog applications, however, a serious problem is encountered due to the inherent non-linear response of the modulator. Specifically, since the modulating voltage via the electro-optic effect controls the optical phase delay in a basically linear fashion and the attenuation varies as the cosine of the phase difference between the two branches of

2

the device, a linear variation in phase difference and thus in applied voltage results in a cosine-shaped output variation, as seen in the pattern of points in FIG. **2**A. The common solutions for this problem are either the biasing of the device to a quasi linear regime coupled with reducing the modulation range to reduce distortion, or use of an analog pre-distortion circuit to feed the modulator. Since in practically all present systems signals are processed digitally, a multi-bit Digital-to-Analog Converter (DAC) device is needed with fast processing capabilities.

A DAC based on a multi-electrode MZI modulator concept was proposed many years ago by Papuchon et al. and is described in U.S. Pat. No. 4,288,785. In that device, the electrodes' sectioning length followed a conventional power-of-two digital sequence, which did not solve the non-linearity problem, and thus suffered from severe limitation in the dynamic range, and subsequently the attainable resolution. More recently, much more complex devices have been presented to cope with these problems: Yacoubian et al. ("*Digital-to-analog conversion using electrooptic modulators*," IEEE Photonics Technology Letters, vol. 15, pp. 117-119, January 2003), proposed the employment of one MZI modulator for each and every bit. A recently reported design by Leven et al. ("*A 12.5 gsamples/s optical digital-to-analog converter with 3.8 effective bits*," Lasers and Electro-Optics Society, 2004. LEOS 2004. The 17th Annual Meeting of the IEEE, vol. 1, pp. 270-271, November 2004), also the subject of U.S. Pat. No. 7,061,414 entitled "Optical Digital-To-Analog Converter" to Y K Chen et al., employs a single modulator for every 2 bits and is highly nonlinear; it yields only 3.8 effective bits for a 6 bit design.

There is therefore a need for a digital to analog converter which would offer improved linearity of response without sacrificing efficiency or dynamic range.

## SUMMARY OF THE INVENTION

The present invention is a linearized optical digital-to-analog modulator.

According to the teachings of the present invention there is provided, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuating device includes a digital-to-digital converter.

According to a further feature of the present invention, the modulator is a modulated semiconductor light generating device. According to an alternative feature of the present invention, the modulator is an electro-absorption modulator. According to yet a further alternative, the modulator is a Mach-Zehnder modulator.

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the modulator includes M actuating electrodes on each of two waveguide branches of the modulator. In certain preferred cases, M is greater than N.

US 11,133,872 B2

3

According to a further feature of the present invention, in the case of a Mach-Zehnder modulator, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal according to a QAM (Quadrature Amplitude Modulation) modulation scheme with at least 16 constellation points.

According to a further feature of the present invention, the electrode actuating device is configured to actuate the first and second pluralities of actuating electrodes so as to modulate the optical signal to a minimum amplitude for a return-to-zero signal between successive input data words.

According to a further feature of the present invention, the modulator has a maximum dynamic range, and wherein the electrode actuating device is configured to actuate the actuating electrodes so as to generate modulation of the optical signal spanning a majority of the dynamic range.

According to a further feature of the present invention, the electrode actuating device is configured to apply one of two common actuating voltages to the actuating electrodes.

According to a further feature of the present invention, the actuating electrodes have differing effective areas. According to one set of applications, the differing effective areas form a set, members of the set being interrelated approximately by factors of two. In other preferred cases, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, the modulator has a non-linear response, and the electrode actuating device is configured to actuate the actuating electrodes so as to generate an improved approximation to a linear modulation of the optical signal as a function of the input data word.

According to a further feature of the present invention, there is also provided an optical to electrical converter deployed so as to generate an electrical signal as a function of intensity of the modulated optical signal.

There is also provided according to a further feature of the present invention, an apparatus comprising a digital-to-analog converter, the converter comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the electrode actuating device actuates at least one of the actuating electrodes as a function of values of more than one bit of the input data word.

There is also provided according to the teachings of the present invention, a method for converting a digital data input word of N bits into an analog signal comprising: (a) processing the digital data input word to generate an electrode actuation vector of M values where M N; and (b) applying M voltage values corresponding to the actuation vector values to M actuating electrodes of an electrically controllable modulator for modulating the intensity of an optical signal, wherein at least one value of the actuation vector varies as a function of values of more than one bit of the input data word.

According to a further feature of the present invention, the electrode actuation vector is a binary vector, and wherein the M voltage values are selected from two voltage levels according to the M binary values.

According to a further feature of the present invention, the processing is performed by a digital-to-digital converter.

4

According to a further feature of the present invention, an electrical output is generated as a function of the intensity of the modulated optical signal.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) a semiconductor light generating device for generating an optical signal of variable intensity, the semiconductor light generating device including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the semiconductor light generating device, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, thereby generating an output intensity corresponding substantially to the input data word.

According to a further feature of the present invention, the actuating electrodes have differing effective areas.

According to a further feature of the present invention, the differing effective areas form a set, members of the set being interrelated approximately by factors of two.

According to a further feature of the present invention, the differing effective areas form a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

According to a further feature of the present invention, M=N.

According to a further feature of the present invention, the semiconductor light generating device is a semiconductor laser.

According to a further feature of the present invention, the semiconductor laser further includes a threshold electrode configured to provide a threshold actuation current.

According to a further feature of the present invention, the semiconductor light generating device is a light emitting diode.

There is also provided according to the teachings of the present invention, a modulator device for converting digital data into analog modulation of the power of an optical signal, the modulator device comprising: (a) an electronic input for receiving an input data word of N bits; (b) an electrically controllable modulator for modulating the intensity of an optical signal, the modulator including M actuating electrodes where M N; and (c) an electrode actuating device associated with the electronic input and the modulator, the electrode actuating device being responsive to the input data word to supply an actuating voltage to the actuating electrodes, wherein the actuating electrodes have differing effective areas, the differing effective areas forming a set, the set including at least one effective area which is not interrelated to others of the set by factors of two.

At this point, it will be useful to define various terminology as used herein in the description and claims. The terms "digital" and "analog" are used in their normal senses as common in the field. Specifically, "digital" refers to a form of data where values are stored or processed numerically, typically broken up into bits of a binary number for machine processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present

US 11,133,872 B2

5

invention is a non-trivial converter in which there is typically not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

The term "binary" is used to refer to values, voltages or other parameters which assume one or other of only two possible values, and modes of operation which use such parameters. In this context, voltage levels are referred to as "common" to a number of electrodes if activation of the electrodes is performed by switching connection of each of the electrodes between the voltage values in question.

The term "electrode" is used to refer to the electrical connections of an optical modulator device through which the device is controlled. In the case of an electrode which applies an electric field to affect the optical properties of an adjacent material, reference is made to an "effective area" which is used as an indication of the relative influence of the electrode compared to that of other electrodes on the optical properties of the underlying waveguide if actuated by a similar voltage. In many cases, the actuating electrodes are all of the same effective width, for example where they overlie a long narrow waveguide. The "effective area" may then be referred to as an "effective length", corresponding to the length of waveguide overlaid by the corresponding electrode and related to the "effective area" by a constant scaling factor. This scaling factor will vary according to variations in shape, width, waveguide properties or other design parameters. Any part of the electrode not overlying the active part of the modulator device or otherwise ineffective for generating modulation of an optical signal is not included in the "effective area".

The term "modulator" is used to refer to any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified.

The term "optical power" is used to refer to the quantitative manifestation of the analog optical signal.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. 1 is a schematic representation of a modulator device, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical or electrical signal;

FIG. 2A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing four electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 2B is a graph showing an intensity output generated according to an implementation of the present invention employing a full-range Mach-Zehnder modulator with four electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 2C is a graph similar to FIG. 2B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 3A is a graph showing the intensity output achieved by the modulator of the present invention implemented with

6

five actuating electrodes for a four bit input word, where the five electrodes have lengths interrelated by factors of two;

FIG. 3B is a graph similar to FIG. 3A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 4 is a table illustrating a digital-to-digital converter input and output where the input corresponds to the input data word and the output corresponds to the electrode actuation pattern for generating the outputs of FIGS. 2B and 2C;

FIG. 5 is a table illustrating unoptimized and optimized normalized electrode lengths for cases on input words of 4 and 8 bits and numbers of electrodes of 4, 5, 8, 9 and 10;

FIG. 6A is a graph showing the intensity output generated by an unmodified Mach-Zehnder modulator employing eight electrodes with lengths interrelated by factors of two and driven directly by corresponding bits of a digital input word, the output being shown relative to a line corresponding to an ideal linear response;

FIG. 6B is a graph showing an intensity output generated according to an implementation of the present invention employing a Mach-Zehnder modulator with eight electrodes of lengths interrelated by factors of two driven according to the teachings of the present invention;

FIG. 6C is a graph similar to FIG. 6B showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 7A is a graph showing the intensity output achieved by the modulator of the present invention implemented with nine actuating electrodes for an eight bit input word, where the nine electrodes have lengths interrelated by factors of two;

FIG. 7B is a graph similar to FIG. 7A showing the intensity output achieved by further modifying electrode lengths according to a further aspect of the present invention;

FIG. 8 is a schematic representation of an alternative implementation of the present invention based upon an electro-absorption modulator (EAM);

FIG. 9 is a schematic representation of yet another alternative implementation of the present invention based upon a semiconductor laser;

FIG. 10 is a schematic representation of a modulator device, similar to the device of FIG. 1, implemented as a 16-QAM modulator;

FIG. 11A is a constellation diagram for the device of FIG. 10 illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

FIG. 11B is a graph showing the symbol error rate performance for the devices of FIG. 12A implemented with different numbers of electrodes;

FIGS. 12A and 12B are simplified constellation diagrams showing only closest matching points for implementation of a 64-QAM using two sets of 7 electrodes and a 256-QAM using two sets of 10 electrodes, respectively;

FIGS. 13A and 13B are graphs showing the symbol error rate performance for the devices of FIGS. 12A and 12B, respectively; and

FIG. 14 is a schematic representation of a prior art Mach-Zehnder modulator configured as a DAC.

DESCRIPTION OF SPECIFIC EMBODIMENTS
OF THE INVENTION

The present invention is a modulator device for converting digital data into analog modulation of an optical signal.

US 11,133,872 B2

7

The principles and operation of modulator devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

Referring now to the drawings, FIG. **1** shows schematically a modulator device, generally designated **10**, constructed and operative according to the teachings of the present invention, for converting digital data into analog modulation of an optical signal. Generally speaking, modulator device **10** has an electronic input **12** for receiving an input data word D of N bits and an electrically controllable modulator **14** for modulating the intensity of an optical signal represented by arrow **16**. Modulator **14** includes M actuating electrodes **18** where M N. Modulator device **10** also includes an electrode actuating device **20** responsive to the input data word D to supply an actuating voltage to the actuating electrodes **18**. It is a particular feature of a first aspect of the present invention that electrode actuating device **20** actuates at least one of actuating electrodes **18** as a function of values of more than one bit of the input data word D. In other words, at least one of the electrodes is actuated in a manner differing from a simple one-to-one mapping of data bits to electrode voltage, thereby providing freedom to choose the electrode actuation pattern which best approximates a desired ideal output for the given input. According to a second complementary, or alternative, aspect of the present invention, the effective areas of actuating electrodes are optimized so that at least some of the electrode effective areas differ from a simple factor-of-two series.

The basic operation of a first preferred implementation of modulator device **10** will be understood with reference to FIGS. **2**A and **2**B. FIG. **2**A shows the output intensity values which would be obtained by supplying a voltage sufficient to generate full dynamic range modulation to a set of four electrodes according to a direct mapping of each bit of a 4-bit input data word to a corresponding electrode. The full range of input values 0000 through 1111 and the corresponding output intensities have been normalized to the range 0-1. The marked deviation from linearity in the form of a cosine variation is clearly visible. In contrast, FIG. **2**B shows the output intensity using the same four electrodes after the input data has been mapped according to the teachings of the present invention to a pattern of electrode actuation approximating more closely to a linear response. In other words, for each input value, the output value from FIG. **2**A most closely approximating the corresponding theoretical linear response is determined, and the corresponding pattern of electrode actuation is applied. By way of example, in FIG. **2**A, it will be noted that output point **22** corresponding to an input of 0011 is higher than desired for the ideal linear response. The outputs generated by electrode actuation patterns corresponding to value 0100 (point **24**) is closer to the required value, and 0101 (point **26**) is even closer. An output pattern of 0101 is thus chosen to correspond to an input of 0011. The overall result is an output which much more closely approximates to a linear response as shown.

Most preferably, electrode actuating device **20** includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ the present invention in high frequency systems. Electronic input **12** may be simply the input pins of digital-to-digital converter **20**. FIG. **4** illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of FIG. **2**B. A digital-to-digital converter suitable for implementing the various embodiments of the

8

present invention may readily be implemented using commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

The first implementation described thus far features N=M=4 with lengths of the electrodes retaining the conventional ratios of factors of two and employing simple on-off level voltage switching of a common actuating voltage to all currently actuated actuating electrodes. While such an implementation offers markedly improved linearity of response compared to the unmodified response of FIG. **2**A, it should be noted that the output intensity is not uniquely defined for each input value. Where uniqueness of the output values is required, or where a higher degree of linearity is needed, further modification may be required. Various forms of further modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between distinct voltage levels.

An alternative preferred option for modifying the output to achieve a better approximation to a linear output is modification of the electrode lengths relative to the factor of two series assumed above. A non-limiting example of an approach for determining preferred electrode proportions will be presented below in the context of a Mach-Zehnder modulator. A corresponding practical example of electrode length values for N=M=4 is shown in the second column of FIG. **5**. FIG. **2**C illustrates the intensity output employing electrodes with lengths in the proportions listed. A comparison of the root-mean-square error from linearity for FIGS. **2**B and **2**C shows that the adjustment of electrode lengths results in an additional slight improvement to linearity.

A further option for modifying the performance of modulator device **10** is the addition of one or more additional electrodes, i.e., M>N. This provides an additional degree of freedom for correcting non-linearity of the response. In the case of unmodified electrode dimensions related by factors of two, each additional electrode is typically half the dimension of the previously smallest dimension. Where the electrode dimensions are further modified, the additional electrode dimension is preferably included within an optimization process in order to determine a preferred dimension for the additional electrode(s) along with the other electrodes. FIGS. **3**A and **3**B show outputs from the device of the present invention for an example of N=4 and M=5, with and without modification of the electrode dimensions, respectively. The electrode lengths are shown for the unmodified series in the first column of FIG. **5** and for the optimized length electrodes in the third column of FIG. **5**.

Parenthetically, although the present invention is described herein in the context of a preferred example of linearization of a modulator device which inherently has a non-linear response, the principles of the present invention may equally be applied to any case where a natural response of a modulator provides a first function and a desired response is a different second function which may be linear or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

US 11,133,872 B2

9

Clearly, the present invention is not limited to applications with 4-bit data input, and can be implemented with substantially any number of data bits commensurable with other limitations of the system, such as signal-to-noise requirements. By way of example, FIGS. **6A-6C**, **7A** and **7B** illustrate a number of implementations with 8-bit input data words. Specifically, for purpose of reference, FIG. **6A** shows the unmodified output of an 8-bit arrangement where each data bit is applied directly to a corresponding electrode, again showing the underlying cosine response of the modulator. FIG. **6B** illustrates the output of an implementation according to the teachings of the present invention with N=M=8 and standard lengths of electrodes interrelated by factors of 2, as in the fourth column of FIG. **5**. FIG. **6C** shows output for a similar device where the electrode lengths have been modified according to the values shown in the fifth column of FIG. **5**. FIGS. 7A and 7B show the output of similar devices for N=8 but with an extra electrode, i.e., M=9. In the case of FIG. **7A**, the device has unmodified electrode lengths as shown in the fourth column of FIG. **5**, while in the device of FIG. **7B**, the electrode lengths are modified according to the proportions shown in the sixth column of FIG. **5**.

### Example I—Mach-Zehnder Modulator

By way of example, there will now be presented a theoretical treatment of one particularly preferred example of modulator device **10** implemented using a Mach-Zehnder modulator, also referred to as a Mach-Zehnder Interferometer or "MZI". This theoretical treatment is presented to facilitate an understanding of the present invention and as a suggested technique for calculating certain parameters. However, it should be noted that the invention as described above has been found to be effective, independent of the accuracy or otherwise of this theoretical treatment.

The Mach-Zehnder modulator is an active integrated waveguide device consisting of a higher index guide region that splits into two paths which are combined again after a certain distance. Each of these paths is referred to as a leg or branch. When used as a switch, the MZI may be turned "off" by raising or lowering the index of refraction in one of the legs. This is achieved by employing the electro-optic effect to produce a 180-degree change in phase by means of optical-path length. Intermediate optical attenuation levels can be obtained by inducing changes other than 180 degrees.

In the case described above of FIG. **1**, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes (in this realization it is equipped with a single excess electrode. According to one option, if an electrical rather than optical output is desired, the optical signal at the output is detected and converted to an electrical (analog) signal.

It should be noted that, in the context of a MZI, it is common to split the electrodes to act in an opposite manner on the two legs of the device, for example, one side raising and the other lowering the refractive index of the material, thereby reducing the actuation voltage required. In such cases, the value M is the number of actuating electrodes on each of the two waveguide branches of the modulator.

Mathematical Description

The properties of the MZI may be described mathematically as follows. Let l denote a vector of electrode lengths. The number of elements in l is M. Also let V denote a

10

corresponding vector (of length M) of electrode control-voltages. When applying a voltage $V_j$ only to electrode $e_j$, whose length is $l_j$, the phase of light propagating in the modulating leg, shifts by

$$\pi \frac{V_j \cdot l_j}{v_\pi \cdot l_\pi},$$

where $v_\pi \cdot l_\pi$ corresponds to the voltage-length product leading to a $\pi$ shift in the phase. It is used as a merit figure of the MZI modulator. We define new normalized electrode length by:

$$L_j = \frac{l_j}{l_\pi} \qquad (1)$$

Gathering the total contribution from all electrodes, the following transmission function of the MZI is obtained:

$$T(V, L) = \cos^2\left(\frac{\pi}{2} \frac{V \cdot L^T}{v_\pi}\right), \qquad (2)$$

where the superscript T denotes transposition. The contribution from each electrode $e_j$, j=1, 2, . . . M, to the total phase shift, is permitted by applying some non-zero voltage $V_j = v$. We chose to work with binary values for all electrode voltages, $V_j = 0$, v, a clearly desirable requirement which, moreover, makes the design simpler as discussed next. Note that by setting the lower voltage to a value greater than zero, the maximum output level of the MZI is decreased thus reducing the dynamic range. Let $D_i$ denote a digital binary input vector of length N, where i=1, . . . , $2^N$. For each digital vector $D_i$, the DDC component in FIG. **1** produces a corresponding binary vector $B_i$, of length M. $B_i$ multiplied by v, represents the actual (internal) vector of voltages controlling the M electrodes. When multiplying a real number, $B_i$ should be interpreted as binary vector whose elements are the real numbers {0,1}. With respect to (2), this means that when $V_j = V$, then $B_{ij} = 1$, and when $V_j = 0$, $B_{ij} = 0$; $B_{ij}$ being the j-th element of the control vector $B_i$. At this time we define B to be a matrix of size $2^N \times M$ whose rows consist of the set of binary control vectors $B_i$, each of length M. Hence, (2) can be rewritten as

$$T(B_i, L) = \cos^2\left(\frac{\pi}{2} \frac{v}{v_\pi} \sum_{j=1}^{M} B_{ij} L_j\right) \qquad (3)$$

Without loss of generality $V = V_\pi$ will be assumed henceforth. (Preferably $V_j = v_\pi$ to ensure full coverage of the modulating range and efficient use of the input optical power.) When the number of electrodes equals the number of data bits, i.e. when M=N, an implementation in a standard approach according to the system of FIG. **10** while trying to exploit the dynamic range of the transfer function (3) to its fullest results in high nonlinearity errors. This is demonstrated in FIG. **2A** for M=N=4. For this demonstration it is assumed that an unoptimized straightforward selection is made, where B is the set of all 16 binary 4-tuples, i.e. $B^T$={0000, . . . , 1111} and L is taken as {0.5, 0.25, 0.125,

US 11,133,872 B2

11

0.0625}. In the next section, one suggested approach to optimizing L and B will be proposed.

Optimization of B and L

In order to improve the linearity as well as the dynamic range of the conversion process, we propose that the lengths of the elements of L and the control vectors B be optimized. As described above, it is possible to optimize one or both of B and L. In practice, optimization of L alone may provide a non-monotonic variation of output together with some improvement in linearity and dynamic range. This may be sufficient for applications in which the non-linearity is relatively small, such as the semiconductor laser embodiments to be discussed below. For more significantly non-linear devices, the options of optimized B with unoptimized L, and optimized B and L are typically more suitable.

We consider these options separately since their implementation require different hardware. An unoptimized set of electrode lengths L consists of

$L_j = 2^{-j}$, with $j-1 \ldots M$. An unoptimized matrix B will consist of all $2^N$ binary N-tuples. In that case, with a slight abuse of notations we have that $B_i = D_i$; $i=0, 1, 2, \ldots 2^N - 1$. Hence, designs with optimized B require Digital-to-Digital conversion while designs with optimized L only do not. Whenever B is optimized, and for any number of electrodes M; M≥N, it is understood that a binary input data vector $D_i$ has to be mapped to a control vector $B_i$, yet $B_i \neq D_i$. The DDC, implemented as all-electronic, shall perform this mapping operation.

As the optimization criterion we shall use the root mean square error (RMSE) between an ideal output, represented by a straight line, and the converter output. Let

$$U_i = \frac{i}{2^N}$$

denote the ideal analog value required for representing the digital input $D_i$. The RMSE is defined as follows:

$$g(B, L) = \sqrt{\frac{1}{2^N} \sum_{i=1}^{2^N} \left[ U_i - \cos^2\left( \frac{\pi}{2} \sum_{j=1}^{M} B_{ij} L_j \right) \right]^2} \quad (4)$$

The optimization problem can now be formulated as minimizing the values of g(B,L) for all possible values of the matrix B and the vector L.

Note that this optimum solution is aimed at minimizing the average (squared) deviation between the desired output and the converter output. Clearly, this is only one non-limiting example, and various other linearity measures may equally be used. Similarly, as mentioned earlier, the desired output response function itself may take any desired form, and for each function, a suitable optimization criterion must be selected.

Approaching (4) as a global optimization problem with an order of $O(2^N \times M)$ variables, is quite involved, especially since the variables are of mixed type, B is binary while L is real. (It is related to a nonlinear mixed integer zero-one optimization problem.) It is therefore typically preferred to employ a near-optimum two-step approach. First, B is determined assuming an unoptimized set of electrodes L, $L_j = 2^{-j}$, with $j=1 \ldots M$. The obtained matrix is denoted by $\hat{B}$. Then, given $\hat{B}$, L is obtained such that (4) is minimized.

12

If L is an unoptimized set of electrodes, $L_j = 2^{-j}$. Then, the output of the converter as given by (3) is a function of the control $B_i$ only. Since one aims at obtaining a straight line, whose quantized values are given by $U_i$, then it is not difficult to verify that the best approximated selection of $\hat{B}_i$ is given by

$$\hat{B}_i = Dec2Bin_M\left( \frac{2}{\pi} \arccos(\sqrt{U_i}) \right), \quad (5)$$

where the function $Dec2Bin_M(x)$ maps a real value x, $0 < x \le 1$, to its closest M-bit binary representation. Note that this, in effect quantization, process may result in several input data vectors having the same analog representation. In applications in which this duplicate representation is considered problematic, it is effectively mitigated by choosing M>N.

Given $\hat{B}$, we proceed to optimize L. Assuming there exists a set of electrodes L such that

$$\cos^2\left( \frac{\pi}{2} \sum_{j=1}^{M} \hat{B}_{ij} L_j \right) \approx U_i; \forall i,$$

then as an alternative to (4), we may define an equivalent cost function, which is easier to handle mathematically:

$$h(L) = \left\{ \sum_{i=1}^{2^N} \left[ \frac{2}{\pi} \arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right]^2 \right\}. \quad (6)$$

To minimize this cost function, one needs to differentiate h(L) with respect to L and equate to 0:

$$\frac{\partial h}{\partial L_k} = 2 \left\{ \sum_{i=1}^{2^N} \hat{B}_{ik} \left[ \frac{2}{\pi} \arccos(\sqrt{U_i}) - \sum_{j=1}^{M} \hat{B}_{ij} L_j \right] \right\} = 0; \forall k. \quad (7)$$

The following equation (more precisely set of equations) is obtained

$$\sum_{i=1}^{2^N} \sum_{j=1}^{M} \hat{B}_{ik} \hat{B}_{ij} L_j = \sum_{i=1}^{2^N} \hat{B}_{ik} \frac{2}{\pi} \arccos(\sqrt{U_i}), \quad (8)$$

where k=1, 2 . . . M. In matrix notation the set of equation translates to a simple expression

$$L = (\hat{B}^T \hat{B})^{-1} \frac{2}{\pi} \left[ \arccos(\sqrt{U}) \hat{B} \right]^T, \quad (9)$$

where $\sqrt{U}$ amounts to a component-wise square root. The solution above grants us an optimized vector of lengths L.

Example II—Electro-Absorption Modulator

As mentioned earlier, the present invention is not limited to implementations based on Mach-Zehnder modulators,

US 11,133,872 B2

13

and can be implemented using any device which modulates light intensity as a function of applied voltage. By way of one additional non-limiting implementation, FIG. 8 shows an analogous implementation of the present invention using an electro-absorption modulator.

An electro-absorption modulator (EAM) is a semiconductor device which allows control of the intensity of a laser beam via an electric voltage. Its operational principle is typically based on the Franz-Keldysh effect, i.e., a change of the absorption spectrum caused by an applied electric field, which usually does not involve the excitation of carriers by the electric field.

By realizing N or more electrodes we can use the EAM as a high speed electro-optical Digital-to-Analog converter, in a similar fashion as we used the MZI. As in modulator device 10 described above, this device includes an electronic input 12 for receiving an input data word D of N bits and an electrically controllable modulator 14 with M electrodes for modulating the intensity of an optical signal represented by arrow 16. An electrode actuating device 20 is responsive to the input data word D to supply an actuating voltage to the actuating electrodes 18.

Here too, to mitigate the non-linear behavior of the device, electrode actuating device 20 serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each input value. The particular mapping varies according to the response characteristic of the particular modulator, but the principles of operation are fully analogous to those described above in the context of the Mach-Zehnder modulator implementation.

Example III—Modulated Light Generation Device

The present invention is applicable also to other devices where digital information carried by voltage or current is translated into analog optical signals in the form of optical power. This includes also light generation devices like Light Emitting Diodes (LED) or semiconductor lasers. By way of illustration, FIG. 9 shows a semiconductor laser implementation of the present invention.

Specifically, FIG. 9 shows a semiconductor laser DAC device, generally designated 40, constructed and operative according to the teachings of the present invention. The actuating electrode, typically implemented as a single contiguous electrode, is here subdivided into a threshold electrode 42 and M actuating electrodes 18. The threshold electrode 42 is typically needed to reach a minimum activation current below which no significant output is generated. Actuating electrodes 18 are actuated as a function of the data bits of a digital input 12, in this case a 4-bit data word, to generate an analog optical signal output of intensity representing the digital input.

In the particularly simple implementation illustrated here, neither L nor B is optimized. In other words, each actuating electrode 18 is part of a set interrelated with effective areas in 2:1 relation, and each electrode is actuated as a function of corresponding single bit of the input data word. The actuating current is typically roughly proportional to the area of electrodes actuated. This case is in itself believed to be patentable, and is thought to be of practical importance. Optionally, a closer approximation to a linear response can be achieved by modifying L (electrode proportions) and/or B (by including a DDC, not shown), all according to the principles discussed in detail above.

It will be appreciated that a similar device may be implemented using other semiconductor light generating

14

devices, such as LEDs. Depending upon the details of the device used, threshold electrode 42 may not be necessary. This and any other necessary device-specific modifications will be self-evident to one ordinarily skilled in the art.

Example IV—QAM Transmitter

Although described above in the context of devices for intensity/amplitude modulation, it should be noted that various embodiments of the present invention are also effective for modifying the phase of an optical signal, and can therefore be used as highly compact and simple QAM (Quadrature Amplitude Modulation) modulators or transmitters.

Specifically, referring back to FIG. 1, it will be noted that, by configuring the digital-to-digital converter DDC 20 to apply different actuation patterns to the electrodes on the two branches of the Mach Zehnder Modulator (MZM), modulation of the output signal phase can be achieved. Such an implementation will now be described with specific reference to FIGS. 10-13B.

Turning now to FIG. 10, there is shown a modulator device, generally designated 100, implemented as a QAM modulator. Modulator device 100 is essentially similar to the device of FIG. 1, but has been relabeled to convey more clearly its function. Specifically, modulator device 100 has a first plurality $M_1$ of actuating electrodes 18a deployed in operative relation to a first waveguide branch of the modulator and a second plurality $M_2$ of actuating electrodes 18b deployed in operative relation to a second waveguide branch of the modulator. In this case, $M_1=M_2=5$. giving a total number of actuating electrodes M=10. The electrode actuating device is here shown as two distinct digital-to-digital converters 20a and 20b, which are configured to actuate the first and second pluralities of actuating electrodes 18a and 18b in response to a given input data word $D_i$ so as to additionally modulate the phase of the optical signal. Clearly, digital-to-digital converters 20a and 20b can alternatively be combined into a single DDC with M=10 outputs with suitable connections to the actuating electrodes on both branches of the waveguide.

It will be appreciated that modulator device 100 can serve as an optical 16-QAM transmitter based on a single multi-electrode MZM (ME-MZM). Each electrode is divided into 5 segments, separately driven by two voltage signals, 0 and V representing binary 0 and 1, respectively. The center electrode is a common ground for the active electrode segments. The role of the modulator is to generate a desired M-QAM constellation which is composed of complex optical field values. The modulator is expected to generate $2^M$ signals:

$$S_i = r_i e^{i\theta_i}, r_i > 0, 0 \le \theta_i \le 2\pi, i = 1, \ldots, 2^M, \tag{10}$$

In our example of a 16-QAM with two sets of 5 electrodes, as an input, the QAM transmitter accepts an electrical 4-bit digital input word, denoted $D_i$. The input word is mapped by two Digital-to-Digital Converters (DDC) onto each of the 10 (electrode) segments, whose lengths are the vectors $L^{1,2}$. Each DDC outputs a 5-bit word, denoted as and $B_i^1$ and $B_i^2$. The output of transmitter can be written as:

$$E_{out,i} = \frac{1}{\sqrt{2}} E_{in} \exp\left\{ j2\pi \sum_j^{N_1} B_{ij}^1 L_j^1 \right\} + \frac{1}{\sqrt{2}} E_{in} \exp\left\{ -j2\pi \sum_j^{N_2} B_{ij}^2 L_j^2 \right\} \tag{11}$$

US 11,133,872 B2

15

where $E_{in}$ the optical field amplitude entering the modulator and $N_1$, $N_2$ are the number of segments on each arm. The elements $L_j^{1,2} \in L^{1,2}$ represent normalized electrode lengths on each arm. The two-level $B_{ij}^{1,2}$ coefficients are elements of the matrices $B_i^{1,2}$ and represent whether voltage v was applied to the j-th segment, on the respective arm. The index j enumerates the electrodes, $j=\{1 \ldots N_{1,2}\}$ on each arm. The summation is normalized to span $0 \leq \sum_j^N B_{ij}^{1,2} L_j \leq 1$, such that each arm induces a phaseshift of $0 \leq \Delta \varphi \leq 2\pi$.

The application of the electrical signals is preferably directly upon the modulator without any mediating circuits, referred to herein as "Direct Digital Driving". The modulator can be regarded as a 2D Digital-to-Analog (D/A) converter, that converts a digital word into an optical vector signal.

The design of the transmitter involves the setting of electrode lengths, $L^{1,2}$ and DDC mappings, $B_i^{1,2}$, that will generate all the required signals given in Eq. (10). An effective combination of the electrode lengths and digital mappings may be derived either by analytical methods or numerically. A simple numerical derivation will now be presented.

A ME-MZM with $N_{1,2}$ electrode segments on each arm is capable of generating $2^{(N_1+N_2)}$ signals. Thus, by choosing carefully the electrode lengths, and assuming the number of segments sufficient to generate at least $2^{(N_1+N_2)} > M$ different signals, all the required signals described by Eq. (10) can be picked out of the generated signals pool.

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool

As an example, FIG. 11A shows the an ideal Square-16-QAM constellation, which is the required signal constellation, and a signal pool which was generated with {5,5} electrodes. The best matched signals at the pool are marked in figure. It can be seen that there is a good match between the ideal and the best matched generated constellations.

Table 1 compares between an ideal 16-QAM constellation and a generated constellation with different combinations of number of electrodes each arm. It presents the symbol minimum distance and the root mean square error. The latter provides a measure of agreement between the ideal and the generated constellations. Configurations with {2,2}, {2,3} and {3,3} electrodes provide less than 16 different signals (minimum distance of 0) and therefore cannot be used for generation of 16-QAM.

TABLE 1

| $N_1$, $N_2$ | Ideal | 4, 2 | 4, 3 | 4, 4 | 4, 5 | 5, 5 | 5, 6 | 6, 6 |
|---|---|---|---|---|---|---|---|---|
| Minimum Distance | 2 | 1.66 | 1.66 | 1.66 | 1.30 | 1.83 | 1.67 | 1.67 |
| RMSE | 0 | 4.64 | 4.64 | 4.53 | 4.42 | 4.64 | 4.52 | 4.57 |

FIG. 11B presents the Symbol Error Rate (SER) performance for a range of Signal to Noise Ratios (SNR) for an Additive White Gaussian Noise (AWGN) channel. It can be seen that when using (6,6 electrodes, the performance graph closely matches that of ideal 16-QAM constellation. Using a higher number of electrodes can lower the SER ever further toward the ideal curve. SER performance can be slightly improved by further tuning the decoding hypothesis testing at the receiver side to the generated constellation.

The electrode lengths used for the generation of FIG. 11B follow a binary sequences, $L^{1,2}=2^{-j}$. Tweaking the electrode lengths has small impact on the modulator performance. In Eq. (11), we assumed driving signals of 0 and $2V_\pi$. The high

16

driving signal can be lowered by extending the total electrode length twice its size. The opposite signs in the exponents in the two terms of Eq. (11) are already implemented by the geometry of the electrode disposition of FIG. 10, when the signs of the voltages applied are the same, since then the electric fields have opposite directions. Other electrode dispositions exist for different cuts of the electro-optic crystals, and the appropriate way of applying the voltage with the right signs should be clear to a person skilled in the art.

Referring now to FIGS. 12A-13B, it will be appreciated that the proposed modulator is capable of generating high order QAM constellations. FIG. 12A depicts the ideal 64-QAM constellation together with one generated using a {7,7} electrodes modulator, while FIG. 12B shows an ideal 256-QAM constellation together with the one generated using a {10,10} electrodes modulator. It can be seen that there is a good match between the ideal and the generated constellations. FIGS. 13A and 13B show the Symbol Error Rate performance for the generated constellations of FIGS. 12A and 12B, respectively.

A simple implementation of this embodiment described thus far generates Non-Return-to-Zero (NRZ) signals. NRZ permits constant intensity for similar consecutive bits, and is thus more susceptible to Inter-Symbol-Interference and other nonlinear propagation distortions. Return-to-Zero (RZ) format is a pulsed modulation where the signal "returns to zero" after every bit. This format provides better performance than NRZ, but usually requires additional hardware, such as a pulse carver. A transmitter based on the modulator of an embodiment of the invention can readily be extended to produce RZ pulses with minimal if any additional hardware. By adding an RZ control line to the DDC, as shown in FIG. 10, which serves as a trigger determining whether the output optical amplitude should be zero or other, the whole modulator will be capable of generating RZ signals. When the added control line is high, the DDC will map the electrode actuation pattern to the pattern corresponding to the middle point of the constellation, which is zero.

For the constellation presented in FIG. 10, $B_1=\{00010\}$ and $B_2=\{01110\}$ will output zero (or minimum) power because it will generate a phase difference of $\pi$ between the two arms of the MZM.

While the present invention has been presented as a digital-to-analog optical modulator, it should be noted that each embodiment of the invention may be modified to provide analog electrical output by use of an optical-to-electrical (O/E) converter. This option is illustrated in FIG. 1 as optional O/E converter 30. If the O/E converter itself has a non-linear response function, the present invention may advantageously be used to optimize the system parameters to linearize the electrical output rather than the (intermediate) optical output. Analogously, any nonlinearity induced by the optical medium used for transmitting the signal (e.g. optical fiber) can be compensated for by using O/E converter 30 as a linearizing device.

The present invention is applicable to substantially all applications requiring a DAC with optical or electrical output. Examples of particular interest include, but are not limited to, wireless communications systems, fiber-optic communication systems, cellular telephone networks, cable television, military applications, medical applications and hyper/super computer communications.

It will be appreciated that the above descriptions are intended only to serve as examples, and that many other embodiments are possible within the scope of the present invention as defined in the appended claims.

US 11,133,872 B2

**17**

All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference. In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention. To the extent that section headings are used, they should not be construed as necessarily limiting. In addition, any priority document(s) of this application is/are hereby incorporated herein by reference in its/their entirety.

What is claimed is:

**1**. A modulation system, the system comprising:

an input for a plurality of N digital input data bits;

an optical signal source for providing an input optical signal;

a modulator for modulating the input optical signal to output a modulation of the power of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and

a converter for:

converting, based on a digital-to-digital mapping, the plurality N digital input data bits to M digital output data bits associated with M drive voltage values, and providing the M drive voltage values to the modulator for the modulating,

wherein M>N and N>1, wherein the digital-to-digital mapping comprises, for each unique plurality of N digital input data bits, a mapping to a corresponding M digital output data bits, wherein, for a given plurality of N digital input data bits, the mapping to the corresponding M digital output data bits is determined based on a pattern for actuating drive voltages that alters the linearity of an optical response of the modulator.

**2**. The modulation system of claim **1**, wherein the converter is enabled to correct for distortion introduced by non-linear characteristics of optical fibers during transmission and for distortion introduced by non-linear characteristics of the modulator.

**3**. The modulation system of claim **1**, wherein the modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

**4**. The modulation system of claim **1**, wherein the converter comprises a digital to digital converter.

**5**. The modulation system of claim **1**, wherein the converter receives the N digital input data bits and provides the M digital output data bits that enable the one or more modulated optical signal outputs to be corrected for non-linearities introduced by the modulation system.

**6**. The modulation system of claim **1**, wherein the M digital output data bits correct non-linearities due to non-linear characteristics of the modulator and non-linearities due to non-linear characteristics of the one or more optical fibers transmitting the one or more modulated optical signal outputs.

**7**. The modulation system of claim **1**, wherein the M digital output data bits correct non-linearities in the modulated optical signal outputs due to non-linear characteristics of the modulator.

**8**. The modulation system of claim **1**, wherein the M digital output data bits correct non-linearities in the modulated signal outputs due to non-linear characteristics of the one or more optical fibers transmitting the one or more modulated optical signal outputs.

**18**

**9**. The modulation system of claim **1**, wherein the converter is enabled to correct for distortion introduced by non-linear characteristics of optical fibers during transmission.

**10**. The modulation system of claim **1**, wherein the converter is enabled to correct for distortion introduced by non-linear characteristics of the modulator.

**11**. A method for generating, outputting and transmitting one or more modulated optical signal outputs by a modulation system, the method comprising;

receiving N digital input data bits at a first input to the modulation system, the modulation system comprising one or more input optical signal sources, a modulator, a converter and one or more optical fibers;

converting, based on a digital-to-digital mapping, the N digital input data bits to M digital output data bits associated with M drive voltage values, wherein M>N and N>1, wherein the digital-to-digital mapping comprises, for each unique plurality of N digital input data bits, a mapping to a corresponding M digital output data bits, wherein, for a given plurality of N digital input data bits, the mapping to the corresponding M digital output data bits is determined based on a pattern for actuating drive voltages that alters the linearity of an optical response of the modulator;

providing the M drive voltage values to the modulator;

inputting one or more input optical signals into the modulator of the modulation system from the one or more input optical signal sources;

modulating the one or more input optical signals responsive to the M drive voltages values, wherein said modulating the one or more input optical signals generates the one or more modulated optical signal outputs; and

coupling the one or more modulated optical signal outputs to one or more optical fibers for transmission.

**12**. The method of claim **11**, wherein the modulator comprises one or more Mach-Zehnder modulators.

**13**. A method for converting digital inputs of N bits in parallel into modulated optical streams, comprising:

inputting into an optical modulator a digital input, wherein the digital input is one from a set of $2^N$ digital inputs that each has N bits of digital data, and wherein N>1; and

mapping, based on a digital-to-digital mapping, the digital input to a first digital output associated with M drive voltages, wherein the first digital output is one from a set of digital outputs that each has M bits of digital data, wherein the set of digital outputs comprises $2^M$ digital outputs, and wherein M>=N,

wherein the digital-to-digital mapping comprises, for each digital input included in the set of $2^N$ digital inputs, a mapping to a corresponding digital output included in the set of digital outputs,

wherein, for a first subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the first subset decrease, and

wherein, for a second subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the second subset increase.

US 11,133,872 B2

19

20

14. The method of claim 13, wherein, for a third subset of successively decreasing digital inputs in the set of $2^N$ digital inputs, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the third subset remain the same.

15. A modulation system, the system comprising:

an input for N digital input data bits;

a modulator that is a semiconductor light generating device enabled for directly generating, responsively to an input signal that is responsive to the N digital input data bits, one or more modulated optical signal outputs for transmission over one or more optical fibers; and

a converter for:

converting, based on a digital-to-digital mapping, the N digital input data bits to M digital output data bits associated with M drive voltage values, and

providing the M drive voltage values to the modulator for the generating,

wherein M>N and N>1, wherein the digital-to-digital mapping comprises, for each unique plurality of N digital input data bits, a mapping to a corresponding M digital output data bits, wherein, for a given plurality of N digital input data bits, the mapping to the corresponding M digital output data bits is determined based on a pattern for actuating drive voltages that alters the linearity of an optical response of the modulator.

16. The modulation system of claim 15, wherein the converter is enabled to correct for distortion introduced in the modulator to the one or more modulated optical signal outputs.

17. The modulation system of claim 15, wherein the converter is enabled to correct for-distortions introduced in transmitting the or more modulated optical signal outputs.

18. The modulation system of claim 15, wherein the M drive voltage values correct for distortion including non-linearities introduced in the one or more modulated optical signal outputs transmitted due to non-linear characteristics of the modulator and non-linearities due to non-linear characteristics of the one or more optical fibers transmitting the one or more modulated optical signal outputs.

19. The modulation system of claim 15, wherein the converter comprises a digital to digital converter.

20. The modulation system of claim 15, wherein the converter receives the N digital input data bits and provides the input signals to the modulator that generates the one or more modulated optical signal outputs of variable intensity.

21. The modulation system of claim 15, wherein the M drive voltage values correct for distortion including non-linearities introduced in the one or more modulated optical signal outputs transmitted due to non-linear characteristics of the modulator.

22. The modulation system of claim 15, wherein the M drive voltage values correct for distortion including non-linearities due to non-linear characteristics of the one or more optical fibers transmitting the one or more modulated optical signal outputs.

23. A method for converting digital inputs of N bits in parallel into modulated optical streams, comprising:

inputting into an optical modulator a digital input, wherein the digital input is one from a set of $2^N$ digital inputs that each has N bits of digital data, and wherein N>1; and

mapping, based on a digital-to-digital mapping, the digital input to a first digital output associated with M drive voltages, wherein the first digital output is one from a set of digital outputs that each has M bits of digital data, wherein the set of digital outputs comprises $2^M$ digital outputs, and wherein M>=N,

wherein the digital-to-digital mapping comprises, for each digital input included in the set of $2^N$ digital inputs, a mapping to a corresponding digital output included in the set of digital outputs,

wherein, for a first subset of successively increasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively increasing digital inputs in the first subset decrease, and

wherein, for a second subset of successively increasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively increasing digital inputs in the second subset increase.

24. The method of claim 23, wherein, for a third subset of successively increasing digital inputs in the set of $2^N$ digital inputs, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively increasing digital inputs in the third subset remain the same.

25. The method of claim 23, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

26. The method of claim 23, further comprising modulating output signals, based on the M drive voltages, to correct for non-linearities due to non-linear characteristics of the optical modulator and non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

27. The method of claim 23, wherein, for a given digital input in the set of $2^N$ digital inputs, the mapping to a corresponding digital output is determined based on a pattern for actuating drive voltages that alters the linearity of an optical response of the optical modulator.

28. The method of claim 23, wherein, for a third subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the third subset decrease.

29. The method of claim 23, wherein, for a fourth subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the fourth subset increase.

30. The method of claim 11, wherein the one or more input optical signal sources includes a laser.

* * * * *