IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-674 (UNA) |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. hereby lodge with the Court a copy of the patent-in-suit, U.S. Patent No. 11,342,998 ("the '998 Patent"). Ex. A. The '998 Patent issued on May 24, 2022 but was not yet available for download from the United States Patent and Trademark Office at the time of the filing of the Complaint. *See* D.I. 1 at ¶ 2.

                                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                       */s/ Jennifer Ying*

                                                       Jack B. Blumenfeld (#1014)
                                                       Jennifer Ying (#5550)

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
Matthew S. Yungwirth
John R. Gibson
Sajid Saleem
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3939
(404) 253-6900

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs*

Joseph A. Powers
Aleksander J. Goranin
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Gilbert A. Greene
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX  78746-5435
(512) 277-2300

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
(214) 257-7226

May 24, 2022