IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  C.A. No. 22-674 (VAC) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

WHEREAS, Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. (collectively, "Cisco") initiated the above-captioned action for declaratory judgment relief against Defendant Ramot at Tel Aviv University Ltd. ("Ramot") by filing a Complaint, D.I. 1, on May 24, 2022;

WHEREAS, Ramot has agreed to accept service of the Complaint through its undersigned counsel in exchange for an extension of time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time within which Ramot has to answer, move, or otherwise respond to the Complaint in this action is extended to and including July 29, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ Jennifer Ying | /s/ Andrew C. Mayo |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

June 17, 2022

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
J.