IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Cisco Systems, Inc. and Acacia Communications, Inc.
_____
*Plaintiff*

v.

Ramot At Tel Aviv University, Ltd.
_____
*Defendant*

)
)
)
)
)
)

CIVIL ACTION

NO.   22-674 (VAC)

NOTICE OF CONSENT OR ABSENCE OF CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to Standing Order No. 2022-VAC-1, the parties shall notify the Court of their consent or absence of consent to proceed before a United States Magistrate Judge by selecting one of the options listed below within 60 days of service of the Complaint on the first defendant that is served.

1) ☐ The parties have reached an agreement to consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. The Court will select and assign this case to a Magistrate Judge.

2) ☐ The parties have reached an agreement to consent to have a United States Magistrate Judge, of the parties' own choosing, conduct all proceedings in this case including trial, the entry of final judgment, and all post trial proceedings. The parties have selected the following United States Magistrate Judge (select one):

○ Chief Magistrate Judge Mary Pat Thynge        ○ Magistrate Judge Christopher J. Burke

○ Magistrate Judge Sherry R. Fallon              ○ Magistrate Judge Jennifer L. Hall

3) ☑ The parties have been unable to agree to consent to have a United States Magistrate Judge conduct all proceedings in this case. A party may withhold their consent without adverse substantive consequences. In no instance should any party attempt to inform the Court which party or parties declined to consent. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved in the case.

| Parties' printed names | Signature of parties or attorneys | Dates |
|---|---|---|
| Cisco Systems, Inc. and Acacia Communications, Inc. | /s/ Jennifer Ying | Aug. 9, 2022 |
| Ramot At Tel Aviv University, Ltd. | /s/ John Day | Aug. 9, 2022 |

**REFERENCE ORDER**

IT IS ORDERED: This case is referred to United States Magistrate Judge _____
to conduct all proceedings and the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

SO ORDERED:

_____
U.S. District Judge