# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant and Counter-Claimant. | C.A. No. 22-674 (VAC)-CJB <br><br> JURY TRIAL DEMANDED |

## DEFENDANT AND COUNTER-CLAIMANT RAMOT'S
## MOTION TO DISMISS AND TO TRANSFER

Pursuant to the Court's discretion under the Declaratory Judgment Act, 28 U.S.C. § 2201, and to 28 U.S.C. § 1404(a), Defendant and Counter-Claimant Ramot at Tel Aviv University Ltd. ("Ramot") respectfully moves the Court to dismiss Plaintiffs' declaratory judgment claims, and also to transfer Ramot's counterclaim against declaratory judgment Plaintiff Cisco Systems, Inc. ("Cisco") to the Eastern District of Texas. The grounds for this motion are fully set forth in Ramot's Opening Brief in support of its Motion.

WHEREFORE, Ramot respectfully requests that the Court enter the attached order granting this motion.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| *Of Counsel:* | _____ |
| | John G. Day (#2403) |
| Denise M. De Mory | Andrew C. Mayo (#5207) |
| Corey Johanningmeier | 500 Delaware Avenue, 8th Floor |
| BUNSOW DE MORY LLP | P.O. Box 1150 |
| 701 El Camino Real | Wilmington, DE 19899 |
| Redwood City, CA 94063 | (302) 654-1888 |
| (650) 351-7248 | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| Dated: August 22, 2022 | *Attorneys for Defendant and Counter-Claimant* |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify pursuant to Local Rule 7.1.1 that counsel met and conferred in connection with the relief sought in the motion. The parties were unable to reach agreement.

/s/ *Andrew C. Mayo*

Andrew C. Mayo (#5207)