IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC.,<br><br>　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>　　Defendant and Counter-Claimant. | C.A. No. 22-674 (VAC)-CJB<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT RAMOT'S MOTION TO DISMISS AND TO TRANSFER**

At Wilmington this ____ day of _____, 2022, having considered Defendant Ramot at Tel Aviv University Ltd.'s Motion to Dismiss and to Transfer, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court in its discretion declines to take jurisdiction over Plaintiffs' declaratory judgment claims, which are hereby dismissed.

Ramot's counter-claim against Acacia Communications, Inc. is hereby dismissed without prejudice.

Ramot's counter-claim against Cisco Systems, Inc. is hereby severed and transferred pursuant to 28 U.S.C. § 1404(a) to the Eastern District of Texas.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge