# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant and Counter-Claimant. | C.A. No. 22-674 (VAC)-CJB <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF COREY JOHANNINGMEIER IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT RAMOT'S MOTION TO DISMISS AND TO TRANSFER**

*Of Counsel:*

Denise M. De Mory
Corey Johanningmeier
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

Dated: August 22, 2022

ASHBY & GEDDES

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant and Counter-Claimant*

1. I submit this declaration on behalf of defendant Ramot at Tel Aviv University Ltd. ("Ramot"). I am a partner at Bunsow De Mory LLP, which represents Ramot in this lawsuit and in related litigation matters discussed herein, and I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. Attached as **Exhibit A** is a true and correct copy of Cisco Systems, Inc.'s Motion to Transfer Pursuant to the First-to-File Rule, D.I. 13, as filed in *Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc.*, C.A. No. 19-cv-225-JRG (E.D. Tex.) ("2019 Texas Action").

3. Attached as **Exhibit B** is a true and correct copy of Ramot's Opposition to Cisco's Motion to Transfer Pursuant to the First-to-File Rule, D.I. 20, as filed in the 2019 Texas Action.

4. Attached as **Exhibit C** is a true and correct copy of Cisco's Reply in Support of its Motion to Transfer Pursuant to the First-to-File Rule, D.I. 22, as filed in the 2019 Texas Action.

5. Attached as **Exhibit D** is a true and correct copy of Ramot's Sur-Reply in Opposition to Cisco's Motion to Transfer Pursuant to the First-to-File Rule, D.I. 24, as filed in the 2019 Texas Action.

6. Attached as **Exhibit E** is a true and correct copy of Cisco's Motion to Dismiss Pursuant Rule 12(b)(7), D.I. 21, as filed in the 2019 Texas Action.

7. Attached as **Exhibit F** is a true and correct copy of Ramot's Opposition to Cisco's Motion to Dismiss Pursuant Rule 12(b)(7), D.I. 25, as filed in the 2019 Texas Action.

8. Attached as **Exhibit G** is a true and correct copy of Ramot's First Amended Complaint for Patent Infringement, D.I. 27, as filed in the 2019 Texas Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 22, 2022 in

Oakland, California.

                                                                                                      _____
                                                                                                      Corey Johanningmeier