IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1365 (VAC) (CJB) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-674 (VAC) (CJB) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the deadline for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. (collectively, "Plaintiffs") to file their opposition to Defendant Ramot at Tel Aviv University Ltd.'s Motion to Dismiss Based upon the Court's discretion under the Declaratory Judgment Act, 28 U.S.C. § 2201 and Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (C.A. No. 21-1365, D.I. 19; C.A. No. 22-674, D.I. 15) is extended through and including September 13, 2022.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs Cisco Systems, Inc.*
*and Acacia Communications, Inc.*

September 1, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*
*Ramot at Tel Aviv University Ltd.*

SO ORDERED this _____ day of September, 2022.

_____
J.