**Exhibit A – Proposed Deadlines**

| Paragraph # | Event | Proposed Deadline |
|---|---|---|
|  | Rule 16 Conference | TBD |
| 7(a) | Ramot to identify accused products, damages model, asserted patents | September 9, 2022 |
| 1 | Rule 26(a)(1) Initial Disclosures | September 14, 2022 |
| 1 | Deadline to submit proposed ESI order | September 21, 2022 |
| 3 | Deadline to submit proposed protective order | September 21, 2022 |
| 7(b) | Cisco to provide core technical documents related to the accused products and sales figures for the accused products | October 14, 2022 |
| 7(c) | Ramot to provide initial claim charts relating each known accused product to the asserted claims each such product allegedly infringes | December 9, 2022 |
| 2 | Last day to add parties and amend pleadings | January 13, 2023 |
| 7(d) | Cisco to provide invalidity contentions and produce documents accompanying invalidity contentions | February 8, 2023 |
| 15 | Interim Status Report | February 15, 2023 |
| 12 | Exchange list of terms for claim construction | February 17, 2023 |
| 12 | Exchange proposed claim constructions | February 27, 2023 |
| 12 | Deadline to meet and confer regarding claim constructions | March 8, 2023 |
| 12 | Filing of joint claim construction chart | March 17, 2023 |
| 8(b) | Substantial Completion of document production | April 7, 2023 |
| 13 | Ramot's opening claim construction briefs (service only) | April 14, 2023 |
| 13 | Cisco's answering claim construction briefs (service only) | May 12, 2022 |
| 13 | Ramot's reply claim construction briefs (service only) | June 2, 2023 |
| 13 | Cisco's sur-reply claim construction briefs (service only) | June 23, 2023 |
| 11 | Claim Construction Tutorial | June 30, 2023 |
| 13 | Joint claim construction brief (file with Court) | June 30, 2023 |
| 11 | Comments on Claim Construction Tutorial | July 7, 2023 |

**Exhibit A – Proposed Deadlines**

| Paragraph # | Event | Proposed Deadline |
|---|---|---|
| 14 | Claim construction hearing | TBD |
| 7(e), 16 | Ramot to provide final infringement contentions and final identification of accused products | within 14 days of Court's claim construction order |
| 7(f), 16 | Cisco to provide final invalidity contentions and final identification of invalidity references | within 14 days of receipt of Ramot's final infringement contentions |
| 8(a) | Fact discovery cut-off | September 29, 2023 |
| 8(c) | • **Discovery Limit:** # of Requests for Admission (for each side), not including authentication RFAs | 50 |
| 8(d)(i) | • **Discovery Limit:** # of Interrogatories | 25 |
| 8(e)(i) | • **Discovery Limit:** # of hours of taking testimony by deposition upon oral examination (excluding third parties and experts) | 70 |
| 8(f)(i) | Last day to serve initial expert reports (by initial burden of proof) | November 3, 2023 |
| 8(f)(i) | Last day to serve rebuttal expert reports | December 8, 2023 |
| 8(f)(i) | Last day to serve reply expert reports | January 12, 2024 |
| 8(f)(i) | Last day to take expert depositions | February 9, 2024 |
| 17 | Last day to serve and file case dispositive motions (including *Daubert* motions), opening brief, and affidavits (if any) in support of the motions | March 15, 2024 |
| 17 | Answering case dispositive and *Daubert* motions | April 12, 2024 |
| 17 | Reply case dispositive and *Daubert* motions | May 3, 2024 |
| 17(c) | Hearing on case dispositive and *Daubert* motions | TBD |
| 19 | File joint proposed final pretrial order | TBD |
| 19 | Pre-trial conference (subject to the Court's availability) | TBD |
| 22 | 5-Day Jury Trial | TBD |