IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>  Defendant. | C. A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>  Defendant. | C. A. No. 22-674 (GBW) |

**DECLARATION OF JENNIFER YING IN SUPPORT OF
PLAINTIFFS CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC.'S
ANSWERING BRIEF IN OPPOSITION TO DEFENDANT RAMOT AT TEL AVIV
UNIVERSITY LTD.'S MOTION TO DISMISS AND TO TRANSFER**

I, Jennifer Ying, declare as follows:

I am an attorney duly licensed to practice law in the State of Delaware. I am an attorney with MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. ("Plaintiffs"). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration

  1.  Attached as Exhibit 1 is a true and correct copy of the January 13, 2021 Memorandum Opinion and Order in the case styled *Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc.*, C.A. No. 2:19-cv-00225-JRG, D.I. 235 (E.D. Tex. Jan. 13, 2021).

2. Attached as Exhibit 2 is a true and correct copy of the press release dated January 14, 2021, available at https://newsroom.cisco.com/c/r/newsroom/en/us/a/y2021/m01/cisco-completes-acquisition-of-acacia.html.

3. Attached as Exhibit 3 is a true and correct copy of the press release dated March 1, 2021, available at https://newsroom.cisco.com/c/r/newsroom/en/us/a/y2021/m03/cisco-completes-acquisition-of-acac-1.html.

4. Attached as Exhibit 4 is a true and correct copy of "Plaintiff's Opposition To Defendant's Motion To Transfer Pursuant To The First-To-File Rule" filed by Ramot at Tel Aviv University Ltd. on July 19, 2022 in the case styled *Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc.*, C.A. No. 2:22-cv-00168-JRG, D.I. 20 (E.D. Tex. Jul. 19, 2022).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge, the foregoing is true and correct.

Executed on September 13, 2022 at Wilmington, Delaware.

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 13, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)