IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 14th day of September, 2022, **RAMOT AT TEL AVIV UNIVERSITY LTD.'s INITIAL DISCLOSURES** were served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                   VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

L. Norwood Jameson, Esquire                              VIA ELECTRONIC MAIL
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

Joseph A. Powers, Esquire  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA 19103-4196

Gilbert A. Greene, Esquire  
DUANE MORRIS LLP  
Las Cimas IV  
900 S. Capital of Texas Hwy., Suite 300  
Austin, TX 78746-5435

Holly Engelmann, Esquire  
DUANE MORRIS LLP  
100 Crescent Court, Suite 1200  
Dallas, TX 75201

VIA ELECTRONIC MAIL

VIA ELECTRONIC MAIL

VIA ELECTRONIC MAIL

*Of Counsel:*

Denise De Mory  
Corey Johanningmeier  
BUNSOW DE MORY LLP  
701 El Camino Real  
Redwood City, CA 94063  
(650) 351-7248

Dated: September 14, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____  
John G. Day (#2403)  
Andrew C. Mayo (#5207)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302) 654-1888  
jday@ashbygeddes.com  
amayo@ashbygeddes.com

*Attorneys for Defendant*