# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | )<br>)<br>) |
| Plaintiffs and Counterclaim Defendants, | )<br>) |
| | ) C.A. No. 21-1365-GBW |
| v. | )<br>) |
| | ) **JURY TRIAL DEMANDED** |
| RAMOT AT TEL A VIV UNIVERSITY LTD., | )<br>)<br>) |
| Defendant and Counterclaimant. | )<br>) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | )<br>)<br>) |
| Plaintiffs and Counterclaim Defendants, | ) C.A. No. 22-674-GBW |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) |
| Defendant and Counterclaimant. | )<br>) |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant Ramot at Tel Aviv University Ltd. ("Ramot") respectfully requests oral argument before the Court in connection with their Motion to Dismiss and Transfer (C.A. 21-1365, D.I. 19; C.A. No. 22-674, D.I. 15).

{01840796;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ *Andrew C. Mayo* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
| Denise M. De Mory | P.O. Box 1150 |
| Corey Johanningmeier | Wilmington, DE  19899 |
| BUNSOW DE MORY LLP | (302) 654-1888 |
| 701 El Camino Real | jday@ashbygeddes.com |
| Redwood City, CA  94063 | amayo@ashbygeddes.com |
| (650) 351-7248 |  |
|  | *Attorneys for Defendant* |

Dated:  September 30, 2022

{01840796;v1 }                                    2