IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674 (GBW) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Cisco and Acacia's Core Technical Document Production* were caused to be served on October 14, 2022, upon the following in the manner indicated:

John G. Day, Esquire                                          *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Corey Johanningmeier, Esquire  
BUNSOE DE MORY LLP  
701 El Camino Real  
Redwood City, CA  94063  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

                                                                                               *VIA ELECTRONIC MAIL*

Sidney Calvin Capshaw, Esquire  
Elizabeth L. DeRieux, Esquire  
CAPSHAW DERIEUX, LLP  
114 East Commerce Avenue  
Gladewater, TX  75647  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

                                       *VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com

OF COUNSEL:

L. Norwood Jameson  
Matthew C. Gaudet  
Matthew S. Yungwirth  
John R. Gibson  
Sajid Saleem  
DUANE MORRIS LLP  
1075 Peachtree Street NE, Suite 2000  
Atlanta, GA  30309-3939  
(404) 253-6900

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

Joseph A. Powers  
Aleksander J. Goranin  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA  19103-4196  
(215) 979-1000

2

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
(214) 257-7226

Gilbert A. Greene
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy., Suite 300
Austin, TX 78746-5435
(512) 277-2300

October 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise M. De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Sidney Calvin Capshaw, Esquire<br>Elizabeth L. DeRieux, Esquire<br>CAPSHAW DERIEUX, LLP<br>114 East Commerce Avenue<br>Gladewater, TX 75647<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)