# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jennifer Ying**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

October 18, 2022

The Honorable Gregory B. Williams　　　　　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
　for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

　　　　　Re:　　*Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
　　　　　　　　C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

　　　　I write on behalf of the parties regarding the Court's October 18, 2022 Oral Order (D.I. 41),[1] which set oral argument on defendant/counterclaim-plaintiff Ramot at Tel Aviv University Ltd. ("Ramot")'s motions to dismiss and transfer (D.I. 19, 20, 28, 35, 38) for October 26, 2022 at 10:00am.

　　　　Counsel for Cisco has multiple conflicts with the scheduled oral argument date and respectfully requests that the hearing be rescheduled. The parties have conferred, and Ramot does not oppose the rescheduling request.

　　　　Counsel for the parties are available on November 2 after 1:30pm, November 9 after 1:30pm, or November 10, 2022 should the Court be available. The parties respectfully request that should the Court reschedule the hearing, that the deadline for letter submissions to the Court's questions (*see* D.I. 41) also be reset accordingly.

---

[1]　　Unless otherwise noted, all docket citations are to C.A. No. 21-1365.

The Honorable Gregory B. Williams
October 18, 2022
Page 2

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY:lo
cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and e-mail)