# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

November 9, 2022

The Honorable Gregory B. Williams            *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

Re:    *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.*,
       C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

Pursuant to the Court's October 27, 2022 Oral Order (*see, e.g.,* C.A. No. 21-1365, D.I. 47), please find attached the parties' proposed amended scheduling order. The parties have agreed on all provisions and respectfully request that the Court enter the scheduling order.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY:lo
Encl.
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)