IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-12-GBW |
| CISCO SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**STIPULATED AND [PROPOSED] ORDER REGARDING
CONSOLIDATION AND CASE SCHEDULING**

WHEREAS, C.A. 22-674 is an action brought under the Declaratory Judgment Act regarding U.S. Patent No. 11,342,998 (the "'998 Patent");

WHEREAS, C.A. 23-12 is an action for patent infringement of the '998 Patent;

WHEREAS, C.A. 23-12 was recently transferred to this Court from the Eastern District of Texas (C.A. 23-12, D.I. 52, 54);

WHEREAS, the actions involve common questions of law and fact; and

WHEREAS, the parties wish to consolidate the actions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, as follows:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, these actions are consolidated for all purposes.  C.A. No. 22-674 shall be the lead case, and hereafter all filings pertaining to these actions shall be docketed only in the lead case and shall bear only the lead case's caption.  The lead case's caption shall be as follows:

|  |  |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-674-GBW (consolidated) |

2. All terms of the Scheduling Order entered in C.A. 22-674 on December 13, 2022 (C.A. 22-674, D.I. 48) shall be deemed entered and operative in the consolidated action, with the below claim construction deadlines in the Scheduling Order amended as follows to enable the parties to take into account the expected institution decision in IPR2022-01283 on or around February 23, 2023:

| Event/Deadline | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Exchange list of terms for claim construction | 2/27/2023 | 3/27/2023 |
| Exchange proposed claim constructions | 3/6/2023 | 4/3/2023 |
| Deadline to meet and confer regarding claim constructions | 3/10/2023 | 4/10/2023 |
| Filing of joint claim construction chart | 3/17/2023 | 4/17/2023 |
| Ramot's opening claim construction brief (service only) | 4/14/2023 | 5/10/2023 |

| Event/Deadline | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Cisco and Acacia's answering claim construction brief (service only) | 5/12/2023 | 6/5/2023 |
| Ramot's reply claim construction brief (service only) | 6/2/2023 | 6/26/2023 |
| Cisco and Acacia's sur-reply claim construction brief (service only) | 6/23/2023 | 7/17/2023 |
| Claim Construction Tutorial | 6/30/2023 | 7/24/2023 |
| Joint claim construction brief (file with Court) | 6/30/2023 | 7/24/2023 |
| Joint letter to Court re: claim construction hearing logistics | 6/30/2023 | 7/24/2023 |
| Claim construction hearing | 9/7/2023 | 9/7/2023 (*no change*) |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of _____, 2023.

_____
United States District Judge

{01873633;v1 }   3