# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jennifer Ying**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

June 12, 2023

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Unit 26
Wilmington, DE 19801-3555

      Re:    *Cisco Systems, Inc., et al. v. Ramot at Tel Aviv University Ltd.*;
              C.A. No. 22-674 (GBW) (Consolidated)

Dear Judge Williams:

      I write on behalf of declaratory-judgement plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. (collectively, "Plaintiffs") in response to the Court's June 6, 2023 Oral Order regarding whether Plaintiffs' Motion to Dismiss (C.A. No. 23-12, D.I. 34, "the Motion to Dismiss") is moot in light of Judge Gilstrap's opinion (C.A. No. 23-12, D.I. 52) and the parties' consolidated scheduling order.  *See* C.A. No. 22-674, D.I. 57.

      Plaintiffs believe that the Motion to Dismiss is moot in view of Judge Gilstrap's December 5, 2022 opinion (C.A. No. 23-12, D.I. 52).  As noted in the Motion to Dismiss at footnote 1, because Judge Gilstrap granted Plaintiffs' motion to transfer from Texas to Delaware, the Motion to Dismiss is moot.  *See* C.A. No. 23-12, D.I. 34 at 1, n.1.  Accordingly, no further action on the Motion to Dismiss is required.

      Counsel is available should the Court have any questions.

                                       Respectfully,

                                       */s/ Jennifer Ying*

                                       Jennifer Ying (#5550)

JY/lo
cc:    Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)