IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) |
| v. | ) ) | (CONSOLIDATED) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF
DR. SHLOMO RUSCHIN PURSUANT TO FED. R. CIV. P. 30(B)(1)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel of record, will take the oral deposition of Dr. Shlomo Ruschin.  The deposition will take place at on September 13, 2023 starting at 9:00 a.m. local time at the offices of Morris, Nichols, Arsht & Tunnell LLP located at 1201 N. Market Street, 16th Floor, Wilmington, DE  19801, or at some other reasonable time and place mutually agreed upon by counsel.

The deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure before a Notary Public or some other officer authorized to administer oaths and take testimony, to be used for all lawful purposes including discovery or as evidence in the above-captioned matters,

or both. The deposition may be recorded by stenographic and videographic means and real-time (e.g., LiveNote) recording. The deposition will continue from day to day until concluded, Saturdays, Sundays and holidays excepted. The deposition will be taken for the purpose of discovery, for use at trial or any hearing in this matter, and for any other purpose permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>L. Norwood Jameson<br>Matthew C. Gaudet<br>Matthew S. Yungwirth<br>John R. Gibson<br>Sajid Saleem<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA  30309-3939<br>(404) 253-6900<br><br>Joseph A. Powers<br>Aleksander J. Goranin<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>(215) 979-1000<br><br>Gilbert A. Greene<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX  78746-5435<br>(512) 277-2300<br><br>Holly Engelmann<br>DUANE MORRIS LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX  75201<br>(214) 257-7226<br><br>August 23, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br><br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

3