IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 21-1365 (GBW) <br><br> **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 22-674 (GBW) <br> (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.'s First Set of Requests for Admission to Defendant Ramot at Tel Aviv University, Ltd. (Nos. 1-50)* were caused to be served on August 25, 2023 upon the following in the manner indicated:

John G. Day, Esquire                                                                    *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  
Corey Johanningmeier, Esquire  
BUNSOE DE MORY LLP  
701 El Camino Real  
Redwood City, CA 94063  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

L. Norwood Jameson  
Matthew C. Gaudet  
Matthew S. Yungwirth  
John R. Gibson  
Sajid Saleem  
DUANE MORRIS LLP  
1075 Peachtree Street NE, Suite 2000  
Atlanta, GA 30309-3939  
(404) 253-6900

Joseph A. Powers  
Aleksander J. Goranin  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA 19103-4196  
(215) 979-1000

Gilbert A. Greene  
DUANE MORRIS LLP  
Las Cimas IV  
900 S. Capital of Texas Hwy., Suite 300  
Austin, TX 78746-5435  
(512) 277-2300

Holly Engelmann  
DUANE MORRIS LLP  
100 Crescent Court, Suite 1200  
Dallas, TX 75201  
(214) 257-7226

August 25, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 25, 2023, upon the following in the manner indicated:

John G. Day, Esquire                                       VIA ELECTRONIC MAIL
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire                                    VIA ELECTRONIC MAIL
Corey Johanningmeier, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)