IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of August, 2023, after 6:00 p.m. (EDT), **RAMOT AT TEL AVIV UNIVERSITY LTD.'S SECOND SET OF INTERROGATORIES TO CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC. (NOS. 21-25)** was served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

VIA ELECTRONIC MAIL

{01836243;v1 }

| | |
|---|---|
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | VIA ELECTRONIC MAIL |
| Joseph A. Powers, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | VIA ELECTRONIC MAIL |
| Gilbert A. Greene, Esquire<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX 78746-5435 | VIA ELECTRONIC MAIL |
| Holly Engelmann, Esquire<br>DUANE MORRIS LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |

*Of Counsel:*

Denise De Mory
Corey Johanningmeier
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

Dated: August 30, 2023

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*