IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) |
| v. | ) ) | (Consolidated) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Memorandum Order regarding stay (D.I. 64)[1], Paragraph 2 of stipulation regarding partial stay and case scheduling (D.I. 67, so Ordered on March 27, 2023), and the further stipulation regarding stay (D.I. 87, so Ordered on September 21, 2023), the parties hereby provide the Court with the following status report in the above-captioned actions.

**I.      INTRODUCTION**

On September 28, 2021, Cisco Systems, Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") brought an action for declaratory judgment of non-infringement of U.S. Patent No. 11,133,872 (the '872 Patent") against Ramot at Tel Aviv University Ltd. ("Ramot").  C.A. No. 21-

---

[1] Unless otherwise noted, all docket citations are to C.A. No. 21-1365.

1365, D.I. 1.  On May 24, 2022, Cisco and Acacia brought an action for declaratory judgment of non-infringement of U.S. Patent No. 11,342,998 ('998 Patent") against Ramot.  C.A. No. 22-674, D.I. 1.  On December 13, 2022, the Court entered a revised coordinated scheduling order in the 21-1365 and 22-674 Actions.  D.I. 59.

On December 5, 2022, Judge Gilstrap of the Eastern District of Texas transferred Ramot's action for patent infringement of the '998 Patent against Cisco to the District of Delaware.  C.A. No. 23-12, D.I. 52.  On February 1, 2023, the Court granted the parties' stipulation to consolidate C.A. No. 23-12 with C.A. No. 22-674.  C.A. No. 22-674, D.I. 50; February 1, 2023 Oral Order.

On January 19, 2023, the Court granted-in-part and denied-in-part Cisco and Acacia's motion to stay the 21-1365 Action in view of the instituted IPRs relating to the '872 Patent.  D.I. 64.  The Court permitted fact discovery to continue but stayed claim construction and other deadlines pending outcome of the IPRs.

On February 22, 2023, the Patent Trial and Appeal Board ("PTAB") also instituted Cisco and Acacia's IPR2022-01283 directed to claims of the '998 patent.  Via stipulation, the parties agreed to the same limited stay in the 22-674 action.  D.I. 67.  The parties also agreed to confer and submit this status report and proposed schedule in the event that asserted claims of the '872 Patent survive in the PTAB's Final Written Decision, "without waiting for the official outcome of IPR2022-01283." *Id.* at ¶ 2.

## II.    STATUS OF DISCOVERY:

Discovery is ongoing.  As detailed in the parties' recent stipulation (D.I. 87), depositions for witnesses already noticed, objections and responses to certain discovery already served, supplemental document productions, and certain discovery pursuant to third-party subpoenas remain to be completed.  In addition, Cisco and Acacia have yet to serve initial invalidity

contentions in the 21-1365 Action concerning the '872 Patent.

### III.    STATUS OF IPRS:

On September 29, 2023, the PTAB issued a Final Written Decision upholding all claims of the '872 Patent challenged in IPR2022-00575.  On October 3, 2023, the PTAB issued a Final Written Decision upholding all claims of the '872 Patent challenged in IPR2022-00576.

Cisco and Acacia have requested rehearing of these results by the PTAB and Ramot has filed oppositions to those requests, which remain pending.

Cisco and Acacia's challenge to claims of the '998 Patent in IPR2022-01283 was argued on November 22, 2023.  The asserted prior art references at issue in IPR2022-01283 are the same as those in IPR2022-00575 and IPR2022-00576.  A final written decision is expected by February 22, 2024.

### IV.    PROPOSED CASE SCHEDULE:

Pursuant to the Court's Orders (including on the parties' stipulations, *see* D.I. 64, 67, and 87), the parties have met and conferred and submit the attached [Proposed] Revised Scheduling Order for the Court's consideration.

The parties are available at the Court's convenience should the Court have any questions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiff*

December 22, 2023

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*