IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C. A. No. 21-1365 (GBW) |
| v. | )<br>) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | )<br>)<br>) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C. A. No. 22-674 (GBW)<br>(CONSOLIDATED) |
| v. | )<br>) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | )<br>)<br>) | |
| Defendant. | ) | |

**NOTICE OF AMENDED SUBPOENAS**

PLEASE TAKE NOTICE that the amended subpoenas attached hereto as Exhibits A and B will be served upon Ciena Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

January 23, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)