IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs Cisco and Acacia's Preliminary Identification of Claim Terms for Construction* were caused to be served on February 15, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                                           *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  
Corey Johanningmeier, Esquire  
BUNSOE DE MORY LLP  
701 El Camino Real  
Redwood City, CA  94063  
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Jennifer Ying*

L. Norwood Jameson  
Matthew C. Gaudet  
Sajid Saleem  
Daniel Mitchell  
DUANE MORRIS LLP  
1075 Peachtree Street NE, Suite 1700  
Atlanta, GA  30309-3929  
(404) 253-6900

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com

Joseph A. Powers  
Aleksander J. Goranin  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA  19103-4196  
(215) 979-1000

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

Holly E. Engelmann, P.C.  
DUANE MORRIS LLP  
Las Cimas IV  
900 S. Capital of Texas Hwy, Suite 300  
Austin, TX  78746-5435  
(512) 277-2300

February 15, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 15, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

3