IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>Defendant. | C.A. No. 22-674-GBW (consolidated) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 28th day of February, 2024, (1) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 50-57);** (2) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS SECOND SET OF INTERROGATORIES (NOS. 20-25)**; and (3) **RAMOT AT TEL AVIV UNIVERSITY LTD.'S RESPONSES TO PLAINTIFFS FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-50)** were served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jennifer Ying, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | VIA ELECTRONIC MAIL |
| Joseph A. Powers, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | VIA ELECTRONIC MAIL |
| Gilbert A. Greene, Esquire<br>DUANE MORRIS LLP<br>Las Cimas IV<br>900 S. Capital of Texas Hwy., Suite 300<br>Austin, TX 78746-5435 | VIA ELECTRONIC MAIL |
| Holly Engelmann, Esquire<br>DUANE MORRIS LLP<br>Terrace 7<br>2801 Via Fortuna, Suite 200<br>Austin, TX 78746-7567 | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| *Of Counsel:* | John G. Day (#2403)<br>Andrew C. Mayo (#5207) |
| Denise De Mory<br>Corey Johanningmeier<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>(650) 351-7248 | 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| | *Attorneys for Defendant* |
| Dated: February 28, 2024 | |