IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 21-1365 (GBW) ) ) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) |
| Defendant. | ) ) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 22-674 (GBW) ) (CONSOLIDATED) ) |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) |
| Defendant. | ) ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 8 of the Amended Scheduling Order (D.I. 59)[1] and the parties' agreed-upon proposed Revised Scheduling Order (*see* D.I. 88), the parties hereby submit their Joint Claim Chart (Ex. A) for claim construction proceedings for U.S. Patent Nos. 11,133,872 (the '872 Patent) and 11,342,998 (the '998 Patent) (collectively, "Asserted Patents"). The Joint Claim Chart identifies agreed constructions, the disputed claim terms and the parties' proposed constructions of those terms and supporting intrinsic evidence. Citations to patent column and line numbers are in column:line format. Each citation to a figure incorporates by reference, as if fully set out herein, any associated description or discussion of the figure. Similarly, each citation to a

---

[1] All docket citations are to C.A. No. 21-1365 unless otherwise noted.

description or discussion of any figure incorporates by reference each figure described or discussed as if fully set out herein.

Each party reserves the right to rely on other portions of the intrinsic record to refute positions taken by the other party during the *Markman* proceedings.

The citation to any portion of the intrinsic record is not to be construed as an admission by that party that the cited portion defines the term. Moreover, the parties further agree that any party may argue that the cited portions are exemplary, and thus indicate that no special definition governs, and that the ordinary meaning should thus govern.

Additionally, each party reserves the right to assert that its proposed construction is supported by the ordinary meaning of the term, and to introduce extrinsic evidence to the extent the Court permits such evidence.

The following exhibits are attached to the Joint Claim Chart:

| Exhibit | Description |
| --- | --- |
| Exhibit A | Joint Claim Chart |
| Exhibit B | U.S. Patent No. 11,133,872 |
| Exhibit C | U.S. Patent No. 11,342,998 |
| Exhibit D | '998 Patent File History: Claims as Filed (September 22, 2021) |
| Exhibit E1 | '998 Patent File History: Preliminary Amendment (October 25, 2021) |
| Exhibit E2 | '998 Patent File History: Supplemental Preliminary Amendment (October 25, 2021) |
| Exhibit F | '998 Patent File History: Response to Ex Parte Quayle Action (February 10, 2022) |
| Exhibit G | Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) |
| Exhibit H | Patent Owner's Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) |
| Exhibit I | Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) |
| Exhibit J | Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) |

| Exhibit | Description |
|---|---|
| Exhibit K | Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. 10,461,866) (May 21, 2020) |
| Exhibit L | '998 Patent File History: Ex Parte Quayle Action (February 9, 2022) |
| Exhibit M | U.S. Patent No. 9,479,191 |
| Exhibit N | Patent Owner Response in IPR2022-01283 (U.S. Patent No. 10,342,998) (June 14, 2023) |
| Exhibit O | Declaration of John Dallesasse in Support of Patent Owner's Response, EX2022 in IPR2022-01283 (June 13, 2023) |
| Exhibit P | Excerpts of Deposition of John Dallesasse in Support of Patent Owner's Response, EX1029 in IPR2022-01283 (August 16, 2023) |
| Exhibit Q | Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-01283 (July 20, 2022) |
| Exhibit R | Patent Owner Response in IPR2022-00575 (U.S. Patent No. 10,133,872) (January 20, 2023) |
| Exhibit S | Declaration of John Dallesasse in Support of Patent Owner's Response, EX2018 in IPR2022-00575 (January 19, 2023) |
| Exhibit T | Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-00575 (February 16, 2022) |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs*

March 14, 2024

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

3

Exhibit A –Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

**Agreed-Upon Constructions**

| Claim Term/Claims | Construction |
|---|---|
| "**modulator**"<br><br>'998 Patent: claims 1, 4, 6, 49, 50, 58, 61<br><br>'872 Patent: claims 1, 2, 3, 6, 7, 10, 11, 12, 13, 15, 16, 18, 20, 21, 23, 25, 26, 27 | any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified |
| "**mapping/map/mapped/converting**"<br><br>'998 Patent: claims 1, 13, 14, 45, 46, 47, 49, 58, 63<br><br>'872 Patent: claims 1, 11, 13, 15, 23, 27 | selecting or generating a digital output from a set of possible digital outputs for a given digital input from a set of possible digital inputs, wherein decimal values of the set of possible digital outputs and decimal values of the set of possible digital inputs are not identical<br><br>translating from one representation format to another representation format is not mapping/converting |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

**Disputed Terms for Construction:**

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| 1. (Issue #1) | **"wherein a digital-to-digital mapping maps …" in combination with other elements**<br><br>'998 Patent: claims 1, 4, 6-15, 58 and 61-63 | Not indefinite. | '998 (Ex. C), (54), Abstract, 1:35-37, 2:41-59, 4:2-3, 5:1-9, 5:39-43, 5:53-67, 6:13-17, 6:45-57, 6:61-67, 7:7-8, 7:13-8:12, 9:35-39, 9:55-64, 10:44-47, 11:26-35, 13:22-34, 13:49-60, 14:22-51, 16:17-23, 16:43-45<br><br>'998 (Ex. C), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B.<br><br>'998 (Ex. C), claims 1, 13-14, 45-47, 49, 58, 63<br><br>'998 Patent File History: Ex Parte Quayle Action (February 9, 2022) (Ex. L)<br><br>U.S. Patent No. 9,479,191, claim 1 (Ex. M) | Indefinite under 35 U.S.C. § 112, ¶ 2. | '998 (Ex. C), claims 1 and 58<br><br>'998 (Ex. C), FIGS. 1, 8, 10<br><br>'998 (Ex. C), 5:1-9; 7:21-29; 7:66-8:12; 13:27-34; 14:39-48.<br><br>'998 Patent File History: Claims as Filed (September 22, 2021) (Ex. D)<br><br>'998 Patent File History: Preliminary Amendment (October 25, 2021) (Ex. E1)<br><br>'998 Patent File History: Supplemental Preliminary Amendment (October 25, 2021) (Ex. E2)<br><br>'998 Patent File History: Response to |

5

Exhibit A –Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | Ex Parte Quayle Action (February 10, 2022) (Ex. F) |
| 2. (Issue #1) | "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements"<br><br>'998 Patent: claims 45-47 and 49-54 | Not indefinite. | '998 (Ex. C), (54), Abstract, 1:35-37, 2:41-59, 4:2-3, 5:1-9, 5:39-43, 5:53-67, 6:13-17, 6:45-57, 6:61-67, 7:7-8, 7:13-8:12, 9:35-39, 9:55-64, 10:44-47, 11:26-35, 13:22-34, 13:49-60, 14:22-51, 16:17-23, 16:43-45<br><br>'998 (Ex. C), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B.<br><br>'998 (Ex. C), claims 1, 13-14, 45-47, 49, 58, 63<br><br>'998 Patent File History: Ex Parte Quayle Action (February 9, 2022) (Ex. L)<br><br>U.S. Patent No. 9,479,191, claim 1 (Ex. M) | Indefinite under 35 U.S.C. § 112, ¶ 2. | '998 (Ex. C), claim 45<br><br>'998 (Ex. C), FIGS. 1, 8, 10<br><br>'998 (Ex. C), 5:1-9; 7:21-29; 7:66-8:12; 13:27-34; 14:39-48.<br><br>'998 Patent File History: Claims as Filed (September 22, 2021) (Ex. D)<br><br>'998 Patent File History: Preliminary Amendment (October 25, 2021) (Ex. E1)<br><br>'998 Patent File History: Supplemental Preliminary Amendment (October 25, 2021) (Ex. E2)<br><br>'998 Patent File History: Response to |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | Ex Parte Quayle Action (February 10, 2022) (Ex. F) |
| 3. (Issue #2) | **"digital-to-digital mapping maps … to a set of M digital output data bits associated with a plurality of voltage values"**<br><br>'998 Patent: claim 1 | Plain and ordinary meaning, where "a set of M digital output bits" means M digital output bits and "a plurality of voltage values" means one or more voltage values. | '998 (Ex. C), 2:57-59, 2:66-3:10, 4:58-67, 5:1-13, 5:53-67, 6:13-17, 6:54-57, 7:25-33; 7:49-65, 7:66-8:12, 8:13-31, 8:62-9:8, 11:11-12:24, 13:42-60, 15:21-16:27, 16:46-49, 16:63-17:6.<br><br>'998 (Ex. C), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B<br><br>'998 (Ex. C), claims 1, 4, 6, 13, 45, 46, 49, 58<br><br>Patent Owner Response in IPR2022-01283 (U.S. Patent No. 10,342,998) (June 14, 2023) (Ex. N) at 8-10, 23-27.<br><br>Declaration of John Dallesasse in Support of Patent Owner's Response, EX2022 in IPR2022-01283 (June | digital-to-digital mapping maps … to a set of M digital output data bits associated with a plurality of voltage values for directly driving electrodes of the modulator without any mediating digital-to-analog converter | '998 (Ex. C), claim 1<br><br>'998 (Ex. C), FIGS. 1, 8, 9, 10, 14<br><br>'998 (Ex. C), Title; Abstract; 1:35-37; 1:58-2: 37; 2:41-56; 3:66-4:4; 4:58-67; 5:1-43; 5:53-56; 6:45-53; 7:1-2; 7:13-25; 7:66-8:28; 8:45-9:5; 9:55-10:5; 13:4-38; 13:40-60; 14:2-5; 14:13-67; 15:16-21; 16:50-65<br><br>Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. G) at 3-4, 7-8, 18, 20-28, 30, 32-34, 36-38, 42-45, 60-66.<br><br>Patent Owner's |

Exhibit A –Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | 13, 2023) (Ex. O) at ¶¶ 20-21, 28, 30.<br><br>Excerpts of Deposition of John Dallesasse in Support of Patent Owner's Response, EX1029 in IPR2022-01283 (August 16, 2023) (Ex. P) at 162:16-165:9<br><br>Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-01283 (July 20, 2022) (Ex. Q) at ¶¶ 29, 117-119. | | Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. H) at 3-4, 7-8, 18, 20-30, 32-37, 43-45, 60-66.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. I) at ¶¶ 18-19.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. J) at ¶¶ 18-19.<br><br>Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | 10,461,866) (May 21, 2020) (Ex. K) at 3-4, 37. |
| 4. (Issue #2) | "**mapped to a set of M output bits corresponding to a set of voltage values**"<br><br>'998 Patent: claim 45 | Plain and ordinary meaning, where "a set of M output bits" means M output bits and "a set of voltage values" means one or more voltage values. | '998 (Ex. C), 2:57-59, 2:66-3:10, 4:58-67, 5:1-13, 5:53-67, 6:13-17, 6:54-57, 7:25-33; 7:49-65, 7:66-8:12, 8:13-31, 8:62-9:8, 11:11-12:24, 13:42-60, 15:21-16:27, 16:46-49, 16:63-17:6.<br><br>'998 (Ex. C), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B<br><br>'998 (Ex. C), claims 1, 4, 6, 13, 45, 46, 49, 58<br><br>Patent Owner Response in IPR2022-01283 (U.S. Patent No. 10,342,998) (June 14, 2023) (Ex. N) at 8-10, 23-27.<br><br>Declaration of John | mapped to a set of M output bits corresponding to a set of voltage values for directly driving electrodes of the one or more electro-absorption signal generation devices without any mediating digital-to-analog converter | '998 (Ex. C), claim 45<br><br>'998 (Ex. C), FIGS. 1, 8, 9, 10, 14<br><br>'998 (Ex. C), Title; Abstract; 1:35-37; 1:58-2: 37; 2:41-56; 3:66-4:4; 4:58-67; 5:1-43; 5:53-56; 6:45-53; 7:1-2; 7:13-25; 7:66-8:28; 8:45-9:5; 9:55-10:5; 13:4-38; 13:40-60; 14:2-5; 14:13-67; 15:16-21; 16:50-65<br><br>Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. G) at 3-4, 7-8, 18, 20-28, 30, |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | Dallesasse in Support of Patent Owner's Response, EX2022 in IPR2022-01283 (June 13, 2023) (Ex. O) at ¶¶ 20-21, 28, 30.<br><br>Excerpts of Deposition of John Dallesasse in Support of Patent Owner's Response, EX1029 in IPR2022-01283 (August 16, 2023) (Ex. P) at 162:16-165:9<br><br>Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-01283 (July 20, 2022) (Ex. Q) at ¶¶ 29, 117-119. | | 32-34, 36-38, 42-45, 60-66.<br><br>Patent Owner's Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. H) at 3-4, 7-8, 18, 20-30, 32-37, 43-45, 60-66.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. I) at ¶¶18-19.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. J) at ¶¶ 18-19. |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. 10,461,866) (May 21, 2020) (Ex. K) at 3-4, 37. |
| 5. (Issue #2) | "digital-to-digital mapping maps … to M digital output data bits"<br><br>'998 Patent: claim 58 | Plain and ordinary meaning. | '998 (Ex. C), 2:57-59, 2:66-3:10, 4:58-67, 5:1-13, 5:53-67, 6:13-17, 6:54-57, 7:25-33; 7:49-65, 7:66-8:12, 8:13-31, 8:62-9:8, 11:11-12:24, 13:42-60, 15:21-16:27, 16:46-49, 16:63-17:6.<br><br>'998 (Ex. C), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B<br><br>'998 (Ex. C), claims 1, 4, 6, 13, 45, 46, 49, 58<br><br>Patent Owner Response in IPR2022-01283 (U.S. Patent No. 10,342,998) (June 14, 2023) (Ex. N) at 8-10, 23-27. | digital-to-digital mapping maps … to M digital output data bits for directly driving electrodes of the modulator without any mediating digital-to-analog converter | '998 (Ex. C), claim 58<br><br>'998 (Ex. C), FIGS. 1, 8, 9, 10, 14<br><br>'998 (Ex. C), Title; Abstract; 1:35-37; 1:58-2: 37; 2:41-56; 3:66-4:4; 4:58-67; 5:1-43; 5:53-56; 6:45-53; 7:1-2; 7:13-25; 7:66-8:28; 8:45-9:5; 9:55-10:5; 13:4-38; 13:40-60; 14:2-5; 14:13-67; 15:16-21; 16:50-65<br><br>Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. G) at 3- |

11

Exhibit A –Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | Declaration of John Dallesasse in Support of Patent Owner's Response, EX2022 in IPR2022-01283 (June 13, 2023) (Ex. O) at ¶¶ 20-21, 28, 30.<br><br>Excerpts of Deposition of John Dallesasse in Support of Patent Owner's Response, EX1029 in IPR2022-01283 (August 16, 2023) (Ex. P) at 162:16-165:9<br><br>Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-01283 (July 20, 2022) (Ex. Q) at ¶¶ 29, 117-119. | | 4, 7-8, 18, 20-28, 30, 32-34, 36-38, 42-45, 60-66.<br><br>Patent Owner's Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. H) at 3-4, 7-8, 18, 20-30, 32-37, 43-45, 60-66.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. I) at ¶¶ 18-19.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. J) at ¶¶ 18-19. |

12

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. 10,461,866) (May 21, 2020) (Ex. K) at 3-4, 37. |
| 6. (Issue #2) | "converting, based on a digital-to-digital mapping, … to M digital output data bits associated with M drive voltage values" <br><br> '872 Patent: claims 1, 11, 15 | Plain and ordinary meaning, where the 'M drive voltage values" are directly or indirectly provided to the modulator. | '872 (Ex. B), 2:54-56, 2:63-3:7, 4:53-62, 4:63-5:8, 5:47-61, 6:7-11, 6:46-49, 7:17-25; 7:41-57, 7:58-8:4, 8:5-23, 8:54-67, 11:3-12:18, 13:35-53, 15:15-16:21, 16:40-43, 16:57-67. <br><br> '872 (Ex. B), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B <br><br> '872 (Ex. B), claims 1, 5, 11, 13, 15, 23, 26-27 <br><br> Patent Owner Response in IPR2022-00575 (U.S. Patent No. 10,133,872) (January 20, 2023) (Ex. R) at 4-6, 17-22. | converting, based on a digital-to-digital mapping, … to M digital output data bits associated with M drive voltage values for directly driving electrodes of the modulator without any mediating digital-to-analog converter | '998 (Ex. B), claims 1, 11, 15 <br><br> '872 (Ex. B), FIGS. 1, 8, 9, 10, 14 <br><br> '872 (Ex. B), Title; Abstract; 1:33-35; 1:56-2: 34; 2:38-53; 3:62-67; 4:53-62; 4:63-5:37; 5:47-50; 6:37-45; 6:60-61; 7:5-17; 7:58-8:20; 8:37-64; 9:47-63; 12:64-13:31; 13:33-53; 13:62-64; 14:6-60; 15:10-15; 16:44-56 <br><br> Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. 10,270,535) (February |

13

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | Declaration of John Dallesasse in Support of Patent Owner's Response, EX2018 in IPR2022-00575 (January 19, 2023) (Ex. S) at ¶¶ 20-21, 29-32.<br><br>Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-00575 (July 20, 2022) (Ex. T) at ¶¶ 29, 116-118. | | 18, 2020) (Ex. G) at 3-4, 7-8, 18, 20-28, 30, 32-34, 36-38, 42-45, 60-66.<br><br>Patent Owner's Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. H) at 3-4, 7-8, 18, 20-30, 32-37, 43-45, 60-66.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. I) at ¶¶ 18-19.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) |

14

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | (Ex. J) at ¶¶ 18-19. Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. 10,461,866) (May 21, 2020) (Ex. K) at 3-4, 37. |
| 7. (Issue #2) | **"mapping, based on a digital-to-digital mapping, … to a first digital output associated with M drive voltages"**<br><br>'872 Patent: claims 13, 23 | Plain and ordinary meaning. | '872 (Ex. B), 2:54-56, 2:63-3:7, 4:53-62, 4:63-5:8, 5:47-61, 6:7-11, 6:46-49, 7:17-25; 7:41-57, 7:58-8:4, 8:5-23, 8:54-67, 11:3-12:18, 13:35-53, 15:15-16:21, 16:40-43, 16:57-67.<br><br>'872 (Ex. B), Figs. 1, 2A, 2B, 4, 8-10, 11A, 12A, 12B<br><br>'872 (Ex. B), claims 1, 5, 11, 13, 15, 23, 26-27<br><br>Patent Owner Response in IPR2022-00575 (U.S. Patent No. 10,133,872) (January 20, 2023) (Ex. R) at 4-6, 17-22. | mapping, based on a digital-to-digital mapping, … to a first digital output associated with M drive voltages for directly driving electrodes of the modulator without any mediating digital-to-analog converter | '998 (Ex. B), claims 13, 23<br><br>'872 (Ex. B), FIGS. 1, 8, 9, 10, 14<br><br>'872 (Ex. B), Title; Abstract; 1:33-35; 1:56-2: 34; 2:38-53; 3:62-67; 4:53-62; 4:63-5:37; 5:47-50; 6:37-45; 6:60-61; 7:5-17; 7:58-8:20; 8:37-64; 9:47-63; 12:64-13:31; 13:33-53; 13:62-64; 14:6-60; 15:10-15; 16:44-56<br><br>Patent Owner's Preliminary Response in IPR2020-00123 (U.S. Patent No. |

Exhibit A – Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | Declaration of John Dallesasse in Support of Patent Owner's Response, EX2018 in IPR2022-00575 (January 19, 2023) (Ex. S) at ¶¶ 20-21, 29-32.<br><br>Excerpts of Blumenthal Declaration in Support of Petition, EX1003 in IPR2022-00575 (July 20, 2022) (Ex. T) at ¶¶ 29, 116-118. | | 10,270,535) (February 18, 2020) (Ex. G) at 3-4, 7-8, 18, 20-28, 30, 32-34, 36-38, 42-45, 60-66.<br><br>Patent Owner's Preliminary Response in IPR2020-00122 (U.S. Patent No. 10,033,465) (February 18, 2020) (Ex. H) at 3-4, 7-8, 18, 20-30, 32-37, 43-45, 60-66.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00123 (U.S. Patent No. 10,270,535) (February 18, 2020) (Ex. I) at ¶¶ 18-19.<br><br>Declaration of John Dallesasse In Support of Patent Owner's Preliminary Response in IPR202-00122 (U.S. Patent No. 10,033,465) |

Exhibit A –Joint Claim Chart for U.S. Patent Nos. 11,133,872 and 11,342,998

| Term (Issue) | Claim Term/claims | Ramot Proposed Construction | Ramot's Intrinsic Evidence Citations | Cisco and Acacia's Proposed Construction | Cisco and Acacia's Intrinsic Evidence Citations |
|---|---|---|---|---|---|
| | | | | | (February 18, 2020) (Ex. J) at ¶¶ 18-19. Patent Owner's Preliminary Response in IPR2020-00484 (U.S. Patent No. 10,461,866) (May 21, 2020) (Ex. K) at 3-4, 37. |