EXHIBIT E2

Patent<br>
App. No.: 17/481,904<br>
Attorney Docket No.: RAMO0002US1C1X

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of:<br>Yossef ENRLICHMAN et al. | §<br>§<br>§ | Confirmation No.: 6961<br><br>Group Art Unit: Unassigned |
| Serial No.: 17/481,904 | §<br>§ | Examiner: Unassigned |
| Filed: September 22, 2021 | § | |

For: LINEARIZED OPTICAL DIGITAL-TO-ANALOG MODULATOR

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## SUPPLEMENTAL PRELIMINARY AMENDMENT UNDER 37 C.F.R. 1.115

Dear Sir or Madam:

      Prior to examination, please amend the above-identified application as follows. Although Applicants believe that no additional fees are due in connection with this response, the Commissioner is hereby authorized to charge counsel's Deposit Account No 50-6640/RAMO0002US1C1X/JCC for any fees, including extension of time fees or excess claim fees, required to make this response timely and acceptable to the Office.

      **Amendments to the Claims** begins on page 2 of this paper.

      **Remarks/Arguments** begin on page 18 of this paper.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

**IN THE CLAIMS**

The following listing of claims will replace all prior listings of claims submitted in the Application.

1. (Original) A optical modulation system, the system comprising:

    an input for a plurality of N digital input data bits;

    an input optical signal;

    a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and

    wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;

    wherein the input optical signal is modulated based on the plurality of voltage values;

    wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding output values from a set of possible digital output values;

    wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

    wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

2. (Original) The optical modulation system of claim 1:

wherein, within the digital-to-digital mapping, for a third subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the third subset, decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the fourth subset, increase.

3. (Original) The optical modulation system of claim 1, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

4. (Original) The optical modulation system of claim 1, wherein one or more electrodes of the modulator are driven based on the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

5. (Original) The optical modulation system of claim 1, wherein one or more electrodes of the modulator are driven directly responsive to the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

6. (Original) The optical modulation system of claim 1, wherein the modulator comprises a plurality of waveguide branches that are enabled to modulate the input optical signal, and wherein a first set of the plurality of voltage values drives a first of the plurality of waveguide branches, a second set of the plurality of voltage values drives a second of the plurality of waveguide branches, and wherein outputs of the first and second waveguide branches are joined to provide at least part of the one or more modulated optical signal outputs.

7. (Original) The optical modulation system of claim 1, wherein the modulating comprises one of phase modulation, amplitude modulation, or phase and amplitude modulation.

8. (Original) The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in intensity responsive to the input.

9. (Original) The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

10. (Original) The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

11. (Original) The optical modulation system of claim 1, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

12. (Original) The optical modulation system of claim 1, wherein the one or more modulated optical signal outputs are corrected for non-linearities due to

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

non-linear characteristics of the optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

13. (Original) The optical modulation system of claim 1, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

14. (Currently Amended) The optical modulation system of claim 1, wherein <u>at least some of</u> the first subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein <u>at least some of</u> the second subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously.

15. (Original) The optical modulation system of claim 1, wherein the input optical signal is provided by an optical signal source.

16. (Original) A optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively decreasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively decreasing digital input values in the second subset, increase.

17.    (Original)    The optical modulation system of claim 16:

wherein, within the digital-to-digital mapping, for a third subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively increasing digital input values in the third subset decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively increasing digital input values in the fourth subset, increase.

18.    (Original)    The optical modulation system of claim 16, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas

Patent  
App. No.: 17/481,904  
Attorney Docket No.: RAMO0002US1C1X

between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

19. (Original) The optical modulation system of claim 16, wherein one or more electrodes of the modulator are driven based on the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

20. (Original) The optical modulation system of claim 16, wherein one or more electrodes of the modulator are driven directly responsive to the plurality of voltage values to modulate the input optical signal, thereby generating the one or more modulated optical signal outputs.

21. (Original) The optical modulation system of claim 16, wherein the modulator comprises a plurality of waveguide branches that are enabled to modulate the input optical signal, and wherein a first set of voltage values modulates the input optical signal associated with a first of the plurality of waveguide branches, a second set of voltage values modulates the input optical signal associated with a second of the plurality of waveguide branches, and wherein outputs of the first and second of the plurality of waveguide branches are joined to provide at least part of the one or more modulated optical signal outputs.

22. (Original) The optical modulation system of claim 21, wherein a phase of the input optical signal associated with each waveguide branch is modulated by the respective set of voltage values applied to one or more electrodes of the waveguide branch.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

23.  (Original)  The optical modulation system of claim 16, wherein the modulating comprises one of phase modulation, amplitude modulation, or phase and amplitude modulation.

24.  (Original)  The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in intensity responsive to the input.

25.  (Original)  The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

26.  (Original)  The optical modulation system of claim 16, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

27.  (Original)  The optical modulation system of claim 16, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

28.  (Original)  The optical modulation system of claim 16, wherein one or more modulated optical signal outputs are corrected for non-linearities due to non-linear characteristics of the optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

29.  (Original)  The optical modulation system of claim 16, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

30.  (Currently Amended)  The optical modulation system of claim 16, <u>wherein at least some of</u> the first subset of successively decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein <u>at least some of</u> the second subset of successively decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

31.  (Original)  The optical modulation system of claim 16, wherein the input optical signal is provided by the optical signal source.

32.  (Original)  An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where $N>1$;

an input optical signal;

an electrically controllable electro-optic modulator comprising a plurality of waveguide branches, each waveguide branch configured to receive the input optical signal;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the M output bits are from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

wherein the input optical signal received by each of the waveguide branches of the modulator is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; wherein an output of the modulator combines the modulated optical signals corresponding to the plurality of waveguide branches to generate a modulated output signal varying in one or more of intensity, amplitude, and phase responsive to the input digital data word; and

9

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

wherein the modulated optical signal is transmitted as a portion of the modulated output optical stream.

33. (Original) The optical modulation system of claim 32, wherein the N bits of the N bit digital input data word are mapped to M output bits based on a digital-to-digital mapping that comprises, for each digital input from a set of possible digital inputs, a corresponding output from a set of possible digital outputs;

wherein, for a first subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the first subset, decrease; and

wherein, for a second subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the second subset, increase.

34. (Currently Amended) The optical modulation system of claim 33, wherein <u>at least some of</u> the first subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein <u>at least some of</u> the second subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

35. (Original) The optical modulation system of claim 32, wherein the digital-to-digital mapping further comprises, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

output values corresponding respectively to the successively increasing or decreasing digital input values in the third subset, remain the same.

36.     (Original)     The optical modulation system of claim 32, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

37.     (Original)     The optical modulation system of claim 32, wherein the modulated output optical stream is one of phase modulated, amplitude modulated, or phase and amplitude modulated output.

38.     (Original)     The optical modulation system of claim 32, wherein the modulated output optical stream varies in intensity responsive to the input.

39.     (Original)     The optical modulation system of claim 32, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

40.     (Original)     The optical modulation system of claim 32, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

41.     (Original)     The optical modulation system of claim 32, wherein the optical modulator comprises one or more Mach-Zehnder interferometer (MZI) based modulators.

42.     (Original)     The optical modulation system of claim 32, wherein the modulated output optical stream is corrected for non-linearities due to non-linear characteristics of the optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

43.   (Original)   The optical modulation system of claim 32, wherein, for a given digital input, the mapping to a corresponding digital output value is determined based on a pattern for actuating drive voltages that alters a linearity of an optical response of the optical modulator.

44.   (Original)   The optical modulation system of claim 32, wherein the input optical signal is provided by the optical signal source.

45.   (Original)   An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:
   an input configured to receive an input digital data word having N bits, where N>1;
   one or more electro-absorption signal generation devices, each configured for generating an optical signal output;
   wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;
   wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;
   wherein each of the optical signal output generated by the electro-absorption signal generation device is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; and
   an output configured to combine the modulated optical signals from the one or more electro-absorption signal generation devices to generate a modulated output signal varying in intensity responsive to the input digital data word.

46.   (Original)   The optical modulation system of claim 45, wherein the N bits of the N bit digital input data word are mapped to the set of M output bits

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

based on a digital-to-digital mapping that comprises, for each digital input from a set of possible digital inputs, a corresponding output from a set of possible digital outputs;

wherein, for a first subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the first subset, decrease; and

wherein, for a second subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the second subset, increase.

47.   (Currently Amended)   The optical modulation system of claim 46, wherein _at least some of_ the first subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein _at least some of_ the second subset of successively increasing or decreasing digital input values are specified in the digital-to-digital mapping non-contiguously.

48.   (Original)   The optical modulation system of claim 45, wherein the digital-to-digital mapping further comprises, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding respectively to the successively increasing or decreasing digital input values in the third subset, remain the same.

49.   (Original)   The optical modulation system of claim 45, wherein, for a given digital input value, the mapping to a corresponding digital output value is determined based

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

on a pattern for actuating drive voltages that alters a linearity of an optical response of an optical modulator.

50. (Original) The optical modulation system of claim 49, wherein the optical modulator comprises one or more electro-absorption based modulators.

51. (Original) The optical modulation system of claim 45, wherein the modulated output optical stream is one of phase modulated, amplitude modulated, or phase and amplitude modulated output.

52. (Original) The optical modulation system of claim 45, wherein the modulated output optical stream varies in intensity responsive to the input.

53. (Original) The optical modulation system of claim 45, wherein the one or more modulated optical signal outputs vary in amplitude responsive to the input.

54. (Original) The optical modulation system of claim 45, wherein the one or more modulated optical signal outputs vary in phase responsive to the input.

55. (Original) The optical modulation system of claim 45, wherein the modulated output optical stream is corrected for non-linearities due to non-linear characteristics of an optical modulator or non-linearities due to non-linear characteristics of one or more optical fibers transmitting modulated optical signal outputs.

56. (Original) The optical modulation system of claim 45, wherein, for a given digital input, the mapping to a corresponding digital output value is determined

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

based on a pattern for actuating drive voltages that alters a linearity of an optical response of an optical modulator.

57. (Original) The optical modulation system of claim 45, wherein the input optical signal is provided by the optical signal source.

58. (Previously Presented) A optical modulation system, the system comprising:

an input for a plurality of N digital input data bits;

an input optical signal;

wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits;

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of M corresponding output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase; and

wherein the optical modulation system further comprises a modulator for modulating the input optical signal responsively to the M digital output data bits, to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers.

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

59. (Currently Amended) The optical modulation system of claim [[1]] 58:

wherein, within the digital-to-digital mapping, for a third subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the third subset decrease, and

wherein, within the digital-to-digital mapping, for a fourth subset of successively decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital outputs corresponding respectively to the successively decreasing digital input values in the fourth subset increase.

60. (Currently Amended) The optical modulation system of claim [[1]] 58, wherein, within the digital-to-digital mapping, for a third subset of successively increasing or decreasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital output values corresponding to the successively increasing or decreasing digital input values in the third subset, remain the same.

61. (Currently Amended) The optical modulation system of claim [[1]] 58, where in the modulator comprises one or more branches that receive the input optical signal.

62. (Currently Amended) The optical modulation system of claim [[1]] 58, wherein modulating the input optical signal responsively to the M digital output data bits outputs a modulation of the input optical signal that is one or a combination of: a pulse modulated: an amplitude modulated: or a phase modulated output signal.

16

Patent
App. No.: 17/481,904
Attorney Docket No.: RAMO0002US1C1X

63.  (New) The optical modulation system of claim 58, wherein at least some of the first subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously, and wherein at least some of the second subset of successively increasing digital input values are specified in the digital-to-digital mapping non-contiguously.

Patent<br>
App. No.: 17/481,904<br>
Attorney Docket No.: RAMO0002US1C1X

## REMARKS

Applicant requests that the Examiner enter the amendment to the claims set forth herein prior to examining the Application.  Applicant submits that no new matter has been added by any of the amendments.

If the Examiner has any questions, please contact the Applicants' undersigned representative at the number provided below.

Respectfully submitted,

/Sarah Mirza/
Sarah Mirza
Registration No. 74866
ARTEGIS LAW GROUP, L.L.P.
710 Lakeway Drive, Suite 120
Sunnyvale CA, 94085
Telephone:  (408) 715-3261
Facsimile:   (408) 715-1201
Attorney for Applicant(s)