# EXHIBIT P

```
                                                              1

 1       UNITED STATES PATENT AND TRADEMARK OFFICE

 2        BEFORE THE PATENT TRIAL AND APPEAL BOARD

 3         IPR2022-01283 PATENT NO. 11,342,998

 4

 5    -------------------------------------------

 6   CISCO SYSTEMS, INC.,

 7              Petitioner,

 8        -vs-

 9   RAMOT AT TEL AVIV UNIVERSITY LTD.,

10              Patent Owner.

11   -------------------------------------------

12

13

14     REMOTE TESTIMONY OF JOHN M. DALLESASSE, PhD

15          AUGUST 16, 2023 -  11:00 A.M. CDT

16

17

18

19

20

21   JOB NO. 2023-906421

22
```

John Dallesasse - August 16, 2023

2

```
 1
 2
 3                AUGUST 16, 2023
 4                11:00 A.M. CDT
 5
 6
 7       DEPOSITION of JOHN M. DALLESASSE, PhD,
 8  before S. Arielle Santos, Certified Court
 9  Reporter, Certified LiveNote Reporter and Notary
10  Public.
11
12
13
14
15
16
17
18
19
20
21
22
```

Ex.1029 / Page 2 of 188
Cisco Systems, Inc. v. Ramot at Tel Aviv University Ltd.
IPR2022-01283

John Dallesasse - August 16, 2023

```
                                                                    3
 1              REMOTE APPEARANCES:

 2

 3   COUNSEL FOR PETITIONER:

 4   BY - THEODORE M. FOSTER

 5   BY - CALMANN CLEMENTS

 6   HAYNES BOONE

 7   2323 Victory Avenue, Suite 700

 8   Dallas, Texas 75219

 9

10

11   COUNSEL FOR PATENT OWNER:

12   BY - COREY JOHANNINGMEIER

13   BUNSOW DE MORY LLP

14   701 El Camino Real

15   Redwood City, CA 94063

16

17   ALSO PRESENT:

18       JESUS ARELLANO, Video Monitor

19

20

21

22
```

John Dallesasse - August 16, 2023

```
                                                              4
 1                         INDEX

 2   JOHN DALLESASSE, PhD                        6

 3         THEODORE M. FOSTER                    7

 4

 5

 6         EXHIBITS MARKED - ATTACHED

 7   Exhibit 1027 - Deposition Figure          109

 8   Exhibit 1028 - Table                      136

 9

10         EXHIBITS REFERENCED - PREVIOUSLY MARKED

11   Exhibit 2022                               16

12   Exhibit 1009                               18

13   Exhibit 1006                               38

14   Exhibit 1005                               64

15

16

17

18

19

20

21

22
```

www.LexitasLegal.com/Premier     Lexitas                888-267-1200

John Dallesasse - August 16, 2023

```
                                                    5
1        THE VIDEOGRAPHER:  We are now
2   on the record.
3        Today's date is August 16,
4   2023, and the time is 11:00 a.m.
5   Central Standard Time.
6        This is the video deposition
7   of Dr. John M. Dallesasse, PhD, in
8   the matter of Cisco Systems, Inc.
9   versus Ramot at Tel Aviv University
10  LTD, filed in the United States
11  Patent and Trademark Office, Case
12  Number IPR2022-01283.
13       This deposition is taking
14  place via web video conference with
15  all participants attending
16  remotely.
17       My name is Jesus Arellano.  I
18  am the videographer representing
19  Lexitas.
20       Would counsel on the
21  conference please identify
22  yourselves and state whom you
```

John Dallesasse - August 16, 2023

6

1  represent, beginning with the
2  questioning attorney.
3          THEODORE M. FOSTER:  My name
4  is Theo Foster with the law firm of
5  Haynes and Boone.  I represent the
6  Petitioner Cisco Systems in this
7  case.
8          Also with me observing today
9  is my co-counsel, Calmann Clements.
10         COREY JOHANNINGMEIER:  This is
11 Corey Johanningmeier of Bunsow De
12 Mory, representing Ramot.
13         THE VIDEOGRAPHER:  Our court
14 reporter today is Arielle Santos
15 representing Lexitas.
16         The court reporter will now
17 swear in the witness.
18
19 JOHN DALLESASSE, Testifies under penalty of
20 perjury as follows:
21         THE WITNESS:  Yes, I do.
22

Ex.1029 / Page 6 of 188
Cisco Systems, Inc. v. Ramot at Tel Aviv University Ltd.
IPR2022-01283

John Dallesasse - August 16, 2023

7

```
1              EXAMINATION
2   BY THEODORE M. FOSTER:
3      Q    Good morning, Dr. Dallesasse.
4      A    Good morning.
5      Q    Can you please state your full
6   name for the record?
7      A    Sure, it's John Michael
8   Dallesasse.
9      Q    And you have been deposed several
10  times before; is that correct?
11     A    Yes, that is correct.
12     Q    When was the most recent time
13  that you were deposed?
14     A    It was March.
15     Q    So you remember how depositions
16  work?
17     A    Yes.
18     Q    And you understand that you must
19  provide verbal answers to my questions so
20  that the court reporter can make an
21  accurate transcript.
22     A    Yes, I understand that.
```

Ex.1029 / Page 7 of 188
Cisco Systems, Inc. v. Ramot at Tel Aviv University Ltd.
IPR2022-01283

John Dallesasse - August 16, 2023

162

```
1          All right.  Yes, ten-minute
2    break.
3          THE VIDEOGRAPHER:  The time is
4    3:17 p.m. and we are going off the
5    record.
6          (Whereupon a Recess Commenced
7    at 3:17 p.m. and Testimony
8    Recommenced at 3:27 p.m. CDT.)
9          THE VIDEOGRAPHER:  The time is
10   3:27 p.m. and we are back on
11   record.
12   BY THEODORE M. FOSTER:
13      Q    Dr. Dallesasse, did you talk with
14   anyone during the break?
15      A    No.
16      Q    All right.  Let's turn to your
17   declaration in paragraph 30.
18      A    Okay.  I am at 30.
19      Q    All right.  And you discuss there
20   the word "pattern" as it's used in the
21   '998, correct?
22      A    Yes.
```

John Dallesasse - August 16, 2023

163

```
1    Q    In the second sentence you say,
2    that, "In some embodiments this pattern
3    'corresponds to the electrode actuation
4    pattern.'"
5         Do you see that?
6    A    Yes, I see that.
7    Q    I am confused by what you mean
8    that the pattern corresponds to the
9    pattern.  Because to me, it seems like the
10   pattern is the pattern.
11        Can you explain what you meant?
12   A    So -- the M-bit output would --
13   so, again, just to -- in -- in some
14   embodiments, the pattern is directly or
15   indirectly coupled to electrodes and
16   correspond to an electrode actuation
17   pattern.
18        But I think that there is a
19   further discussion that goes on to say
20   that the pattern is -- is -- or the
21   pattern is ultimately compared to the
22   desired response of the system.  And based
```

Ex.1029 / Page 163 of 188
Cisco Systems, Inc. v. Ramot at Tel Aviv University Ltd.
IPR2022-01283

John Dallesasse - August 16, 2023

164

1  upon -- based upon that pattern, the --
2  the mapping function creates a pattern
3  which is -- which is the pattern that is
4  actually applied either directly or
5  indirectly.
6          So this is basically ultimately
7  the pattern is -- is the M-bits that --
8  you know, again, ultimately either
9  directly or indirectly drive the
10 electrodes.
11   Q    So in the next sentence in
12 paragraph 30, you say that there are
13 embodiments where "the pattern corresponds
14 to a constellation point."
15          Do you see that?
16   A    Yes.
17   Q    And then you referred to the '998
18 patent in column 6.
19   A    Okay.
20   Q    Do you want to turn to the '998
21 patent, in column 6, the portion you
22 referred to there.

John Dallesasse - August 16, 2023

```
                                                         165
 1    A     Okay.  I am there.
 2    Q     And that portion of column 6,
 3   right, it's describing Figure 11A,
 4   correct?
 5    A     Figure 11A is a constellation
 6   diagram for the device -- Figure 10
 7   illustrating a choice of constellation
 8   points and corresponding electrode
 9   actuation patterns.
10    Q     So if we look at Figure 11A --
11   can you help me understand what in Figure
12   11A shows an electrode actuation pattern?
13    A     So in Figure 11A basically --
14   it's an illustration of all possible --
15   all possible outputs for all combinations
16   of electrode actuation patterns, given
17   the -- given the availability of the
18   M-bits of output.
19          So if you look at this basically
20   the light dots -- at least what look like
21   light dots in my copy -- correspond to all
22   possible outputs, given the electrodes
```

John Dallesasse - August 16, 2023

```
                                                      166
 1   that are available and the points that
 2   have the minimum distance from the desired
 3   points.
 4           So if you look at the darker
 5   points, the darker points are representing
 6   the points that are desired for, you know,
 7   in this case, a 16 qam signal, and the
 8   electrode actuation pattern that's chosen
 9   is the point that most closely
10   approximates the location to the desired
11   output to achieve 16 qam.
12   Q    Okay.
13           But where is that an electrode
14   actuation pattern in Figure 11A?
15           I don't see an electrode
16   actuation pattern illustrated.
17           COREY JOHANNINGMEIER:
18      Objection.  Asked and answered.
19           THE WITNESS:  The light -- as
20      I said, the light spots represent
21      the output given the -- all
22      possible electrode actuation
```