EXHIBIT T

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

CISCO SYSTEMS, INC.,
Petitioner

U.S. Patent No. 11,133,872

_____

**DECLARATION OF DANIEL BLUMENTHAL,
UNDER 37 C.F.R. § 1.68 IN SUPPORT OF PETITION FOR
*INTER PARTES* REVIEW**

Blumenthal Declaration                    *Inter Partes* Review of U.S. 11,133,872

## TABLE OF CONTENTS

I.      Introduction..................................................................5

II.     Qualifications and Professional Experience ........................7

III.    Level of Ordinary Skill in the Art ....................................14

IV.     Relevant Legal Standards ...............................................15

V.      Background.................................................................17

        A.      Optical Transmission.........................................17

        B.      Fiber Optic and Integrated Optic Waveguides...................24

        C.      Laser Types and Pulsed Optical Sources ...................30

        D.      Optical Data Modulators ....................................38

        E.      Optical Data Modulation ....................................41

        F.      Baseband and Carriers.......................................49

        G.      Optical Multiplexing .......................................51

        H.      Coherent Optical Modulators.................................54

        I.      Modulator Linearization.....................................57

        J.      Channel Multiplexing .......................................66

VI.     The '872 Patent...........................................................69

        A.      Overview of the '872 Patent.................................69

VII.    Claim Construction.......................................................72

        A.      "digital" ....................................................72

        B.      "digital to digital converter" / "digital-to-digital mapping"...............72

        C.      "modulator" .................................................73

VIII.   Identification of how the Claims are Unpatentable.......................74

2

Blumenthal Declaration                    *Inter Partes* Review of U.S. 11,133,872

A.    Claims 1-30 are obvious under 35 U.S.C. § 103(a) over Roberts and Taraschuk..........................................................................74

    1.    Summary of Roberts ......................................................74

    2.    Summary of Taraschuk....................................................77

    3.    Reasons to Combine Roberts and Taraschuk ................79

    4.    Claim 1 ...........................................................................85

    5.    Claim 2 .........................................................................106

    6.    Claim 3 .........................................................................108

    7.    Claim 4 .........................................................................108

    8.    Claim 5 .........................................................................110

    9.    Claim 6 .........................................................................112

    10.    Claim 7 .........................................................................114

    11.    Claim 8 .........................................................................115

    12.    Claim 9 .........................................................................115

    13.    Claim 10 .......................................................................115

    14.    Claim 11 .......................................................................117

    15.    Claim 12 .......................................................................119

    16.    Claim 13 .......................................................................120

    17.    Claim 14 .......................................................................172

    18.    Claim 15 .......................................................................173

    19.    Claim 16 .......................................................................179

    20.    Claim 17 .......................................................................179

    21.    Claim 18 .......................................................................180

Ex. 1003
CISCO SYSTEMS, INC. / Page 3 of 198

Blumenthal Declaration                    *Inter Partes* Review of U.S. 11,133,872

22.    Claim 19 .................................................................. 180

23.    Claim 20 .................................................................. 180

24.    Claim 21 .................................................................. 182

25.    Claim 22 .................................................................. 182

26.    Claim 23 .................................................................. 183

27.    Claim 24 .................................................................. 190

28.    Claim 25 .................................................................. 191

29.    Claim 26 .................................................................. 191

30.    Claim 27 .................................................................. 191

31.    Claim 28 .................................................................. 192

32.    Claim 29 .................................................................. 192

33.    Claim 30 .................................................................. 193

B.    Ground 2: Claims 13-14 and 23-29 are obvious under 35 U.S.C. § 103(a) over Roberts, Taraschuk, and Wright. ...............................194

1.    Summary of Wright ...................................................... 194

2.    Reasons to combine Wright with Roberts and Taraschuk 195

3.    Claims 13-14 and 23-29 ............................................. 197

IX.    Conclusion ................................................................. 198

4

I, Daniel Blumenthal, do hereby declare as follows:

## I.    INTRODUCTION

1.    I am making this declaration at the request of Cisco Systems, Inc. in the matter of the *Inter Partes* Review of U.S. Patent No. 11,133,872 ("the '872 Patent") to Ehrlichman *et al*.

2.    I am being compensated for my work in this matter at my standard hourly rate. I am also being reimbursed for reasonable and customary expenses associated with my work and testimony in this investigation. My compensation is not contingent on the outcome of this matter or the specifics of my testimony.

3.    I have been asked to provide my opinions regarding whether claims 1-30 ("the Challenged Claims") of the '872 Patent are unpatentable as they would have been obvious to a person having ordinary skill in the art ("POSITA") at the time of the alleged invention, in light of the prior art. It is my opinion that all of the limitations of the Challenged Claims would have been obvious to a POSITA.

4.    In the preparation of this declaration, I have studied:

a.    the '872 Patent, Ex.1001;

b.    the prosecution history of the '872 Patent ("'872 File History"), Ex.1002;

c.    U.S. Patent No. 7,277,603 to Roberts *et al.* ("Roberts"), Ex.1005;

d.    U.S Patent No. 6,781,537 to Taraschuk *et al.* ("Taraschuk"), Ex.1006;

Ex. 1003
CISCO SYSTEMS, INC. / Page 5 of 198

Blumenthal Declaration                 *Inter Partes* Review of U.S. 11,133,872

reference or to combine prior art reference teachings to arrive at the claimed

invention.

## V.    BACKGROUND

### A.    Optical Transmission

28.    Optical fiber has proved a cost-efficient way to modulate and receive

optical signals over distances since at least the 1970s, and the basic model of a

fiber transmission link has remained essentially the same. *See generally* Ex.1019.

The basic elements of a point-to-point fiber optic transmission link are shown in

Fig. A[1] below. *See also*, Ex.1015, pp. 15-19.

---

[1] Figs. A-N are my own creations, some of which have been adapted from various

    references as indicated.

17

Blumenthal Declaration                *Inter Partes* Review of U.S. 11,133,872



**Fig. A**

29.     The link includes an optical transmitter and receiver connected over

an optical fiber and depending on the distance and link data capacity, may use

optical amplification during transmission. The transmitter converts electrically

modulated data to a modulated optical-carrier signal that is coupled to an optical

transmission fiber via a physical link interface. The electrical data can externally

modulate a continuous wave (cw) laser drive via an optical data modulator or

direct drive the laser. In both cases, interface drive electronics are used to match

the data source to the transmission modulation format and requirements for driving

the external modulator or directly driving the laser. Two basic types of links are the

digital and analog fiber link, the latter sometimes referred to as radio frequency or

RF. In addition to the data modulated laser, transmitters may contain elements like

18

Ex. 1003
CISCO SYSTEMS, INC. / Page 18 of 198

an optical amplifier, an optical filter, an optical isolator and other components

based on the application requirements, data modulation type and data rate. *See e.g.*,

Ex.1015, pp. 149 – 153.

30.     After transmission over the fiber, an optical receiver is used to convert

the optical data back to an electronic analog baseband electrical signal. This

electrical signal is then amplified, filtered and demodulated. In the case of digital

transmission, data and clock recovery circuits are used to deliver the original

electronic data with as low a bit error (or error in transmitted and received bits) as

required. With an analog transmission link, the receiver must accurately reproduce

the original signal with high fidelity and low harmonic distortion (e.g. minimal

distortion). In most cases, the signal to noise ratio (SNR) and distortion of the

signals are of critical importance in low error rate digital data transmission or high

fidelity, low distortion analog signal transmission. Noise sources and nonlinearities

in the various transmitter, fiber and receiver portions must be considered and

compensated for appropriately. *See e.g.*, Ex.1015, pp. 149 – 153.

31.     A basic receiver includes a photodetector that receives the optical

signal from the transmission fiber and converts the optical signal to a modulated

electrical current representative of the received signal. Depending on the link

design and transmission modulation format, there can be an optical filter and/or an

optical demodulator prior to photodetection. A series of stages that perform

since Roberts describes its DSP as incorporating a "non-linear compensator" (i.e., a linearizer), application of Taraschuk's mapping techniques to Roberts' DSP would have involved merely the use of known linearizer designs and known linearizer functionality.

**114.**    Because such techniques were well-known for use with linearizers, as noted by Taraschuk, a POSITA would have had reason to believe that using Taraschuk's mapping technique with the DSP of Roberts would have worked as expected. Roberts teaches that its DSP incorporates a "non-linear compensator" (i.e., a linearizer). Ex.1005, 6:31-37. Thus, a POSITA would have expected a reasonable likelihood of success when applying Taraschuk's linearizer mapping technique to Roberts' DSP, which includes a non-linear compensator. Success would have been expected regardless of the downstream mechanism by which the pre-distorted signal (i.e., the output of the compensator) is applied to the modulator.

**115.**    In addition to implementing Taraschuk's mapping techniques into Roberts's DSP, a POSITA would have found it obvious to implement known modulator variations as taught by Taraschuk. While Taraschuk notes that its optical modulator may be a Mach-Zehnder modulator, Taraschuk also notes that linearization techniques are applicable and useful for other types of modulators, particularly directly driven lasers: "[I]t will be appreciated that the [linearization]

82

techniques described above … may equally be used to drive an optical signal source [i.e., a laser]." Ex.1006, 8:62-65.

116.   A POSITA would have recognized that Taraschuk's linearizer is applicable to optical modulators in general; Taraschuk confirms this understanding by stating that the linearizer is "designed in a known manner" (meaning that the linearizer's design is not specific to Taraschuk). Ex.1006, 6:61-65. As such, a POSITA would have recognized that Taraschuk's linearizer teaching could be applied to modulators with one or more electrodes, where direct drive would be used for a multi-electrode modulator or a DAC would be used with a single-electrode modulator. Therefore, a POSITA would have had a reasonable likelihood of success when applying the mapping techniques of Taraschuk to Roberts' DSP.

117.   For example, Taraschuk in Fig. 6 illustrates a digital-to-analog converter (DAC) 16 that applies the pre-distorted output of the linearizer 44 to the modulator 52. Roberts in Fig. 4 illustrates the pre-distorted output of the DSP 34 to electrodes 40 of the MZM 4. While Taraschuk describes using a DAC to apply the pre-distorted signal to the MZM, a POSITA would have understood that Taraschuk's linearization techniques would be applicable to the teachings of Roberts. Indeed, Taraschuk also contemplates examples in which the linearizer compensates for the non-linearities of an optical modulator alone:

"…compensating non-linearities of the A/D converter (and/**or the optical**

Blumenthal Declaration                    *Inter Partes* Review of U.S. 11,133,872

**modulator** 52)…." Ex.1006, 8:49-52.

118.    A POSITA also would have expected success in the combination because Roberts illustrates in Fig. 2 a prior art device that, like Taraschuk, uses a DAC to drive a Mach-Zehnder modulator. Roberts describes that prior art device as using the same "non-linear compensator 18" that Roberts suggests integrated into the DSP of Roberts' Fig. 4 example (where the DSP directly, digitally drives the Mach-Zehnder modulator). Ex.1005, 6:31-56. Because Roberts suggests using the same non-linear compensator either with or without a DAC, a POSITA would have had a reasonable expectation of success in using Taraschuk's linearizer techniques without a DAC, such as in Roberts' Fig. 4.

119.    Applying Taraschuk's linearizer mapping technique to Roberts' DSP would have achieved the predictable result of compensating for non-linearities in a Mach-Zehnder optical modulator. This result is predictable because Taraschuk expressly teaches that its techniques are used to compensate for non-linearities of Mach-Zehnder optical modulators. Ex.1006, 7:56-60. Accordingly, the combination is simply a matter of applying a known technique (Tarashuk's mapping) to a known device (Roberts' DSP) ready for improvement to yield predictable results (compensating for non-linearities in a Mach-Zehnder optical modulator). Additionally, the combination of Roberts and Taraschuk represents use of a known technique (Taraschuk's linearizer mapping) to improve similar devices

Ex. 1003
CISCO SYSTEMS, INC. / Page 84 of 198

## IX.    CONCLUSION

**331.**    This declaration and my opinions herein are made to the best of my knowledge and understanding, and based on the material available to me, at the time of signing this declaration. I declare that all statements made herein on my own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 or Title 18 of the United States Code.

Date: 2/16/22

198

Ex. 1003
CISCO SYSTEMS, INC. / Page 198 of 198