IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2024, **RAMOT'S OPENING CLAIM CONSTRUCTION BRIEF** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jennifer Ying, Esquire <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 N. Market Street <br> Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| L. Norwood Jameson, Esquire <br> DUANE MORRIS LLP <br> 1075 Peachtree Street NE, Suite 2000 <br> Atlanta, GA 30309-3929 | VIA ELECTRONIC MAIL |

Joseph A. Powers, Esquire  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA 19103-4196  

VIA ELECTRONIC MAIL

Holly Engelmann, Esquire  
DUANE MORRIS LLP  
Terrace 7  
2801 Via Fortuna, Suite 200  
Austin, TX 78746-7567  

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ Andrew C. Mayo
_____
John G. Day (#2403)  
Andrew C. Mayo (#5207)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302) 654-1888  
jday@ashbygeddes.com  
amayo@ashbygeddes.com  

*Attorneys for Defendant*

*Of Counsel:*

Denise De Mory  
Corey Johanningmeier  
BUNSOW DE MORY LLP  
701 El Camino Real  
Redwood City, CA 94063  
(650) 351-7248  
ddemory@bdiplaw.com  
cjohanningmeier@bdiplaw.com  

Dated: May 2, 2024