IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>  Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD.,<br><br>  Defendant. | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of June, 2024, **RAMOT'S REPLY CLAIM CONSTRUCTION BRIEF** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jennifer Ying, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309-3929 | VIA ELECTRONIC MAIL |

{01836243;v1 }

Joseph A. Powers, Esquire  
DUANE MORRIS LLP  
30 South 17th Street  
Philadelphia, PA 19103-4196  

VIA ELECTRONIC MAIL

Holly Engelmann, Esquire  
DUANE MORRIS LLP  
Terrace 7  
2801 Via Fortuna, Suite 200  
Austin, TX 78746-7567  

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)  
Andrew C. Mayo (#5207)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302) 654-1888  
jday@ashbygeddes.com  
amayo@ashbygeddes.com  

*Attorneys for Defendant*

*Of Counsel:*

Denise De Mory  
Corey Johanningmeier  
BUNSOW DE MORY LLP  
701 El Camino Real  
Redwood City, CA 94063  
(650) 351-7248  
ddemory@bdiplaw.com  
cjohanningmeier@bdiplaw.com  

Dated: June 20, 2024