IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD., )<br><br>Defendant. ) | C. A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>RAMOT AT TEL AVIV UNIVERSITY LTD., )<br><br>Defendant. ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs' Sur-Reply Claim Construction Brief* were caused to be served on July 11, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                                                                           *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire  *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL: */s/ Jennifer Ying*

L. Norwood Jameson  Jack B. Blumenfeld (#1014)
Matthew C. Gaudet  Jennifer Ying (#5550)
Sajid Saleem  1201 North Market Street
Daniel Mitchell  P.O. Box 1347
DUANE MORRIS LLP  Wilmington, DE 19899
1075 Peachtree Street NE, Suite 1700  (302) 658-9200
Atlanta, GA 30309-3929  jblumenfeld@morrisnichols.com
(404) 253-6900  jying@morrisnichols.com

Joseph A. Powers  *Attorneys for Plaintiffs Cisco Systems, Inc.*
Aleksander J. Goranin  *and Acacia Communications, Inc.*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78746-7567
(214) 257-7226

July 11, 2024

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)