## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

July 18, 2024

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

    Re:    *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
            C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

Pursuant to Paragraph 10 of the Revised Scheduling Order (D.I. 103), the parties jointly submit this letter regarding the *Markman* hearing scheduled for August 27, 2024 at 1:00 p.m.

Live Testimony:  The parties will not present live testimony at the hearing.

Amount of Time Allocated During Hearing:  The parties request 3 hours for the hearing, split evenly between the parties (1.5 hours each).

The order in which terms are to be presented: The parties have organized and briefed the 7 disputed terms under two "issues."  *See* D.I. 99, Ex. A (Joint Claim Construction Chart).[1]  Issue 1 concerns whether certain claims of the asserted '998 Patent are indefinite.  Issue 2 concerns whether to apply an alleged prosecution history disclaimer to various independent claims of the asserted '998 and '872 Patents.  The parties intend to divide the argument between these two issues, and to present the issues in the order briefed and listed above.  Ramot briefed these issues first, and will also present first on each issue.

Counsel is available should the Court have any questions.

---

[1]     Unless otherwise noted, all docket citations are to C.A. No. 21-1365.

The Honorable Gregory B. Williams
July 18, 2024
Page 2

                                            Respectfully,

                                            */s/ Jennifer Ying*

                                            Jennifer Ying (#5550)

JY/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)

Case 1:22-cv-00674-GBW   Document 102   Filed 07/18/24   Page 2 of 2 PageID #: 2494