## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

July 18, 2024

The Honorable Gregory B. Williams  *VIA HAND DELIVERY*
United States District Court  *AND ELECTRONIC FILING*
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

    Re: *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
           C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

    Pursuant to Paragraph 7 of the Revised Scheduling Order (D.I. 103), enclosed please find two USB thumb drives and paper copies of Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.'s technology tutorial.

    Counsel is available should the Court have any questions.

                              Respectfully,

                              */s/ Jennifer Ying*

                              Jennifer Ying (#5550)

JY/lo
Enclosures
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)