IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jayla C. Grant of D<small>UANE</small> M<small>ORRIS</small> LLP to represent Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. in these matters.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jennifer Ying*

                    Jack B. Blumenfeld (#1014)
                    Jennifer Ying (#5550)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@morrisnichols.com
                    jying@morrisnichols.com

                    *Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

July 23, 2024

## **<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jayla C. Grant is granted.

Dated: _____    _____
                                                            United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 23, 2024  /s/ Jayla C. Grant
Jayla C. Grant
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3939
(404) 253-6900
jcgrant@duanemorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

5