# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

September 16, 2024

The Honorable Gregory B. Williams  *VIA HAND DELIVERY*
United States District Court  *AND ELECTRONIC FILING*
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.*,
          C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

    Pursuant to the Court's Oral Order, enclosed please find two copies of demonstratives that Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. may rely upon in connection with the *Markman* hearing scheduled for Tuesday, September 17 at 1:00 p.m.

    Counsel is available should the Court have any questions.

                                  Respectfully,

                                  */s/ Jennifer Ying*

                                  Jennifer Ying (#5550)

JY/lo
Enclosures
cc:    Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)