# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 16, 2024

The Honorable Gregory B. Williams  **VIA ELECTRONIC FILING**
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
      C.A. Nos. 21-1365-GBW and 22-674-GBW

Dear Judge Williams:

Defendant Ramot at Tel Aviv Univ. Ltd. ("Ramot") hand-delivered two copies of demonstratives it may rely upon in connection with the *Markman* hearing scheduled for Tuesday, September 17 at 1:00 p.m., consistent with the Court's Oral Order (D.I. 121; 110). In view of Plaintiffs' docketing of its slides earlier today (D.I. 129; 118), an electronic copy of Ramot's slides is enclosed.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/mlk
Enclosure
cc:   All counsel of record (via electronic mail)

{02051813;v1 }