

# Ramot's *Markman* Presentation

**Cisco v. Ramot, C.A. Nos. 21-1365, 22-674 (GBW) (D. Del.)**





# Introduction



# Timeline of Relevant E.D. Texas Litigation History

| Date | Event | Notes |
|---|---|---|
| 6-12-2019 | E.D. Texas Complaint filed | '465 and '535 asserted; later '866 issues, is added |
| 11-5-2019 | First round of IPRs filed | |
| 2-18-2020 | Ramot files preliminary IPR responses | |
| 5-11-2020 | E.D. Texas *Markman* hearing held | Cisco argues disclaimer only of '465 "driving" claims 1, 4 |
| 5-15-2020 | First IPRs denied institution | *Fintiv* procedural denial |
| 5-15-2020 | Claim Construction Memorandum Opinion and Order | Judge Gilstrap finds '465 claims 1, 4 are not limited by specification, but were disclaimed to "directly driving" |
| 6-9-2020 | Cisco refiles IPRs as *ex parte* reexams | Eventually defeated, then portions refiled again |
| 7-3-2020 | Discovery closes in Texas case | |
| 7-27-2020 | Cisco appeals IPR denials | PTO Director intervenes;  Federal Circuit summarily denies |
| 8-26-2020 | Summary judgment motions filed | Cisco argues for disclaimer for '535 claims 1, 2 |
| 1-13-2021 | Case stayed pending *ex parte* reexams | MSJ briefing complete, but no ruling on motions |

3

# Timeline of Relevant Delaware Litigation History

| Date | Event | Notes |
|------|-------|-------|
| 2-26-2021 | First Complaint vs. Acacia filed | Case 21-295:  '465 claim 13 and '535 asserted |
| 9-3-2021 | Case stayed pending *ex parte* reexams | Reexams defeated, then portions refiled again |
| 9-28-2021 | Cisco files DJ on '872 Patent | Case 21-1365:  filed midnight on day patent issued |
| 2-16-2022 | Cisco files IPRs on '872 Patent | IPR2022-00575 and -00576:  Cisco argues "digital-to-digital mapping" defined and understood by POSITA |
| 5-24-2022 | Cisco files DJ on '998 Patent | Case 22-674:  filed midnight on day patent issued |
| 7-20-2022 | Cisco files IPR on '998 Patent | IPR2022-01283:  Cisco argues "digital-to-digital mapping" defined and understood by POSITA |
| 1-19-2023 | Cases partially stayed pending IPRs | Discovery proceeding |
| 10-2023 | Final Written Decisions in IPRs | All claims upheld, on specific "mapping" elements |
| 1-26-2024 | Cisco Amended Answers | Cisco alleges claims drafted to read on analog drive |
| 2-29-2024 | Initial proposed constructions | Cisco asserts indefiniteness, limiting constructions for first time |
| 7-18-2024 | Joint claim construction brief | |



# Issue 1
# '998 Patent Claims are Definite



## Cisco's burden to prove indefiniteness is set high



Cisco has "the burden of proving indefiniteness by clear and convincing evidence."



A claim is presumptively definite, unless, when "read in light of the specification delineating the patent, and the prosecution history, [the claim] fail[s] to inform, with reasonable certainty, those skilled in the art about the scope of the invention."

*BASF Corp. v. Johnson Matthey Inc.*, 875 F.3d 1360, 1365 (Fed. Cir. 2017).

## "digital-to-digital-mapping" is definite

**Cisco and its expert told the USPTO that "digital-to-digital mapping" had a definition and an understood meaning to a POSITA reading the '998 Patent:**

### VII.  CLAIM CONSTRUCTION

During IPR, claims are construed according to the "*Phillips* standard," as set forth in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (*en banc*). *See* 83 Fed. Reg. 51341 (Oct. 11, 2018). Accordingly, this Petition analyzes the claims consistent with their ordinary and customary meaning as would be understood by a POSITA in light of the specification. *Phillips*, 415 F.3d at 1314-17.

The specification of the '998 Patent provides explicit definitions for various terms including *digital*, *digital-to-digital mapping*, and *modulator*. Regardless of whether these express definitions are read into the claims, the art provided below teaches the limitations recited in the claims. Ex.1003, ¶¶93-97.

Appx. Ex. 5 at 10 (citing Declaration of Dr. Blumenthal)

"A POSITA would have further recognized that the term "digital-to-digital mapping" refers to the mapping of the set of possible digital input values to the set of possible digital output values."

IPR2023-01283, EX1003, ¶95

7

## Cisco's burden to prove indefiniteness is set high

**Functional language in apparatus claims** is also presumptively definite:



"[T]he *Nautilus* standard of 'reasonable certainty' does not exclude claim language that identifies a product by what it does."

*BASF Corp. v. Johnson Matthey Inc.*, 875 F.3d 1360, 1365 (Fed. Cir. 2017).

## Functional language is definite when used to describe capabilities of a system

**Cisco does not allege that the language of the claims is hard to understand, instead:**

***IPXL* line of cases asks whether <span style="color:red">reasonable certainty</span> about <span style="color:red">when infringement occurs.</span>**



> "this Court in *IPXL Holdings* was concerned" about clarity in "whether infringement ... occurs when one creates a[n infringing] system, or whether infringement occurs when the user actually uses [the system in an infringing manner]"

*MasterMine Software, Inc. v. Microsoft Corporation*, 874 F.3d 1307, 1316 (Fed. Cir. 2017);
*IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005);
*3G Licensing, S.A. v. Blackberry Ltd.*, No. 17-82-LPS-CJB, 2018 WL 4375091, *9-10 (D. Del. Sept. 13, 2018).

## Functional language is definite when used to describe capabilities of a system

Test is **whether describing capabilities of the system** or something else, like user action:



"Because the claims merely <span style="color:red">use permissible functional language to describe the capabilities of the claimed system</span>, it is clear that infringement occurs when one makes, uses, offers to sell, or sells the claimed system."

*MasterMine Software, Inc. v. Microsoft Corporation*, 874 F.3d 1307, 1316 (Fed. Cir. 2017).



Claims "do not claim activities performed by the user," and "[t]here is therefore no uncertainty regarding when infringement occurs."

*10x Genomics, Inc. v. NanoString Technologies, Inc.*, No. 21-cv-653-MFK, 2023 WL 5805585, *3 (D. Del. Sept. 7, 2023).

## Functional language is definite when used to describe capabilities of a system

Test is **whether describing capabilities of the system** or something else, like user action:



"Like the claims in *MEC*, *HTC*, and *UltimatePointer*, the limitations at issue here merely claim that <span style="color:red">the system 'possess[es] the recited structure [which is] capable of performing the recited functions.'</span>  MEC, 520 F.3d at 1375. Unlike the claims in *IPXL*, *Katz*, and *Rembrandt*, the claim limitations at issue reflect the <span style="color:red">capability of disclosed structures rather than the activities of the user.</span>"

*3G Licensing, S.A. v. Blackberry Ltd.*, No. 17-82-LPS-CJB, 2018 WL 4375091, *9-10 (D. Del. Sept. 13, 2018).

## Functional language is definite when used to describe capabilities of a system

**Not a test of <span style="color:red">sufficiency</span> of structure, only whether any component with function exists:**



"So long as a component in the system contains the functionality described, the component satisfies the claim element; user action is not required to establish infringement of this claim."

*3G Licensing, S.A. v. Blackberry Ltd.*, No. 17-82-LPS-CJB, 2018 WL 4375091, *9-10 (D. Del. Sept. 13, 2018).



Claims "make clear that the 'generating data' limitation reflects the capability of that structure rather than the activities of the user" and "claim an apparatus with particular capabilities."

*MasterMine Software, Inc. v. Microsoft Corporation*, 874 F.3d 1307, 1316 (Fed. Cir. 2017).

# "wherein a digital-to-digital mapping maps …" in combination with other elements

**'998 Patent**: Claim 1, 4, 6-15, 58 and 61-63

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Claim Term | RAMOT's Proposed Construction: | CISCO's Proposed Construction: |
|---|---|---|
| "wherein a digital-to-digital mapping maps …" in combination with other elements<br><br>**'998 Patent:** Claims 1, 4, 6-15, 58 and 61-63 | Not indefinite. | Indefinite under 35 U.S.C. § 112, ¶ 2. |

## "wherein a digital-to-digital mapping maps ..." in combination with other elements"

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**There is "no uncertainty regarding when infringement occurs," and the claims are therefore definite, because:**

- Mapping is claimed, and taught, as a digital logic operation tied to claimed "structure [which is] capable of performing the recited functions."

- "[T]he claims merely use permissible functional language to describe the capabilities of the claimed system."

- Cisco does not even suggest that "activities of the user" are involved.  No user action is claimed.

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| | |
|---|---|
| **Ramot's Proposed Construction:** | Not indefinite. |

## The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and
wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

'998 Patent at claim 1

16

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:**

58. An optical modulation system, the system comprising:
an input for a plurality of N input data bits;
an input optical signal;
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of M corresponding digital output values from a set of possible digital output values;
wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase; and
wherein the optical modulation system further comprises a modulator for modulating the input optical signal responsively to the M digital output data bits, to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers.

'998 Patent at claim 58

17

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:**

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

'998 Patent at claim 1

**"a digital-to-digital mapping" is a structure**, "implemented from" digital "logic"  7:66-8:12

**"a device which maps"**  5:1-9

Mapping is also a function of "a modulator" structure "wherein a digital-to-digital mapping maps"

Mapping is also a function of an "optical modulation system" comprising "a modulator"

'998 Patent at claim 1, Figure 1, 5:1-9, 7:66-8:12

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
| --- | --- |

### The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

'998 Patent at claim 1



'998 Patent at Figure 1

19

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

### The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal
responsively to the plurality of N digital input data bits
to output a modulation of the input optical signal,
thereby generating one or more modulated optical
signal outputs for transmission over one or more optical
fibers; and
wherein a digital-to-digital mapping maps the plurality of
N digital input data bits to a set of M digital output data
bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the
plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each
digital input value included in a set of possible digital
input values for the plurality of N digital input data bits,
a set of corresponding digital output values from a set
of possible digital output values;

'998 Patent at claim 1



400G Transceiver

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

### The independent claims 1 (and 58) disclose structure that maps digital inputs to outputs:

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

'998 Patent at claim 1



400G Transceiver

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| | |
|---|---|
| **Ramot's Proposed Construction:** | Not indefinite. |

**The specification confirms that "a modulator" containing "a digital-to-digital mapping" refers to capability of a claimed structure that maps:**

> The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present invention is a non-trivial converter in which there is typically not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

'998 Patent at 5:1-9

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
| --- | --- |

**The specification confirms that "a modulator" containing "a digital-to-digital mapping" refers to capability of a claimed structure that maps:**

Most preferably, electrode actuating device **20** includes a digital-to-digital converter. It will be appreciated that such a converter may be implemented from very straightforward and high-speed logic components which make it feasible to employ the present invention in high frequency systems. Electronic input **12** may be simply the input pins of digital-to-digital converter **20**. FIG. **4** illustrates a preferred implementation of the digital-to-digital mapping employed to generate the output of FIG. **2B**. A digital-to-digital converter suitable for implementing the various embodiments of the present invention may readily be implemented using commercially available high-speed Application Specific Integrated Circuits ("ASIC"), as will be clear to one ordinarily skilled in the art.

'998 Patent at 7:66-8:12

In the case described above of FIG. **1**, a 4-bit Digital-to-Analog Converter, based on a Multi-Electrode (ME) Mach-Zehnder Interferometer, is presented. The input to the device consists of 4 bits. Using the Digital-to-Digital converter, which may be thought of as a look-up table, the 4 data bits are mapped to 5 electrodes as this realization is equipped with a single excess electrode. According to one option, if an

'998 Patent at 9:55-61

**Digital logic components, implementing, *e.g.*, a look-up table**

## "wherein a digital-to-digital mapping maps …" in combination with other elements"

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**The specification confirms that "a modulator" containing "a digital-to-digital mapping" refers to <span style="color:red">capability of a claimed structure</span> that maps:**



'998 Patent at Fig. 1

<span style="color:red">**Digital logic components, implementing, *e.g.*, a look-up table**</span>

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |

'998 Patent at Fig: 4

## "wherein a digital-to-digital mapping maps ..." in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**The specification confirms that "a modulator" containing "a digital-to-digital mapping" refers to <span style="color:red">capability of a claimed structure</span> that maps:**

Hence, designs with optimized B require Digital-to-Digital conversion while designs with optimized L only do not. Whenever B is optimized, and for any number of electrodes M; M≥N, it is understood that a binary input data vector $D_i$ has to be mapped to a control vector $B_i$, yet $B_1 \cdot D_1$. The DDC, implemented as all-electronic, shall perform this mapping operation.

'998 Patent at 11:29-30

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**The Examiner also understood the claims this way—as claiming a map implemented in digital processing and logic of the system:**

> The following is an examiner's statement of reasons for allowance: in combination with other limitations of the claims the prior arts made of record fail to suggest an optical modulation system in which a a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values; wherein the input optical signal is modulated based on the plurality of voltage

Ex. L at 2

## "wherein a digital-to-digital mapping maps …" in combination with other elements

**Ramot's Proposed Construction:** Not indefinite.

**The parties agreed clarifying construction for "mapping" does not change the character of the claims or their recited structure.**

**"[A] digital-to-digital selecting" or "a digital-to-digital generating" remains a digital logic structure, and also a function of the claimed "modulator" structure "wherein:"**

**Disputed Claim term:**

"a digital-to-digital **mapping** maps …"

**Reading the parties' agreed "mapping" construction into the challenged term**

"a digital-to-digital **[selecting or generating a digital output…for a given digital input…"** that is "not identical] maps"

27

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**The specification confirms that "a modulator" containing "a digital-to-digital mapping" refers to <span style="color:red">capability of a claimed structure</span> that maps, including by "selecting:"**

In a system for converting digital data into a modulated optical signal, an electrically controllable device having M actuating electrodes provides and optical signal that is modulated in response to binary voltages applied to the actuating electrodes. A digital-to-digital converter provides a mapping of input data words to binary actuation vectors for M bits and supplies the binary actuation vectors as M bits of binary actuation voltages to the M actuating electrodes, where M is larger than the number of bits in each input data word. The digital-to-digital converter maps each digital input data word to a binary actuation vector by selecting a binary actuation vector from a subset of binary actuation vectors available to represent each of the input data words.

'998 Patent at Abstract

28

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**



upholding claims with elements requiring the system "**generate** a pivot table" or "a database query"

*MasterMine Software, Inc. v. Microsoft Corporation*, 874 F.3d 1307, 1309-10, 1315-16 (Fed. Cir. 2017).



"the **'generating data'** limitation reflects the capability of that structure rather than the activities of the user," and claims "an apparatus with particular capabilities"

*UltimatePointer, L.L.C. v. Nintendo Co.,* 816 F.3d 816, 827-28 (Fed. Cir. 2016).

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**

 upholding claim to "[a] mobile station" with "a modified subscriber data storage module" "wherein" a "processor" **"select[s]"** a data record from a "plurality of data records."

*3G Licensing, S.A. v. Blackberry Ltd.*, No. 17-82-LPS-CJB, 2018 WL 4375091, *9-10 (D. Del. Sept. 13, 2018).

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

### *Rembrandt* case is an outlier

3. A data transmitting device for transmitting signals corresponding to an incoming stream of bits, comprising:

first buffer means for partitioning said stream into frames of unequal number of bits and for separating the bits of each frame into a first group and a second group of bits;

fractional encoding means for receiving the first group of bits of each frame and performing fractional encoding to generate a group of fractionally encoded bits;

second buffer means for combining said second group of bits with said group of fractionally encoded bits to form frames of equal number of bits; trellis encoding means for trellis encoding the frames from said second buffer means; and

transmitting the trellis encoded frames.

---

*Rembrandt* Plaintiff admitted "transmitting" was improper method step.  Joint Br. at 17-18.

Court did not question or analyze resulting indefiniteness conclusion, instead just refused request to correct claim.  641 F.3d at 1339.

No analysis of what "transmitting the trellis encoded frames" is performed by.  *Id.*  User? Unclaimed structure?

*Rembrandt Data Technologies, LP v. AOL, LLC*, 641 F.3d 1331, 1339 (Fed. Cir. 2011); *see also TQ Delta, LLC v. 2WIRE, Inc.,* No. 1:13–cv–01835–RGA, 2017 WL 6435334, *11 (D. Del. Dec. 18, 2017) (*distinguishing Rembrandt*).

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**

 "A mobile station for …" "storing," "holding," "maintaining," "causing," "deleting," "reactivating"

 "Claims 1 and 18, likewise, make clear that infringement occurs when one makes, uses, offers to sell, or sells the claimed apparatus: the mobile station—which must be used in a particular network environment"

*HTC Corp. v. IPCom GmbH & Co.,* KG, 667 F.3d 1270, 1274, 1277 (Fed. Cir. 2012).

## "wherein a digital-to-digital mapping maps ..." in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**



"a reporting module" that "presents" fields, "receives from the user a selection," and "generates a database query" from it



"Because the claims merely use permissible functional language to describe the capabilities of the claimed system, it is clear that infringement occurs when one makes, uses, offers to sell, or sells the claimed system."

*MasterMine Software, Inc. v. Microsoft Corporation*, 874 F.3d 1307, 1315-16 (Fed. Cir. 2017).

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**



"A pipelined processor for …" "performing," "producing," "enabling," "disabling," "determining"



"Claim 7 … is clearly limited to a pipelined processor possessing the recited structure and capable of performing the recited functions, and is thus not indefinite under *IPXL Holdings*."

*Microprocessor Enhancement Corp. v. Texas Instruments Inc.*, 520 F.3d 1367, 1371, 1375 (Fed. Cir. 2008).

34

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| **Ramot's Proposed Construction:** | Not indefinite. |
|---|---|

**Claims 1 and 58 clear that the 'mapping' limitation "reflects the capability of that structure rather than the activities of the user" and "claim an apparatus with particular capabilities."**



"An optical modulation system" including "a modulator," "wherein" "a digital-to-digital mapping" "maps"

Claims 1 and 58 are clearly limited to an optical modulation system possessing the recited modulator and digital-to-digital mapping structure and capable of performing the recited mapping functions, and are thus not indefinite under *IPXL Holdings*.

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Claim Term | RAMOT's Proposed Construction: | CISCO's Proposed Construction: |
|---|---|---|
| "wherein a digital-to-digital mapping maps …" in combination with other elements"<br><br>'998 Patent: Claim 1, 4, 6-15, 58 and 61-63 | Not indefinite. | Indefinite under 35 U.S.C. § 112, ¶ 2. |

# "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements

**'998 Patent**: Claim 45-47 and 49-54

## "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements

| Claim Term | RAMOT's Proposed Construction: | CISCO's Proposed Construction: |
|---|---|---|
| "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements<br><br>**'998 Patent:** Claims 45-47 and 49-54 | Not indefinite. | Indefinite under 35 U.S.C. § 112, ¶ 2. |

**"wherein the N bits of the N bit digital input data word are mapped ..." in combination with other elements**

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

## The independent claim 45 discloses structure that maps digital inputs to outputs:

**45**. An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

one or more electro-absorption signal generation devices, each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

wherein each of the optical signal output generated by the electro-absorption signal generation device is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; and

an output configured to combine the modulated optical signals from the one or more electro-absorption signal generation devices to generate a modulated output signal varying in intensity responsive to the input digital data word.

'998 Patent at claim 45

## "wherein the N bits of the N bit digital input data word are mapped ..." in combination with other elements

**Ramot's Proposed Construction:** Not indefinite.

## The independent claim 45 discloses structure that maps digital inputs to outputs:

**45**. An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

one or more electro-absorption signal generation devices, each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

'998 Patent at claim 45



'998 Patent at Fig. 8

## "wherein a digital-to-digital mapping maps …" in combination with other elements

**Ramot's
Proposed Construction:**   Not indefinite.

**The independent claim 45 discloses structure that maps digital inputs to outputs:**

**45**. An optical modulation system for converting a plu-
rality of input digital data words into a modulated optical
output stream for transmission over an optical fiber, the
modulation system comprising:

    an input configured to receive an input digital data word
      having N bits, where N>1;

one or more electro-absorption signal generation devices,
    each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are
mapped to a set of M output bits corresponding to a set
    of voltage values;

wherein the input digital data word is one from a set of $2^N$
input data words, the set of M output bits are each from
a set of $2^M$ M output bits, wherein each M output bits
in the set of $2^M$ M output bits corresponds to a different
set of voltage values;



100G Transceiver

'998 Patent at claim 45

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**The independent claim 45 discloses structure that maps digital inputs to outputs:**

45. An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

one or more electro-absorption signal generation devices, each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;



100G Transceiver

'998 Patent at claim 45

**"wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements**

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**The specification confirms that "an electro-absorption signal generation device" "wherein" digital inputs and outputs are "mapped" refers to capability of a claimed structure:**

Here too, to mitigate the non-linear behavior of the device, electrode actuating device **20** serves as a Digital-To-Digital Converter is employed to map an N bit input to a set of M electrodes, determining which of the M electrodes is actuated for each input value. The particular mapping

'998 Patent at 13:30-32

The phrase "digital-to-digital converter" is used to refer to a device which maps a set of possible digital input values to a set of possible digital output values, where the input and output values are non-identical. The "digital-to-digital converter" employed by certain embodiments of the present invention is a non-trivial converter in which there is typically not a one-to-one mapping between bits of the input data and bits of the output data, as will be clear from the description following.

'998 Patent at 5:1-9

43

**"wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements**

| | |
|---|---|
| **Ramot's Proposed Construction:** | Not indefinite. |

**The specification confirms that "an electro-absorption signal generation device" "wherein" digital inputs and outputs are "mapped" refers to capability of a claimed structure:**



'998 Patent at Fig. 8

| DDC Input | DDC Output |
|---|---|
| 0000 | 0000 |
| 0001 | 0011 |
| 0010 | 0100 |
| 0011 | 0101 |
| 0100 | 0101 |
| 0101 | 0110 |
| 0110 | 0111 |
| 0111 | 0111 |
| 1000 | 1000 |
| 1001 | 1001 |
| 1010 | 1001 |
| 1011 | 1010 |
| 1100 | 1011 |
| 1101 | 1011 |
| 1110 | 1100 |
| 1111 | 1101 |

'998 Patent at Fig: 4

## "wherein a digital-to-digital mapping maps ..." in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

**By direct analogy to multiple cases with similar claims that were upheld as definite, the Asserted Claims challenged here are also definite**



"A pipelined processor for ..." "performing," "producing," "enabling," "disabling," "determining"



"Claim 7 ... is clearly limited to a pipelined processor possessing the recited structure and capable of performing the recited functions, and is thus not indefinite under *IPXL Holdings*."

*Microprocessor Enhancement Corp. v. Texas Instruments Inc.*, 520 F.3d 1367, 1371, 1375 (Fed. Cir. 2008).

## "wherein a digital-to-digital mapping maps …" in combination with other elements

| Ramot's Proposed Construction: | Not indefinite. |
|---|---|

Claim 45 is clear that **the 'mapped' limitation "reflects the capability of that structure** rather than the activities of the user" and "claim an apparatus with particular capabilities."



"An optical modulation system" including an "electro-absorption signal generation device," "wherein" "digital input" words "are mapped" to digital outputs

Claim 45 is clearly limited to an optical modulation system possessing the recited electro-absorption signal generation device and mapping structure capable of performing the recited mapping functions, and is thus not indefinite under *IPXL Holdings*.

## "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements

| Claim Term | RAMOT's Proposed Construction: | CISCO's Proposed Construction: |
|---|---|---|
| "wherein the N bits of the N bit digital input data word are mapped …" in combination with other elements<br><br>**'998 Patent:** Claims 45-47 and 49-54 | Not indefinite. | Indefinite under 35 U.S.C. § 112, ¶ 2. |



# Issue 2
# Claims are not limited to exclude DACs



# Timeline of Relevant E.D. Texas Litigation History

| Date | Event | Notes |
|------|-------|-------|
| 6-12-2019 | E.D. Texas Complaint filed | '465 and '535 asserted; later '866 issues, is added |
| 11-5-2019 | First round of IPRs filed | |
| 2-18-2020 | Ramot files preliminary IPR responses | |
| 5-11-2020 | E.D. Texas *Markman* hearing held | Cisco argues disclaimer only of '465 "driving" claims 1, 4 |
| 5-15-2020 | First IPRs denied institution | *Fintiv* procedural denial |
| 5-15-2020 | Claim Construction Memorandum Opinion and Order | Judge Gilstrap finds '465 claims 1, 4 are not limited by specification, but were disclaimed to "directly driving" |
| 6-9-2020 | Cisco refiles IPRs as *ex parte* reexams | Eventually defeated, then portions refiled again |
| 7-3-2020 | Discovery closes in Texas case | |
| 7-27-2020 | Cisco appeals IPR denials | PTO Director intervenes; Federal Circuit summarily denies |
| 8-26-2020 | Summary judgment motions filed | Cisco argues for disclaimer for '535 claims 1, 2 |
| 1-13-2021 | Case stayed pending *ex parte* reexams | MSJ briefing complete, but no ruling on motions |

# Timeline of Relevant Delaware Litigation History

| Date | Event | Notes |
|---|---|---|
| 2-26-2021 | First Complaint vs. Acacia filed | Case 21-295:  '465 claim 13 and '535 asserted |
| 9-3-2021 | Case stayed pending *ex parte* reexams | Reexams defeated, then portions refiled again |
| 9-28-2021 | Cisco files DJ on '872 Patent | Case 21-1365:  filed midnight on day patent issued |
| 2-16-2022 | Cisco files IPRs on '872 Patent | IPR2022-00575 and -00576:  Cisco argues "digital-to-digital mapping" defined and understood by POSITA |
| 5-24-2022 | Cisco files DJ on '998 Patent | Case 22-674:  filed midnight on day patent issued |
| 7-20-2022 | Cisco files IPR on '998 Patent | IPR2022-01283:  Cisco argues "digital-to-digital mapping" defined and understood by POSITA |
| 1-19-2023 | Cases partially stayed pending IPRs | Discovery proceeding |
| 10-2023 | Final Written Decisions in IPRs | All claims upheld, on specific "mapping" elements |
| 1-26-2024 | Cisco Amended Answers | Cisco alleges claims drafted to read on analog drive |
| 2-29-2024 | Initial proposed constructions | Cisco asserts indefiniteness, limiting constructions for first time |
| 7-18-2024 | Joint claim construction brief | |

## Ramot's Optical Modulator Patent Family

The '872 and '998 Patents are part of a family including 12 issued U.S. Patents, with another application allowed recently on September 3, 2024:



**Asserted in Texas litigation**

**Asserted in Delaware DJ cases**

## Ramot's Optical Modulator Patent Family

The various patents in this family claim materially different inventive aspects.

Some claims are specific about inventive configurations for <span style="color:red">driving modulator electrodes</span>:



1. A method for converting digital electrical data into modulated optical streams, said method comprising
   inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;
   mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;
   driving at least M electrodes of the optical modulator, enabled to pulse modulate at least an input optical stream, responsively to the M voltage values, to provide at least a pulse modulated output optical stream.

'465 Patent (Appx. Ex. 2) at claim 1

## Ramot's Optical Modulator Patent Family

The various patents in this family claim materially different inventive aspects.

Some claims are specific about inventive configurations for digital-to-digital mapping for correction of modulator irregularities:



1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and
wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

'998 Patent at claim 1

53

# Cisco's limiting constructions are improper and are not indicated by the intrinsic record

**'872 and '998 Patent**: All claims

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

Cisco asks the Court to violate cardinal rules of claim construction and simply insert negative "for directly driving electrodes of the modulator without any mediating digital-to-analog converter" limitations into every claim:

| | | | | |
|---|---|---|---|---|
| digital-to-digital mapping maps … to a set of M digital output data bits associated with a plurality of voltage values<br><br>for directly driving electrodes of the modulator without any mediating digital-to-analog converter | mapped to a set of M output bits corresponding to a set of voltage values<br><br>for directly driving electrodes of the modulator without any mediating digital-to-analog converter | digital-to-digital mapping maps … to M digital output data bits<br><br>for directly driving electrodes of the modulator without any mediating digital-to-analog converter | converting, based on a digital-to-digital mapping, … to M digital output data bits associated with M drive voltage values<br><br>for directly driving electrodes of the modulator without any mediating digital-to-analog converter | mapping, based on a digital-to-digital mapping, … to a first digital output associated with M drive voltages<br><br>for directly driving electrodes of the modulator without any mediating digital-to-analog converter |
| '998 cl. 1 | '998 cl. 45 | '998 cl. 58 | '872 cl. 1, 15 | '872 cl. 13, 23 |

Joint Br. at 25

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**It is indisputably error to limit claims to a preferred embodiment from the specification**



"it is improper to read limitations from a preferred embodiment described in the specification—<span style="color:red">even if it is the only embodiment</span>—into the claims absent a clear indication in the intrinsic record that the patentee intended the claims to be so limited"

*Liebel-Flarsheim Co. v. Medrad, Inc.,* 358 F.3d 898, 913 (Fed. Cir. 2004).



"one of the cardinal sins of patent law—reading a limitation from the written description into the claims"

*Phillips v. AWH Corp.*, 415 F.3d 1303, 1320 (Fed. Cir. 2005).

## Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper

**This Court has often acknowledged and applied these principles—refusing to limit claims as Cisco now asks it to do.** ***See, e.g.:***



"Even when the specification describes only a single embodiment, [however,] the claims of the patent will not be read restrictively unless the patentee has demonstrated a clear intention to limit the claim scope using words or expressions of manifest exclusion or restriction."

*HID Global Corporation v. Vector Flow, Inc.*, No. 21-1769-GBW, 2023 WL 2655117, *2 (D. Del. Mar. 27, 2023).

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**Judge Gilstrap analyzed and found the common <span style="color:red">specification statements did not limit</span> even '465 Patent claims requiring "driving … electrodes"**



"The '465 Patent does not redefine 'driving' electrodes 'responsively' to a vector of voltages to require direct application of the voltages on the electrodes"



"The use of 'preferably' here clearly indicates that this feature is not coextensive with the claimed invention.  Similarly, the patent's description of application of the voltages to the electrodes as 'according to the teachings of the present invention' or as a 'feature of the present invention' is <span style="color:red">not definitional of the claimed invention</span>.  Rather, these phrases in the patent refer to aspects or embodiments of the invention, not essential attributes."

*2019 Texas Action*, D.I. 83 (Appx. Ex. 1) at 27-28.

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**Judge Gilstrap agreed that the common specification contains other embodiments, such as those that contemplate indirect driving with analog voltages**



"The patent also teaches that a binary output vector ($B_i$) generated from an input ($D_i$) using the DDC may be multiplied by voltages such that the output vector components ($B_{ij}$) are each associated with an electrode-drive voltage ($V_j$) that is in turn applied to the jth electrode."

…

"The output of the DDC, vector B, may first be multiplied by voltages to generate the voltages that are applied to the electrodes."

*2019 Texas Action*, D.I. 83 (Appx. Ex. 1) at 27-28; *see, e.g.*, '998 Patent at 10:6-63.

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**The specification of the '872 and '998 Patent <span style="color:red">contains other embodiments</span>, that contemplate indirect, multi-level, and/or multi-level per electrode driving, such as through drivers or DACs**

wherein each of the optical signal output generated by the electro-absorption signal generation device is modulated based on at least ==a subset of the set of voltage values== to generate a corresponding modulated optical signal; and

'998 Patent at 22:38-42, claim 45

Various forms of further modification may be employed including, but not limited to: use of ==multiple actuating voltage levels==; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

'998 Patent at 8:23-28

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by ==switching between different distinct voltage levels.==

'998 Patent at 8:29-31

60

# No disclaimer applies to the materially different asserted claims

**'872 and '998 Patent**: All claims

## No disclaimer applies to the materially different Asserted Claims

**The Asserted Claims of the '872 Patent and '998 Patent claim materially different inventions than the ancestor '465 or '535 Patents. Any disclaimer found there, would not apply here:**



"[T]he doctrine of prosecution disclaimer generally does not apply when the claim term in the descendant patent uses different language."



"When a patentee disclaims claim scope in a predecessor patent, that disclaimer binds the patentee's subsequent patents only if the subsequent patent has the same, or immaterially different, claim limitations as its predecessor"

*Acadia Pharm. Inc. v. Aurobindo Pharma Ltd.*, No. 22-1387-GBW, 2023 WL 8622111, *3-4 (D. Del. Dec. 13, 2023).

**No disclaimer applies to the materially different Asserted Claims**

**Disclaimers do not extend to subsequent patents unless the terms disclaimed are in common with, or are only immaterially changed from the ancestor patent.** <span style="color:red">**Here they are different.**</span>



"Our <span style="color:red">requirement that the patents share 'limitations in common' is not a mere technicality</span>: it is necessary to support the inference that the patentee's earlier arguments are also applicable to the claim limitations of the patent-in-suit"



"it is permissible for a patentee to take <span style="color:red">a different approach to claiming an invention in subsequent patents</span>"—and when they do, <span style="color:red">prosecution disclaimer doesn't follow</span> to the new claims.

*Regents of the University of Minnesota v. AGA Medical Corp.,* 717 F.3d 929, 944-945 (Fed. Cir. 2013).

**No disclaimer applies to the materially different Asserted Claims**

**Disclaimers do not extend to subsequent patents unless the terms disclaimed are in common with, or are only immaterially changed from the ancestor patent. <span style="color:red">Here they are different</span>.**



> "Notably, there are no common claim terms in dispute. Indeed, the present case involves the absence of a claim term. The patentee's whole point in filing the application that resulted in the [later] patent was to secure broader claims."

*Advanced Cardiovascular Systems, Inc. v. Medtronic, Inc.,* 265 F.3d 1294, 1305-06 (Fed. Cir. 2001).



> "Instead, the applicant deliberately chose to write <span style="color:red">different, broader claims</span>—which the applicant was entitled to do"

*Sanofi v. Glenmark Pharmaceuticals Inc., USA*, 204 F. Supp. 3d 665, 702-703 (D. Del. 2016).

## No disclaimer applies to the materially different Asserted Claims

**Neither the "driving at least M electrodes" term of the '465 Patent, nor the "coupling the M drive voltage values" term of the '535 Patent, appears in Asserted Claims.**



"In general, a prosecution disclaimer will only apply to a subsequent patent if that patent contains the same claim limitation"



purported disclaimer "directed to specific claim terms that have been omitted or materially altered" does not apply

*TQ Delta, LLC v. 2WIRE, Inc.,* No. 1:13–cv–01835–RGA, 2017 WL 6435334, at *7 (D. Del. Dec. 18, 2017).

**No disclaimer applies to the materially different Asserted Claims**

**Neither the "driving at least M electrodes" term of the '465 Patent, nor the "coupling the M drive voltage values" term of the '535 Patent, appears in Asserted Claims.**



"even relatively nuanced variations in claim language between patent generations have barred importing disclaimers to a child claim"

(citing *ResQNet.com* case in which difference between "each of a plurality of fields" and "each field" was sufficient)

*Sanofi v. Glenmark Pharmaceuticals Inc., USA*, 204 F. Supp. 3d 665, 702-703 (D. Del. 2016).

**The claims here are materially different from those alleged to be disclaimed**

## The only claims ever found by a Court to be disclaimed are '465 Patent claims 1 and 4:

### '465 Patent, Claim 1

1. A method for converting digital electrical data into modulated optical streams, said method comprising

inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;

mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;

driving at least M electrodes of the optical modulator, enabled to pulse modulate at least an input optical stream, responsively to the M voltage values, to provide at least a pulse modulated output optical stream.

'465 Patent at claim 1

### '465 Patent, Claim 4

4. A method for converting digital electrical data into modulated optical streams, said method comprising

inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;

mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;

driving at least M electrodes of the optical modulator, enabled to modulate by QAM at least an input optical stream, responsively to the M voltage values, to provide at least a QAM modulated output optical stream.

'465 Patent at claim 4

**Other claims of the patent have different language, not argued or found to be disclaimed**

**The claims here are materially different from those alleged to be disclaimed**

## The '535 Patent had (at the time) only two claims, both were asserted in Texas litigation

### '535 Patent, Claim 1

1. A method of modulating and transmitting an optical signal over an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M>N and N>1; coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling pulse modulation of the unmodulated optical signal, thereby generating a pulse modulated optical signal; and

transmitting the pulse modulated optical signals over an optical fiber.

'535 Patent at claim 1

### '535 Patent, Claim 2

2. A method of modulating and transmitting an optical signal over an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M>N and N>1; coupling the M drive voltage values to the unmodulated optical signal, said coupling enabling modulation of the unmodulated optical signal by QAM, thereby generating a QAM modulated optical signal; and

transmitting the QAM modulated optical signal over an optical fiber.

'535 Patent at claim 2

**Cisco did not argue this language was disclaimed during Texas *Markman* proceedings**

## No disclaimer applies to the materially different Asserted Claims

### The claims here are materially different from those alleged to be disclaimed:

| Claim | Language re: modulator | Determination |
|---|---|---|
| **'465, cl. 1** | ***driving at least M electrodes*** of the optical modulator | Construed as disclaimed to "directly driving" |
| **'535, cl. 1, 2** | ***coupling the M drive voltage values*** to the unmodulated optical signal | Not construed, MSJ stayed |
| **'998, cl. 1** | a set of M digital output data bits ***associated with*** a plurality of voltage values; wherein the input optical signal is modulated ***based on*** the plurality of voltage values | |
| **'998, cl. 45** | a set of M output bits ***corresponding to a set*** of voltage values; … modulated ***based on at least a subset of the set*** of voltage values | |
| **'998, cl. 58** | ***modulating the input optical signal responsively to*** the M digital output data bits | |
| **'872, cl. 1, 15** | M digital output data bits ***associated with*** M drive voltage values, and ***providing*** the M drive voltage values to the modulator for the modulating | |
| **'872, cl. 13, 23** | digital output ***associated with*** M drive voltages | |

**The claims here are materially different from those alleged to be disclaimed**

# Each patent has language distinct from the '465 Patent's disclaimed "directly driving" claims and the '535 Patent claims Cisco now alleges were disclaimed:

**'465 Patent, Claim 1**

1. A method for converting digital electrical data into modulated optical streams, said method comprising
  inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;
  mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;
  driving at least M electrodes of the optical modulator, enabled to pulse modulate at least an input optical stream, responsively to the M voltage values, to provide at least a pulse modulated output optical stream.

'465 Patent at claim 1

**'998 Patent, Claim 1**

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;

'998 Patent at claim 1 (excerpt)

70

**The claims here are materially different from those alleged to be disclaimed**

## Each patent has language distinct from the '465 Patent's disclaimed "directly driving" claims and the '535 Patent claims Cisco now alleges were disclaimed

**'535 Patent, Claim 1**

1. A method of modulating and transmitting an optical signal over an optical fiber in response to N bits of digital data in parallel, the method comprising:

inputting the N bits of digital data into an optical modulator having a plurality of waveguide branches, where each branch has an input of an unmodulated optical signal;

converting the N bits of digital data to M drive voltage values, where M>N and N>1; ==coupling the M drive voltage values to the unmodulated optical signal,== said coupling enabling pulse modulation of the unmodulated optical signal, thereby generating a pulse modulated optical signal; and

transmitting the pulse modulated optical signals over an optical fiber.

'535 Patent at claim 1

**'998 Patent, Claim 1**

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits ==associated with a plurality of voltage values;==
wherein the input optical signal is ==modulated based on the plurality of voltage values;==

'998 Patent at claim 1 (excerpt)

**The claims here are materially different from those alleged to be disclaimed**

**Claim 45 of the '998 Patent includes broad indirection: that the mapping output bits correspond to a set of voltage values and modulation is based on a subset of the values:**

45. An optical modulation system for converting a plurality of input digital data words into a modulated optical output stream for transmission over an optical fiber, the modulation system comprising:

an input configured to receive an input digital data word having N bits, where N>1;

one or more electro-absorption signal generation devices, each configured for generating an optical signal output;

wherein the N bits of the N bit digital input data word are mapped to a set of M output bits corresponding to a set of voltage values;

wherein the input digital data word is one from a set of $2^N$ input data words, the set of M output bits are each from a set of $2^M$ M output bits, wherein each M output bits in the set of $2^M$ M output bits corresponds to a different set of voltage values;

wherein each of the optical signal output generated by the electro-absorption signal generation device is modulated based on at least a subset of the set of voltage values to generate a corresponding modulated optical signal; and

an output configured to combine the modulated optical signals from the one or more electro-absorption signal generation devices to generate a modulated output signal varying in intensity responsive to the input digital data word.

'998 Patent at claim 45

72

**The claims here are materially different from those alleged to be disclaimed**

**Claim 58 of the '998 Patent requires only that the modulation be <span style="color:red">responsive to</span> the digital output bits in any way, and instead contains extensive limitations about mapping:**

**58**. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to M digital output data bits;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of M corresponding digital output values from a set of possible digital output values;
wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase; and
wherein the optical modulation system further comprises a modulator for modulating the input optical signal responsively to the M digital output data bits, to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers.

'998 Patent at claim 58

 **Mapping elements deemed novel in second round IPRs**

**The claims here are materially different from those alleged to be disclaimed**

**Claim 1 of the '998 Patent requires only that mapping output bits be "associated with" a plurality of voltage values, and the modulation be based on the values in any way:**

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and
wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

'998 Patent at claim 1

**Mapping elements deemed novel in second round IPRs**

74

**The claims here are materially different from those alleged to be disclaimed**

Claims 1 (and 15) of the '872 Patent require only that mapping output bits be "**associated with**" drive voltage values, and those values be **provided to** the modulator in any way:

**1**. A modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an optical signal source for providing an input optical signal;
a modulator for modulating the input optical signal to output a modulation of the power of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
a converter for:
converting, based on a digital-to-digital mapping, the plurality N digital input data bits to M digital output data bits associated with M drive voltage values, and providing the M drive voltage values to the modulator for the modulating,

wherein M>N and N>1, wherein the digital-to-digital mapping comprises, for each unique plurality of N digital input data bits, a mapping to a corresponding M digital output data bits, wherein, for a given plurality of N digital input data bits, the mapping to the corresponding M digital output data bits is determined based on a pattern for actuating drive voltages that alters the linearity of an optical response of the modulator.

'872 Patent at claim 1

↑

**Mapping element deemed novel in second round IPRs**

**The claims here are materially different from those alleged to be disclaimed**

**Claims 13 (and 23) of the '872 Patent require only that mapping output bits be "associated with" drive voltage values, and do not impose other requirements on the modulator:**

13. A method for converting digital inputs of N bits in parallel into modulated optical streams, comprising:

inputting into an optical modulator a digital input, wherein the digital input is one from a set of $2^N$ digital inputs that each has N bits of digital data, and wherein N>1; and

mapping, based on a digital-to-digital mapping, the digital input to a first digital output associated with M drive voltages, wherein the first digital output is one from a set of digital outputs that each has M bits of digital data, wherein the set of digital outputs comprises $2^M$ digital outputs, and wherein M>=N,

wherein the digital-to-digital mapping comprises, for each digital input included in the set of $2^N$ digital inputs, a mapping to a corresponding digital output included in the set of digital outputs,

wherein, for a first subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the first subset decrease, and

wherein, for a second subset of successively decreasing digital inputs in the set of $2^N$ digital inputs specified in the digital-to-digital mapping, deltas between numerical values of digital outputs in the set of digital outputs corresponding to the successively decreasing digital inputs in the second subset increase.

'872 Patent at claim 13

↑

**Mapping elements deemed novel in second round IPRs**

## The claims here are materially different from those alleged to be disclaimed

### Cisco has recently alleged in its Amended Answer here that:

"Ramot drafted the claims of the '998 Patent in an attempt to cover a system that allows for pure digital manipulation of data, followed by a digital-to-analog conversion to provide analog drive signal(s) for a modulator."

No. 22-cv-674, D.I. 80, ¶37

### But this was always a disclosed inventive embodiment and is the subject of many patent family claims:

or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

'998 Patent at 9:2-8

processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

'998 Patent at 4:64-67

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

'998 Patent at 8:29-31

77

## No disclaimer applies to the materially different Asserted Claims

**Cisco misreads a comment about relevance in this Court's *Vitaworks* opinion to suggest an incorrect "same subject matter" test that is not the law**

**The cases, including *Vitaworks*, only apply disclaimers from predecessor patents to the exact "same, or immaterially different, claim limitations"**

*Acadia Pharm. Inc. v. Aurobindo Pharma Ltd*., No. 22-1387-GBW, 2023 WL 8622111, *3-4 (D. Del. Dec. 13, 2023).



"[A] process" in a parent patent was disclaimed to "a one-pot process."  Disclaimer applied where the subsequent patent also claimed "a process," that was "the exact same process that the patentee had limited to a one-pot process."

*Vitaworks IP, LLC v. Gianbia Nutritionals (NA), Inc.,* No. 19-2259-GBW, 2023 WL 356160, *6-7 (D. Del. Jan. 23, 2023).

**No disclaimer applies to the materially different Asserted Claims**

**Cisco's *Ormco* case is inapposite.  There, disclaimers in a predecessor prosecution limited scope to automatic control, and <span style="color:red">that was all the specification supported</span>.  Other, materially different claims survived.**



Although their claim language does not expressly recite automatic control of the finish tooth positioning, that is what they mean, and that is all that the specification describes; the <span style="color:red">specification does not support</span> operator positioning."

*Ormco Corp. v. Align Technology, Inc.*, 498 F.3d 1307, 1316-17 (Fed. Cir. 2007).

## No disclaimer applies to the materially different Asserted Claims

**Neither the "driving at least M electrodes" term of '465 Patent claims 1 and 4, nor the "coupling the M drive voltage values" term of '535 Patent claims 1 and 2, alleged to be disclaimed, appear in any Asserted Claim.  What does appear is materially different.**



"When the purported disclaimers are directed to specific claim terms that have been omitted or materially altered in subsequent applications (rather than to the invention itself), those disclaimers do not apply."

*Saunders Gr. v. Comfortrac*, 492 F.3d 1326, 1333-34 (Fed. Cir. 2007) (citing cases).

# There was no global patent family disclaimer

**'872 and '998 Patent**: All claims

## Ramot's Optical Modulator Patent Family

The asserted '872 and '998 Patents are part of a family including 394 allowed claims so far, sharing a common specification.  **There is not just one "invention" to allegedly limit.**



Claims 1, 4 found disclaimed
Alleged disclaimer re: claims 1, 2
Patents asserted here

82

## Ramot's Optical Modulator Patent Family

Some patent family claims are directed primarily to inventive configurations for **actuating modulator electrodes**. While others instead have broadly applicable indirect language.

Other patent family claims are directed primarily to inventive configurations for **digital-to-digital mapping** for correction of modulator irregularities:



1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and
wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;
wherein the input optical signal is modulated based on the plurality of voltage values;
wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and
wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

'998 Patent at claim 1

## Ramot's Optical Modulator Patent Family

The Asserted Claims are materially different from the ancestor claims to which alleged "**directly driving**" disclaimers were directed.

This is true both with respect to their language concerning **actuating modulation**, and their language for **digital-to-digital mapping**:

1. A method for converting digital electrical data into modulated optical streams, said method comprising inputting into an optical modulator N bits of digital data in parallel, N being larger than 1;

mapping a set of N input values corresponding to said N bits of digital data to a vector of M voltage values where M is equal to or larger than N;

driving at least M electrodes of the optical modulator, enabled to pulse modulate at least an input optical stream, responsively to the M voltage values, to provide at least a pulse modulated output optical stream.

'465 Patent at claim 1

1. An optical modulation system, the system comprising:
an input for a plurality of N digital input data bits;
an input optical signal;
a modulator for modulating the input optical signal responsively to the plurality of N digital input data bits to output a modulation of the input optical signal, thereby generating one or more modulated optical signal outputs for transmission over one or more optical fibers; and

wherein a digital-to-digital mapping maps the plurality of N digital input data bits to a set of M digital output data bits associated with a plurality of voltage values;

wherein the input optical signal is modulated based on the plurality of voltage values;

wherein the digital-to-digital mapping comprises, for each digital input value included in a set of possible digital input values for the plurality of N digital input data bits, a set of corresponding digital output values from a set of possible digital output values;

wherein, within the digital-to-digital mapping, for a first subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the first subset, decrease; and

wherein, within the digital-to-digital mapping, for a second subset of successively increasing digital input values specified in the digital-to-digital mapping, deltas between numerical values of successive digital outputs in the set of digital output values corresponding respectively to the successively increasing digital input values in the second subset, increase.

'998 Patent at claim 1

84

## The alleged disclaimers do not concern any patent family "invention as a whole"

**Limited to '535 Patent claims 1, 2**

**Referring only to preferred embodiment**

Accordingly, the invention of the '535 Patent achieved higher performance without the need for analog pre-distortion or signal conditioning circuits or DACs, instead directly driving the modulator with digital signal vectors and using the optical modulator itself to effect a faster digital-to-analog conversion. *See, e.g.*, EX1001, 15:16-18 ("The application of the electrical signals is preferably directly upon the modulator without any mediating circuits, referred to herein as 'Direct Digital Driving'"). The claimed techniques also more efficiently correct for the known problem of non-linear response in optical modulators operated at high transmission speeds—by the novel digital-to-digital mapping of the challenged claims. *See, e.g.*, *id.*, 7:33-66.

Ex. G at 34

**Followed by mention of other inventive aspects, because this was a background introduction**

85

## The alleged disclaimers do not concern any patent family "invention as a whole"

## Cisco's excerpts omit text immediately before and after that shows the discussions refer only to '535 Patent "challenged claims" 1 and 2 and their claim language:

Had Petitioner addressed what the *Roberts* discussion of "non-linear compensator 18" actually referred to, the glaring differences of *Roberts* from the challenged claims would have become clear. For example, *Roberts* describes "non-linear compensator 18" as follows:

Ex. G at 60

The outputs of the *Roberts* compensation function are not the digital vectors of "M drive voltage values" suitable for "coupling . . . to the unmodulated optical signal" of the challenged claims. *See, e.g.,* EX1001, 17:16-21. Rather, the outputs of the *Roberts* compensation function are "sample streams" computed to cause a digital-to-analog converter to output analog voltages which, after additional filtering, yield analog electrode drive voltages. EX1005, 1:54-2:6. To

Ex. G at 61-62

Each of the challenged claims requires converting digital input values to a digital vector of output values. Element B. As discussed below, the '535 Patent

Ex. G at 37

**The alleged disclaimers do not concern any patent family "invention as a whole"**

**Cisco's *Microsoft* case, cited in sur-reply, addressed the relevance of broader statements than any alleged here; limiting the "communications system" of three patents**



"Multi–Tech's statement to the PTO was thus not limited to the invention disclosed in the '627 patent, but was a representation of its own understanding of the inventions disclosed in all three patents. We therefore conclude that that statement from the '627 patent's prosecution history is pertinent to an interpretation of the later issued '532 patent."

*Microsoft Corp. v. Multi-Tech Systems, Inc.*, 357 F.3d 1340, 1350 (Fed. Cir. 2004).

**Cisco repeatedly and misleadingly omits "of the '535 Patent" when quoting alleged disclaimers.  No alleged disclaimer statement here refers to more than "the '535 Patent."**

**The alleged disclaimers do not concern any patent family "invention as a whole"**

**Limited to '535 Patent claims 1, 2**

**This is a true statement about the digital-to-digital mapping elements, not a disclaimer**

Each of the challenged claims requires converting digital input values to a digital vector of output values. Element B. As discussed below, the '535 Patent specification makes clear that this converting occurs in the digital-to-digital domain, and results in the sets of input and selected output values being non-identical. This non-identical digital-to-digital converting enables the invented system to correct for non-linearities or other undesirable signal characteristics, and to do so without employing the complex, slow, and power-hungry DAC circuits of prior solutions. *See, e.g.*, EX1001, 4:62-5:3, 7:33-66, Figures 4, 2A & 2B.

**Not disclaimer to state an inventive correction aspect is enabled**

Ex. G at 37-38

88

**The alleged disclaimers do not concern any patent family "invention as a whole"**

- **Each of Cisco's alleged disclaimers explicitly refers only to the unasserted "'535 Patent" and its two "challenged claims"**

- The alleged disclaimers appear in background, and in sections about motivation to combine and obviousness, of a preliminary IPR response

- They were not relied on, the IPR was procedurally dismissed

- Whether they are "clear and unmistakable" in their content and context is not at issue for this Court, and is not fully met in the briefs, but:

- Even if disclaimer is assumed for argument, they are not directed to Ramot's 13 patent, 394 claim, optical modulator patent family "as a whole."

# Thank You



# Additional Reference Slides

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**The specification of the '872 and '998 Patent contains other embodiments, that contemplate indirect, multi-level, and/or multi-level per electrode driving, such as through drivers or DACs**



Joint Br. at 51-52

needed, further modification may be required. Various forms of further modification may be employed including, but not limited to: use of multiple actuating voltage levels; use of modified electrode lengths; and addition of additional electrodes (i.e., M>N). These different options will be discussed below.

'998 Patent at 8:23-28

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

'998 Patent at 8:29-31

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**The specification of the '872 and '998 Patent contains other embodiments, that contemplate indirect, multi-level, and/or multi-level per electrode driving, such as through drivers or DACs**



**Digital-to-digital mapping**

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

'998 Patent at 8:29-31

Digital output words

Digital input words

Digital to Analog Converter

Ex. Q at ¶117 ("a DAC would be used...")

'998 Patent at Fig. 4

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**The specification of the '872 and '998 Patent contains other embodiments, that contemplate indirect, multi-level, and/or multi-level per electrode driving, such as through drivers or DACs**



**Digital-to-digital mapping**

'998 Patent at 8:22-28 ("multiple actuating voltage levels")

'998 Patent at Fig. 11A

FIG. 11A is a constellation diagram for the device of FIG. 10 illustrating a choice of constellation points, and corresponding electrode actuation patterns, for implementing a 16-QAM modulator;

'998 Patent at Fig. 4

Ex. Q at ¶117 ("a DAC would be used …")

'998 Patent at 6:51-54

**Cisco's last-ditch attempt to build non-infringement limitations into every claim is improper**

**The specification of the '872 and '998 Patent contains other embodiments, that discuss digital input to analog output conversion, such as through DACs**

or non-linear. Thus, the present invention may be employed to convert a digital input into an analog output approximating to any desired response curve within the dynamic range of the modulator. Non-limiting examples include where a desired output response curve is sinusoidal or exponential, or where it is desired to increase the resolution or "contrast" of the output within a specific range of input values.

'998 Patent at 9:2-8

processing, whereas "analog" refers to a form of data in which values are represented by different levels within a range of values of an essentially continuously variable parameter.

'998 Patent at 4:64-67

One option for further modification of the output is to modify the actuating voltage applied to each electrode, such as by switching between different distinct voltage levels.

'998 Patent at 8:29-31

# modulator

| Claim Term/Claims | Agreed Upon Construction |
|---|---|
| **"modulator"**<br><br>**'998 Patent:** claims 1, 4, 6, 49, 50, 58, 61<br><br>**'872 Patent:** claims 1, 2, 3, 6, 7, 10, 11, 12, 13, 15, 16, 18, 20, 21, 23, 25, 26, 27 | any device which outputs an optical signal with controlled variation of intensity, whether the variation is induced during production of the signal (such as in a semiconductor laser) or whether a signal input from another source is modified |

# mapping/map/mapped/converting

| Claim Term/Claims | Agreed Upon Construction |
|---|---|
| **"mapping/map/mapped/converting"**<br><br>**'998 Patent:** claims 1, 13, 14, 45, 46, 47, 49, 58, 63<br><br>**'872 Patent:** claims 1, 11, 13, 15, 23, 27 | selecting or generating a digital output from a set of possible digital outputs for a given digital input from a set of possible digital inputs, wherein decimal values of the set of possible digital outputs and decimal values of the set of possible digital inputs are not identical<br><br>translating from one representation format to another representation format is not mapping/converting |

## Prior art Cisco brought against the Asserted Patents included DACs, analog drive

**Not distinguished on modulator actuation elements**.  Instead, Ramot argued and Board found the references did not disclose specific mapping elements of '872 and '998 Patent claims.



**Fig. 2 of Roberts (Prior art)**

Ex. Q at 49



**Figure 6 of Taraschuk**

Ex. Q at 49

## '465 and '535 IPRs and re-exams turned on interpretation of Roberts' Table 1

**Multiple PTAB panels and Examiner teams now agree, this is not a mapping, but merely a binary format translation of identical values (see also agreed construction here):**

**Table 1 of Roberts (annotated)**



Ex. I at ¶32-40