IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674 (GBW) <br> **(CONSOLIDATED)** |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINES**

WHEREAS the parties have conferred about scheduling and certain remaining discovery and have agreed to extend certain deadlines in the scheduling order;

WHEREAS as discussed at the conclusion of the *Markman* hearing on September 17, 2024, the parties would prefer to extend deadlines as set forth in the below table, including a short extension of the deadline for reply summary judgment and *Daubert* briefs;

WHEREAS, as discussed at the September 17 hearing, the parties are mindful of the Court's time to resolve summary judgment and *Daubert* motions, and if the below proposed extension does not provide sufficient time for the Court to consider those motions, the parties will

work together to propose a shorter extension of deadlines such that the deadline for reply summary judgment and *Daubert* motions remains the same;

IT IS HEREBY STIPULATED AND AGREED, by the parties, and approved by the Court, that the deadlines in the case schedule shall be revised as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | October 16, 2024 | December 13, 2024 |
| Opening expert reports | November 20, 2024 | January 21, 2025 |
| Rebuttal expert reports | January 8, 2025 | February 18, 2025 |
| Reply expert reports | January 29, 2025 | March 11, 2025 |
| Ramot to provide final infringement contentions and final identification of accused products | 14 days after issuance of Claim Construction Order | 14 days after issuance of Claim Construction Order (Same) |
| Cisco to provide final invalidity contentions and final identification of invalidity references | 14 days after service of Ramot's final Infringement Contentions | 14 days after service of Ramot's final Infringement Contentions (Same) |
| Expert Discovery Deadline | March 10, 2025 | April 8, 2025 |
| Dispositive and *Daubert* motions | April 7, 2025 | May 6, 2025 |
| Responses to Dispositive and *Daubert* motions | May 7, 2025 | June 3, 2025 |
| Reply to Dispositive and Daubert motions | May 28, 2025 | June 17, 2025 |
| File joint proposed final pretrial order | October 22, 2025 | October 22, 205 (Same) |
| Pretrial conference | 10/29/25 at 3:00 p.m. EDT | October 29, 2025 at 3:00 p.m. (Same) |

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Jury Selection and 5-day jury trial | 11/3/25 at 9:30 a.m. EDT | November 3, 2025 at 9:30 a.m. (Same) |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs*

October 4, 2024

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

3