IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-674-GBW (consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of November, 2024, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S DISCLOSURE OF FINAL INFRINGEMENT CONTENTIONS PURSUANT TO SCHEDULING ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire                                                                                   <u>VIA ELECTRONIC MAIL</u>
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

Joseph A. Powers, Esquire                                                                              <u>VIA ELECTRONIC MAIL</u>
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

{01836243;v1 }

Holly Engelmann, Esquire  
DUANE MORRIS LLP  
Terrace 7  
2801 Via Fortuna, Suite 200  
Austin, TX 78746-7567

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Andrew C. Mayo*
_____
John G. Day (#2403)  
Andrew C. Mayo (#5207)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302) 654-1888  
jday@ashbygeddes.com  
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Denise De Mory  
Corey Johanningmeier  
Michael Flynn-O'Brien  
Brenda Entzminger  
BUNSOW DE MORY LLP  
701 El Camino Real  
Redwood City, CA 94063  
(650) 351-7248  
ddemory@bdiplaw.com  
cjohanningmeier@bdiplaw.com  
mflynnobrien@bdiplaw.com  
bentzminger@bdiplaw.com

Dated: November 26, 2024