IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) )<br>) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 21-1365 (GBW) |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) ) )<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and<br>ACACIA COMMUNICATIONS, INC., | ) )<br>) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 22-674 (GBW)<br>(CONSOLIDATED) |
| RAMOT AT TEL AVIV UNIVERSITY<br>LTD., | ) ) )<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Cisco's Responses and Objections to Ramot's First Deposition Notice to Cisco Pursuant to Fed. R. Civ. P. 30(b)(6)*; and (2) *Acacia's Responses and Objections to Ramot's First Deposition Notice to Acacia Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on December 5, 2024 upon the following in the manner indicated:

John G. Day, Esquire                                    *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

Denise De Mory, Esquire                                                  *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

James T. Wilson, Esquire                                                  *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA  22314
*Attorneys for Defendant Ramot at Tel Aviv*
*University Ltd.*

OF COUNSEL:                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

L. Norwood Jameson                         */s/ Jennifer Ying*
Matthew C. Gaudet
Sajid Saleem                               _____
Daniel Mitchell                            Jennifer Ying (#5550)
DUANE MORRIS LLP                           1201 North Market Street
1075 Peachtree Street NE, Suite 1700       P.O. Box 1347
Atlanta, GA  30309-3929                    Wilmington, DE  19899
(404) 253-6900                             (302) 658-9200
                                           jying@morrisnichols.com
Joseph A. Powers
DUANE MORRIS LLP                           *Attorneys for Plaintiffs Cisco Systems, Inc.*
30 South 17th Street                        *and Acacia Communications, Inc.*
Philadelphia, PA  19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567
(214) 257-7226

December 5, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 5, 2024, upon the following in the manner indicated:

John G. Day, Esquire          *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

Denise De Mory, Esquire         *VIA ELECTRONIC MAIL*
Corey Johanningmeier, Esquire
Michael Flynn-O'Brien, Esquire
Brenda Entzminger, Esquire
BUNSOE DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

James T. Wilson, Esquire         *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
BUNSOE DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA  22314
*Attorneys for Defendant Ramot at Tel Aviv University Ltd.*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

3