**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 6, 2024

The Honorable Gregory B. Williams  　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
C.A. Nos. 21-1365-GBW and 22-674-GBW (consolidated)

Dear Judge Williams:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): 11/25/2024 and 12/4/2024.

- Delaware Counsel: Andrew Mayo (12/4) (Ramot); Jennifer Ying (11/25 and 12/4) (Cisco/Acacia)
- Lead Counsel: Corey Johanningmeier (11/25, 12/4, and 12/5), Michael Flynn-O'Brien (12/4), Robin Curtis (12/4) (Ramot); Matt Gaudet (11/25 and 12/5), Holly Engelmann (11/25, 12/4, and 12/5), Sajid Saleem (11/25 and 12/4), Daniel Mitchell (11/25 and 12/4) (Cisco/Acacia)

The disputes requiring judicial attention are listed below:

1. Ramot moves to compel financial data related to the pluggable switch and router chassis or line card products in Ramot's contentions.

2. Ramot moves to compel technical information and financial data related to certain accused transceiver and line card products in Ramot's Final Infringement Contentions.

The parties note for the Court's benefit that pursuant to Paragraph 6 of the Scheduling Order, Plaintiffs intend to file a Motion to Strike certain products from Ramot's Final Infringement Contentions by Tuesday, December 10, 2024. In view of the interplay between Ramot's requests herein and Plaintiffs' forthcoming Motion to Strike, the parties wanted to alert the Court to this separate cross-motion.

Counsel is available should the Court have any questions.

The Honorable Gregory B. Williams
December 6, 2024
Page 2

                                        Respectfully,

                                        */s/ Andrew C. Mayo*

                                        Andrew C. Mayo (#5207)

ACM/mlk
cc:     All counsel of record (via electronic mail)