IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1365-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW (consolidated) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND DEADLINES FOR DISCOVERY LETTER BRIEFING**

WHEREAS, the parties requested a discovery telephone conference on December 6, 2024 (D.I. 147, C.A. 21-1365);

WHEREAS, the Court issued an oral Order on December 10, 2024 which set a deadline for filing opening letter briefs on December 10, 2024 and answering letter briefs on December 12, 2024 (D.I. 147, C.A. 13-65);

WHEREAS, Ramot has requested a one-day extension of its opening letter brief and Plaintiffs do not oppose Ramot's request provided that their answering letter brief deadline is also extended by one day;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval and Order of the Court, that Ramot's opening letter brief shall be due by 5:00 p.m. on Wednesday, December 11, 2024 and Plaintiffs' answering letter brief shall be due by 5:00 p.m. on Friday, December 13, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        ASHBY & GEDDES

/s/ Jennifer Ying        /s/ Andrew C. Mayo

_____        _____
Jack B. Blumenfeld (#1014)        John G. Day (#2403)
Jennifer Ying (#5550)        Andrew C. Mayo (#5207)
1201 North Market Street        500 Delaware Avenue, 8th Floor
P.O. Box 1347        P.O. Box 1150
Wilmington, DE 19899        Wilmington, DE 19899
(302) 658-9200        (302) 654-1888
jblumenfeld@morrisnichols.com        jday@ashbygeddes.com
jying@morrisnichols.com        amayo@ashbygeddes.com

Attorneys for Plaintiffs        Attorneys for Defendant


SO ORDERED, this day _____ of December, 2024.


_____
United States District Judge