IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C. A. No. 22-674 (GBW) <br> (CONSOLIDATED) |

**PLAINTIFFS CISCO SYSTEMS, INC. AND ACACIA COMMUNICATIONS, INC.'S MOTION TO STRIKE**

Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. ("Plaintiffs") hereby move to strike the 15 new products accused of infringement identified in Defendant Ramot at Tel Aviv University Ltd. ("Ramot")'s Final Infringement Contentions.

The basis for this motion is set forth in Plaintiffs' opening letter brief filed herewith.

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
Sajid Saleem
Daniel Mitchell
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309-3929
(404) 253-6900

Joseph A. Powers
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

Holly E. Engelmann, P.C.
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX  78746-7567
(214) 257-7226

December 10, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.*

2

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for the parties, including lead and Delaware counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 21-1365 (GBW) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 22-674 (GBW) (CONSOLIDATED) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Having considered Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc.'s Motion to Strike, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Strike is GRANTED.

2. The following products are STRICKEN from Defendant Ramot at Tel Aviv University Ltd.'s Final Infringement Contentions:

    - AC100;
    - QSFP-DD 400G Ultra Long-Haul;
    - OSFP 800G ZR/ZR+;
    - QSFP-DD 800G ZR/ZR+;
    - QDD-400G-SR8-S;

- QDD-400G-SR4.2-BD;
- QSFP-200G-SR4-S;
- QSFP-200G-SL4-S;
- QSFP-200G-FR4-S;
- QDD-8x100G-FR;
- QDD-2X400G-FR4;
- 86-MPA-4FH-M;
- 86-MPA-14H2FH-M;
- NC57-MPA-1FH1D-S; and
- NCS1K14-2.4T-K9.

SO ORDERED, this ___ day of _____, 202___.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| Denise De Mory, Esquire<br>Corey Johanningmeier, Esquire<br>Michael Flynn-O'Brien, Esquire<br>Brenda Entzminger, Esquire<br>BUNSOE DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA  94063<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |
| James T. Wilson, Esquire<br>Wayne M. Helge, Esquire<br>BUNSOE DE MORY LLP<br>277 S. Washington St., Suite 210, #1088<br>Alexandria, VA  22314<br>*Attorneys for Defendant Ramot at Tel Aviv University Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)