IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC. and ACACIA
COMMUNICATIONS, INC.,

        Plaintiffs,

        v.

RAMOT AT TEL AVIV UNIVERSITY LTD.,

        Defendant.

C.A. No. 21-1365-GBW

CISCO SYSTEMS, INC. and ACACIA
COMMUNICATIONS, INC.,

        Plaintiffs,

        v.

RAMOT AT TEL AVIV UNIVERSITY LTD.,

        Defendant.

C.A. No. 22-674-GBW (consolidated)

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of December, 2024, **RAMOT AT TEL AVIV UNIVERSITY LTD.'S SUPPLEMENTAL INITIAL DISCLOSURES** were served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire                  VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

L. Norwood Jameson, Esquire         VIA ELECTRONIC MAIL
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

{01836243;v1 }

Joseph A. Powers, Esquire                                          VIA ELECTRONIC MAIL
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196


Holly Engelmann, Esquire                                           VIA ELECTRONIC MAIL
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78746-7567


*Of Counsel:*                                      ASHBY & GEDDES

Denise De Mory                                     */s/ Andrew C. Mayo*
Corey Johanningmeier
Michael Flynn-O'Brien                              _____
Brenda Entzminger                                  John G. Day (#2403)
BUNSOW DE MORY LLP                                 Andrew C. Mayo (#5207)
701 El Camino Real                                 500 Delaware Avenue, 8th Floor
Redwood City, CA 94063                             P.O. Box 1150
(650) 351-7248                                     Wilmington, Delaware 19899
ddemory@bdiplaw.com                                (302) 654-1888
cjohanningmeier@bdiplaw.com                        jday@ashbygeddes.com
mflynnobrien@bdiplaw.com                           amayo@ashbygeddes.com
bentzminger@bdiplaw.com
                                                   *Attorneys for Defendant*
James T. Wilson
Wayne M. Helge
BUNSOW DE MORY LLP
277 S. Washington St., Suite 210, #1088
Alexandria, VA 22314
(571) 208-0186
jwilson@bdiplaw.com
whelge@bdiplaw.com

Robin King Curtis
BUNSOW DE MORY LLP
351 California Street, Suite 200
San Francisco, CA  94104
(415) 426-4740
rcurtis@bdiplaw.com

Dated: December 16, 2024

{01836243;v1 }                              2