IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1365-GBW |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW (consolidated) |
| v. | ) ) | |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT RAMOT'S MOTION TO COMPEL

Having considered Defendant and Counterclaimant Ramot at Tel Aviv University Ltd.'s Motion to Compel, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel is GRANTED.

2. Plaintiffs and Counterclaim Defendants Cisco Systems, Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") must produce sales data for the accused switch, router line cards, and chassis products (including bundled product IDs to the extent they exist), the invoice (or purchase order) information for all accused products (including the accused switch, router line cards, and chassis products), and to supplement their response to Ramot's Interrogatory No. 25 accordingly; and

{02074703;v1 }

3. Cisco and Acacia must produce technical and financial data for all products identified in Ramot's final infringement contentions, including the information expressly identified as missing in those contentions, and information sufficient to show how the DSP chips in the accused products are configured, including internal register settings programmed by the firmware to confirm features are turned on.

SO ORDERED, this _____ day of _____, 202__.

_____
UNITED STATES DISTRICT JUDGE