# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

December 20, 2024

The Honorable Gregory B. Williams     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Cisco Sys., Inc. and Acacia Comm'ns, Inc. v. Ramot at Tel Aviv Univ. Ltd.,*
            C.A. Nos. 21-1365; 22-674 (GBW)

Dear Judge Williams:

Pursuant to Paragraph 6(c) of the Revised Scheduling Order (D.I. 103),[1] Declaratory-Judgment Plaintiffs Cisco Systems, Inc. and Acacia Communications, Inc. ("Plaintiffs") respectfully request oral argument on their motion to strike (D.I. 153).

Counsel is available should the Court have any questions.

                                              Respectfully,

                                              */s/ Jennifer Ying*

                                              Jennifer Ying (#5550)

JY/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)

---

[1] Unless otherwise noted, all docket citations are to C.A. No. 21-1365.