# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 21-1365-GBW-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| RAMOT AT TEL A VIV UNIVERSITY LTD., | ) ) ) | |
| Defendant. | ) | |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-674-GBW-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) ) | |
| Defendant. | ) | |

## RAMOT AT TEL AVIV UNIVERSITY LTD.'S DISCLOSURE OF ASSERTED PATENTS, ACCUSED PRODUCTS, AND DAMAGES MODEL PURSUANT TO SCHEDULING ORDER

Pursuant to the Scheduling Order entered in these cases (D.I. 21 in C.A. No. 22-674-GBW-CJB and D.I. 24 in C.A. No. 21-1365-GBW-CJB), Ramot at Tel Aviv University Ltd. ("Ramot") provides the following Disclosure of Asserted Patents, Accused Products, and Damages Model relating to U.S. Patent No. 11,133,872 ("'the 872 Patent") and U.S. Patent No. 11,342,998 ("the '998 patent") (the "Asserted Patents"). Ramot's investigation of the infringing acts of Counterclaim Defendants Cisco Systems, Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") is ongoing, and discovery has not completed. Ramot therefore expressly reserves

the right to supplement or amend its contentions and disclosures herein based on additional information obtained through formal discovery or other means concerning Cisco's and Acacia's related products or the Asserted Patents, or as appropriate in response to the Court's legal determination of issues, including, without limitation, the construction of the asserted claims.

## I.    ASSERTED PATENTS AND ASSERTED CLAIMS

Ramot currently asserts that Cisco and its subsidiary Acacia infringe at least the patents and at least the claims shown in the table below (collectively the "Asserted Patents" and "Asserted Claims."

| Asserted Patent | Asserted Claims |
|---|---|
| 11,342,998 | 1, 4, 6-15, 45, 46-47, 49-54, 58, 61-63 |
| 11,133,872 | TBD |

## II.    ACCUSED PRODUCTS

Ramot is currently aware of the following Cisco products that Cisco and its subsidiary Acacia makes, uses, sells, offers to sell and/or imports that infringe the Asserted Claims of the Asserted Patents.  All accused products identified in this section are collectively the "Accused Instrumentalities" or "Accused Products."  Accused Products identified for the '998 Patent or '872 Patent may also be collectively referred to as the "'998 Accused Products" or "'872 Accused Products."  Ramot reserves the right to amend this list and add additional products upon further investigation or discovery.

Ramot also incorporates by reference herein the corresponding descriptions and identifications of Accused Products in its Counterclaims, as well as the evidence of infringement cited and discussed therein.  The Accused Products include Cisco's Acacia Accused Products

and Cisco's Cisco Accused Products, as those terms are used in the Counterclaims and below. By way of further explanation:

Cisco's Acacia Accused Products include, but are not limited to: 100, 200, and 400 Gbps pluggable CFP-DCO and CFP2-DCO modules; 1.2T (AC1200) and 400G (AC400) embedded modules; CIM8 pluggable modules; 400 Gbps OSFP and QSFP-DD pluggable modules that operate relative to 400ZR or OpenZR+ industry implementation agreements; and 100G QSFP-DD pluggable modules; as well as any similarly capable products under development by Acacia. Cisco's Acacia Accused Products also include Acacia-developed CFP2-ACO modules to the extent they are used with an Acacia- or Cisco-developed DSP ASIC on a linecard. Cisco and Acacia are also accused of directly infringing via their reference and test designs, and indirectly infringing by inducing or contributing to their customer's designs—that implement one of Cisco's Acacia-developed Denali, Meru, Pico, Greylock, or Jannu DSP ASICs coupled together with one of Cisco's Acacia-developed Silicon Photonic ICs.

Cisco's Cisco Accused Products include infringing transceiver modules and associated DSP functionality that support advanced mapping and modulation techniques, including without limitation Quadrature Modulation (*e.g.*, 16-QAM) and Pulse Amplitude Modulation (*e.g.*, PAM4). The Accused Products include, but are not limited to: 100, 200, and 400 Gbps pluggable coherent modules, including CFP2-ACO and CFP2-DCO modules, and QSFP-DD or OSFP format 400G ZR modules; 100 Gbps and higher-speed embedded coherent modules; 50, 100, 200, and 400 Gbps QSFP28, QSFP56 and QSFP-DD pluggable modules, including modules that operate at speeds at or above 50 Gbps per optical or electrical lane; "BiDi" modules that communicate at or above 100 Gbps, including 100G BiDi or 400G BiDi products; 100G "single lambda" modules that communicate according to the 100G-FR, 100G-LR, 400G-FR4, or similar

Technical Specifications; and other modules that include similar functionality, along with the associated digital signal processing functionality, whether implemented in the module itself or in an associated circuit or processor on the line card or fixed chassis.

Cisco's Cisco Accused Products also include certain line cards for its routers, switches, and optical transport systems—whether those cards are sold separately as part of a Modular system (*e.g.*, 9000 Series and 8800 Routers), are integrated and sold together with other components of a Fixed Chassis system (*e.g.*, 8100 and 8200 Routers), or are themselves the substantially complete functional instrumentality of a complete system (*e.g.*, certain Nexus 3000 Series or Nexus 9300 Series GX and GX2 switches).

Examples of Cisco's Cisco Accused Products currently offered for sale on Cisco's website include, but are not limited to: CFP2-ACO pluggable transceivers (*e.g.*, ONS-CFP2-WDM); CFP2-DCO pluggable transceivers (*e.g.*, ONS-CFP2D-400G-C, CFP2-WDM-DETS-1HL, CFP2-WDM-DS-1HL, CFP2-LIC-UPG-200G); 400G ZR coherent pluggable transceivers (*e.g.*, QDD-400G-ZR-S, QDD-400G-ZRP-S); Single-lambda CPAK transceivers, *e.g.*, CPAK-100G-FR; 40/100G "BiDi" transceivers, *e.g.*, QSFP-40/100G-SRBD; 100G single-lambda QSFP transceivers (*e.g.*, QSFP-100G-DR-S, QSFP-100G-FR-S, QSFP-100G-LR-S, QSFP-100G-ELR-S); 50G pluggable QSFP56 transceiver modules (*e.g.*, SFP-50G-SR-S, SFP-50G-SL-S); and 400G pluggable QSFP-DD transceiver modules (*e.g.*, QDD-400G-DR4-S, QDD-400G-FR4-S, QDD-400G-LR4-S, QDD-400G-LR8-S, QDD-4x100G-FR-S, QDD-4x100G-LR-S, QDD-400-AOCxM).

Specific model names and numbers known (based on publicly available sources) to be used by Cisco and Acacia for these products are listed below, without limitation. Where publicly available, Cisco part numbers have been included for identification purposes. To the extent that

the same product has been previously orderable from Cisco with a different product ID—or a product ID with additional characters such as = to denote spares—those products are also accused. To the extent that the same product is also sold as part of a "bundle" or with associated licenses to enable accused functionality—which each may have its own separate Cisco product ID—those bundle and license sales are also accused.

On information and belief, other model names and numbers that operate in the manner and according to the industry specifications described above exist and are used, offered, sampled, and sold. Such instrumentalities are included within the Accused Products. Cisco maintains a searchable "Transceiver Module Group (TMG) Compatibility Matrix" at https://tmgmatrix.cisco.com/, which contains additional information associating certain transceiver modules identified herein with compatible Cisco Routers, Switches, and Optical Transport systems that employ them.

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| 11,342,998<br><br>and<br><br>11,133,872 | All[1] | Cisco Routers, Switches, and Optical Transport systems, as well as associated Line Cards, that include transmit DSP functionality on the line card, fixed chassis, or transceiver module, and operate in conjunction with transceiver modules listed and accused herein, including without limitation:<br><br>• ASR 9000 Series Routers<br><br>    ○ ASR 9900 Series 5th Generation 10-Port 400 Gigabit Ethernet Line Card: (A99-4T-FC and A99-10X400GE-X-)<br><br>    ○ ASR 9900 Series 5th Generation 32-Port 100 Gigabit Ethernet Line Card: (A99-32HG-FC |

[1] Pursuant to the Scheduling Order, Ramot will make its identification of asserted claims and provide a relation of each known accused product to the asserted claims each such product allegedly infringes no later than the time for its initial claim chart, currently due Dec. 9, 2022.

| Patent Nos. | Claims | Accused Products |
| --- | --- | --- |
| | | and A99-32X100GE-X-) |

o   ASR 9000 Series 5th Generation High-Density Multi-Rate Line Cards: 2 Terabit and 0.8 Terabit Cards: (A9K-20HG-FLEX-FC, A9K-20HG-FLEX- and A9K-8HG-FLEX-FC, A9K-8HG-FLEX-)

o   ASR 9000 Series 5th Generation 400 Gigabit Ethernet Multi-Rate Line Card: (A9K-4HG-FLEX-FC, A9K-4HG-FLEX-, and A99-4HG-FLEX-FC, A99-4HG-FLEX-)

o   ASR 9000 Series 16-Port 100 Gigabit Ethernet Packet Transport Line Card: (A9K-16X100GE-FC and A9K-16X100GE-TR)

o   ASR 9900 Series 16-Port 100 Gigabit Ethernet Service Edge Line Card: (A99-16X100GE-X-FC and A99-16X100GE-X-SE)

o   ASR 9000 Series 32-Port 100 Gigabit Ethernet Line Card: (A99-32X100GE-FC and A99-32X100GE-TR)

o   ASR 9000 Series 400G and 200G Modular Line Cards and Modular Port Adapters: (A9K-MOD400- and A9K-MOD200- plus A9K-MPA-1X200GE, A9K-MPA-2X100GE, A9K-MPA-1X100GE)

o   ASR 9000 Series 12-Port 100-Gigabit Ethernet Line Cards: (A99-12X100GE-FC and A99-12X100GE)

o   ASR 9900 Series 8-Port 100 Gigabit Ethernet Line Cards with 7-Fabric Support: (A99-8X100GE-FC and A99-8X100GE-)

o   ASR 9000 Series 8-Port 100-Gigabit Ethernet LAN Line Card: (A9K-8X100GE-FC and A9K-8X100GE-)

o   ASR 9000 Series 4-Port 100-Gigabit Ethernet LAN Line Card: (A9K-400GE-LAN-FC and

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | A9K-4X100GE) |

- ASR 9000 Series 400-Gbps IPoDWDM Line Card: (A9K-400G-DWDM-TR)
- ASR 1000 Series Routers
  - ASR 1000 1x100GE Ethernet Port Adapters: (EPA-QSFP-1X100GE and EPA-1X100GE)
- Cisco 8000 Series Routers
  - 8100 Series Fixed Chassis Routers: (8101-32H, 8102-64H, 8101-32FH, 8111-32EH, 8101-32H-O, 8102-64H-O, 8101-32FH-O, 8111-32EH-O)
  - 8200 Series Fixed Chassis Routers: (8201-SYS, 8202-SYS, 8201-24H8FH, 8201-32FH, 8202-32FH-M, 8201-32FH-O)
  - 8800 48x100GbE QSFP28 Line Card: (8800-LC-48H)
  - 8800 34x100GbE QSFP28 and 14x400GbE QSFP56-DD Line Card: (88-LC0-34H14FH)
  - 8800 36x400GbE QSFP56-DD Line Card: (8800-LC-36FH and 88-LC0-36FH)
  - 8800 36x400GbE QSFP56-DD Line Card with MACsec (88-LC0-36FH-M)
- NCS 5700 Series Line Cards and Fixed Chassis Routers
  - NCS 5700 Series 400GE and 100GE Line Cards: (NC-57-24DD or NC57-24X400G-BA; NC-57-18DD-SE or NC57-18D12TH-SB; NC-57-36H-SE or NC57-36H-SB; NC-57-36H6D-S or NC57-36H6D-BM)
  - NCS 5700 Series Modular Base Line Card: (NC-57-MOD-S or NC57-MOD-BM)
  - NCS 5700/5500 Modular Port Adapters with

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | 100/200/400G: (NC57-MPA-2D4H-S or NC57-MPA-2D4H-FC; NC57-MPA-12L-S-FC; NC55-MPA-2TH-S or NC55-MPA-2TH-S-FC; NC55-MPA-1TH2H-S or NC55-MPA-1TH2H-S-FC; NC55-MPA-4H-S or NC55-MPA-4H-S-FC) |

o NCS-57B1 Fixed Chassis: (NCS-57B1-6D24-SYS and NCS-57B1-5DSE-SYS)

o NCS-57C1 Fixed Chassis: (NCS-57C1-48Q6-SYS)

o NCS-57C3 Fixed Chassis: (NCS-57C3-MOD-SYS and NCS-57C3-MODS-SYS)

• NCS 5500 Series Modular Chassis, including NCS 5508 and NCS 5516

o 1.2-Tbps IPoDWDM Modular Line Card: (NC55-6X200-DWDM-S or NC55-6X2H-DWDM-BM, NC55-2H-DWDM-BM)

o 48 x 1/10/25G Line Card: (NC55-32T16Q4H-A or NC55-32T16Q4H-BA)

o 24 Ports 100GE and 12 Ports 40GE Base Line Card: (NC55-24H12F-SE or NC55-24H12F-SB, NC55-24H12F-BA)

o 24X100G High Scale Modular Line Card: (NC55-24X100G-SE or NC55-24X100G-SB)

o 18-Port 100GE and 18-Port 40GE Base Line Card: (NC55-18H18F or NC55-18H18F-BA)

o 36X100G Base Modular Line Cards (NC55-36X100G or NC55-36X100G-BA)

o 36X100G MACsec Modular Line Cards: (NC55-36X100G-S or NC55-36X100G-BM)

o 36X100G High Scale Modular Line Cards (NC55-36X100G-A-SE)

o Modular Line Cards: (NC55-MOD-A-S and

-8-

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | NC55-MOD-A-SE-S) |
| | | • NCS 5500 Series Fixed Chassis Routers |
| | |    o NCS 5501 System: (NCS-5501 and NCS-5501-SE) |
| | |    o NCS 5502 System: (NCS-5502 and NCS-5502-SE) |
| | |    o NCS 55A1 System: (NCS-55A1-36H-SE-S and NCS-55A1-36H-SE-S) |
| | |    o NCS 55A2 MOD System Modular Port Adapters: (NC57-MPA-2D4H-FC, NC57-MPA-12L-S-FC, NC55-MPA-2TH-S-FC, NC55-MPA-2TH-HXFC, NC55-MPA-1TH2H-FC, NC55-MPA-4H-S-FC, NC55-MPA-4H-HD-FC, and NC55-MPA-4H-HX-FC) |
| | |    o NCS 5500 Dense 25G Fixed Chassis: (NCS-55A1-48Q6H) |
| | |    o NCS-55A1-24Q6H Fixed Chassis: (NCS-55A1-24Q6H-S and NCS-55A1-24Q6H-SS) |
| | | • NCS 500 Series Routers, including NCS 560 |
| | |    o NCS 560 Series Router Interface Modules with 100/200G: (N560-IMA-2C, N560-IMA-1W, N560-IMA-2C-DD) |
| | |    o NCS 540 Large Density Router: (N540-24Q8L2DD-SYS) |
| | | • NCS 6000 Series Routers, including NCS 6008 |
| | |    o 6000 Series 20-Port 100-Gbps Label Switch Router Line Cards: (NC6-20X100GE-L-C and NC6-10X100G-L-K |
| | |    o 6000 Series 20-Port 100-Gbps Multiservice Line Card: (NC6-20X100GE-M-C) |
| | | • NCS 5000 Series Routers, including NCS 5001, |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | 5002, 5011, and 5064 |

       o   NCS 5001 System: (NCS-5001)

       o   NCS 5002 System: (NCS-5002)

       o   NCS 5011 System: (NCS-5011)

- NCS 2000 Series Optical Transport systems

       o   NCS 2000 400 Gbps XPonder Line Card: (NCS2K-400G-XP and NCS2K-400GXP-L-K9)

       o   NCS 2000 1.2 Tbps DWDM Line Module: (NCS2K-1.2T-MXP and NCS2K-1.2T-MXP-L)

       o   NCS 2000 200-Gbps Multirate DWDM Line Card: (NCS2K-200G-CK-C, NCS2K-200G-CK-LIC, and NCS2K-100G-CK-LIC)

       o   NCS 2000 100-Gbps Coherent DWDM Trunk Card with CPAK Client Interface: (NCS2K-100G-CK-C and NCS2K-100ME-CKC)

       o   NCS 2000 100-Gbps DWDM Line Card with Soft Decision FEC: (NCS2K-100GS-CK-C)

       o   NCS 2000 100-Gbps Multirate Muxponder: (NCS2K-MR-MXP-LIC)

- NCS 4000 Series Optical Transport systems, including NCS 4016 and NCS 4009, as well as 4200 Series Optical Transport systems, including NCS 4206 and NCS 4216

       o   NCS 4000 400 Gbps DWDM/OTN/Packet Universal Line Card: (NCS4K-4H-OPW-QC2)

       o   NCS 4000 Optical Transport Network (OTN) Line Cards: (2 Port 100G OTN Line Card)

       o   NCS Converged 2x100 Gbps, 10 Gbps Line

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | Card: (NCS4K-2H10T-OP-KS) <br><br> o NCS 4000 2x100G DWDM Line Card: (NCS4K-2H-W) <br><br> o NCS 4200 1-Port 100GE CPAK Interface Module: (NCS4200-1H-PK) <br><br> o NCS 4200 2-Port 100GE QSFP28 Interface Module : (NCS4200-2H-PK) <br><br> • NCS 1000 Series Optical Transport systems, including NCS 1002 and NCS 1004 <br><br> o NCS1004 3.2T QSFP-DD DCO Transponder Line Card: (NCS1K4-QXP-K9 and NCS1K4-QXP-L-K9) <br><br> o NCS 1004 800G QSFP-DD Transponder Line Card: (NCS1K4-2-QDD-C-K9) <br><br> o NCS 1004 OTN-XPonder Line Card: (NCS1K4-OTN-XP and NCS1K4-OTN-XPL) <br><br> o NCS 1004 L-Band Transponder Line Card: (NCS1K4-1.2TL-K9) <br><br> o NCS 1004 C-Band 1.2T Transponder Line Card: (NCS1K4-1.2T-K9 and NCS1K4-1.2T-L-K9) <br><br> o NCS 1002 System: (NCS1002-K9 and NCS1002-LIC-K9) <br><br> • ONS 15454 Series Multiservice Transport Platforms <br><br> o ONS 15454 100-Gbps CP-DQPSK Full C-Band Tunable DWDM Trunk Card: (15454-M-100G-LC-C and 15454-M-100G-ME-C) <br><br> • Catalyst 9600 Series Switches with 400G and 100G Ethernet Line Cards <br><br> o Catalyst 9600 Series 24-Port 40GE/12-Port 100GE Line Card: (C9600-LC-24C) |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | |    o Catalyst 9600 Series Combo Line Cards: (C9600-LC-40YL4CD and C9600X-LC-32CD)<br><br> • Catalyst 9500X and 9500 Series Switches with 100G and 400G Ethernet ports<br><br>   o C9500X-28C8D<br><br>   o C9500-32C, C9500-32QC, C9500-48Y4C, C9500-24Y4C<br><br> • Nexus 9800 Series Switches with 400G Ethernet Line Cards<br><br>   o Nexus 9800 36-port 400G line card with MACsec: (N9K-X9836DM-A)<br><br> • Nexus 9500 Series Switches with 400G and 100G Ethernet Line Cards<br><br>   o 400-Gigabit Ethernet Line Card: (N9K-X9716D-GX and N9K-X9624D-R2)<br><br>   o 100-Gbps Line Cards: (N9K-X9736C-FX, N9K-X9736C-EX, N9K-X9732C-FX, N9K-X9732C-EX, N9K-X9636C-RX, N9K-X9636C-R, and N9K-X9432C-S)<br><br>   o 1/10/25-Gigabit Ethernet Access-Layer and 10/40/100-Gigabit Ethernet Aggregation-Layer Line Card: (N9K-X97160YC-EX)<br><br> • Nexus 9400 Series Switches with 400G and 200G Ethernet Line Cards<br><br>   o Nexus 9400 8p 400G QSFP-DD LEM: (N9K-X9400-8D)<br><br>   o Nexus 9400 16p 200G LEM: (N9K-X9400-16W)<br><br> • Nexus 9300 Series Switches with 400/200/100G Interfaces<br><br>   o Nexus 9300-GX Series 400G Switches: |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | (N9K-C9316D-GX, N9K-C93600CD-GX, and N9K-C9364C-GX) |

- o Nexus 9300-GX2 Series 400G Switches: (N9K-C9364D-GX2A, N9K-C9348D-GX2A, and N9K-C9332D-GX2B)

- o Nexus 9300-FX Series Switches: (N9K-C93180YC-FX, N9K-C93108TC-FX, and N9K-C9348GC-FXP)

- o Nexus 9300-FX2 Series Switches: (N9K-C9336C-FX2, N9K-C9336C-FX2-E, N9K-C93240YC-FX2, N9K-C93360YC-FX2, and N9K-C93216TC-FX2)

- o Nexus 9300-FX3 Series Switches: (N9K-C93180YC-FX3)

- o Nexus 9300-FX3S Series Switch: (N9K-C93180YC-FX3S)

- o Nexus 93108TC-FX3P Switch: (N9K-C93108TC-FX3P)

- o Nexus 9332C and 9364C Fixed Spine Switches: (N9K-C9364C and N9K-C9332C)

- o Nexus 9300-EX Series Switches: (N9K-C93180YC-EX, N9K-C93108TC-EX, and N9K-C93180LC-EX)

- o Nexus 9300-EX and FX 24 Port Series Switches: (N9K-C93180YC-FX-24, N9K-C93108TC-FX-24, N9K-C93180YC-EX-24, and N9K-C93108TC-EX-24)

- • Nexus 9200 Series Platform Switches with QSFP28 ports for 100G Ethernet Modules

- o N9K-92348GC-X

- o N9K-92160YC-X

- o N9K-92300YC

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | |     o  N9K-92304QC<br><br>    o  N9K-9236C<br><br>•  Nexus 7000 Series Switches with 100G Ethernet Line Cards<br><br>    o  Nexus 7700 F4-Series 30-Port 100-Gigabit Ethernet Module: (N77-F430CQ-36)<br><br>    o  Nexus 7700 F3-Series 12-Port 100 Gigabit Ethernet Module: (N77-F312CK-26)<br><br>    o  Nexus 7700 M3-Series 100 Gigabit Ethernet Module: (N77-M312CQ-26L)<br><br>    o  Nexus 7000 F3-Series 6-Port 100 Gigabit Ethernet Module: (N7K-F306CK-25)<br><br>•  Nexus 3000 Series Switches with QSFP-DD ports for 400G Ethernet modules and QSFP28 ports for 100G Ethernet modules<br><br>    o  Nexus 3408-S 400G Switch with: Nexus 100G Line Expansion Module (NXM-X16C) or Nexus 400G Line Expansion Module (NXM-X4D)<br><br>    o  Nexus 3432D-S 400G Switch: (N3K-C3432D-S)<br><br>    o  Nexus 3600 Series Switches: (N3K-C3636C-R, N3K-C36180YC-R)<br><br>    o  Nexus 3400 Series Switches: (N3K-C34180YC, N3K-C3464C)<br><br>    o  Nexus 3200 Series Switches: (N3K-C3264C-E, N3K-C3232C)<br><br>    o  Nexus 3100-Z Series Switches: (N3K-C3132C-Z)<br><br>    o  Nexus 3100-V Series Switches: (N3K-C31108PC-V, N3K-C31108TC-V, and N3K- |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | C31108TCV-32T) |

Cisco transceiver modules that transmit optical signals using Quadrature Modulation schemes such as 8-QAM, 16-QAM, 64-QAM, or the like, or using pulse amplitude modulation schemes such as PAM4, including without limitation:

- 100, 200, and 400 Gbps pluggable CFP2 modules, such as:

    o CFP2-ACO

    o CFP2-DCO

    o ONS-CFP2-WDM

    o ONS-CFP2-WDM-1KE

    o ONS-CFP2-WDM-1KL

    o Legacy modules (to extent sold during life of patent) such as: CFP2-WDM-BDL-1HL, CFP2-WDM-D-1HL, CFP2-WDM-DE-1HL, CFP2-WDM-D-SK, CFP2-WDM-DET-SK, and ONS-C2-WDM-DE-1HL

    o CFP2-WDM-DETS-1HL (including with CFP2-LIC-UPG-200G license)

    o CFP2-WDM-DS-1HL (including with CFP2-LIC-UPG-200G license)

    o CFP2-WDM-DS-SK

    o CFP2-WDM-DETS-SK

    o ONS-CFP2D-400G-C

- 50, 100, 200, and 400 Gbps SFP, QSFP, QSFP28, QSFP56, QSFP-DD, and OSFP modules, including modules that employ PAM4 modulation or operate at speeds at or above 50 Gbps per optical or electrical lane, such as:

    o QSFP-100G-DR-S

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | o   QSFP-100G-FR-S<br><br>o   QSFP-100G-LR-S<br><br>o   QSFP-100G-ERL-S<br><br>o   SFP-50G-SL<br><br>o   SFP-50G-SR-S<br><br>o   SFP-50G-LR-S<br><br>o   Q100-ZR4-S-EA<br><br>• CPAK 100G modules, including when used with line cards that support Quadrature Modulation, such as:<br><br>o   CPAK-100G-FR<br><br>o   CFP2-to-CPAK Port Adapter: (CVR-CFP2-CPAK)<br><br>• "BiDi" modules that communicate at or above 100 Gbps, including 100G BiDi or 400G BiDi products, such as:<br><br>o   QSFP-40/100-SRBD<br><br>o   QSFP-100G-SR1.2<br><br>• Modules that communicate according to the 100G-FR, 100G-LR, 400G-FR4, 400G-DR4, 400G-ZR, and 400G-ZR+ and similar technical specifications, such as:<br><br>o   100G PAM4 "single lambda" modules, including QSFP-100G-ER-S, QSFP-100G-FR-S, QSFP-100G-LR-S, QSFP-100G-ELR-S, and CPAK-100G-FR<br><br>o   QSFP-DD 100G and 400G modules, including:<br><br>▪   QDD-400G-DR4-S<br><br>▪   QDD-400G-FR4-S |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
|  |  | ▪ QDD-400G-LR4-S<br><br>▪ QDD-400G-SR4-BD<br><br>▪ QDD-400G-LR8-S<br><br>▪ QDD-400G-ZR-S<br><br>▪ QDD-400G-ZRP-S<br><br>▪ QDD-400G-AOCxxM<br><br>▪ QDD-4x100G-FR-S<br><br>▪ QDD-4x100G-LR-S.<br><br>Cisco transceiver modules developed by Acacia Communications, which are sold independently, bundled with Cisco line cards and systems described above, or integrated into systems described above (e.g., NCS 1004), including without limitation:<br><br>• Multi-Haul Modules:<br><br>    ○ AC1200 Product Family<br><br>    ○ AC400 FLEX Product Family<br><br>    ○ Coherent Interconnect Module 8<br><br>• MSA Pluggable Modules:<br><br>    ○ 400G CFP2-DCO Pluggable Coherent Optical Module (400G CFP2-DCO)<br><br>    ○ 100G/200G CFP2-DCO Pluggable Coherent Optical Module (200G CFP2-DCO and 100G CFP2-DCO)<br><br>    ○ CFP2-DCO Pluggable Coherent Bi-Directional Optical Module (CFP2-DCO BiDi)<br><br>    ○ CFP2-ACO Product Family<br><br>    ○ 400ZR OSFP Pluggable Coherent Optical |

| Patent Nos. | Claims | Accused Products |
|---|---|---|
| | | Module (400ZR)<br><br>o  OpenZR+ OSFP Pluggable Coherent Optical Module (OpenZR+)<br><br>o  Bright 400ZR+ QSFP-DD Pluggable Coherent Optical Module (Bright 400ZR+)<br><br>o  400ZR QSFP-DD Pluggable Coherent Optical Module (400ZR)<br><br>o  OpenZR+ QSFP-DD Pluggable Coherent Optical Module (OpenZR+)<br><br>o  400G ER1 QSFP-DD Pluggable Coherent Optical Module (400G ER1)<br><br>o  100G P2P Access QSFP-DD Pluggable Coherent Optical Module |

## III.    IDENTIFICATION OF DAMAGES MODEL

Ramot seeks compensatory damages for Cisco's and Acacia's past infringement through the date of trial, in the form of a reasonable royalty together with pre-judgment and post-judgment interest and costs.  Ramot also seeks enhanced damages under 35 U.S.C. § 284, as well as attorneys' fees under 35 U.S.C. § 285, and any other relief the Court deems appropriate. Ramot will seek post-verdict and post-judgment damages and/or an accounting to the extent any infringement occurs after the date of the verdict and/or judgment, in the form of an ongoing reasonable royalty payment through the remaining life of the patents.  The amount of the royalty sought will be the subject of fact and expert discovery into, without limitation, costs, profits, sales, and forecasts for the Accused Products, as well as commercial and competitive factors, marketing strategies, and the like.

Ramot expects that any reasonable royalty will account for all sales of accused transceivers, line cards, and fixed chassis systems that participate in the alleged infringement—and will also account for sales of products adapted for use with infringing components, such as module port adapters, fixed and modular switches, and other router or optical transport chassis products, as well as subscriptions and licenses to use infringing capabilities, and other products sold in bundles with infringing components.

Fact discovery has not been completed, nor has expert discovery begun concerning damages. Ramot reserves the right to adjust its damages contentions in accordance with information obtained through formal discovery or other means, or as appropriate in response to the Court's legal determination of issues, including, without limitation, the construction of the asserted claims.

## IV.    COPIES OF THE FILE HISTORIES FOR EACH PATENT IN SUIT (P.R. 3-2(c))

Copies of the file histories for the Asserted Patents are being produced in conjunction with these disclosures.

*Of Counsel:*

Denise M. De Mory
Corey Johanningmeier
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA  94063
(650) 351-7248

Dated:  September 9, 2022

*/s/ Corey Johanningmeier*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Ramot at Tel Aviv University Ltd.*

-19-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on all counsel who are deemed to have consented to electronic service.

Dated:  September 9, 2022

By:  /s/ *Corey Johanningmeier*
Corey Johanningmeier

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

# EXHIBIT C

# REDACTED IN ITS ENTIRETY

# EXHIBIT D

| From: | Engelmann, Holly E. |
|---|---|
| To: | Corey Johanningmeier; CiscoRamot; Ying, Jennifer; Gaudet, Matthew C. |
| Cc: | BDIP_Ramot; Mayo, Andrew C.; Day, John G. |
| Subject: | RE: Cisco/Ramot |
| Date: | Friday, April 21, 2023 10:20:12 AM |

**[EXTERNAL]**

Hi Corey,

In addition to the voluminous prior productions (65,782 documents in EDTX case) that the parties have agreed are deemed produced in the current litigation and productions thus far in the current litigation (21,759 documents), we have been working in good faith to collect and produce additional documents responsive to Ramot's requests – many of which are overly broad and unduly burdensome. We have continued to collect documents and produce them as quickly as we can, with two productions this month, and another with our responses to Ramot's discovery requests later today.

To reduce and characterize Cisco's productions to date as a "joke" or "insubstantial" is misleading and highly inaccurate. When Ramot's requests are so broad as to request "All documents and things," it is unreasonable for Ramot to lodge relevance objections to the wide swath of documents that may fall under these requests. See, e.g., RFPs 11 and 46.

Both Cisco and Acacia host blogs that are customer/public facing and include discussions that may relate to the Accused Products (and accused features). Those posts cover a variety of topics and in the interest of efficiency and completeness, we pulled and produced the blog series. While you cherry-picked a fun post about an Acacia Chili cook-off, there were many documents in the produced blog series that discussed the Accused Products, specifically the CIM 8 pluggables, 1.2T pluggable modules, 400G Coherent pluggables, etc.

With respect to your comments about Acacia, we have produced additional key technical documents and intend to produce additional documents. And with respect to source code, we would like to meet and confer with you to determine what Ramot believes is necessary and appropriate. Please let us know when you would like to discuss.

Thanks,
Holly

**HOLLY ENGELMANN, P.C. | Duane Morris LLP**

**From:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>
**Sent:** Monday, April 10, 2023 8:13 PM
**To:** CiscoRamot <CiscoRamot@duanemorris.com>; Ying, Jennifer <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>
**Cc:** BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Day, John, G. <JDay@ashbygeddes.com>
**Subject:** FW: Cisco/Ramot

Counsel,

 Based on the email exchange below, I was under the impression that Cisco and Acacia would be

making a substantially complete document production on or before April 7.  Indeed, your assurance to that effect was part of our agreement giving you more time to provide written discovery responses.

  Instead, we received some sales numbers that inexplicably leave off years of the undisputed damages period, and hundreds of publicly available blog posts, many concerning things like corporate charity and employee morale events.  While I am sure that Chris MacGregor's "extra spicy, jalapeno-filled chili" deserved its third place showing at the 2018 Acacia "Chili Master Cook-off," and I personally appreciate receiving the recipe so I can see for myself, I am also certain that the attached will make a lovely exhibit to a motion to compel, with the theme "they are messing with us, your honor."

  Through the previous case, when Acacia was on subpoena, through today, we have not seen technical production concerning Acacia products that goes beyond public materials and an incomplete selection of those items Acacia provides its customers.  Our requests demand much more than this, including internal engineering design documents, and documents and access to the code (firmware and RTL) illuminating Acacia's transmit DSP functionality.   In light of the production we just received, I must ask when Cisco and Acacia expect to make substantially complete production of technical materials, and when source code will be available according to our requests. As always, I would prefer not to burden the Court with a motion to compel these materials, but that preference will not translate to hesitation if substantial production does not occur soon.

  Best regards,

-- Corey

**From:** Ying, Jennifer <jying@morrisnichols.com>
**Sent:** Tuesday, March 7, 2023 4:37 PM
**To:** Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Subject:** RE: Cisco/Ramot

Hi Andrew:

Please see attached for a draft stipulation for review.

Regarding the discovery extension request, we are intending to have our substantial completion of production by April 7, and to the extent there are additional documents, we would be producing them in conjunction with our discovery responses on April 21.  Let us know if that works.

Thanks
Jen

**From:** Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Sent:** Monday, March 6, 2023 4:11 PM
**To:** Ying, Jennifer <jying@morrisnichols.com>

**Subject:** [EXT] RE: Cisco/Ramot

Hi Jennifer,

Sounds good on the stipulation.  We can agree to that extension for substantive written responses provided you all plan to meet the substantial completion of document production deadline.

-Andrew

---

**From:** Ying, Jennifer <jying@morrisnichols.com>
**Sent:** Monday, March 6, 2023 1:15 PM
**To:** Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Subject:** RE: Cisco/Ramot

Hi Andrew:

I'll sync up with my side and get you a draft stipulation for consideration.

Separately, can we get an extension to April 21 on our discovery responses to Ramot's 1st set of Rogs and RFPs?  We have several team members and client contacts that are going to be on vacation due to spring break and the like over the next few weeks, and we are trying to put together meaningful, substantive responses to provide to Ramot.  Please let me know if Ramot is amenable to that extension request.

Thanks
Jennifer

---

**From:** Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Sent:** Monday, March 6, 2023 12:29 PM
**To:** Ying, Jennifer <jying@morrisnichols.com>
**Subject:** [EXT] RE: Cisco/Ramot

Hi Jennifer,

Why don't you send over a draft stipulation.  We may have some edits, but I'm hopeful we can work something out and avoid motion practice etc...

Thanks,
Andrew

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

# EXHIBIT E



701 El Camino Real
Redwood City, CA 94063
+1 (650) 351-7248

**Corey Johanningmeier**
Direct: +1 (650) 351-7420
cjohanningmeier@bdiplaw.com

VIA ELECTRONIC MAIL

September 13, 2023

Holly Engelmann
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 257-7226
Email: hengelmann@duanemorris.com

> **Re:** ***Cisco Systems, Inc. and Acacia Communications, Inc. v. Ramot at Tel Aviv University Ltd.***
> **Case Nos. 21-cv-01365-GBW-CJB, 22-cv-674-GBW-CJB**

Dear Counsel:

I write regarding deficiencies in Cisco's document production and in this case to date. I previously wrote regarding deficiencies in Cisco's and Acacia's (collectively "your" or "Cisco's") document production and responses in this case—including via email on April 10, 2023—and we have discussed some of these matters in conferences. While some of the few dozen documents you produced in April were highly relevant, those documents themselves demonstrate that there are large numbers of additional relevant and responsive technical documents remaining unproduced.

I also note that some of these issues with Cisco's discovery persist from the stayed prior Eastern District of Texas case. As you will recall, Ramot filed a Motion to Compel in that case on July 6, 2020—seeking, *inter alia*, documents showing firmware configuration of the accused modules, technical information about certain then-new products, as well as technical information about certain then-new products, as well as technical information about Acacia's transmit DSP functionality.

Cisco and Acacia's failure to produce these materials and provide complete responses has prejudiced Ramot in preparing its case. Now as in the prior E.D. Texas case, Cisco is seeking to force Ramot into a last-minute rush to take depositions on an incomplete record. Please immediately advise as to times this week that we may confer and identify those issues for which Ramot must move to compel.

## **Cisco's and Acacia's Productions and Interrogatory Responses are Deficient**

### **1.  Improper unilateral redefinition of "Accused Products"**

Just as in the prior litigation, in its responses Cisco has improperly and unilaterally redefined "Accused Products" to exclude chassis, line card, and switch products that utilize pluggable slots for infringing transceiver modules—and has refused to provide interrogatory responses, complete technical documentation, and sales and cost data, for those Accused Products.

The objected-to products are designed to use—and in some cases exclusively designed for the use of—accused pluggable transceiver modules.  They are also marketed with, and sold in bundles with, accused pluggable transceiver modules.  In the prior litigation, the parties extensively discussed this issue.  Also in the prior litigation, Cisco ultimately provided sales figures for such products accused there, which were used and debated by experts in their reports. Cisco cannot possibly deny the relevance of information about the marketing and sales (bundled, convoyed, or otherwise) of these products.

Yet Cisco has not provided sales, cost, or bundling information for the chassis, pluggable line card, and switch products and time-period at issue here.  This failure, along with others discussed herein, prevents Ramot from effectively deposing Cisco about its (incomplete) financial information.

### **2.  Missing Accused Products**

The following products are Accused Products according to the definitions and/or model number identifications in Ramot's counterclaim, disclosure of asserted patents, accused products, and damages model, and preliminary infringement contentions.  Cisco has either refused or failed to include these products in its interrogatory responses and has not produced core technical documents with respect to these products:

CIM8-C-K9, CIM8-L-K9 / CIM-8
DP01QSDD-ZF1 / QDD-100G-ZR-S
DP04QSDD-HE0, DP04QSDD-HK9, DP01QSDD-LK9 / QSFP-DD-400G (Bright)
DP04CFP2-D15 / 400G CFP2 DCO BiDi
DP04SFP8
SFP-50G-SL
SFP-50G-SR-S
SFP-50G-LR-S
QDD-8X100G-FR
QDD-2X400G-FR4

In addition, the gross revenue information Cisco has produced in this case lacks data for at least the following Accused Products (in addition to all of those chassis, pluggable line card, and switch products mentioned in Section 1. above):

CIM8-C-K9
CIM8-L-K9
DP04CFP2-D15

DP04QSDD-HE0, DP04QSDD-HK9, DP04QSDD-LK9
QSFP-100G-SR1.2
QDD-400G-SR4.2-BD
QDD-8X100G-FR
QDD-2X400G-FR4
NCS1K4-QXP-K9
NCS1K4-QXP-L-K9
NCS1K4-2.4T-K9

If you contend that any of these products are missing or excluded because there have been no "general" sales, please identify those products in your responses. Also, this would not be a valid objection as our discovery requests cover qualification, sampling, and other "pre-sale" delivery and sales to customers. Information about use by Cisco and its customers, as well as technical information about these products, is indisputably relevant—and largely or completely missing from Cisco's responses and productions.

### 3. Missing financial information

In addition to adding the missing products and product categories mentioned above, Cisco and Acacia should update the revenue-by-product spreadsheets they have produced to reflect sales through the present. This is both efficient and necessary under the Federal Rules requiring supplementation of discovery responses for new and additional information.

As in the prior litigation, Cisco's production of financial information is deficient (indeed nonexistent for many products) with respect to units sold, cost of goods sold, and profit margin information. As at the time of Ramot's prior Motion to Compel in the Eastern District of Texas, Cisco has failed to produce and identify COGS and margin information for many Accused Products. Again, this failure, along with others discussed herein, prevents Ramot from effectively deposing Cisco about its (incomplete) financial information.

### 4. Missing firmware and operational configuration information

Other than a few default configuration files for certain Acacia products, Cisco still hasn't produced evidence of in-system operational configuration of its module products.

This material was asked for here in our February 15, 2023 document requests, and I have also served (second) interrogatories seeking the information—or narrative concerning its location in Cisco's productions. In prior litigation, Cisco represented in May of 2020 that it was "currently investigating" the location of firmware files. But the existence of configuration firmware has never been a mystery.

Cisco's failure to produce configuration information or firmware prevents Ramot from effectively deposing Cisco's technical witnesses about the in-system operation of the Accused Products.

Page 3

### 5.  Missing identification of components and production re: OEM modules

Ramot's Interrogatory No. 7 asked for the identification of DSP and other components within Cisco's transceiver modules.  Cisco failed to do so with respect to modules "sourced from third parties."  But Cisco has this information in its possession, and its failure to provide it has substantially prejudiced Ramot, forcing and then delaying effective subpoena discovery of Cisco's OEMs, who have objected that they also need component identification in order to respond.

Ramot also sought technical information from Cisco about Each Accused Product, including:  Engineering specifications and design documents (RFP Nos. 3, 7, 10); Schematics, block diagrams, etc. (RFP No. 4); Bill of Materials or other documents to show the components (and their costs) included in each Accused Product (RFP No. 6).  Cisco's production of these materials has been inadequate, particularly with respect to modules "sourced from third parties," which include those designed by, or with input from, Cisco.

And particularly relevant for modules "sourced from third parties," Ramot requested Cisco produce, from its possession, customer documentation, *e.g.*, datasheets, device specifications, design guidelines, programming or configuration guides, application notes, and whitepapers (RFP No. 11).  Cisco has not done so, forcing Ramot to seek via subpoena documents that Cisco's third-party OEMs provide their customers like Cisco in the ordinary course and here.

This obstruction has prejudiced Ramot's ability to complete discovery.  For example, the lack of documents from Cisco detailing the components and operation of modules built by OEMs has prevented Ramot from mitigating Cisco's failure in interrogatory responses to identify such components and detail such operation.

Cisco's failure to identify components and provide complete technical discovery, including for OEM products, has delayed discovery, has impeded Ramot in third-party discovery, and prevents Ramot from effectively deposing Cisco's technical witnesses about the Accused Products.

### 5.  Incomplete production re: Acacia components

The few customer specifications and programming guides produced in this case for certain of the Acacia DSP products contain lists of other relevant documents, many of which are obviously relevant and responsive to Ramot's requests, but are not included in the production.  And similar customer specifications and programming guides appear to be missing for other of Acacia's DSP chips.  A complete list of this material is outside the scope of this letter and not Ramot's responsibility to compile, but examples can be provided to assist Cisco's discovery compliance.

Also, Cisco's April production included, for the first time in four years of litigation, a handful of engineering specifications for TX DSP functional blocks within Acacia's DSP products.  *See, e.g.*, Acacia-Ramot_00000006;  Acacia-Ramot_00000009;  Acacia-Ramot_00000010; Acacia-Ramot_00000012;  Acacia-Ramot_00000014;  Acacia-Ramot_00000213.  These documents cannot possibly be, and self-evidently are not, the only engineering documents describing the design and operation of the TX DSP path of each and every accused generation of Acacia chip.  These documents are highly relevant to Ramot's allegations of infringement, and

their sparse selection and late production demonstrates that Cisco's search for and production of non-public technical materials remains manifestly incomplete.

*      *      *

Ramot has already been prejudiced by Cisco and Acacia's failure to timely produce these materials, and additional delay will compound this prejudice.

Accordingly, please immediately remedy the deficiencies identified herein, let us know a date certain by when you will do so, or identify times when you can be available to meet and confer about these issues. We are available to answer any questions you may have or to otherwise confer about the above.

Regards,

Corey Johanningmeier

cc: All Counsel of Record

# EXHIBIT F



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

HOLLY ENGELMANN, P.C.
DIRECT DIAL: +1 214 257 7226
PERSONAL FAX: +1 214 292 9454
*E-MAIL:* HEngelmann@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

October 6, 2023

VIA E-MAIL

Corey Johanningmeier
Bunsow De Mory
701 El Camino Real
Redwood City, CA 94063
cjohanningmeier@bdiplaw.com

  **Re: Cisco Sys., Inc. and Acacia Comms., Inc. v. Ramot at Tel Aviv Univ. Ltd., Case Nos. 1:21-cv-01365-GBW and 1:22-cv-00674-GBW (D.D.E.)**

Dear Corey:

  I write in response to your letter dated September 13, 2023.

  As an initial matter, Cisco and Acacia have not "prejudiced Ramot in preparing its case" and our offer to extend the Fact Discovery deadline by a week was in no way intended to force Ramot "into a last-minute rush to take depositions on an incomplete record." As you note in your letter, the litigation between the parties has spanned many years, with the current actions filed more than two years ago (September 28, 2021), with additional cases added eight months later (May 24, 2022). The current Scheduling Orders were entered over a year ago (September 8, 2022) and provided for disclosures to be made on September 14, 2022, Cisco's production of core technical documents on October 14, 2022, and discovery following thereafter until the September 29, 2023 deadline. As required, Cisco and Acacia served its Initial Disclosures on September 14, 2022, served interrogatories and RFPs on September 28, 2022, and produced core technical documents on October 14, 2022. Five months later on February 15, 2023, Ramot served interrogatories and RFPs, to which Cisco and Acacia responded and objected on April 21, 2023. Only as the September 29, 2023 fact discovery deadline loomed did Ramot serve 30(b)(6) deposition notices (August 15, 2023), third-party subpoenas (August 22, 2023), 30(b)(1) deposition notices (August 24, 2023), additional third-party subpoenas (August 29, 2023), and a second set of interrogatories (August 29, 2023). To blame Cisco and Acacia for a "last-minute rush" is belied by this timeline.

DUANE MORRIS LLP

100 CRESCENT COURT, SUITE 1200, DALLAS, TX 75201    PHONE: +1 214 257 7200 FAX: +1 214 257 7201

DuaneMorris

Corey Johanningmeier
October 6, 2023
Page 2

For documentary purposes, I note that since your September 13 letter and before this response, the parties filed a stipulation staying all discovery (other than third-party document discovery) until after the issuance of the Final Written Decision in the '872 Patent *inter partes* reviews. 1:21-cv-01365-GBW, Dkt. 87, 1:22-cv-00674-GBW, Dkt. 77 (Sept. 20, 2023). The Court ordered the stay on September 21, 2023. No new discovery can be served, but should the stay be lifted the parties can seek responses, documents, and depositions for discovery already served.

Regarding your reference to Ramot's Motion to Compel in the Eastern District of Texas Case (*Ramot at Tel Aviv Univ. Ltd. v. Cisco Sys., Inc.*, Case No. 2:19-cv-00225-JRG) both parties filed motions to compel: Cisco filed a motion on July 3, 2020 (Dkt. 93); and Ramot filed a motion on July 6, 2020 (Dkt. 96). Cisco's motion sought documents relating to the prosecution of the patents-in-suit and/or patents related by priority to the patents-in-suit. Specifically, Cisco sought communications and documents exchanged with a consulting firm called Nif/T, LLC, which Ramot wrongfully withheld as privileged (Nif/T is not a law firm, does not employ lawyers, and does not provide legal advice). Ramot's counter-motion sought technical documents about products in development, documents showing the software/firmware configuration of the accused Cisco transceiver modules, documents on the transmit DSP functionality, and financials. The parties filed responses (Dkt. Nos. 101 and 104 respectively), but the Court did not hear argument or issue a ruling before staying the case pending resolution of ex parte reexaminations (Dkt. 235). So to your point, it appears both parties have issues that persist from the EDTX Matter.

Turning to your specific complaints.

1.    **Ramot's Allegation that Cisco Improperly Redefined "Accused Products"**

In its February 15, 2023 discovery requests, Ramot defined "Accused Products" so broadly as to encompass Cisco routers, switches, and optical transport systems, regardless of whether those products have been accused of infringement and could possibly be accused of infringement; and regardless of whether those products are sold separately as part of a Modular system (e.g., 9000 Series and 8800 Routers), are integrated and sold together with other components of a Fixed Chassis system (e.g., 8100 and 8200 Routers), or are themselves the substantially complete functional instrumentality of a complete system (e.g., certain Nexus 3000 Series or Nexus 9300 Series GX and GX2 switches). The patents in suit relate to a laser modulator and thus, Cisco's and Acacia's discovery responses identified the specific optical transceiver modules identified in Ramot's definition and further identified by product name or model number in Ramot's preliminary infringement contentions served on December 16, 2022 those products that (1) included optical modulators and operate at speeds at or above 100G, and (2) routers, switches, or line cards that include the transmit DSP functionality that Ramot accuses of infringement. In total we identified over a hundred products by description and ID number. Moreover, limiting discovery to the actual accused products for which Ramot has provided Cisco and Acacia with infringement claim charts is proper.

DuaneMorris

Corey Johanningmeier
October 6, 2023
Page 3

Chassis, pluggable line cards, router and switch products that do not contain optical modulators are not within the proper scope of discovery in this case. Given that these are apparatus claims that are all directed exclusively to an optical modulator, and given that the claim elements all recite the details of the claimed optical modulator, Ramot cannot in good faith accuse products that do not even have an optical modulator. If you actually are doing so, please let us know, and please provide a chart specific to any such product, including an explanation of how claim elements directed exclusively to an optical modulator could be infringed by a product without an optical modulator.

2.    **"Missing Accused Products."**

You allege that technical information about certain products has not been produced. Cisco and Acacia disagree with your characterization, and refer you to Cisco's and Acacia's responses to Ramot's Interrogatory No. 1, which identifies specific technical documents, and Interrogatory No. 5. Cisco and Acacia further note that the products you identify were not identified in Ramot's preliminary infringement contentions. Cisco and Acacia do not have an obligation to identify accused products for Ramot, particularly where the products are publicly available. *See, e.g., Honeywell Int'l Inc. v. Audiovox Commc'ns Corp.,* C.A. No. 04-1337-KAJ, 2005 WL 3988905, at *1 n.2 (D. Del. Oct. 7, 2005); *Invensas Corp. v. Renesas Elecs. Corp.,* 287 F.R.D. 273, 286 (D. Del. 2012). Nevertheless, in the spirit of compromise, to the extent such products have been released or are expected to be released by opening expert reports in these cases and to the extent such products contain either transmit DSP functionality and/or optical modulators, Cisco and Acacia will supplement their Interrogatory responses to identify such products and produce additional relevant documents should the stay be lifted.

3.    **"Missing financial information."**

Cisco and Acacia will update the revenue-by-product spreadsheets and believe that exercise should be done at most twice more – once before expert reports and in time for Ramot to depose a witness about the financial data produced and a second time before trial.

4.    **"Missing firmware and operational configuration information."**

As you admit, Cisco and Acacia have produced configuration information for Acacia products. Further, as you note, while Ramot served Requests for Production seeking documents on this topic, Cisco and Acacia responded by offering to meet and confer about the specific information that Ramot was seeking. Ramot never sought to meet and confer about these requests. For products designed by Cisco or Acacia, Cisco and Acacia are willing to meet and confer about the specific configuration information that Ramot is looking for should the stay be lifted.

For products designed by third parties, Cisco is not in possession of the firmware and configuration information you seek. Ramot is aware of this because multiple Cisco witnesses testified to this fact in 2020.

**Duane Morris**

Corey Johanningmeier
October 6, 2023
Page 4

**5.    "Missing identification of components and production re: OEM Modules."**

In response to Interrogatory 7, we identified the OEMs for each pluggable, noting by Product ID the third-party supplier. Cisco and Acacia identified ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████████ as third-parties potentially having information responsive to the interrogatory. These third-parties supply the modules and components and thus, have technical information (e.g., datasheets, device specifications, engineering specifications, design documents and guidelines, schematics, block diagrams, programming or configuration guides, application notes, whitepapers) responsive to Ramot's discovery requests that Cisco and Acacia do not have. Having to seek that information from the third-parties who generate and maintain the documentation Ramot seeks is not prejudicial, but a normal and ordinary course of litigation. Ramot served subpoenas on many of the identified third-parties and Cisco and Acacia expect Ramot to obtain information from those sources.

**6.    "Incomplete production re: Acacia components."**

Production of "highly relevant" documents does not demonstrate that "there are large numbers of additional relevant and responsive technical documents remaining unproduced," nor is it evidence that Cisco's and Acacia's productions have been "manifestly incomplete." Production of documents five months before the close of fact discovery is anything but late, particularly where Cisco and Acacia fully complied with the substantial document completion deadline in the scheduling order.  Likewise, Ramot's complaints about receiving Acacia specifications in the current litigation ignore the fact that while Acacia is a party to the current Delaware litigation, Acacia is a non-party in the EDTX Matter from whom Ramot sought documentation via subpoena, and from whom Ramot did not move to compel any documents or information Ramot thought missing in the EDTX Matter. You state that Ramot can provide examples of what it seeks to assist in a document search. We welcome such assistance and look forward to receiving a list.

*        *        *

Please let me know if you have any questions.  If you wish to meet and confer concerning each side's discovery letters, we are amenable.  Please propose a time and we can set something up.  Thank you.

Sincerely

*/s/ Holly Engelmann*

Holly Engelmann

# EXHIBIT G

Data sheet
Cisco public



# Cisco Network Convergence System 1014 C-Band 2.4T Transponder Line Card

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00001

# Contents

Product features and benefits                                    3

Wavelength tunability                                            4

Protocol transparency                                           4

Encryption*                                                      4

Management                                                       5

Performance monitoring and management                           5

Protection options                                              5

Feature summary                                                 6

Pluggable Optics Supported at FCS                               7

Regulatory compliance                                           7

Cisco environmental sustainability                             12

Warranty                                                       13

Cisco Capital                                                  13

Document history                                               13

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00002

It's a 5G and web-scale era, and every second, a million minutes of video content crosses the network. The continuous expansion of Internet usage is driven by social networking, video streaming and downloads, business productivity, e-commerce, and gaming. To keep up with demand, hyperscalers, communication service providers, and enterprises need to rapidly scale their networks. Designing networks with scalability, operational efficiency, security and reliability in mind is essential. Cisco's 2.4Tbps multi-haul transponder along with CIM 8 (Coherent Interface Module 8) uses state-of-the-art silicon, silicon photonics and Opto-Electronic Multi-Chip Module (OE-MCM) package along with complete automation and real-time visibility to deliver best-in-class power and performance for metro, long-haul, and submarine applications while being simple to deploy and manage.

## Product features and benefits

The all new NCS 2.4T transponder is supported in the NCS 1014 chassis, providing six QSFP-DD client ports for 100/400 and 800G protocols. The client ports map to two trunk ports operating any rate between 400G and 1.2T in 100G increments.

The trunk ports are CIM 8 (Coherent Interconnect Module 8) pluggables and are field replaceable without removing the line card. The CIM 8 is a next generation multi-haul optical transport product allowing the solution to be used for metro, terrestrial long-haul, or submarine applications:

- Continuous variable baud rate from 60Gbaud to 140+Gbaud.
- 2nd generation 3D shaping enabled transmission performance closer to Shannon limit.
- Best in class Soft Decision Forward Error Correction (SD-FEC) algorithms.
- Trunk line rate from 400G to 1.2T in 100G increments.





© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00003

**Figure 1.**
Cisco NCS 1014 2.4T C-band line card

The Cisco NCS 1014 2.4T transponder provides the following hardware benefits:

- Support of continuous variable baud rate and shaping to maximize spectral efficiency.

- One universal transponder that is performance optimized for metro, long-haul, and submarine applications.

- Support for >400,000 ps/nm of CD compensation, enable unregenerated 400GE subsea transmission > 18,000km.

- Transport of 100GE, OTU4, 400GE, and 800GE on the same platform through software provisioning.

- 2.4T DWDM provides unparalleled scale and density—with up to 76.8Tbps per fiber pair in C+L band.

- State-of-the-art AES-256 encryption at scale—9.6 Tbps of encrypted trunk capacity per 2RU.

- Nonlinear compensation for maximum performance and capacity on long haul and subsea transmission.

- DSP enabled real-time fiber sensing and monitoring applications.

- Availability in C-band and L-band with the same line card.

- Ability to introduce CIM8 pluggables as per the capacity demands.

- Dual card mode to split client across 4 trunk ports with 400GE/800GE clients.

The 2.4T DWDM line card is available in 2 variants. The first variant allows configuration of fixed client to trunk mapping between the two slices of a line card. The second variant allows optimized "Bundle mode" of operation in which client bandwidth of upto 200G can be splot between the two slices of the line card over CIM8 pluggables. This allows optimization in the number of client interfaces required for maximum capacity.

## Wavelength tunability

The line interface supports software-provisionable tunability across the entire C-and L-band from 191.25 to 196.10 THz and 184.48 to 191.56 THz, respectively, as enabled by separate CIM 8 modules. Grid-less tuning support allows for continuous tunability in increments of 0.1 GHz and the ability to create multicarrier super-channels over flex spectrum line systems.

## Protocol transparency

The Cisco NCS 1014 2.4T transponder can transparently deliver 400GbE and 100GE/OTU4 clients over two trunks from 400G to 1.2T.

## Encryption[*]

With increasing asks for data privacy and data protection across the globe, encryption of any data that leaves the data center facility is becoming an important requirement for cloud operators. The NCS 1014 2.4T line card provides AES256-based Layer-1 encryption for 100/400GE and OTU4. IKEv2 is used for authentication of the devices in an encryption session, and the protocol provides pre-shared keys, certificates, or 802.1X-based authentication options. The Elliptical Curve Diffie Hillman (ECDH) Key Exchange protocol runs over a GCC (Generic Communication Channel) between two NCS 1014 2.4T line cards.

[*]Future software release

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00004

## Management

The Cisco NCS 1014 2.4T line card supports all management feature as mentioned in the NCS 1014 system data sheet.

## Performance monitoring and management

The Cisco NCS 1014 2.4T line card supports performance monitoring of optical parameters on the client and DWDM line interface including laser bias current, transmit, and receive optical power. Ethernet RMON statistics for the client ports and OTN error counters for the trunk are also available. Calculation and accumulation of the performance-monitoring data are supported in 30sec, 15-minute and 24-hour intervals as per G.7710. Physical system parameters measured at the wavelength level, such as mean polarization mode dispersion, accumulated chromatic dispersion, pre-FEC Bit Error Rate, and received Optical Signal-to-Noise Ratio (OSNR), are also included in the set of performance-monitoring parameters. These parameters can greatly simplify troubleshooting operations. Additionally, NCS 1014 2.4T Transponder supports PRBS patterns of 31, 23, 15, and 7, which allows users to perform data integrity checks between trunk links without enabling actual client traffic.

OpenConfig protocols for management GNMI and operations GNOI are also supported for efficient manageability and programmability. GNOI based operational commands for system reboot, file transfers, certificate authentication, loopbacks, LLDP and BERT are supported. The Cisco NCS 1014 2.4T line card provides a set of native YANG models as well as the ability to map into any industry-standard or customer-defined YANG data models. For monitoring, the card provides a streaming telemetry feature that relies on a push mechanism to disseminate user-selected PM and status information at user-specified frequencies at granular 10-second intervals. This improves monitoring speed and scale compared to traditional pull-based mechanisms such as SNMP. The telemetry infrastructure also allows for events such as alarms, and port-state changes to be notified.

## Protection options

Using a PSM and a Y-cable, the NCS 1014 2.4T Transponder offers client protection. Line-side protection is also accessible via a PSM module.

**Table 1.**    Client and Trunk PM parameters

| Port | PM Parameters |
|---|---|
| **Client** | • LBC, OPT, OPR, FREQ_OFF |
| **Trunk** | • LBC, OPT, OPR, CD, DGD, SOPMD, OSNR, PDL, PCR, RX_SIG, FREQ_OFF, PREFEC BER, POSTFEC BER, Q,Q Margin, SOP. |

Please refer to Table 6 for detailed performance monitoring parameters. The NCS 1014 2.4T line card provides a set of port and system LEDs for a quick visual check of the operational status. The various LEDs are described in detail in Table 7.

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00005

# Feature summary

The following table summarizes the features of the NCS 1014.

**Table 2.**    Feature summary

| Feature | Description |
| --- | --- |
| **Software compatibility** | • IOS® XR 7.11.1 for Fixed variant<br>• IOS® XR 24.1.1 for Cross connect mode/ Bundle mode variant |
| **Port density** | • 6 QSFP-DD client-side ports per card<br>• 2 DWDM line/trunk ports per card |
| **OTN feature summary** | • Alarm reporting for Loss of Signal (LOS), Loss of Frame (LOF), Loss of Multiframe (LOM), Alarm Indication Signal (AIS), Backward Defect Indicator (BDI)<br>• OTUk, ODUk, OPUk Performance Monitoring<br>• Threshold Crossing Alerts (TCAs)<br>• Local (internal) and line (network) loopbacks<br>• Trunk Trace Identifier, Generic Communication Channel<br>• L1 AES-256 encryption |
| **Optical feature summary** | • Flex-grid (0.1-GHz) tunability<br>• Nyquist shaping<br>• DSP compensated linear and nonlinear link impairments<br>• Performance Monitoring and Threshold Crossing Alerts (TCAs)<br>• Tx and Rx power monitoring |
| **Ethernet feature summary** | • Alarms and Performance Monitoring<br>• Squelch and Local Fault Propagation<br>• LLDP Snooping<br>• Performance Monitoring and Threshold Crossing Alerts (TCAs)<br>• Local (internal) and line (network) loopbacks |
| **Network management** | • iPXE and Zero-Touch Provisioning (ZTP)<br>• IOS XR CLI<br>• SNMP<br>• Streaming Telemetry including event-driven telemetry.<br>• NETCONF, RESTCONF, GNMI, GNOI, gRPC with YANG data models |
| **Physical dimensions (NCS 1014)** | • 1.59" tall x 7.55" wide x 10.90" deep<br>• Weight: 3.2Kg |
| **Power** | • Typical: 271W |
| **MTBF for line card and 2xCIM 8 pluggables** | • 5,67,040 hours |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00006

## Pluggable Optics Supported at FCS

| Module type | PID |
|---|---|
| 400G-FR4 | • QDD-400G-FR4-S |
| 400G-AOC | • QDD-400G-AOCxM |
| 400G-DR4 | • QDD-400G-DR4-S |
| 4X100G-LR-S | • QDD-4X100G-LR-S |

## Regulatory compliance

Table 3 lists regulatory compliance information for the trunk card. Note that all compliance documentation may not be completed at the time of product release. Please check with your Cisco sales representative for countries that are not listed below.

**Table 3.**     Regulatory compliance

| ANSI system | ETSI system |
|---|---|
| **Countries and regions supported** | |
| • **Canada**<br>• **United States**<br>• **Korea**<br>• **Japan**<br>• **European Union** | • European Union<br>• Africa<br>• CSI<br>• Australia<br>• New Zealand<br>• China<br>• Korea<br>• India<br>• Saudi Arabia<br>• South America |
| • **EMC (Emissions)** | • FCC 47CFR15, Class A<br>• AS/NZS CISPR 32, Class A<br>• CISPR 32, Class A<br>• CISPR 22, Class A<br>• EN55032, Class A<br>• ICES-003, Class A<br>• VCCI, Class A<br>• KN 32, Class A<br>• KN61000−3-2<br>• KN61000-3-3<br>• CNS-13438, Class A |
| • **EMC (Immunity)** | • IEC/EN61000-4-2 Electrostatic Discharge Immunity<br>• IEC/EN61000-4-3 Radiated Immunity<br>• IEC/EN61000-4-4 EFT-B Immunity |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00007

| ANSI system | ETSI system |
|---|---|
| | • IEC/EN61000-4-5 Surge AC Port<br>• IEC/EN61000-4-6 Immunity to Conducted Disturbances<br>• IEC/EN61000-4-11 Voltage Dips, Short Interruptions, and Voltage Variations<br>• KN 35 |
| • EMC (ETSI/EN) | • EN 300 386 Telecommunications Network Equipment (EMC)<br>• EN55032 Electromagnetic Compatibility of Multimedia Equipment-Emission Requirements<br>• EN55022 Information Technology Equipment (Emissions)<br>• EN55035 Electromagnetic Compatibility of Multimedia Equipment-Immunity Requirements<br>• EN55024 Information Technology Equipment (Immunity)<br>• EN61000-6-1/EN61000-6-2 Generic Immunity Standard<br>• EN61000-3-2 Power Line Harmonics<br>• EN61000-3-3 Voltage Changes, Fluctuations, and Flicker |
| **Safety** | |
| • **CSA C22.2 #60950-1 – Edition 7, March 2007**<br>• **BS/IEC/EN 62368-1**<br>• **CAN 22.2 No. 62368-1**<br>• **UL 62368-1** | • IEC 60950-1 Information technology equipment Safety Part 1: General requirements - Edition 2, 2005 + Amendment 1 2009 + Amendment 2 2013<br>• EN 60950-1: Edition 2 (2006) Information technology equipment - Safety - Part 1: General requirements + A11:2009 + A1:2010 + A12:2011 + A2:2013<br>• CE Low Voltage Directive (LVD): 2014/35/EC<br>• A/NZS 62368.1 |
| **Laser** | |
| • **21CFR1040 (2008/04) (Accession Letter and CDRH Report) Guidance for Industry and FDA Staff (Laser Notice No. 56), May 2019** | • IEC 60825-1: 2014-05 Ed. 3.0 Safety of laser products Part 1: Equipment classification, requirements and users guide<br>• IEC60825-2 Ed.3.2 (2010) Safety of laser products Part 2: Safety of optical fiber communication systems |
| **Optical** | |
| • **ITU-T G.691** | • ITU-T G.975 |
| **Quality** | |
| • TR-NWT-000332, Issue 4, Method 1 calculation for 20-year Mean Time Between Failure (MTBF) | |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00008

Table 4 provides the DWDM specifications and details receive-side optical performances, Table 5 lists performance-monitoring parameters, Table 6 provides card specifications, and Table 7 gives ordering information.

**Table 4.**     DWDM specifications

| Parameter | CIM8-C-K9/ CIM8-CE-K9 | CIM8-LE-K9 |
|---|---|---|
| **Baud rate** | 60 to 142 Gbaud/s | 60 to 142 Gbaud/s |
| **Nominal wavelengths (Tnom)** | Fully tunable between 1528.77 to 1566.72 nm (C-band) | Fully tunable between 1565 to 1625 nm (L-band) |
| **Optical transmitter** | | |
| **Type** | QPSK Equivalent<br>16-QAM Equivalent<br>32-QAM Equivalent<br>64-QAM Equivalent | QPSK Equivalent<br>16-QAM Equivalent<br>32-QAM Equivalent<br>64-QAM Equivalent |
| **Output power** | +3 to - 10 dBm in 0.01 - dBm increments | +3 to - 10 dBm in 0.01 - dBm increments |
| **Optical receiver** | | |
| **Frequency range** | C: 191.25 to 196.10 THz (1528.77 to 1566.72 nm) | L: 184.48 to 191.56 THz (1565 to 1625 nm) |
| **Input power range** | -2 to - 12dBm | 0 to - 12dBm |
| **PMD tolerance** | Up to 130-ps DGD | Up to 130-ps DGD |
| **Chromatic dispersion tolerance** | >±350,000 ps/nm | >±350,000 ps/nm |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00009

**Table 5.**    Trunk performance-monitoring parameters

| Area | Parameter name | Description |
|---|---|---|
| **OTUk monitoring (Near-end, far-end, OTUk-SM, ODUk-PM)** | BBE | Number of background block errors |
| | BBER | Background block error ratio |
| | ES | Number of errored seconds |
| | ESR | Errored seconds ratio |
| | SES | Number of severely errored seconds |
| | SESR | Severely errored seconds ratio |
| | UAS | Number of unavailable seconds |
| | FC | Number of failure counts |
| **FEC** | Bit errors | Number of corrected bit errors |
| | Uncorrectable words | Number of uncorrectable words |
| | Q | Q-factor |
| | Q-Margin | Q-factor margin |
| **Trunk optical performance monitoring** | OPT | Transmitter optical power |
| | LBC | Transmitter laser bias current |
| | OPR | Receiver optical power |
| | RCD | Residual chromatic dispersion |
| | PMD | Mean polarization mode dispersion |
| | OSNR | Optical signal-to-noise ratio, calculated with 0.5-nm RBW |
| | SOPMD | Second-Order PMD (SOPMD) Estimation |
| | SOPCR | Polarization Change Rate Estimation |
| | PDL | Polarization-Dependent Loss (PDL) Estimation |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00010

**Table 6.**    NCS 1014 2.4T line card specifications

| Management | |
|---|---|
| **Attention LED** | Blue |
| **Client and DWDM port LEDs**<br>• No alarms<br>• Minor alarms<br>• Critical and major alarms | Green<br><br>Amber<br><br>Red |
| **Storage temperature** | -40°C to 85°C (-40°F to 185°F) |
| **Operating temperature**<br>• Normal | 0°C to 40°C (32°F to 104°F) |
| **Relative humidity**<br>• Normal<br><br>• Short-term[1] | 5% to 85%, noncondensing<br><br>5% to 90% but not to exceed 0.024 kg water/kg of dry air |
| [1] Short-term refers to a period of not more than 96 consecutive hours and a total of not more than 15 days in 1 year (a total of 360 hours in any given year, but no more than 15 occurrences during that 1-year period). | |

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00011

**Table 7.**    Ordering information

| Part Number | Description |
|---|---|
| **NCS1K14-2.4T-K9=** | Network Convergence System 1014 2.4T Line Card |
| **NCS1K14-2.4T-L-K9=** | Network Convergence System 1014 2.4T Line Card Licensed |
| **NCS1K14-2.4T-X-K9=** | NCS 1014 2.4T Line Card Cross Connect Mode |
| **NCS1K14-2.4TXL-K9=** | NCS 1014 2.4T licensed card-Cross Connect Mode |
| **CIM8-C-K9=** | Coherent Interface Module 8 C-Band |
| **CIM8-CE-K9=** | Coherent Interface Module 8 enhanced C-Band |
| **CIM8-LE-K9** | Coherent Interface Module 8 enhanced L-Band |

## Cisco environmental sustainability

Information about Cisco's environmental sustainability policies and initiatives for our products, solutions, operations, and extended operations or supply chain is provided in the "Environment Sustainability" section of Cisco's Corporate Social Responsibility (CSR) Report.

Reference links to information about key environmental sustainability topics (mentioned in the "Environment Sustainability" section of the CSR Report) are provided in the following table:

| Sustainability topic | Reference |
|---|---|
| **Information on product material content laws and regulations** | Materials |
| **Information on electronic waste laws and regulations, including products, batteries, and packaging** | WEEE compliance |

Cisco makes the packaging data available for informational purposes only. It may not reflect the most current legal developments, and Cisco does not represent, warrant, or guarantee that it is complete, accurate, or up to date. This information is subject to change without notice.

Cisco-Ramot_10023171.00012

## Warranty

The following is the warranty:

- Hardware warranty duration: 5 years

- Software warranty duration: 1 year

- Hardware replacement, repair, or refund procedure: Cisco or our service center will use commercially reasonable efforts to ship a replacement part for delivery within 15 working days after receipt of the defective product at Cisco's site. Actual delivery times of replacement products may vary depending on customer location.

Your formal warranty statement appears in the Cisco Information Packet that accompanies your Cisco product.

Product warranty terms and other information applicable to Cisco products are available at: www.cisco.com/go/warranty.

## Cisco Capital

**Flexible payment solutions to help you achieve your objectives**

Cisco Capital® makes it easier to get the right technology to achieve your objectives, enable business transformation, and help you stay competitive. We can help you reduce the total cost of ownership, conserve capital, and accelerate growth. In more than 100 countries, our flexible payment solutions can help you acquire hardware, software, services, and complementary third-party equipment in easy, predictable payments. Learn more.

## Document history

| New or revised topic | Described in | Date |
|---|---|---|
| **Revised datasheet to include 2.4T cross connect version and CIM8 Enhanced modules** | Description, specification and product ordering sections | April 09, 2024 |

Americas Headquarters
Cisco Systems, Inc.
San Jose, CA

Asia Pacific Headquarters
Cisco Systems (USA) Pte. Ltd.
Singapore

Europe Headquarters
Cisco Systems International BV Amsterdam,
The Netherlands

Cisco has more than 200 offices worldwide. Addresses, phone numbers, and fax numbers are listed on the Cisco Website at https://www.cisco.com/go/offices.

Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: https://www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)

Printed in USA                                                                              C78-3406717-03   04/24

© 2024 Cisco and/or its affiliates. All rights reserved.

Cisco-Ramot_10023171.00013

# EXHIBIT H

The bridge to possible

# 400G, 800G, and Terabit Pluggable Optics:

## What You Need to Know

Mark Nowell, Cisco Fellow
Errol Roberts, Distinguished Architect
BRKOPT-2699



#CiscoLive

# Cisco Webex App

https://ciscolive.ciscoevents.com/ ciscolivebot/#BRKOPT-2699

## Questions?

Use Cisco Webex App to chat
with the speaker after the session

## How

1. Find this session in the Cisco Live Mobile App

2. Click "Join the Discussion"

3. Install the Webex App or go directly to the Webex space

4. Enter messages/questions in the Webex space

Webex spaces will be moderated
by the speaker until June 7, 2024.



© 2024  Cisco and/or its affiliates. All rights reserved.   Cisco Public

# Agenda

- What is driving the optics interconnect market right now?
- What does it mean for optics?
  - New speeds & altering priorities
  - New implementations
- Scaling out 400G, 800G
  - Solutions & options
  - Deployment considerations
- Wrap Up

Acknowledgements: This presentation would not exist without the inputs, expertise, and patience of many of our Cisco colleagues!

# Market dynamics



# Ethernet <u>Switch Port</u> Speed Transitions



- Majority of the highest speed transitions are webscale (top 8) customers
- Webscale will drive the speed transitions quickly to scale
- Rest of the market will leverage that scale in their own time frame

Source: Dell'Oro's Ethernet Switch – Data Center 5 Year Forecast Report 2023-2027, Jan 2024



# Speed evolution in the data center



**Inter-Data Center**

100G → 400G → 800G

- Significant pluggable DCI (DWDM coherent)
- Open Line System

**Switch fabric**

Spine

100G → 400G → 800G

Leaf

- Switch silicon bandwidth growing due to higher Radix and faster Serdes speeds
- Switch ASIC throughput growing: 6.4 Tbps to 12.8 Tbps to 25.6 Tbps to 51.2 Tbps
- Optics increasing from 40Gbps to 100G Gbps to 400Gbps to 800Gbps

**Access**

25G → 50G → 100G

Compute   Storage   GPU   DPU   FPGA

- Server network connectivity evolves with server processor upgrade cycles as data center traffic grows
- Server port speed is transitioning from 1/10 Gbps to 25 Gbps to 100 Gbps
- Storage, GPU, DPU, FPGA driving connectivity bandwidth, PCIe speed increase

# Moving from a General-Purpose Compute Design to an AI/ML Optimized Infrastructure



- **AI/ML workloads:** pushing data centers to evolve their network architecture

- **AI-Specific Networking**: a dedicated Back-End network for AI workloads to isolate them from other data center traffic and ensure low-latency communication.

- **Back-End AI/ML clusters:** consists of hundreds to thousands of AI/ML accelerators, CPUs, storage devices, Switches, and Network Interface Cards (NICs) connected to GPUs

- **High-Speed Interconnects:** Backend network requires high speed 100G/200G or 800G optics to connect servers and network switches. These high bandwidth connections are essential for handling the data generated by AI workloads

CISCO Live!

# Ethernet Speed Transitions in AI Networks



**Ethernet Ports for the Front-End**

Legend: ■ < 100 Gbps   ■ 200 Gbps   ■ 400 Gbps   ■ 800 Gbps   ■ > 1600 Gbps

Switch ports deployed in the front-end connectivity with Ethernet to grow from 4.3 M in 2022 to 14.6 M in 2027



**Ethernet Ports for the Back-End**

Legend: ■ < 100 Gbps   ■ 200 Gbps   ■ 400 Gbps   ■ 800 Gbps   ■ > 1600 Gbps

Majority of the switch ports in AI back-end Networks to be 800 Gbps in 2025 and 1600 Gbps in 2027, showing a very fast migration to the highest speeds available in the market.

Dell'Oro: 95N16_AR_AI_Networks_For_AI_Workloads_Forecast_Tables_4Q23



# Network operator top of mind(s)

|  | Traditional DC | AI/ML |
|---|---|---|
| Increasing capacity and sustainability | 🟢 | 🟢 |
| Preserve investments in existing optics infrastructure and cabling | 🟢 | 🟢 |
| Simplify operations and management of optical links | 🟢 | 🟢 |
| Preparing for capacity expansion | 🟢 | 🟢 |



#CiscoLive    BRKOPT-2699    © 2024  Cisco and/or its affiliates. All rights reserved.   Cisco Public    9

# AI/ML is a disruptive event for equipment design

|  | Traditional Front-end DC | AI/ML Back-end DC |
|---|---|---|
| Rack Bandwidth (ToR/MoR) | 3.2T–12.8T | >> 100T |
| Rack power | ~10 kW | 100 kW+ |
| Packet Loss impact (reliability) | Low importance | Critical importance |
| Latency importance — Absolute | Low | Low |
| Latency importance — Tail | – | High |

> 10x increase

> 10x increase

High concern

Optimal switch and interconnect design is affected by these requirements



# 400G/800G/1.6T use cases



Cloud service providers



Telco service providers



Enterprise



Media networks



# EXHIBIT I

# REDACTED IN ITS ENTIRETY

# EXHIBIT J

# REDACTED IN ITS ENTIRETY

# EXHIBIT K

# REDACTED IN ITS ENTIRETY

{00925327;v1 }

# EXHIBIT L

# REDACTED IN ITS ENTIRETY

# EXHIBIT M

# REDACTED IN ITS ENTIRETY

# EXHIBIT N

# REDACTED IN ITS ENTIRETY

# EXHIBIT O

# REDACTED IN ITS ENTIRETY