# EXHIBIT 12

| | |
|---|---|
| **From:** | Corey Johanningmeier |
| **To:** | Engelmann, Holly E.; BDIP_Ramot; Mayo, Andrew C. |
| **Cc:** | Powers, Joseph A.; Saleem, Sajid; "Ying, Jennifer"; Gaudet, Matthew C.; Mitchell, Daniel |
| **Subject:** | RE: Ramot v. Cisco/Acacia | Discovery |
| **Date:** | Tuesday, November 19, 2024 7:41:59 PM |

Holly,

Apologies, the day got away from me. I could talk tomorrow, times after 9am and before 2pm pacific are better for me.

Some additional points / items for discussion that can be conveyed / previewed in written form to the wider teams:

Your recent emails mentioned an update of Cisco and Acacia sales data. Our final infringement contentions and identification of products will have some products that are not in your latest sales data reports in this case – including because those products are new, or were improperly omitted from the prior reports. My Sept. 13, 2023 letter lists some of these products at pages 2-3, and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are another example. Your last sales update, served six months after that letter, did not include these identified products. In addition, as detailed in that letter on page 2, in this case Cisco has refused to produce sales data for Ramot-identified chassis, pluggable line card, and switch products that are bundled, or tied in operational use, to accused transceiver and line card products. Your objection that these products are not directly participating in infringement ignores our point that they are bundled or tied or necessary to customer use of Accused Products, and therefore the revenue that Cisco derived from them is relevant to calculations of damages. I raise these issues again now, before Cisco generates another update, in the hope of avoiding motion practice and delay resulting from that update being incomplete.

I believe that Cisco and Acacia have produced no technical documents since my September 13, 2023 letter. And as mentioned already, Cisco and Acacia have also ignored for over a year our second interrogatories. All of the deficiencies identified on pages 3-5 of that letter remain pressing and unmitigated. We look forward to your meaningful substantive responses to our second Rogs.

In recent email communication with ▇▇▇▇▇▇▇ about our subpoena, I was told that Cisco was preparing to produce technical documents in its possession concerning the ▇▇▇▇▇▇ and ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ used in certain Accused Products. This hearsay was welcome news to me. Please let me know when to expect that production.

Before we start taking depositions, we should come to a written agreement about how prior deposition testimony from the ED Texas case is going to be used. I'm sure both side's witnesses would appreciate a reduction in being asked the same questions five years later. Would Cisco agree to treat prior fact depositions as if given in this case? Let's discuss.

Please let me know when you are available to talk about these, and the previously raised, issues.

Best regards,

-- Corey

---

**From:** Engelmann, Holly E. <HEngelmann@duanemorris.com>
**Sent:** Friday, November 15, 2024 12:23 PM
**To:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>; BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Cc:** Powers, Joseph A. <JAPowers@duanemorris.com>; Saleem, Sajid <SSaleem@duanemorris.com>; 'Ying, Jennifer' <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; Mitchell, Daniel <DMitchell@duanemorris.com>
**Subject:** RE: Ramot v. Cisco/Acacia | Discovery

**[EXTERNAL]**

Hi Corey, do you have times on Tuesday when you are available?

**HOLLY ENGELMANN, P.C.** | Duane Morris LLP

---

**From:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>
**Sent:** Friday, November 15, 2024 11:54 AM
**To:** Engelmann, Holly E. <HEngelmann@duanemorris.com>; BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Cc:** Powers, Joseph A. <JAPowers@duanemorris.com>; Saleem, Sajid <SSaleem@duanemorris.com>; 'Ying, Jennifer' <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; Mitchell, Daniel <DMitchell@duanemorris.com>
**Subject:** RE: Ramot v. Cisco/Acacia | Discovery


Hi Holly,

Actually, we've had a conflict come up, and we could also use some extra time to confer with our clients. Can we find a time to discuss early next week?

Also, we're looking at the dates you have proposed. This is a difficult time of year for scheduling. I do know already that we cannot take the proposed deposition on Dec. 10th.

---

**From:** Engelmann, Holly E. <HEngelmann@duanemorris.com>
**Sent:** Thursday, November 14, 2024 6:19 PM

**To:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>; BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Cc:** Powers, Joseph A. <JAPowers@duanemorris.com>; Saleem, Sajid <SSaleem@duanemorris.com>; 'Ying, Jennifer' <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; Mitchell, Daniel <DMitchell@duanemorris.com>
**Subject:** RE: Ramot v. Cisco/Acacia | Discovery

**[EXTERNAL]**

Hi Corey,

Great idea! Jennifer and I are available at 1:30 PST tomorrow. Does that work for you?

HOLLY ENGELMANN, P.C. | Duane Morris LLP

**From:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>
**Sent:** Thursday, November 14, 2024 7:23 PM
**To:** Engelmann, Holly E. <HEngelmann@duanemorris.com>; BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Cc:** Powers, Joseph A. <JAPowers@duanemorris.com>; Saleem, Sajid <SSaleem@duanemorris.com>; 'Ying, Jennifer' <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; Mitchell, Daniel <DMitchell@duanemorris.com>
**Subject:** RE: Ramot v. Cisco/Acacia | Discovery

Holly,

Thanks for your email, I have been taking depositions in another case this week and was unable to properly respond sooner.

I am confused about the reference to "the parties" in your email because I was operating under the belief that it was only Cisco that had unanswered written discovery. Specifically, we served our second interrogatories on August 29, 2023, and Cisco has never objected or responded in any way to them. Ramot responded to Cisco's written discovery requests from that same time frame back in February of this year. What, if any, discovery requests do you believe we have not responded to?

Before receiving your email, I was about to write and seek a meet and confer about Cisco's lack of response, and the prejudice arising from the same. Of course we want substantive responses as soon as possible. November 22 is already very late in view of the fact that we now have contentions due under the current scheduling order on November 26.

Perhaps it would make sense to have a conversation about discovery and depositions. Are you available tomorrow any time after 9am pacific?

Regards,

-- Corey

---

**From:** Engelmann, Holly E. <HEngelmann@duanemorris.com>
**Sent:** Thursday, November 7, 2024 1:55 PM
**To:** Corey Johanningmeier <cjohanningmeier@bdiplaw.com>; BDIP_Ramot <bdip_ramot@bdiplaw.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Cc:** Powers, Joseph A. <JAPowers@duanemorris.com>; Saleem, Sajid <SSaleem@duanemorris.com>; 'Ying, Jennifer' <jying@morrisnichols.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; Mitchell, Daniel <DMitchell@duanemorris.com>
**Subject:** Ramot v. Cisco/Acacia | Discovery

**[EXTERNAL]**

Hi Corey,

Hoping to cover everything related to discovery in this email. If I've missed something, please let me know.

1. Depositions
   - **Inventors.** Please provide dates for depositions of the inventors.
   - **Ramot 30(b)(6) witness(es).** Please provide dates for depositions of Ramot's 30(b)(6) witnesses.
   - **Ronen Kreizman.** Later today or tomorrow we are serving a 30(b)(1) notice for Mr. Kreizman. Please provide a date for his deposition.
   - **Cisco witnesses.** We are collecting dates now to propose for Cisco witnesses. We expect to the dates will be between Thanksgiving and the close of discovery.
   - We propose all depositions be via video.

2. Written discovery responses
   - There are discovery requests that have not yet been responded to because of the multiple extensions of the discovery period. We propose the parties serve responses by November 22 so the parties have responses before depositions begin.

If you'd like to discuss any of this, we are happy to jump on a call.

Thanks,
Holly

**HOLLY ENGELMANN, P.C.** | Duane Morris LLP

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.