# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-1365 (GBW) ) ) ) ) ) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 22-674 (GBW) ) **(CONSOLIDATED)** ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS the parties have conferred about scheduling and certain remaining discovery matters and have agreed to extend certain deadlines in the scheduling order (D.I. 131); and

WHEREAS the parties propose to extend deadlines as set forth in the below table;

WHEREAS the extension of these deadlines does not impact any other deadlines;

IT IS HEREBY STIPULATED AND AGREED, by the parties, and approved by the Court, that the deadlines in the case schedule shall be revised as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Opening expert reports | January 21, 2025 | February 4, 2025 |
| Rebuttal expert reports | February 18, 2025 | March 4, 2025 |
| Reply expert reports | March 11, 2025 | March 25, 2025 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ *Jennifer Ying* | /s/ *Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014) | John G. Day (#2403) |
| Jennifer Ying (#5550) | Andrew C. Mayo (#5207) |
| 1201 North Market Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| jblumenfeld@morrisnichols.com | jday@ashbygeddes.com |
| jying@morrisnichols.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

January 21, 2025

SO ORDERED, this day _____ of _____, 2025.

_____
United States District Judge