IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674 (GBW) <br> **(CONSOLIDATED)** |

**STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF EXPERT DISCOVERY DEADLINES**

WHEREAS, the parties have conferred and agreed to a three-day extension of the remaining expert discovery deadlines;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following expert discovery deadlines (*see* D.I. 178) shall be extended, as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Rebuttal expert reports | March 4, 2025 | March 7, 2025 |
| Reply expert reports | March 25, 2025 | March 28, 2025 |

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Expert Discovery Deadline | April 8, 2025 | April 11, 2025 |

No dates on the Court's calendar are affected by this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Plaintiffs*

February 28, 2025

ASHBY & GEDDES

/s/ Andrew C. Mayo

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

SO ORDERED, this day ___3d___ of ___March___, 2025.

_____
United States District Judge