IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br><br>        v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>        Defendant. | C.A. No. 21-1365-GBW |
| CISCO SYSTEMS INC. and<br>ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiffs,<br><br><br>        v.<br><br>RAMOT AT TEL AVIV UNIVERSITY<br>LTD.,<br><br>        Defendant. | C.A. No. 22-674-GBW (consolidated) |

## ORDER

AND NOW, this 11th day of March 2025, upon review and consideration of Defendant

Ramot's Motion to Compel (D.I. 190) and Plaintiff Cisco's Opposition (D.I. 191), IT IS

HEREBY ORDERED that Ramot's Motion to Compel (D.I. 190) is DENIED.

_____
UNITED STATES DISTRICT JUDGE