IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 21-1365 (GBW) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Defendant. | C.A. No. 22-674 (GBW) <br> **(CONSOLIDATED)** |

**STIPULATION AND [PROPOSED] ORDER REGARDING
<u>EXTENSION OF DEADLINES</u>**

WHEREAS the parties have conferred about scheduling in view of the expert depositions schedule, and have agreed to extend certain deadlines in the scheduling order (D.I. 132; D.I. 199);

IT IS HEREBY STIPULATED AND AGREED, by the parties, and approved by the Court, that the deadline for Opening Dispositive and *Daubert* motions and opening briefs in support thereof shall be revised as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Dispositive and *Daubert* motions and opening briefs in support thereof | May 13, 2025 | May 15, 2025 |

The current deadline for answering briefs (June 3, 2025) and reply briefs (June 17, 2025) shall remain unchanged. No other dates on the Court's calendar are affected by this stipulation.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ Jennifer Ying | /s/ Andrew C. Mayo |
| Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

May 6, 2025

SO ORDERED this 7th day of May, 2025.

_____
United States District Judge

2