IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-674-GBW (consolidated) |
| CISCO SYSTEMS, INC. and ACACIA COMMUNICATIONS, INC., | ) ) ) ) |
| Defendants. | ) ) ) ) |

**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULE**

WHEREAS, the parties Ramot at Tel Aviv University, Ltd., Cisco Systems, Inc. and Acacia Communications, Inc. have met and conferred and agreed on a pretrial exchange schedule relating to the trial in these matters set for December 1, 2025 (C.A. No. 22-674-GBW, D.I.. 277);

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that the following schedule shall govern the parties' pretrial exchanges:

| Proposed Date | Event |
|---|---|
| **September 15, 2025** | Parties exchange witness lists |
| **September 19, 2025** | Parties exchange exhibit lists and deposition designations |
| **September 23, 2025** | Ramot provides draft PTO with attachments 1, 2, and 4, draft preliminary and final jury instructions, proposed *voir dire*, and proposed verdict form |
| **October 3, 2025** | Parties exchange unstamped copies of exhibits |
| **October 7, 2025** | Cisco provides edits to draft preliminary and final jury instructions, proposed *voir dire*, and draft |

{02173202;v1 }

| Proposed Date | Event |
|---|---|
| | PTO and provides exhibits 3 and 5 to draft PTO |
| **October 13, 2025** | Parties exchange lists of potential Motions *in Limine* for meet and confer |
| **October 13, 2025** | Parties provide objections to witness lists, exhibit lists, and deposition designations, and provide deposition counter-designations |
| **October 13, 2025** | Cisco provides its proposed verdict form |
| **October 17, 2025** | Parties meet and confer re potential Motions *in Limine* |
| **October 17, 2025** | Parties exchange objections to deposition counter-designations |
| **October 17, 2025** | Ramot provides edits to draft PTO, PTO exhibits, draft preliminary and final jury instructions, proposed *voir dire*, and proposed verdict form |
| **October 20, 2025** | M&C #1 regarding PTO, jury instructions, *voir dire*, and verdict form |
| **October 24, 2025** | Parties exchange supplemental exhibit lists and unstamped versions of supplemental exhibits |
| **October 27, 2025** | Cisco provides next round revisions to PTO and attachments, draft preliminary and final jury instructions, proposed *voir dire*, and proposed verdict form |
| **October 29, 2025** | Parties exchange opening Motion *in Limine* briefs |
| **November 3, 2025** | M&C #2 regarding PTO, jury instructions, *voir dire*, and verdict form |
| **November 5, 2025** | Parties exchange opposition Motion *in Limine* briefs |
| **November 10, 2025** | Parties exchange Motion *in Limine* reply briefs |
| **November 11, 2025** | Parties exchange final round revisions to PTO and attachments, draft preliminary and final jury instructions, proposed *voir dire*, and proposed |

| Proposed Date | Event |
|---|---|
| | verdict form |
| **November 13, 2025** | Parties to File Pretrial Order, Jury Instructions, Proposed *Voir Dire*, Special Verdict Forms (*see* C.A. 22-674-GBW, D.I. 92) |
| **November 19, 2025** | Parties exchange stamped exhibits |
| **November 24, 2025 at 3:00 p.m.** | Pretrial Conference |
| **December 1, 2025** | Jury Selection and Trial (*see* C.A. 22-674-GBW, D.I. 277) |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of October, 2025.

_____
United States District Judge